NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Ali Parvaneh, SBN 218320, aparvaneh@madisonlawapc.com
Susanna Wiseman, SBN 281234, swiseman@madisonlawapc.com
Jacob A. Pace, SBN 351963, jpace@madisonlawapc.com
MADISON LAW, APC
17702 Mitchell North
Irvine, California 92614
Tel: (949) 756-9050

ATTORNEY(S) FOR: Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION dba COMMUNITY BRIGADE<br>Plaintiff(s),<br>v.<br>MIKKE PIERSON, JASON DAX MILLER, DANA WOLF PHILLIPS, KEEGAN GIBBS, TYLER HAUPTMAN, AND COMMUNITY BRIGADE<br>Defendant(s) | CASE NUMBER:<br>2:26-cv-02463<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Los Angeles Emergency Preparedness Foundation dba Community Brigade or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Los Angeles Emergency Preparedness Foundation dba Community Brigade | Plaintiff. This entity is a California nonprofit corporation. |

March 6, 2026
Date

/s/ Susanna F. Wiseman
Signature

Attorney of record for (or name of party appearing in pro per):

Los Angeles Emergency Preparedness Foundation