ELLEN KAUFMAN WOLF (SBN 110686)
ewolf@wolfwallenstein.com
CHRISTOPHER J. CUMMISKEY (SBN 244249)
ccummiskey@wolfwallenstein.com
**WOLF WALLENSTEIN, PC**
11400 West Olympic Boulevard, Suite 700
Los Angeles, California 90064
Telephone: (310) 622-1000
Facsimile: (310) 457-9087

Attorneys for Defendant Community Brigade

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION dba COMMUNITY BRIGADE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIKKE PIERSON, an individual; JASON DAX MILLER aka DAX MILLER, an individual; DANA WOLF PHILLIPS, an individual; KEEGAN GIBBS, an individual; TYLER HAUPTMAN, an individual; COMMUNITY BRIGADE, a California nonprofit corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02463<br><br>**<u>SECOND</u> STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: March 26, 2026<br>Current response date: April 16, 2026<br>New response date: May 14, 2026 |

Plaintiff LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION, and Defendant COMMUNITY BRIGADE ("Defendant"), by and through their respective counsel, stipulate as follows:

WHEREAS:

1. On March 3, 2026, Plaintiff Los Angeles Emergency Preparedness Foundation dba Community Brigade ("Plaintiff") filed the complaint in this action in the United States District Court – Central District, Case No. 2:26-cv-02463.

2. On March 26, 2026, Plaintiff served the summons and complaint on Defendant COMMUNITY BRIGADE ("Defendant"). None of the other named defendants have been served to date.

3. On April 13, 2026, the parties filed a stipulation to extend the deadline for Defendant's responsive pleading by 14 days, from April 16, 2026 to April 30, 2026 ("First Stipulation").

4. Pursuant to Federal Rule of Civil Procedure 12(a) and the parties First Stipulation, Defendant's responsive pleading is currently due on April 30, 2026.

5. Defendant has requested, and Plaintiff has agreed, to again extend the deadline for Defendant to file their responsive pleading by 15 days, to May 15, 2026.

6. This is the second extension for Defendant to respond to the initial complaint, for a total of 29 days.

7. Pursuant to Local Rule 8-3, the parties may agree to extend the deadline for a plaintiff to respond to the initial complaint by filed stipulation, without the need for an order.

NOW, THEREFORE, IT IS STIPULATED AND AGREED, as follows:

Defendant Community Brigade's deadline to file its responsive pleading to the initial complaint is extended to and including May 15, 2026.

SO STIPULATED.

DATED: April 23, 2026

**WOLF WALLENSTEIN, PC**

Ellen Kaufman Wolf
Christopher J. Cummiskey
Attorneys for Defendant
Community Brigade

///

///

///

SO STIPULATED.

DATED: April 23, 2026

**MADISON LAW, APC**

Ali Parvaneh
Susanna F. Wiseman
Jacob A. Pace
Attorneys for Plaintiff Los Angeles Emergency Preparedness Foundation dba Community Brigade

CERTIFICATE OF SERVICE

*Los Angeles Emergency Preparedness Foundation v. Mikke Pierson, et al.*

USDC Case No. 2:26-cv-02463

I am employed in the State of California, County of Los Angeles, over the age of eighteen years, and not a party to the within action. My business address is 11400 West Olympic Boulevard, Suite 700, Los Angeles, California 90064.

On April 23, 2026, I served the within documents:

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

[ ] by placing **[ ] the original [ ] a true and correct copy** of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

[ ] by causing messenger delivery by First Legal attorney service of **[ ] the original [ ] a true and correct copy** of the document(s) listed above to the person(s) at the address(es) set forth below.

[X] BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

[SEE ATTACHED SERVICE LIST]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 23, 2026, at Los Angeles, California.

*Nicole Carlson*

Nicole Carlson

**SERVICE LIST**

*Los Angeles Emergency Preparedness Foundation v. Mikke Pierson, et al.*
USDC Case No. 2:26-cv-02463

| | |
|---|---|
| Ali Parvaneh<br>Susanna F. Wiseman<br>Jacob A. Pace<br>MADISON LAW, APC<br>17702 Mitchell North<br>Irvine, California 92614 | *Attorneys for Plaintiff Los Angeles Emergency Preparedness Foundation dba Community Brigade*<br><br>Telephone: 949-756-9050<br>Facsimile: 949-756-9060<br><br>Email:<br>aparvaneh@madisonlawapc.com<br>swiseman@madisonlawapc.com<br>jpace@madisonlawapc.com |