ELLEN KAUFMAN WOLF (SBN 110686)
ewolf@wolfwallenstein.com
CHRISTOPHER J. CUMMISKEY (SBN 244249)
ccummiskey@wolfwallenstein.com
**WOLF WALLENSTEIN, PC**
11400 West Olympic Boulevard, Suite 700
Los Angeles, California 90064
Telephone: (310) 622-1000
Facsimile: (310) 457-9087

Attorneys for Defendant Community Brigade

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION dba COMMUNITY BRIGADE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIKKE PIERSON, an individual; JASON DAX MILLER aka DAX MILLER, an individual; DANA WOLF PHILLIPS, an individual; KEEGAN GIBBS, an individual; TYLER HAUPTMAN, an individual; COMMUNITY BRIGADE, a California nonprofit corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02463-GW (DFMx)<br><br>**JOINT STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANT COMMUNITY BRIGADE TO RESPOND THERETO**<br><br>Assigned to the Hon. George H. Wu<br><br>Complaint filed: March 3, 2026<br>Complaint served: March 26, 2026<br>Current response date: May 15, 2026<br>New FAC filing date: May 14, 2026<br>New response date to FAC: 21 days after filing of FAC |

Plaintiff Los Angeles Emergency Preparedness Foundation dba Community Brigade ("Plaintiff" or "LAEPF") and Defendant Community Brigade ("Defendant" or "Community Brigade"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS:

1. On March 3, 2026, Plaintiff filed the Complaint in this action in the United States District Court for the Central District of California, Case No. 2:26-cv-02463-GW (DFMx).

2. On March 26, 2026, Plaintiff served the Summons and Complaint on Defendant Community Brigade. To Defendant's knowledge, no other named defendant has been served to date.

3. On April 13, 2026, the parties filed a stipulation to extend the deadline for Defendant's responsive pleading by fourteen (14) days, from April 16, 2026 to April 30, 2026 ("First Stipulation").

4. On April 23, 2026, counsel for Defendant Community Brigade and counsel for Plaintiff conferred telephonically pursuant to Local Rule 7-3 regarding Defendant's anticipated motion to dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6).

5. On April 25, 2026, the parties filed a Second Stipulation to extend the deadline for Defendant's responsive pleading by an additional fifteen (15) days, from April 30, 2026 to May 15, 2026 ("Second Stipulation"). Pursuant to the Second Stipulation, Defendant Community Brigade's responsive pleading is currently due on May 15, 2026.

6. On April 30, 2026, counsel for the parties further met and conferred regarding the issues identified in Defendant's anticipated motion to dismiss.

7. As a result of the parties' April 30, 2026 conference, Plaintiff has determined that, in lieu of opposing Defendant Community Brigade's anticipated motion to dismiss, Plaintiff will file a First Amended Complaint addressing various issues raised by Defendant Community Brigade in connection with its meet and confer efforts.

8. The parties wish to avoid the time and expense to the parties and the Court of motion practice that would be mooted by Plaintiff's planned amendment.

9. The parties agree that Plaintiff shall be permitted to file a First Amended Complaint on or before May 14, 2026, and that Defendant Community Brigade shall have twenty-one (21) days from the date of service of the First Amended Complaint to file its responsive pleading or motion to dismiss the First Amended Complaint.

10. Because the cumulative extension of Defendant Community Brigade's time to respond to the initial Complaint contemplated by this Stipulation will exceed thirty (30) days from Defendant's original response date, this Stipulation requires entry of a court order pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7-1. The parties accordingly submit a [Proposed] Order concurrently herewith.

10. This Stipulation does not delay or affect any other deadline previously set by this Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant Community Brigade, through their respective counsel of record, subject to approval by the Court, as follows:

1. Plaintiff shall file a First Amended Complaint addressing various issues raised by Defendant Community Brigade as part of its meet and confer efforts in connection with its anticipated motion to dismiss on or before May 14, 2026.

2. Defendant Community Brigade shall file its responsive pleading or motion to dismiss the First Amended Complaint within twenty-one (21) days after the date of filing of the First Amended Complaint.

3. Defendant Community Brigade's deadline of May 15, 2026 to respond to the initial Complaint, as set by the parties' Second Stipulation, is superseded by the deadline set forth in paragraph 2 above.

///

///

///

4. The parties reserve all rights, claims, defenses, and remedies, including, without limitation, any objections Defendant Community Brigade may have to the First Amended Complaint and any further motion practice the parties may pursue with respect to the First Amended Complaint.

5. Nothing in this Stipulation shall be deemed an admission or waiver as to any claim or defense.

SO STIPULATED.

DATED: May 4, 2026

**WOLF WALLENSTEIN, PC**

Ellen Kaufman Wolf
Christopher J. Cummiskey
Attorneys for Defendant
Community Brigade

SO STIPULATED.

DATED: May 4, 2026

**MADISON LAW, APC**

/s/ Ali Parvaneh
Ali Parvaneh
Susanna F. Wiseman
Jacob A. Pace
Attorneys for Plaintiff Los Angeles
Emergency Preparedness Foundation
dba Community Brigade

**L.R. 5-4.3.4(a)(2)(i) ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Ellen Kaufman Wolf, attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 4, 2026

**WOLF WALLENSTEIN, PC**

Ellen Kaufman Wolf
Christopher J. Cummiskey
Attorneys for Defendant
Community Brigade