ELLEN KAUFMAN WOLF (SBN 110686)
ewolf@wolfwallenstein.com
CHRISTOPHER J. CUMMISKEY (SBN 244249)
ccummiskey@wolfwallenstein.com
**WOLF WALLENSTEIN, PC**
11400 West Olympic Boulevard, Suite 700
Los Angeles, California 90064
Telephone: (310) 622-1000
Facsimile: (310) 457-9087

Attorneys for Defendant Community Brigade

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION dba COMMUNITY BRIGADE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIKKE PIERSON, an individual; JASON DAX MILLER aka DAX MILLER, an individual; DANA WOLF PHILLIPS, an individual; KEEGAN GIBBS, an individual; TYLER HAUPTMAN, an individual; COMMUNITY BRIGADE, a California nonprofit corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02463-GW (DFMx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO PERMIT FILING OF FIRST AMENDED COMPLAINT AND TO EXTEND TIME FOR DEFENDANT COMMUNITY BRIGADE TO RESPOND THERETO**<br><br>Hon. George H. Wu<br><br>Complaint Filed: March 3, 2026<br>Complaint served: March 26, 2026<br>Current response date: May 15, 2026<br>New FAC Filing Date: May 14, 2026<br>New response date to FAC: 21 days after service of FAC |

The Court, having reviewed the parties' Joint Stipulation to Permit Filing of First Amended Complaint and to Extend Time for Defendant Community Brigade to Respond Thereto, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

1. Plaintiff Los Angeles Emergency Preparedness Foundation dba Community Brigade shall file a First Amended Complaint addressing various issues

raised by Defendant Community Brigade as part of its meet and confer efforts in connection with its anticipated motion to dismiss on or before May 14, 2026.

2. Defendant Community Brigade shall file its responsive pleading or motion to dismiss the First Amended Complaint within twenty-one (21) days after the date of service of the First Amended Complaint.

3. Defendant Community Brigade's deadline of May 15, 2026 to respond to the initial Complaint, as previously set by the parties' Second Stipulation, is superseded by the deadline set forth in paragraph 2 above.

**IT IS SO ORDERED.**

DATED: ________________

______________________________
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE