ELLEN KAUFMAN WOLF (Cal. Bar No. 110686)
ewolf@wolfwallenstein.com
EVAN W. GRANT (Cal. Bar No. 234039)
egrant@wolfwallenstein.com
**WOLF WALLENSTEIN, PC**
11400 West Olympic Boulevard, Suite 700
Los Angeles, California 90064
Telephone: (310) 622-1000
Facsimile: (310) 457-9087

Attorneys for Defendant Community Brigade

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION dba COMMUNITY BRIGADE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIKKE PIERSON, an individual; JASON DAX MILLER aka DAX MILLER, an individual; DANA WOLF PHILLIPS, an individual; KEEGAN GIBBS, an individual; TYLER HAUPTMAN, an individual; COMMUNITY BRIGADE, a California nonprofit corporation; and DOES 1 through 50, inclusive,<br><br>Defendants | Case No. 2:26-cv-02463-GW (DFMx)<br><br>**DEFENDANT COMMUNITY BRIGADE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hon. George H. Wu<br><br>*[Filed concurrently with Motion to Dismiss and Declaration of Ellen Wolf]*<br><br>Date: June 18, 2026<br>Time: 8:30 a.m.<br>Courtroom: 9D |

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Defendant Community Brigade respectfully requests that this Court take judicial notice of the following thirty documents in connection with Defendant's concurrently filed Motion to Dismiss the First Amended Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6): (1) three USPTO Office Actions refusing Principal Register registration of Plaintiff's COMMUNITY BRIGADE applications on descriptiveness grounds (Exs. 1–3, pp. 18–79); (2) three Supplemental Register Registration Certificates (Exs. 4–6, pp. 81–88); (3) the USPTO Trademark Status and Document Retrieval ("TSDR") status reports for the three Supplemental Register registrations (Exs. 7–9, pp. 90–100); (4) the TTABVUE proceeding record for Cancellation Proceeding No. 92091338, in which all three of Plaintiff's COMMUNITY BRIGADE registrations are pending cancellation (Ex. 10, pp. 102–103); (5) Plaintiff's own website at laepf.org reflecting Plaintiff's use of the phrase "Community Brigade" and "Community Brigades" (Exs. 11–12, pp. 105–146); (6) news and historical-records materials concerning predecessor and concurrent civilian fire brigades in the Santa Monica Mountains, including the Malibu West Volunteer Fire Brigade and the Point Dume Bombers (Exs. 13–16, pp. 148–167); (7) examples of third-party generic use of the phrase "community brigade" by international humanitarian organizations (Exs. 17–20, pp. 169–211); (8) examples of news-media use of the phrase "community brigade" generically in coverage of the January 2025 Los Angeles wildfires (Exs. 21–24, pp. 213–232); (9) the Los Angeles County Fire Department's recorded presentation by Assistant Chief Drew Smith describing the joint LACoFD–LAEPF Community Brigade Pilot Program (Ex. 25, pp. 234–258); and (10) three USPTO Nonfinal Office Actions (issued May 4, 2026) refusing registration of Plaintiff's pending L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE logo applications (Sn 99558495, 99558500, and 99558505) absent disclaimer of the wording "L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE" as merely descriptive and primarily geographically descriptive (Exs. 28–30, pp. 266–425); and (11) the peer-reviewed

publication co-authored by Plaintiff's Chief Executive Officer, Brent Woodworth, describing "The Community Brigades Pilot Program" (Exs. 26–27, pp. 260–264).

## I. LEGAL STANDARD FOR JUDICIAL NOTICE

Federal Rule of Evidence 201(b)(2) authorizes this Court to take judicial notice of a fact that is "not subject to reasonable dispute" because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Official government records — including USPTO Office Actions, registration certificates, TSDR status reports, and TTABVUE proceeding records — are proper subjects of judicial notice because they are "capable of accurate and ready determination" through the publicly accessible USPTO and TTAB online systems.

Moreover, on a Rule 12(b)(6) motion, the Court may consider "matters of judicial notice without converting the motion to one for summary judgment." Lee v. City of Los Angeles, 250 F.3d 668, 688–89 (9th Cir. 2001). "A court may also consider documents referenced in a complaint and matters of public record on a motion to dismiss." Threshold Enters. Ltd. v. Pressed Juicery, Inc., 445 F. Supp. 3d 139, 151–53 (N.D. Cal. 2020). The Court may take judicial notice of statements contained in publicly available newspaper articles and other media for the fact that such statements were made and were publicly available, although not for the truth of contested factual assertions therein. Fed. R. Evid. 201(b)(2).

## II. DOCUMENTS FOR WHICH JUDICIAL NOTICE IS REQUESTED

Defendant requests judicial notice of the following thirty documents. True and correct copies are attached hereto as Exhibits 1 through 30, respectively:

**Exhibit 1.** USPTO Nonfinal Office Action, Application Serial No. 99265204 (Class 35) — refusing Principal Register registration of the mark “COMMUNITY BRIGADE” as merely descriptive under 15 U.S.C. § 1052(e)(1) (issued December 2, 2025). (available at https://tsdr.uspto.gov/#caseNumber=99265204&caseType=SERIAL_NO&searchTyp

e=documentSearch)

**Exhibit 2.** USPTO Nonfinal Office Action, Application Serial No. 99265207 (Class 41) — refusing Principal Register registration of the mark "COMMUNITY BRIGADE" as merely descriptive under 15 U.S.C. § 1052(e)(1) (issued December 2, 2025). (available at https://tsdr.uspto.gov/#caseNumber=99265207&caseType=SERIAL_NO&searchType=documentSearch)

**Exhibit 3.** USPTO Nonfinal Office Action, Application Serial No. 99265213 (Class 45) — refusing Principal Register registration of the mark "COMMUNITY BRIGADE" as merely descriptive under 15 U.S.C. § 1052(e)(1), finding that "BRIGADE" "appears to be generic in the context of applicant's goods and/or services," and requiring a disclaimer of "BRIGADE" as a condition of Supplemental Register registration (issued December 2, 2025). (available at https://tsdr.uspto.gov/#caseNumber=99265213&caseType=SERIAL_NO&searchType=documentSearch)

**Exhibit 4.** USPTO Supplemental Register Registration Certificate for Reg. No. 8112456 (Class 35) for the mark "COMMUNITY BRIGADE." (available at https://tsdr.uspto.gov/#caseNumber=8112456&caseType=DEFAULT&searchType=documentSearch)

**Exhibit 5.** USPTO Supplemental Register Registration Certificate for Reg. No. 8112457 (Class 41) for the mark "COMMUNITY BRIGADE." (available at https://tsdr.uspto.gov/#caseNumber=8112457&caseType=DEFAULT&searchType=documentSearch)

**Exhibit 6.** USPTO Supplemental Register Registration Certificate for Reg. No. 8112458 (Class 45) for the mark "COMMUNITY BRIGADE" — bearing on page 2 the disclaimer: "No claim is made to the exclusive right to use the following apart from the mark as shown: 'BRIGADE.'" (available at https://tsdr.uspto.gov/#caseNumber=8112458&caseType=DEFAULT&searchType=

documentSearch)

**Exhibit 7.** USPTO Trademark Status and Document Retrieval (TSDR) status report for Reg. No. 8112456 (Class 35), reflecting the status of the registration on the Supplemental Register and the pendency of TTAB Cancellation Proceeding No. 92091338 against the registration. (available at https://tsdr.uspto.gov/#caseNumber=99265204&caseType=SERIAL_NO&searchType=statusSearch)

**Exhibit 8.** USPTO Trademark Status and Document Retrieval (TSDR) status report for Reg. No. 8112457 (Class 41), reflecting the status of the registration on the Supplemental Register and the pendency of TTAB Cancellation Proceeding No. 92091338 against the registration. (available at https://tsdr.uspto.gov/#caseNumber=99265207&caseType=SERIAL_NO&searchType=statusSearch)

**Exhibit 9.** USPTO Trademark Status and Document Retrieval (TSDR) status report for Reg. No. 8112458 (Class 45), reflecting the status of the registration on the Supplemental Register and the pendency of TTAB Cancellation Proceeding No. 92091338 against the registration. (available at https://tsdr.uspto.gov/#caseNumber=99265213&caseType=SERIAL_NO&searchType=statusSearch)

**Exhibit 10.** TTABVUE proceeding record for Cancellation Proceeding No. 92091338, instituted April 6, 2026, against Reg. Nos. 8112456, 8112457, and 8112458, with the status "LIVE/REGISTRATION/Cancellation/Invalidation Pending." (available at https://ttabvue.uspto.gov/ttabvue/v?pno=92091338&pty=CAN)

**Exhibit 11.** Selected pages of Plaintiff Los Angeles Emergency Preparedness Foundation's website at https://www.laepf.org — specifically, the Community Brigade Pilot Program page (laepf.org/community-brigade-pilot-program), including the program description, the program's stated origins and history of predecessor brigades

in the Santa Monica Mountains, and references to the joint LACoFD–LAEPF pilot. (available at https://laepf.org/community-brigade-pilot-program)

**Exhibit 12.** Selected pages of Plaintiff's website at https://www.laepf.org — specifically, the Community Brigade Mission & Strategy page (laepf.org/community-brigade), including Plaintiff's repeated plural use of "Community Brigades" and its "Why Community Brigades?" content. (available at https://laepf.org/community-brigade)

**Exhibit 13.** The official website of the Malibu West Volunteer Fire Brigade (malibuwestbc.com/volunteer-fire-brigade), describing the Brigade's formation, training, and operations in the Santa Monica Mountains since 2012. (available at https://www.malibuwestbc.com/volunteer-fire-brigade)

**Exhibit 14.** The Malibu Times, "Malibu West Volunteer Fire Brigade Training Day held for residents," reporting on the operations and training of the Malibu West Volunteer Fire Brigade. (available at https://malibutimes.com/malibu-west-volunteer-fire-brigade-training-day-held-for-residents)

**Exhibit 15.** The official website of the Point Dume Community Brigade (pointdumecommunitybrigade.com), the modern successor to the Point Dume "Bombers" who organized civilian wildfire response during the 2018 Woolsey Fire. (available at https://www.pointdumecommunitybrigade.com/)

**Exhibit 16.** The Malibu Times, "New podcast tells the riveting story of the Point Dume Bombers," reporting on the formation and operations of the Point Dume Bombers / Point Dume Community Brigade. (available at https://malibutimes.com/new-podcast-tells-the-riveting-story-of-the-point-dume-bombers)

**Exhibit 17.** International Federation of Red Cross and Red Crescent Societies / Global Disaster Preparedness Center, "Community Brigades" (Solutions Brief), an IFRC publication using "Community Brigades" as a category descriptor for trained local volunteer groups. (available at https://preparecenter.org/wp-

content/uploads/2023/09/Community-Brigades-Solutions-Brief_final.pdf)

**Exhibit 18.** Global Disaster Preparedness Center / IFRC, "Empowering Communities, Influencing National Change: The Mexican Red Cross' Approach to Flood Resilience," describing the Mexican Red Cross's use of "community brigades" for emergency response. (available at https://preparecenter.org/story/empowering-communities-influencing-national-change-the-mexican-red-cross-approach-to-flood-resilience/)

**Exhibit 19.** Practical Action, "From vulnerable to resilient communities in Peru (BHA)," describing Practical Action's training of "community brigades" for disaster preparedness and response in Peru (available at https://practicalaction.org/our-work/projects/resilient-communities-in-peru-bha/)

**Exhibit 20.** Waging Nonviolence, "Meet the volunteer brigades and artists fighting forest fires and deforestation in Brazil," describing volunteer "brigades" (including those supported by WWF Brasil and partner conservation organizations) fighting forest fires in Brazil. (available at https://wagingnonviolence.org/2022/07/meet-volunteer-brigades-artists-fighting-forest-fires-deforestation-brazil/)

**Exhibit 21.** CBS Los Angeles, "Palisades Fire victims form volunteer fire brigade as they work to rebuild their community" (March 26, 2025), describing the spread of civilian "community brigades" across Los Angeles County after the January 2025 wildfires. (available at https://www.cbsnews.com/losangeles/news/palisades-fire-victims-form-volunteer-fire-brigade-as-they-work-to-rebuild-their-community/)

**Exhibit 22.** KQED, "How Palisades Fire Put New Volunteer Firefighting Force to the Test," describing the use of "community brigade" as a category descriptor for trained civilian wildfire response volunteers. (available at https://www.kqed.org/news/12068710/how-palisades-fire-put-new-volunteer-firefighting-force-to-the-test)

**Exhibit 23.** CBS Los Angeles, "LA County Community Brigade set to be

honored for heroic efforts during devastating wildfires," reporting on the LACoFD-affiliated Community Brigade program. (available at https://www.cbsnews.com/losangeles/news/la-county-community-brigade-honored-wildfires/)

**Exhibit 24.** The New York Times, "Community L.A. Fire Brigade Steps In to Help Evacuate Residents" (January 11, 2025 video report). (available at https://www.nytimes.com/video/us/100000009918111/palisades-fire-community-volunteers.html)

**Exhibit 25.** The Los Angeles County Fire Department's recorded presentation by Assistant Chief Drew Smith describing the joint LACoFD–LAEPF "Community Brigade Pilot Program," including identification of the program's Steering Committee chaired by a Fire Department official. (available at https://drive.google.com/file/d/1rLhsA5X0VdYIAp3RUlearV7F9TiFaVwh/view)

**Exhibit 26.** Shirley Feldmann-Jensen, Sara O'Connor, Steven J. Jensen & Brent Woodworth, Trial by Fire: The Community Brigades Pilot Program, Natural Hazards Center Quick Response Research Report Series, Report 369 (2026) (co-authored by Plaintiff's Chief Executive Officer Brent Woodworth), as published on the Natural Hazards Center website at hazards.colorado.edu. (available at https://hazards.colorado.edu/uploads/quick_report/QR369_Jensen%20et%20al_Research%20Brief.pdf)

**Exhibit 27.** The same publication referenced in Exhibit 26 — Feldmann-Jensen et al., Trial by Fire: The Community Brigades Pilot Program (Natural Hazards Center QR Report 369, 2026) — as separately published on Plaintiff's own website at https://laepf.org. (available at https://laepf.org/s/Trial-by-Fire-Community-Brigade-Research-Brief.pdf)

**Exhibit 28.** United States Patent and Trademark Office Nonfinal Office Action, U.S. Trademark Application Serial No. 99558495 (Class 35), L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE (and design), issued May 4, 2026 — requiring

Applicant to disclaim the wording "L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE" as merely descriptive and primarily geographically descriptive, and finding that "FIRE DEPT. COMMUNITY BRIGADE merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services." (available at https://tsdr.uspto.gov/#caseNumber=99558495&caseType=SERIAL_NO&searchType=documentSearch)

**Exhibit 29.** United States Patent and Trademark Office Nonfinal Office Action, U.S. Trademark Application Serial No. 99558500 (Class 41), L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE (and design), issued May 4, 2026 — same disclaimer requirement and descriptive/geographically descriptive findings as Exhibit 28. (available at https://tsdr.uspto.gov/#caseNumber=99558500&caseType=SERIAL_NO&searchType=documentSearch)

**Exhibit 30.** United States Patent and Trademark Office Nonfinal Office Action, U.S. Trademark Application Serial No. 99558505 (Class 45 — firefighting services), L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE (and design), issued May 4, 2026 — same disclaimer requirement and descriptive/geographically descriptive findings as Exhibit 28. (available at https://tsdr.uspto.gov/#caseNumber=99558505&caseType=SERIAL_NO&searchType=documentSearch)

## III. BASIS FOR JUDICIAL NOTICE

### A. <u>USPTO Nonfinal Office Actions (Exhibits 1–3)</u>

Each of Exhibits 1 through 3 is a Nonfinal Office Action issued by the United States Patent and Trademark Office in connection with trademark applications filed by Plaintiff Los Angeles Emergency Preparedness Foundation ("LAEPF") for the mark COMMUNITY BRIGADE. These records (i) are official communications from a United States government agency, issued pursuant to the examining attorney's statutory

authority under 15 U.S.C. § 1062(b) and 37 C.F.R. § 2.62; (ii) are publicly available in the USPTO's Trademark Status and Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov, and therefore can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b)(2); and (iii) are not subject to reasonable dispute as to their authenticity or content.

Each Office Action contains an express finding that the mark "COMMUNITY BRIGADE" "merely describes a characteristic of applicant's goods and/or services" under Trademark Act Section 2(e)(1), 15 U.S.C. § 1052(e)(1), and states that registration on the Principal Register is refused. The December 2, 2025 Office Action for Application Serial No. 99265213 (Class 45) further finds that "BRIGADE" "appears to be generic in the context of applicant's goods and/or services" and required Plaintiff to disclaim "BRIGADE" as a condition of Supplemental Register registration. These findings are directly relevant to whether Plaintiff has any trademark rights to enforce against Defendant — the central question on Defendant's Motion to Dismiss.

**B. <u>Supplemental Register Registration Certificates (Exhibits 4–6)</u>**

In response to the Principal Register refusals reflected in Exhibits 1 through 3, Plaintiff elected to seek registration on the Supplemental Register. As a direct result of that election, the USPTO issued the three Registration Certificates attached as Exhibits 4 through 6, each of which bears the express designation "Supplemental Register" on its face.

These certificates are proper subjects of judicial notice because they (i) are official USPTO registration certificates issued pursuant to 15 U.S.C. § 1091 and signed by the Director of the United States Patent and Trademark Office; (ii) are publicly available in the USPTO TSDR database and can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b)(2); (iii) are directly at issue in this litigation — the First Amended Complaint at paragraph 37 alleges LAEPF "owns the trademark, 'Community Brigade,' which is registered with the [USPTO] under the registration numbers 8112456, 8112457, and

8112458," which are the same registrations reflected in Exhibits 4 through 6; and (iv) are not subject to reasonable dispute as to their content — each certificate expressly designates "Supplemental Register" on its face, and neither the register designation nor the registration date is in dispute.

The register designation is directly relevant and dispositive on Defendant's Motion to Dismiss. A Supplemental Register registration carries none of the evidentiary presumptions of Principal Register registration: it creates no presumption of validity, ownership, or exclusive right to use under 15 U.S.C. § 1057(b); it provides no constructive notice under 15 U.S.C. § 1072; and it confers no path to incontestability under 15 U.S.C. § 1065. Exhibit 6 (Reg. No. 8112458) further bears Plaintiff's express disclaimer that "No claim is made to the exclusive right to use the following apart from the mark as shown: 'BRIGADE.'"

### C. USPTO Trademark Status and Document Retrieval Reports (Exhibits 7–9)

Exhibits 7 through 9 consist of the USPTO Trademark Status and Document Retrieval (TSDR) status reports for Reg. Nos. 8112456 (Class 35), 8112457 (Class 41), and 8112458 (Class 45), respectively. The TSDR system is the USPTO's official online repository of trademark application and registration status information, accessible at https://tsdr.uspto.gov. Each report (i) is an official government record maintained by the USPTO; (ii) is publicly available and can be "accurately and readily determined" from the TSDR system, Fed. R. Evid. 201(b)(2); and (iii) is not subject to reasonable dispute as to its content. Each report reflects, among other things, the register on which the mark is registered (Supplemental Register), the status of the registration ("LIVE/REGISTRATION/Cancellation/Invalidation Pending"), and the pendency of TTAB Cancellation Proceeding No. 92091338 against each registration.

### D. TTABVUE Proceeding Record — Cancellation Proceeding No. 92091338 (Exhibit 10)

Exhibit 10 is the TTABVUE proceeding record for Trademark Trial and Appeal

Board (TTAB) Cancellation Proceeding No. 92091338, instituted April 6, 2026, against Reg. Nos. 8112456, 8112457, and 8112458. The TTABVUE system is the TTAB's official online repository of inter partes proceeding records, accessible at https://ttabvue.uspto.gov. The record (i) is an official government record maintained by the TTAB; (ii) is publicly available and can be "accurately and readily determined" from the TTABVUE system, Fed. R. Evid. 201(b)(2); and (iii) is not subject to reasonable dispute as to its content. The record reflects that a federal agency expressly tasked with policing trademark validity has accepted the cancellation petition against all three of Plaintiff's COMMUNITY BRIGADE registrations for adjudication on the merits.

**E. Plaintiff's Website at laepf.org (Exhibits 11–12)**

Exhibits 11 and 12 consist of selected pages of Plaintiff's own website at https://www.laepf.org. These pages are proper subjects of judicial notice because (i) they are publicly available statements by a party to this litigation; (ii) the content of those statements can be "accurately and readily determined" from Plaintiff's own publicly accessible website, Fed. R. Evid. 201(b)(2); and (iii) Plaintiff cannot reasonably dispute the authenticity or content of statements published on its own website. The Court may take judicial notice of party-admissions and other party statements published on publicly accessible websites without converting the motion. See, e.g., Threshold Enters., 445 F. Supp. 3d at 151–53. Plaintiff's repeated plural use of the phrase "Community Brigades" on its own website — including the headings "Why Community Brigades?" and "Community Brigades are volunteers committed to protecting" — directly bears on whether the phrase functions as a category descriptor (generic) rather than as a source identifier.

**F. Historical and Local Generic Use of "Fire Brigade" Naming (Exhibits 13–16)**

Exhibits 13 through 16 consist of publicly available materials describing the Malibu West Volunteer Fire Brigade and the Point Dume "Bombers" (also known as

the Point Dume Community Brigade) — civilian fire brigades that have operated in the Santa Monica Mountains for years and that long predate Plaintiff's claimed first use of "Community Brigade." These materials are proper subjects of judicial notice because (i) they are publicly available; (ii) their existence and content can be "accurately and readily determined from sources whose accuracy cannot reasonably be questioned," Fed. R. Evid. 201(b)(2); and (iii) judicial notice is taken not for the truth of any contested factual assertion but for the existence and content of the materials themselves, demonstrating that third parties unrelated to Plaintiff have used "fire brigade" and analogous community-brigade naming in the same geography. "Significant use of a term by competitors in the industry has traditionally been recognized as indicating genericness." Closed Loop Mktg., Inc. v. Closed Loop Mktg., LLC, 589 F. Supp. 2d 1211, 1219 n.6 (E.D. Cal. 2008).

### G. International Third-Party Generic Use of "Community Brigade" (Exhibits 17–20)

Exhibits 17 through 20 consist of publicly available examples of third-party generic use of the phrase "community brigade" by international humanitarian and conservation organizations, including the International Federation of Red Cross and Red Crescent Societies (through its Global Disaster Preparedness Center), the Mexican Red Cross, Practical Action, and volunteer brigades supported by WWF Brasil and partner conservation organizations. These materials are proper subjects of judicial notice on the same grounds set forth in Section F: they are publicly available, their existence and content can be accurately and readily determined, and they are offered not for the truth of any contested factual assertion but for the existence and content of the materials themselves — demonstrating worldwide generic use of the phrase by entities unrelated to Plaintiff.

### H. News-Media Generic Use of "Community Brigade" (Exhibits 21–24)

Exhibits 21 through 24 consist of publicly available news-media coverage of the January 2025 Los Angeles wildfires using the phrase "community brigade" generically,

including a January 11, 2025 New York Times video report headlined "Community L.A. Fire Brigade Steps In," together with reporting in CBS Los Angeles, KQED, and additional CBS Los Angeles coverage honoring the LACoFD-affiliated Community Brigade for its January 2025 wildfire response. The Court may take judicial notice of news articles and broadcast reports for the existence of their content and the fact that the reported language was publicly used in those publications, although not for the truth of any contested factual assertions therein. Fed. R. Evid. 201(b)(2). The relevant point here is the publishers' use of the term "community brigade" as a descriptor — including the indefinite-article construction "this brigade" and the phrase "community fire brigade volunteers" — both hallmarks of generic, not source-identifying, use.

**I. <u>LACoFD Presentation Re Community Brigade Pilot Program (Exhibit 25)</u>**

Exhibit 25 is the Los Angeles County Fire Department's recorded presentation describing the joint LACoFD–LAEPF "Community Brigade Pilot Program" and the program's Steering Committee. The presentation is a proper subject of judicial notice because (i) it is a publicly available recorded presentation by a senior official of the Los Angeles County Fire Department, posted by Plaintiff itself on its public-facing website; (ii) its content can be accurately and readily determined from Plaintiff's own publicly accessible website; (iii) the First Amended Complaint expressly references and relies on the Memorandum of Agreement reflected in this presentation (FAC ¶ 36); and (iv) it is not subject to reasonable dispute as to its content. Fed. R. Evid. 201(b)(2); Lee, 250 F.3d at 688–89. The presentation directly establishes that "Community Brigade" is the contractually defined name of a joint government-private initiative — not a private brand belonging exclusively to Plaintiff.

**J. <u>Feldmann-Jensen et al., Trial by Fire: The Community Brigades Pilot Program (Exhibits 26–27)</u>**

Exhibits 26 and 27 are two hosted copies of the same publication Trial by Fire: The Community Brigades Pilot Program, Natural Hazards Center Quick Response

Grant Program Report Series 369 (2026), co-authored by Plaintiff's Chief Executive Officer Brent Woodworth. The publication is a proper subject of judicial notice because (i) it is publicly available and is hosted on Plaintiff's own website at laepf.org; (ii) its content can be "accurately and readily determined" from Plaintiff's own publicly accessible website, Fed. R. Evid. 201(b)(2); and (iii) Plaintiff cannot reasonably dispute the authenticity of a publication co-authored by its own CEO and published on its own website. The Court may take judicial notice of the publication for its existence and content, including its use of the phrase in the plural ("Community Brigades") and as a category descriptor — "initiatives like the Community Brigade pilot program."

**IV. CONCLUSION**

For the foregoing reasons, Defendant Community Brigade respectfully requests that this Court take judicial notice of Exhibits 1 through 30 to this Request.

DATED: May 21, 2026

**WOLF WALLENSTEIN, PC**



Ellen Kaufman Wolf
Evan W. Grant
Attorneys for Defendants

**CERTIFICATE OF COMPLIANCE (L.R. 11-6.2)**

The undersigned, counsel of record for Defendant Community Brigade, certifies that this Request for Judicial Notice contains approximately 3514 words, including everything required to be counted by Local Rule 11-6.1. This document therefore complies with the word limit of Local Rule 11-6.1.

Dated: May 21, 2026

WOLF WALLENSTEIN, PC

By ______________________________
Ellen Kaufman Wolf (Cal. Bar No. 110686)
Evan W. Grant (Cal. Bar No. 234039)

Attorneys for Defendant
COMMUNITY BRIGADE

# EXHIBIT 1

**To:** Jonathan Pearce(uspto@socalip.com)
**Subject:** U.S. Trademark Application Serial No. 99265204 - COMMUNITY BRIGADE - - L288.T25582
**Sent:** December 02, 2025 01:25:29 PM EST
**Sent As:** tmng.notices@uspto.gov

**Attachments**

screencapture-ahdictionary-com-word-search-html-17646993153611
screencapture-ahdictionary-com-word-search-html-17646993819881
screencapture-www-durrell-org-news-meet-the-community-brigade-fighting-fires-to-save-wildlife-17646995656831
screencapture-the-lookout-org-2025-08-02-interview-with-david-hertz-architect-17646997953891

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 99265204

**Mark:** COMMUNITY BRIGADE

**Correspondence Address:**
Jonathan Pearce
SoCal IP Law Group LLP
310 N Westlake Blvd., Suite 120
Westlake Village CA 91362
United States

**Applicant:** Los Angeles Emergency Preparedness Foundation

**Reference/Docket No.** L288.T25582

**Correspondence Email Address:** uspto@socalip.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** December 2, 2025

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SEARCH RESULTS – NO CONFLICTING MARKS FOUND**

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

SUMMARY OF ISSUES:

- Refusal: Section 2(e)(1) Merely Descriptive
- Advisory: Supplemental Register

**SECTION 2(e)(1) REFUSAL – MERELY DESCRIPTIVE**

Registration is refused because the applied-for mark merely describes a characteristic of applicant's goods and/or services. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods and/or services. TMEP §1209.01(b); *see, e.g.*, *In re TriVita, Inc.*, 783 F.3d 872, 874, 114 USPQ2d 1574, 1575 (Fed. Cir. 2015) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005) (citing *Estate of P.D. Beckwith, Inc. v. Comm'r of Patents*, 252 U.S. 538, 543 (1920)).

Determining the descriptiveness of a mark is done in relation to an applicant's goods and/or services, the context in which the mark is being used, and the possible significance the mark would have to the average purchaser because of the manner of its use or intended use. *See In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012) (citing *In re Bayer Aktiengesellschaft*, 488 F.3d 960, 963-64, 82 USPQ2d 1828, 1831 (Fed. Cir. 2007)); TMEP §1209.01(b). Descriptiveness of a mark is not considered in the abstract. *In re Bayer Aktiengesellschaft*, 488 F.3d at 963-64, 82 USPQ2d at 1831.

"A mark may be merely descriptive even if it does not describe the 'full scope and extent' of the applicant's goods or services." *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004) (citing *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 USPQ2d 1807, 1812 (Fed. Cir. 2001)); TMEP §1209.01(b). It is enough if a mark describes only one significant function, attribute, or property. *In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); TMEP §1209.01(b); *see In re Oppedahl & Larson LLP*, 373 F.3d at 1173, 71 USPQ2d at 1371.
"Whether consumers could guess what the product [or service] is from consideration of the mark alone is not the test." *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985). The question is not whether someone presented only with the mark could guess what the goods and/or services are, but "whether someone who knows what the goods and[/or] services are will understand the mark to convey

information about them." *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1254, 103 USPQ2d 1753, 1757 (Fed. Cir. 2012) (quoting *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1316-17 (TTAB 2002)); *In re Mueller Sports. Med., Inc.*, 126 USPQ2d 1584, 1587 (TTAB 2018).

Furthermore, a mark does not need to be merely descriptive of all the goods or services specified in an application. *In re Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); *In re Zuma Array Ltd.*, 2022 USPQ2d 736, at *5-6 (TTAB 2022). "A descriptiveness refusal is proper 'if the mark is descriptive of any of the [goods or] services for which registration is sought.'" *In re Chamber of Commerce of the U.S.*, 675 F.3d at 1300, 102 USPQ2d at 1219 (quoting *In re Stereotaxis Inc.*, 429 F.3d 1039, 1040, 77 USPQ2d 1087, 1089 (Fed. Cir. 2005)).

The applied for mark is COMMUNITY BRIGADE for "Administration of a program to promote community service; Charitable services, namely, organizing and conducting volunteer programs and community service projects; Charitable services, namely, organizing and conducting volunteer programs aimed at training members of the public in disaster preparedness, aiding disaster response services in the midst of disaster, and disaster recovery; Charitable services, namely, providing a free online resource in the nature of a website for connecting people who have service needs with people who are willing to provide volunteer services; Charitable services, namely, organizing youth groups to undertake charitable projects in the field of disaster response". In this context, COMMUNITY refers to a group of people living in the same locality, and BRIGADE refers to a group of persons organized for a specific purpose. *See* attached evidence.

Generally, if the individual components of a mark retain their descriptive meaning in relation to the goods and/or services, the combination results in a composite mark that is itself descriptive and not registrable. *In re Nursecon, LLC*, Ser. No. 88052194, 2024 TTAB LEXIS 545, at *27-31 (2024) (citing *In re Omniome, Inc.*, Ser. No. 87661190, 2019 TTAB LEXIS 414, at *12-13 (2019); *In re Phoseon Tech., Inc.*, Ser. No. 77963815, 2012 TTAB LEXIS 306, at *3-4 (2012)); *In re Zuma Array Ltd.*, 2022 USPQ2d 736, at *7 (TTAB 2022); TMEP §1209.03(d); *see, e.g.*, *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1255 (Fed. Cir. 2012) (holding SNAP SIMPLY SAFER merely descriptive for various medical devices, such as hypodermic, aspiration, and injection needles and syringes); *In re Fallon*, 2020 USPQ2d 11249, at *12 (TTAB 2020) (holding THERMAL MATRIX merely descriptive of a heat-responsive, malleable liner that is an integral component of an oral dental appliance).

Only where the combination of descriptive terms creates a unitary mark with a unique, incongruous, or otherwise nondescriptive meaning in relation to the goods and/or services is the combined mark registrable. *See In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1174-75 (Fed. Cir. 2004) (citing *In re Nat'l Data Corp.*, 753 F.2d 1056, 1058 (Fed. Cir. 1985)); *In re Colonial Stores, Inc.*, 394 F.2d 549, 551-52 (C.C.P.A. 1968); *In re NextGen Mgmt., LLC*, Ser. No. 88098031, 2023 TTAB LEXIS 1, at *8-9 (2023) (quoting *In re Omniome, Inc.*, 2019 TTAB LEXIS 414, at *12); *In re Positec Grp. Ltd.*, 108 USPQ2d 1161, 1162-63 (TTAB 2013).

In this case, both the individual components and the composite result are descriptive of applicant's goods and/or services and do not create a unique, incongruous, or nondescriptive meaning in relation to the goods and/or services. Specifically, applicant's mark merely conveys that its services pertain to local groups of people organized for a specific purpose, such as disaster preparedness of fire prevention.

In addition, this wording is frequently used by third parties to describe similar goods and/or services.

See attached evidence.

Because the mark merely describes a characteristic of applicant's goods and/or services, registration is refused under section 2(e)(1).

**SUPPLEMENTAL REGISTER (ADVISORY)**

The applied-for mark has been refused registration on the Principal Register. Applicant may respond to the refusal by submitting evidence and arguments in support of registration and/or by amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091(c); 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816. Amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusal(s). TMEP §816.04.

**RESPONSE GUIDELINES**

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Applicant may also have other options for responding to a refusal and should consider such options carefully. To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements.

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. See 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/C. Scott Strickland/
C. Scott Strickland
Examining Attorney
LO122--LAW OFFICE 122
(571) 272-3277
Scott.Strickland@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://ahdictionary.com/word/search.html?q=community at 01:15:17, 12/02/2025

The AMERICAN HERITAGE® dictionary of the English Language

Search

**com·mu·ni·ty** (kə-myo͞o′nĭ-tē)

Share: X Post

*n. pl.* **com·mu·ni·ties**

**1.**
 **a.** A group of people living in the same locality and under the same government.
 **b.** The district or locality in which such a group lives.

**2.**
 **a.** A group of people having common interests: *the scientific community; the international business community.*
 **b.** A group viewed as forming a distinct segment of society: *the gay community; the community of color.*

**3.**
 **a.** Similarity or identity: *a community of interests.*
 **b.** Sharing, participation, and fellowship: *a sense of community.*

**4.** Society as a whole; the public.

**5.**
 **a.** A group of organisms interacting with one another and with the environment in a specific region.
 **b.** The region occupied by a group of interacting organisms.

[Middle English *communite*, citizenry, from Old French, from Latin *commūnitās*, fellowship, from *commūnis*, common; see COMMON.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by HarperCollins Publishers. All rights reserved.

## Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our Dictionary of Indo-European Roots.

## American Heritage Dictionary Products



### HOW TO USE THE DICTIONARY

To look up an entry in *The American Heritage Dictionary of the English Language*, use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like *bus rapid transit*, *dog whistle*, or *identity theft*) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

GUIDE TO THE DICTIONARY

### THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions.

THE PANELISTS

### AMERICAN HERITAGE DICTIONARY APP

The new American Heritage Dictionary app is now available for iOS and Android.

### THE AMERICAN HERITAGE DICTIONARY BLOG

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.

### THE 100 WORDS®

See word lists from the best-selling 100 Words Series!

FIND OUT MORE!

### INTERESTED IN DICTIONARIES?

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

| | | | | |
|---|---|---|---|---|
| The American Heritage Dictionary, 5th Edition | The American Heritage Dictionary of Idioms | The American Heritage Roget's Thesaurus | Curious George's Dictionary | The American Heritage Children's Dictionary |


**CONTACT US**

Customer Service
Make Me An Author
Ebooks Help with Glose Reader

**ABOUT US**

Company Profile
Leadership Team
Corporate Social Responsibility
HarperCollins Careers
HarperCollins Imprints
HarperGreen
Social Media Directory
Accessibility

**FOR READERS**

Browse Reading Guides

**FOR AUTHORS**

Submit a Manuscript
Report Piracy
Agent Portal

**MEDIA**

Publicity Contacts
Press Room

**SERVICES**

HarperCollins Speakers Bureau
Library Services
Academic Services
Desk & Exam Copies
Review Copies
OpenBook API
Marketing Partnerships

**COVID-19 RESOURCES & PERMISSIONS**

Permissions for Adult Online Readings
Permissions for Kids Online Readings

**SALES & RIGHTS**

Booksellers & Retailer Ordering
HarperCollins Catalogs
Permissions
Subsidiary Rights
Media Rights and Content Development

**GLOSE APP**

iPhone
Android

**GLOBAL DIVISIONS**

HarperCollins US
HarperCollins Canada
HarperCollins Christian
HarperCollins Australia
HarperCollins India
HarperCollins UK

HarperCollins Publishers
News Corp

Terms of Use • Terms of Sale • Your Ad Choices • Privacy Policy • California Privacy Policy
Do Not Sell My Personal Information


Copyright 2022 HarperCollins Publishers All rights reserved.

*This website is best viewed in Chrome, Firefox, Microsoft Edge, or Safari. Some characters in pronunciations and etymologies cannot be displayed properly in Internet Explorer.

https://ahdictionary.com/word/search.html?q=brigade at 01:16:24, 12/02/2025

The American Heritage dictionary of the English Language

Search

**HOW TO USE THE DICTIONARY**

To look up an entry in *The American Heritage Dictionary of the English Language*, use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like *bus rapid transit*, *dog whistle*, or *identity theft*) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

GUIDE TO THE DICTIONARY

**THE USAGE PANEL**

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions.

THE PANELISTS

**bri·gade** (brĭ-gād′)

Share: X Post

*n.*

1\.

**a.** A military unit consisting of a variable number of combat battalions or regiments.

**b.** A US Army administrative and tactical unit composed of a headquarters unit, at least one unit of infantry or armor or both, and designated support units. A brigade can be commanded by a brigadier general or by a colonel.

**2.** A group of persons organized for a specific purpose: *formed a bucket brigade to carry water to the fire.*

*tr.v.* **bri·gad·ed, bri·gad·ing, bri·gades**

To form into a brigade.

[French, from Old French, company, from Old Italian *brigata*, from *brigare*, to fight, from *briga*, strife, *of Celtic origin; see* **gʷerə-**[1] in the Appendix of Indo-European roots.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by HarperCollins Publishers. All rights reserved.

## Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our Dictionary of Indo-European Roots.

## American Heritage Dictionary Products



The American Heritage Dictionary, 5th Edition | The American Heritage Dictionary of Idioms | The American Heritage Roget's Thesaurus | Curious George's Dictionary | The American Heritage Children's Dictionary

**AMERICAN HERITAGE DICTIONARY APP**

The new American Heritage Dictionary app is now available for iOS and Android.

**THE AMERICAN HERITAGE DICTIONARY BLOG**

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.

**THE 100 WORDS®**

See word lists from the best-selling 100 Words Series!

FIND OUT MORE!

**INTERESTED IN DICTIONARIES?**

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

CONTACT US FOR AUTHORS COVID-19 RESOURCES & PERMISSIONS GLOBAL DIVISIONS

Customer Service
Make Me An Author
Ebooks Help with Glose Reader

**ABOUT US**

Company Profile
Leadership Team
Corporate Social Responsibility
HarperCollins Careers
HarperCollins Imprints
HarperGreen
Social Media Directory
Accessibility

**FOR READERS**

Browse Reading Guides

Submit a Manuscript
Report Piracy
Agent Portal

**MEDIA**

Publicity Contacts
Press Room

**SERVICES**

HarperCollins Speakers Bureau
Library Services
Academic Services
Desk & Exam Copies
Review Copies
OpenBook API
Marketing Partnerships

Permissions for Adult Online Readings
Permissions for Kids Online Readings

**SALES & RIGHTS**

Booksellers & Retailer Ordering
HarperCollins Catalogs
Permissions
Subsidiary Rights
Media Rights and Content Development

**GLOSE APP**

iPhone
Android

HarperCollins US
HarperCollins Canada
HarperCollins Christian
HarperCollins Australia
HarperCollins India
HarperCollins UK

HarperCollins Publishers

News Corp

Terms of Use • Terms of Sale • Your Ad Choices • Privacy Policy • California Privacy Policy
Do Not Sell My Personal Information

Copyright 2021 HarperCollins Publishers All rights reserved.

*This website is best viewed in Chrome, Firefox, Microsoft Edge, or Safari. Some characters in pronunciations and etymologies cannot be displayed properly in Internet Explorer.

# NEWS

## MEET THE COMMUNITY BRIGADE FIGHTING FIRES TO SAVE WILDLIFE

Monday 3 February 2025



The Capivari Solidarity Brigade is a group of firefighting volunteers from local rural communities in Capivari, Brazil. Located near the Pico do Itambé State Park, home of a rare species of frog, the community brigade fights fires that threaten the species' habitat.

Only found within 0.5 sq. km on a mountain top 1,800 metres above sea level, the species was discovered by Bela Barata, Durrell's Saving Amphibians From Extinction (SAFE) Programme Coordinator. The frogs spend their entire life in a plant called a bromeliad, which holds up to two litres of water stored in pockets between each leaf and the central tank. The frogs are particularly vulnerable to fire, as heat destruction to bromeliads affects how much water they can hold.



In 2015 and 2021, catastrophic fire events greatly impacted the frog's population levels. Through our SAFE programme, we've been working with communities outside of the Park, where fires are more likely to occur, as many of the out-of-control fires that threaten the frog's habitat are originally set to clear and fertilise land used for cattle and flower growing.

The Capivari Solidarity Brigade was recently formed through funding from Durrell's Rewild Carbon with help from our partner, Instituto Biotropicos, who have been training the community volunteers in firefighting and first aid, legally registering the brigade, and providing equipment. The brigade has a wide range of roles, from firefighters and drivers to cooks and cleaners. This year, we will be working to find a way that this can become a source of income for the volunteers, improving livelihoods and adding increased value to protecting the frogs and the Park.





Collaborating with local community brigades provides us with a chance to connect people to wildlife conservation and support the control of fires. Additionally, we work with the Park Manager to deliver actions that reduce fire mass, supporting prescribed burnings and habitat management, such as vegetation clearing to create a belt around the frog's habitat to enable fire to escape before it reaches them.

These actions are particularly vital as climate change will likely worsen future fire events. Together, we hope to prevent and fight fires safely and protect the rare frogs from further population decline.

Photos by Michel Bechelent

Durrell

Durrell & Jersey Zoo

Durrell

Site by Webreality

Durrell Wildlife Conservation Trust is a Registered Charity with the Jersey Charity Commissioner, registered charity number: 1. Patron: HRH The Princess Royal. Founder: Gerald Durrell, OBE, LHD. Durrell Wildlife Conservation Trust - UK is registered in England and Wales. A charitable company limited by guarantee. Registered charity number: 1121989. Registered company number: 6448493. Registered office: c/o Ogier Global (UK) Limited, 4th Floor, 3 St Helens Place, London, EC3A 6AB. Durrell Wildlife Conservation Trust – Scotland is registered in Scotland. A charitable company limited by guarantee. Registered charity number: SC053164. Registered company number: SC756219. Registered office: c/o Brodies LLP, 110 Queen Street, Glasgow, G1 3BX

THE LOOKOUT

*Support our Sponsors!*




QTAC Fire Equipment





# Interview with David Hertz, Architect

August 2, 2025 by Zeke Lunder

Zeke Lunder and David Hertz discuss the role of architects in fire mitigation, highlighting the importance of home hardening and community brigades. They discuss the challenges of rebuilding in fire-prone areas, such as the Palisades and Bel Air, and the potential for consolidating lots to create fire breaks. The conversation also touches on the impact of climate change, the limitations of insurance, and the necessity of individual preparedness and community resilience.




## Role of Architects in Fire Mitigation

- Zeke expresses interest in discussing the role of architects in fire mitigation.
- He mentions the blame often placed on the forestry industry for past disasters and suggests a similar critique of architecture.
- David Hertz, an architect and member of the Malibu Community Fire

Danger in Plain Sight




Subscribe to The Lookout Newsletter!

**Trying to get ahold of Zeke?** Email us!
**Advertising Inquiries:** Click here!

**Become a Lookout Supporter!**
If you appreciate the information here and want to help support our ongoing reporting on water, fire and forestry issues, please consider becoming a monthly Lookout supporter on PayPal.

Monthly contributions pay our internet, software, copyediting, guest author, mapmaking, fuel, and video production bills, and allow us to purchase footage from independent photojournalists!

Supporter $5.00 USD - month(s)

Brigade, shares his experience with the Woolsey Fire and the creation of the community brigade program.
- The program aims to train locals to respond to fires and harden homes against fire hazards.

## Community Brigade Program and Fire Risk Assessment

- Hertz discusses the development of the community brigade program and its success in responding to fires.
- He highlights the importance of home ignition zone hardening and the non-codified fire risks that often go unnoticed.
- Hertz introduces "Defend" an AI-based scanning tool to review plans for non-codified fire risks.
- The tool helps homeowners identify potential fire hazards that might not be caught in the building review process.

## Challenges of Fire-Prone Areas and Resilience Strategies

- Zeke and Hertz discuss the challenges of rebuilding in fire-prone areas like Bel Air and Beverly Hills.
- Hertz suggests consolidating lots to create fire breaks and resilience pockets.
- They talk about the importance of using fire-resistant materials and landscaping to reduce fire risk.
- Hertz emphasizes the need for situational awareness and community involvement in fire mitigation efforts.

## Mutual Aid and Community Resilience

- Zeke and Hertz discuss the role of mutual aid and community brigades in fire response.
- Hertz highlights the importance of individuals being their own heroes by making their homes defensible.
- They talk about the challenges of rebuilding in areas with high fire risk and the need for better planning and infrastructure.
- Hertz mentions the potential for using independent water sources and automated sprinkler systems to improve fire resilience.

## Architectural Education and Fire Resilience

- Zeke asks about the education architects receive on fire behavior and hazards.
- Hertz explains that fire dynamics and severity are not currently required subjects in architectural education.
- They discuss the need for architects to understand fire resilience and incorporate it into their designs.
- Hertz shares his experience teaching a fire resilience studio and the

Subscribe

Make a One-Time PayPal Donation
Donate

Donate using a Credit Card

You can also Venmo @Lookout_Media.

venmo

(c) 2025 - No reprints of this information on commercial sites without permission. If you are working on a fire and see us posting information that is inaccurate, please shoot us an email if you can. We really want to get the story right.

**DISCLAIMER:** The Lookout website is not an Internal Revenue Code Section 501(c)(3) tax exempt organization. Contributions are not tax deductible.

2021 Fires
2022 Fires
2022 SRF Complex
2023 Fires
2024 Boise Fire
2024 Fires
2025 Fires
Aerial Firefighting
Architecture
Bulldozers
Caldor Fire
Camp Fire
Cannabis Cultivation
Climate Change
Community Wildfire Safety
Cultural Burning
Danger in Plain Sight Series
Dixie Fire
Fairview Fire
Fire Behavior
Fire Ecology

importance of integrating fire safety into architectural training.

## Impact of Climate Change and Fire Risk

- Hertz discusses the impact of climate change on fire risk and the need for better planning and infrastructure.
- They talk about the challenges of rebuilding in areas with high fire risk and the importance of situational awareness.
- Hertz emphasizes the need for community-based brigades and individual preparedness.
- They discuss the role of insurance companies in incentivizing fire-resistant building practices.

## Balancing Built Environment and Natural Environment

- Zeke and Hertz discuss the balance between the built environment and natural environment in fire-prone areas.
- Hertz suggests using biophilic design and nature-inspired elements to create fire-resistant landscapes.
- Hertz emphasizes the importance of community involvement and mutual aid in fire mitigation efforts.

## Future of Fire Mitigation and Community Resilience

- Zeke and Hertz discuss the future of fire mitigation and community resilience.
- Hertz highlights the importance of situational awareness and community involvement in fire mitigation efforts.
- They talk about the challenges of rebuilding in areas with high fire risk and the need for better planning and infrastructure.
- Hertz emphasizes the role of insurance companies in incentivizing fire-resistant building practices and the importance of individual preparedness.

Architecture
Architects, Fire Mitigation, Home Hardening

< Dragon, Monroe, Gifford, Big Cliff Fires – 8/1/2025
> New Series Out Now: DANGER IN PLAIN SIGHT

Fire Education
Fire Intel
Fire Weather
Firing Operations
Forest Ecology
Forest Management History
Good Fire
Home Hardening
Incident Command System
Interviews
Land Management
Logging
Mapping
McKinney Fire
Mill Fire
Mosquito Fire
Mosquito Fire
Mountain Fire
Native Americans
New Mexico Fires
Oak Fire
People
Photography
Post-Fire Planning
Prescribed Fire
Radford Fire
Red River Lumber Company
Reforestation
Remote Sensing
Resource Damage
Rum Creek Fire
Smoke
Southern Sierra Fires
Southern Sierra Fires
Structure Losses
Uncategorized
Water Management
Wildfire Management
Yeti Fire
YouTube

**ANOTHER DISCLAIMER:**
While the company I founded provides contract mapping

services to Incident Management Teams working on many of the fires I cover, I am no longer involved in the day-to-day incident mapping operations of Deer Creek Resources, nor do I receive any privileged information from them. All of the data and intel I post here comes from public sources.

Opinions are mine and do not reflect the views of my sponsors or any government agency. Any projections of potential wildfire spread is presented for educational/speculative purposes only.

I am not affiliated with the command structure of any incident I discuss here. My analysis is not intended to inform anyone on whether or not they should evacuate or stay in a wildfire area. Please follow any evacuation advice from local authorities.

Email me:

caldor fire California Wildfires camp fire Cedar Creek Fire dixie fire dozer line echo summit Fairview Fire fire intel fire map fire maps fire weather firing operation fuels management good fire Happy Camp Complex interview klamath national forest Klamath River KNP complex lassen park lingo McKinney Fire Mosquito Fire mountain fire new mexico Northern California oak fire Oregon wildfires 2023 park fire prescribed burn Rum Creek Fire sequoia national park Six Rivers Lightning Complex Smith River Complex south lake tahoe SRF Lightning Complex video westwood wildfires Wildfires 2023 windy fire Yeti fire Zeke Lunder

If you appreciate the information here and want to help support the development of this new website, click below.

Donate

venmo

You can also Venmo @Lookout_Media
Hosting by Strangecode.com

**DISCLAIMER:** The Lookout website is not an Internal Revenue Code Section 501(c)(3) tax exempt organization. Contributions are not tax deductible.

© 2025 The Lookout • Built with GeneratePress

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on December 2, 2025 for
**U.S. Trademark Application Serial No. 99265204**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the "Documents" tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

# EXHIBIT 2

**To:** Jonathan Pearce(uspto@socalip.com)
**Subject:** U.S. Trademark Application Serial No. 99265207 - COMMUNITY BRIGADE - - L288.T25819
**Sent:** December 02, 2025 01:25:44 PM EST
**Sent As:** tmng.notices@uspto.gov

**Attachments**

screencapture-ahdictionary-com-word-search-html-17646993153611
screencapture-ahdictionary-com-word-search-html-17646993819881
screencapture-www-durrell-org-news-meet-the-community-brigade-fighting-fires-to-save-wildlife-17646995656831
screencapture-the-lookout-org-2025-08-02-interview-with-david-hertz-architect-17646997953891

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 99265207

**Mark:** COMMUNITY BRIGADE

**Correspondence Address:**
Jonathan Pearce
SoCal IP Law Group LLP
310 N Westlake Blvd., Suite 120
Westlake Village CA 91362
United States

**Applicant:** Los Angeles Emergency Preparedness Foundation

**Reference/Docket No.** L288.T25819

**Correspondence Email Address:** uspto@socalip.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** December 2, 2025

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SEARCH RESULTS – NO CONFLICTING MARKS FOUND**

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

SUMMARY OF ISSUES:

- Refusal: Section 2(e)(1) Merely Descriptive
- Advisory: Supplemental Register

**SECTION 2(e)(1) REFUSAL – MERELY DESCRIPTIVE**

Registration is refused because the applied-for mark merely describes a characteristic of applicant's goods and/or services. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods and/or services. TMEP §1209.01(b); *see, e.g.*, *In re TriVita, Inc.*, 783 F.3d 872, 874, 114 USPQ2d 1574, 1575 (Fed. Cir. 2015) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005) (citing *Estate of P.D. Beckwith, Inc. v. Comm'r of Patents*, 252 U.S. 538, 543 (1920)).

Determining the descriptiveness of a mark is done in relation to an applicant's goods and/or services, the context in which the mark is being used, and the possible significance the mark would have to the average purchaser because of the manner of its use or intended use. *See In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012) (citing *In re Bayer Aktiengesellschaft*, 488 F.3d 960, 963-64, 82 USPQ2d 1828, 1831 (Fed. Cir. 2007)); TMEP §1209.01(b). Descriptiveness of a mark is not considered in the abstract. *In re Bayer Aktiengesellschaft*, 488 F.3d at 963-64, 82 USPQ2d at 1831.

"A mark may be merely descriptive even if it does not describe the 'full scope and extent' of the applicant's goods or services." *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004) (citing *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 USPQ2d 1807, 1812 (Fed. Cir. 2001)); TMEP §1209.01(b). It is enough if a mark describes only one significant function, attribute, or property. *In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); TMEP §1209.01(b); *see In re Oppedahl & Larson LLP*, 373 F.3d at 1173, 71 USPQ2d at 1371.
"Whether consumers could guess what the product [or service] is from consideration of the mark alone is not the test." *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985). The question is not whether someone presented only with the mark could guess what the goods and/or services are, but "whether someone who knows what the goods and[/or] services are will understand the mark to convey

information about them." *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1254, 103 USPQ2d 1753, 1757 (Fed. Cir. 2012) (quoting *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1316-17 (TTAB 2002)); *In re Mueller Sports. Med., Inc.*, 126 USPQ2d 1584, 1587 (TTAB 2018).

Furthermore, a mark does not need to be merely descriptive of all the goods or services specified in an application. *In re Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); *In re Zuma Array Ltd.*, 2022 USPQ2d 736, at *5-6 (TTAB 2022). "A descriptiveness refusal is proper 'if the mark is descriptive of any of the [goods or] services for which registration is sought.'" *In re Chamber of Commerce of the U.S.*, 675 F.3d at 1300, 102 USPQ2d at 1219 (quoting *In re Stereotaxis Inc.*, 429 F.3d 1039, 1040, 77 USPQ2d 1087, 1089 (Fed. Cir. 2005)).

The applied for mark is COMMUNITY BRIGADE for "Leadership development training in the field of disaster preparedness, augmenting the capabilities of disaster response services, and disaster recovery; Providing training for certification in the field of disaster preparedness, assisting disaster response services, and disaster recovery; Charitable services, namely, providing training in the field of disaster preparedness, assisting disaster response services, and disaster recovery; Arranging and conducting of training workshops in the field of disaster preparedness, assisting disaster response services, and disaster recovery; Educational services, namely, providing training of volunteers for certification in the field of disaster preparedness, assisting disaster response services, and disaster recovery". In this context, COMMUNITY refers to a group of people living in the same locality, and BRIGADE refers to a group of persons organized for a specific purpose. *See* attached evidence.

Generally, if the individual components of a mark retain their descriptive meaning in relation to the goods and/or services, the combination results in a composite mark that is itself descriptive and not registrable. *In re Nursecon, LLC*, Ser. No. 88052194, 2024 TTAB LEXIS 545, at *27-31 (2024) (citing *In re Omniome, Inc.*, Ser. No. 87661190, 2019 TTAB LEXIS 414, at *12-13 (2019); *In re Phoseon Tech., Inc.*, Ser. No. 77963815, 2012 TTAB LEXIS 306, at *3-4 (2012)); *In re Zuma Array Ltd.*, 2022 USPQ2d 736, at *7 (TTAB 2022); TMEP §1209.03(d); *see, e.g.*, *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1255 (Fed. Cir. 2012) (holding SNAP SIMPLY SAFER merely descriptive for various medical devices, such as hypodermic, aspiration, and injection needles and syringes); *In re Fallon*, 2020 USPQ2d 11249, at *12 (TTAB 2020) (holding THERMAL MATRIX merely descriptive of a heat-responsive, malleable liner that is an integral component of an oral dental appliance).

Only where the combination of descriptive terms creates a unitary mark with a unique, incongruous, or otherwise nondescriptive meaning in relation to the goods and/or services is the combined mark registrable. *See In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1174-75 (Fed. Cir. 2004) (citing *In re Nat'l Data Corp.*, 753 F.2d 1056, 1058 (Fed. Cir. 1985)); *In re Colonial Stores, Inc.*, 394 F.2d 549, 551-52 (C.C.P.A. 1968); *In re NextGen Mgmt., LLC*, Ser. No. 88098031, 2023 TTAB LEXIS 1, at *8-9 (2023) (quoting *In re Omniome, Inc.*, 2019 TTAB LEXIS 414, at *12); *In re Positec Grp. Ltd.*, 108 USPQ2d 1161, 1162-63 (TTAB 2013).

In this case, both the individual components and the composite result are descriptive of applicant's goods and/or services and do not create a unique, incongruous, or nondescriptive meaning in relation to the goods and/or services. Specifically, applicant's mark merely conveys that its services pertain to local groups of people organized for a specific purpose, such as disaster preparedness of fire prevention.

In addition, this wording is frequently used by third parties to describe similar goods and/or services.

See attached evidence.

Because the mark merely describes a characteristic of applicant's goods and/or services, registration is refused under section 2(e)(1).

**SUPPLEMENTAL REGISTER (ADVISORY)**

The applied-for mark has been refused registration on the Principal Register. Applicant may respond to the refusal by submitting evidence and arguments in support of registration and/or by amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091(c); 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816. Amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusal(s). TMEP §816.04.

**RESPONSE GUIDELINES**

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Applicant may also have other options for responding to a refusal and should consider such options carefully. To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements.

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. See 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/C. Scott Strickland/
C. Scott Strickland
Examining Attorney
LO122--LAW OFFICE 122
(571) 272-3277
Scott.Strickland@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://ahdictionary.com/word/search.html?q=community at 01:15:17, 12/02/2025

The AMERICAN HERITAGE® dictionary of the English Language

Search

**HOW TO USE THE DICTIONARY**

To look up an entry in *The American Heritage Dictionary of the English Language*, use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like *bus rapid transit*, *dog whistle*, or *identity theft*) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

GUIDE TO THE DICTIONARY

**THE USAGE PANEL**

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions.

THE PANELISTS

**com·mu·ni·ty** (kə-myo͞o′nĭ-tē)

Share: X Post

*n. pl.* **com·mu·ni·ties**

1.
 **a.** A group of people living in the same locality and under the same government.
 **b.** The district or locality in which such a group lives.

2.
 **a.** A group of people having common interests: *the scientific community; the international business community.*
 **b.** A group viewed as forming a distinct segment of society: *the gay community; the community of color.*

3.
 **a.** Similarity or identity: *a community of interests.*
 **b.** Sharing, participation, and fellowship: *a sense of community.*

4. Society as a whole; the public.

5.
 **a.** A group of organisms interacting with one another and with the environment in a specific region.
 **b.** The region occupied by a group of interacting organisms.

[Middle English *communite*, citizenry, from Old French, from Latin *commūnitās*, fellowship, from *commūnis*, common; see COMMON.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by HarperCollins Publishers. All rights reserved.

## Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our Dictionary of Indo-European Roots.

## American Heritage Dictionary Products



**AMERICAN HERITAGE DICTIONARY APP**

The new American Heritage Dictionary app is now available for iOS and Android.

**THE AMERICAN HERITAGE DICTIONARY BLOG**

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.

**THE 100 WORDS®**

See word lists from the best-selling 100 Words Series!

FIND OUT MORE!

**INTERESTED IN DICTIONARIES?**

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

| | | | | |
|---|---|---|---|---|
| The American Heritage Dictionary, 5th Edition | The American Heritage Dictionary of Idioms | The American Heritage Roget's Thesaurus | Curious George's Dictionary | The American Heritage Children's Dictionary |

**CONTACT US**

Customer Service
Make Me An Author
Ebooks Help with Glose Reader

**ABOUT US**

Company Profile
Leadership Team
Corporate Social Responsibility
HarperCollins Careers
HarperCollins Imprints
HarperGreen
Social Media Directory
Accessibility

**FOR READERS**

Browse Reading Guides

**FOR AUTHORS**

Submit a Manuscript
Report Piracy
Agent Portal

**MEDIA**

Publicity Contacts
Press Room

**SERVICES**

HarperCollins Speakers Bureau
Library Services
Academic Services
Desk & Exam Copies
Review Copies
OpenBook API
Marketing Partnerships

**COVID-19 RESOURCES & PERMISSIONS**

Permissions for Adult Online Readings
Permissions for Kids Online Readings

**SALES & RIGHTS**

Booksellers & Retailer Ordering
HarperCollins Catalogs
Permissions
Subsidiary Rights
Media Rights and Content Development

**GLOSE APP**

iPhone
Android

**GLOBAL DIVISIONS**

HarperCollins US
HarperCollins Canada
HarperCollins Christian
HarperCollins Australia
HarperCollins India
HarperCollins UK

HarperCollins
News Corp

Terms of Use • Terms of Sale • Your Ad Choices • Privacy Policy • California Privacy Policy
Do Not Sell My Personal Information

Copyright 2022 HarperCollins Publishers All rights reserved.

*This website is best viewed in Chrome, Firefox, Microsoft Edge, or Safari. Some characters in pronunciations and etymologies cannot be displayed properly in Internet Explorer.

https://ahdictionary.com/word/search.html?q=brigade at 01:16:24, 12/02/2025

The AMERICAN HERITAGE® dictionary of the English Language

Search

**HOW TO USE THE DICTIONARY**

To look up an entry in *The American Heritage Dictionary of the English Language*, use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like *bus rapid transit*, *dog whistle*, or *identity theft*) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

GUIDE TO THE DICTIONARY

**THE USAGE PANEL**

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions.

THE PANELISTS

**bri·gade** (bri-gād′)

Share: X Post

*n.*

1.
  **a.** A military unit consisting of a variable number of combat battalions or regiments.
  **b.** A US Army administrative and tactical unit composed of a headquarters unit, at least one unit of infantry or armor or both, and designated support units. A brigade can be commanded by a brigadier general or by a colonel.

2. A group of persons organized for a specific purpose: *formed a bucket brigade to carry water to the fire.*

*tr.v.* **bri·gad·ed, bri·gad·ing, bri·gades**

To form into a brigade.

[French, from Old French, company, from Old Italian *brigata*, from *brigare*, to fight, from *briga*, strife, of Celtic origin; see **gʷerə-**[1] in the Appendix of Indo-European roots.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by HarperCollins Publishers. All rights reserved.

## Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our Dictionary of Indo-European Roots.

## American Heritage Dictionary Products



The American Heritage Dictionary, 5th Edition | The American Heritage Dictionary of Idioms | The American Heritage Roget's Thesaurus | Curious George's Dictionary | The American Heritage Children's Dictionary

**AMERICAN HERITAGE DICTIONARY APP**

The new American Heritage Dictionary app is now available for iOS and Android.

**THE AMERICAN HERITAGE DICTIONARY BLOG**

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.

**THE 100 WORDS®**

See word lists from the best-selling 100 Words Series!

FIND OUT MORE!

**INTERESTED IN DICTIONARIES?**

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

CONTACT US FOR AUTHORS COVID-19 RESOURCES & PERMISSIONS GLOBAL DIVISIONS

Customer Service
Make Me An Author
Ebooks Help with Glose Reader

ABOUT US

Company Profile
Leadership Team
Corporate Social Responsibility
HarperCollins Careers
HarperCollins Imprints
HarperGreen
Social Media Directory
Accessibility

FOR READERS

Browse Reading Guides

Submit a Manuscript
Report Piracy
Agent Portal

MEDIA

Publicity Contacts
Press Room

SERVICES

HarperCollins Speakers Bureau
Library Services
Academic Services
Desk & Exam Copies
Review Copies
OpenBook API
Marketing Partnerships

Permissions for Adult Online Readings
Permissions for Kids Online Readings

SALES & RIGHTS

Booksellers & Retailer Ordering
HarperCollins Catalogs
Permissions
Subsidiary Rights
Media Rights and Content Development

GLOSE APP

iPhone
Android

HarperCollins US
HarperCollins Canada
HarperCollins Christian
HarperCollins Australia
HarperCollins India
HarperCollins UK

HarperCollins Publishers
News Corp

Terms of Use • Terms of Sale • Your Ad Choices • Privacy Policy • California Privacy Policy
Do Not Sell My Personal Information
Copyright 2021 HarperCollins Publishers All rights reserved.

*This website is best viewed in Chrome, Firefox, Microsoft Edge, or Safari. Some characters in pronunciations and etymologies cannot be displayed properly in Internet Explorer.

# NEWS

## MEET THE COMMUNITY BRIGADE FIGHTING FIRES TO SAVE WILDLIFE

Monday 3 February 2025



The Capivari Solidarity Brigade is a group of firefighting volunteers from local rural communities in Capivari, Brazil. Located near the Pico do Itambé State Park, home of a rare species of frog, the community brigade fights fires that threaten the species' habitat.

Only found within 0.5 sq. km on a mountain top 1,800 metres above sea level, the species was discovered by Bela Barata, Durrell's Saving Amphibians From Extinction (SAFE) Programme Coordinator. The frogs spend their entire life in a plant called a bromeliad, which holds up to two litres of water stored in pockets between each leaf and the central tank. The frogs are particularly vulnerable to fire, as heat destruction to bromeliads affects how much water they can hold.



In 2015 and 2021, catastrophic fire events greatly impacted the frog's population levels. Through our SAFE programme, we've been working with communities outside of the Park, where fires are more likely to occur, as many of the out-of-control fires that threaten the frog's habitat are originally set to clear and fertilise land used for cattle and flower growing.

The Capivari Solidarity Brigade was recently formed through funding from Durrell's Rewild Carbon with help from our partner, Instituto Biotropicos, who have been training the community volunteers in firefighting and first aid, legally registering the brigade, and providing equipment. The brigade has a wide range of roles, from firefighters and drivers to cooks and cleaners. This year, we will be working to find a way that this can become a source of income for the volunteers, improving livelihoods and adding increased value to protecting the frogs and the Park.





Collaborating with local community brigades provides us with a chance to connect people to wildlife conservation and support the control of fires. Additionally, we work with the Park Manager to deliver actions that reduce fire mass, supporting prescribed burnings and habitat management, such as vegetation clearing to create a belt around the frog's habitat to enable fire to escape before it reaches them.

These actions are particularly vital as climate change will likely worsen future fire events. Together, we hope to prevent and fight fires safely and protect the rare frogs from further population decline.

Photos by Michel Becheleni

Durrell

Durrell & Jersey Zoo

Durrell

Site by Webreality

Durrell Wildlife Conservation Trust is a Registered Charity with the Jersey Charity Commissioner, registered charity number: 1. Patron: HRH The Princess Royal. Founder: Gerald Durrell, OBE, LHD. Durrell Wildlife Conservation Trust - UK is registered in England and Wales. A charitable company limited by guarantee. Registered charity number: 1121989. Registered company number: 6448493. Registered office: c/o Ogier Global (UK) Limited, 4th Floor, 3 St Helens Place, London, EC3A 6AB. Durrell Wildlife Conservation Trust – Scotland is registered in Scotland. A charitable company limited by guarantee. Registered charity number: SC053164. Registered company number: SC756219. Registered office: c/o Brodies LLP, 110 Queen Street, Glasgow, G1 3BX

THE LOOKOUT

**Support our Sponsors!**




QTAC Fire Equipment




# Interview with David Hertz, Architect

August 2, 2025 by Zeke Lunder

Zeke Lunder and David Hertz discuss the role of architects in fire mitigation, highlighting the importance of home hardening and community brigades. They discuss the challenges of rebuilding in fire-prone areas, such as the Palisades and Bel Air, and the potential for consolidating lots to create fire breaks. The conversation also touches on the impact of climate change, the limitations of insurance, and the necessity of individual preparedness and community resilience.




## Role of Architects in Fire Mitigation

- Zeke expresses interest in discussing the role of architects in fire mitigation.
- He mentions the blame often placed on the forestry industry for past disasters and suggests a similar critique of architecture.
- David Hertz, an architect and member of the Malibu Community Fire

Danger in Plain Sight




Subscribe to The Lookout Newsletter!

**Trying to get ahold of Zeke?** Email us!
**Advertising Inquiries:** Click here!

**Become a Lookout Supporter!**
If you appreciate the information here and want to help support our ongoing reporting on water, fire and forestry issues, please consider becoming a monthly Lookout supporter on PayPal.

Monthly contributions pay our internet, software, copyediting, guest author, mapmaking, fuel, and video production bills, and allow us to purchase footage from independent photojournalists!

Supporter $5.00 USD - month(s)

Brigade, shares his experience with the Woolsey Fire and the creation of the community brigade program.
- The program aims to train locals to respond to fires and harden homes against fire hazards.

## Community Brigade Program and Fire Risk Assessment

- Hertz discusses the development of the community brigade program and its success in responding to fires.
- He highlights the importance of home ignition zone hardening and the non-codified fire risks that often go unnoticed.
- Hertz introduces "Defend" an AI-based scanning tool to review plans for non-codified fire risks.
- The tool helps homeowners identify potential fire hazards that might not be caught in the building review process.

## Challenges of Fire-Prone Areas and Resilience Strategies

- Zeke and Hertz discuss the challenges of rebuilding in fire-prone areas like Bel Air and Beverly Hills.
- Hertz suggests consolidating lots to create fire breaks and resilience pockets.
- They talk about the importance of using fire-resistant materials and landscaping to reduce fire risk.
- Hertz emphasizes the need for situational awareness and community involvement in fire mitigation efforts.

## Mutual Aid and Community Resilience

- Zeke and Hertz discuss the role of mutual aid and community brigades in fire response.
- Hertz highlights the importance of individuals being their own heroes by making their homes defensible.
- They talk about the challenges of rebuilding in areas with high fire risk and the need for better planning and infrastructure.
- Hertz mentions the potential for using independent water sources and automated sprinkler systems to improve fire resilience.

## Architectural Education and Fire Resilience

- Zeke asks about the education architects receive on fire behavior and hazards.
- Hertz explains that fire dynamics and severity are not currently required subjects in architectural education.
- They discuss the need for architects to understand fire resilience and incorporate it into their designs.
- Hertz shares his experience teaching a fire resilience studio and the

Subscribe

Make a One-Time PayPal Donation

Donate

Donate using a Credit Card

You can also Venmo @Lookout_Media.

venmo

(c) 2025 - No reprints of this information on commercial sites without permission. If you are working on a fire and see us posting information that is inaccurate, please shoot us an email if you can. We really want to get the story right.

**DISCLAIMER:** The Lookout website is not an Internal Revenue Code Section 501(c)(3) tax exempt organization. Contributions are not tax deductible.

2021 Fires
2022 Fires
2022 SRF Complex
2023 Fires
2024 Boise Fire
2024 Fires
2025 Fires
Aerial Firefighting
Architecture
Bulldozers
Caldor Fire
Camp Fire
Cannabis Cultivation
Climate Change
Community Wildfire Safety
Cultural Burning
Danger in Plain Sight Series
Dixie Fire
Fairview Fire
Fire Behavior
Fire Ecology

importance of integrating fire safety into architectural training.

## Impact of Climate Change and Fire Risk

- Hertz discusses the impact of climate change on fire risk and the need for better planning and infrastructure.
- They talk about the challenges of rebuilding in areas with high fire risk and the importance of situational awareness.
- Hertz emphasizes the need for community-based brigades and individual preparedness.
- They discuss the role of insurance companies in incentivizing fire-resistant building practices.

## Balancing Built Environment and Natural Environment

- Zeke and Hertz discuss the balance between the built environment and natural environment in fire-prone areas.
- Hertz suggests using biophilic design and nature-inspired elements to create fire-resistant landscapes.
- Hertz emphasizes the importance of community involvement and mutual aid in fire mitigation efforts.

## Future of Fire Mitigation and Community Resilience

- Zeke and Hertz discuss the future of fire mitigation and community resilience.
- Hertz highlights the importance of situational awareness and community involvement in fire mitigation efforts.
- They talk about the challenges of rebuilding in areas with high fire risk and the need for better planning and infrastructure.
- Hertz emphasizes the role of insurance companies in incentivizing fire-resistant building practices and the importance of individual preparedness.

Architecture
Architects, Fire Mitigation, Home Hardening
‹ Dragon, Monroe, Gifford, Big Cliff Fires – 8/1/2025
› New Series Out Now: DANGER IN PLAIN SIGHT

Fire Education
Fire Intel
Fire Weather
Firing Operations
Forest Ecology
Forest Management History
Good Fire
Home Hardening
Incident Command System
Interviews
Land Management
Logging
Mapping
McKinney Fire
Mill Fire
Mosquito Fire
Mosquito Fire
Mountain Fire
Native Americans
New Mexico Fires
Oak Fire
People
Photography
Post-Fire Planning
Prescribed Fire
Radford Fire
Red River Lumber Company
Reforestation
Remote Sensing
Resource Damage
Rum Creek Fire
Smoke
Southern Sierra Fires
Southern Sierra Fires
Structure Losses
Uncategorized
Water Management
Wildfire Management
Yeti Fire
YouTube

**ANOTHER DISCLAIMER:**
While the company I founded provides contract mapping

services to Incident Management Teams working on many of the fires I cover, I am no longer involved in the day-to-day incident mapping operations of Deer Creek Resources, nor do I receive any privileged information from them. All of the data and intel I post here comes from public sources.

Opinions are mine and do not reflect the views of my sponsors or any government agency. Any projections of potential wildfire spread is presented for educational/speculative purposes only.

I am not affiliated with the command structure of any incident I discuss here. My analysis is not intended to inform anyone on whether or not they should evacuate or stay in a wildfire area. Please follow any evacuation advice from local authorities.

Email me:

caldor fire California Wildfires camp fire Cedar Creek Fire dixie fire dozer line echo summit Fairview Fire fire intel fire map fire maps fire weather firing operation fuels management good fire Happy Camp Complex interview klamath national forest Klamath River KNP complex lassen park lingo McKinney Fire Mosquito Fire mountain fire new mexico Northern California oak fire Oregon wildfires 2023 park fire prescribed burn Rum Creek Fire sequoia national park Six Rivers Lightning Complex Smith River Complex south lake tahoe SRF Lightning Complex video westwood Wildfires 2023 windy fire Yeti fire Zeke Lunder

If you appreciate the information here and want to help support the development of this new website, click below.

Donate

venmo

You can also Venmo @Lookout_Media
Hosting by Strangecode.com

**DISCLAIMER:** The Lookout website is not an Internal Revenue Code Section 501(c)(3) tax exempt organization. Contributions are not tax deductible.

© 2025 The Lookout • Built with GeneratePress

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on December 2, 2025 for
**U.S. Trademark Application Serial No. 99265207**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1) Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the “Documents” tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

# EXHIBIT 3

**To:** Jonathan Pearce(uspto@socalip.com)
**Subject:** U.S. Trademark Application Serial No. 99265213 - COMMUNITY BRIGADE - - L288.T25820
**Sent:** December 02, 2025 01:25:59 PM EST
**Sent As:** tmng.notices@uspto.gov

**Attachments**

screencapture-ahdictionary-com-word-search-html-17646993153611
screencapture-ahdictionary-com-word-search-html-17646993819881
screencapture-www-durrell-org-news-meet-the-community-brigade-fighting-fires-to-save-wildlife-17646995656831
screencapture-the-lookout-org-2025-08-02-interview-with-david-hertz-architect-17646997953891

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 99265213

**Mark:** COMMUNITY BRIGADE

**Correspondence Address:**
Jonathan Pearce
SoCal IP Law Group LLP
310 N Westlake Blvd., Suite 120
Westlake Village CA 91362
United States

**Applicant:** Los Angeles Emergency Preparedness Foundation

**Reference/Docket No.** L288.T25820

**Correspondence Email Address:** uspto@socalip.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** December 2, 2025

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**SEARCH RESULTS – NO CONFLICTING MARKS FOUND**

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

SUMMARY OF ISSUES:

- Refusal: Section 2(e)(1) Merely Descriptive
- Advisory: Supplemental Register

**SECTION 2(e)(1) REFUSAL – MERELY DESCRIPTIVE**

Registration is refused because the applied-for mark merely describes a characteristic of applicant's goods and/or services. Trademark Act Section 2(e)(1), 15 U.S.C. §1052(e)(1); *see* TMEP §§1209.01(b), 1209.03 *et seq.*

A mark is merely descriptive if it describes an ingredient, quality, characteristic, function, feature, purpose, or use of an applicant's goods and/or services. TMEP §1209.01(b); *see, e.g.*, *In re TriVita, Inc.*, 783 F.3d 872, 874, 114 USPQ2d 1574, 1575 (Fed. Cir. 2015) (quoting *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004)); *In re Steelbuilding.com*, 415 F.3d 1293, 1297, 75 USPQ2d 1420, 1421 (Fed. Cir. 2005) (citing *Estate of P.D. Beckwith, Inc. v. Comm'r of Patents*, 252 U.S. 538, 543 (1920)).

Determining the descriptiveness of a mark is done in relation to an applicant's goods and/or services, the context in which the mark is being used, and the possible significance the mark would have to the average purchaser because of the manner of its use or intended use. *See In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012) (citing *In re Bayer Aktiengesellschaft*, 488 F.3d 960, 963-64, 82 USPQ2d 1828, 1831 (Fed. Cir. 2007)); TMEP §1209.01(b). Descriptiveness of a mark is not considered in the abstract. *In re Bayer Aktiengesellschaft*, 488 F.3d at 963-64, 82 USPQ2d at 1831.

"A mark may be merely descriptive even if it does not describe the 'full scope and extent' of the applicant's goods or services." *In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1173, 71 USPQ2d 1370, 1371 (Fed. Cir. 2004) (citing *In re Dial-A-Mattress Operating Corp.*, 240 F.3d 1341, 1346, 57 USPQ2d 1807, 1812 (Fed. Cir. 2001)); TMEP §1209.01(b). It is enough if a mark describes only one significant function, attribute, or property. *In re The Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); TMEP §1209.01(b); *see In re Oppedahl & Larson LLP*, 373 F.3d at 1173, 71 USPQ2d at 1371.

"Whether consumers could guess what the product [or service] is from consideration of the mark alone is not the test." *In re Am. Greetings Corp.*, 226 USPQ 365, 366 (TTAB 1985). The question is not whether someone presented only with the mark could guess what the goods and/or services are, but "whether someone who knows what the goods and[/or] services are will understand the mark to convey

information about them." *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1254, 103 USPQ2d 1753, 1757 (Fed. Cir. 2012) (quoting *In re Tower Tech, Inc.*, 64 USPQ2d 1314, 1316-17 (TTAB 2002)); *In re Mueller Sports. Med., Inc.*, 126 USPQ2d 1584, 1587 (TTAB 2018).

Furthermore, a mark does not need to be merely descriptive of all the goods or services specified in an application. *In re Chamber of Commerce of the U.S.*, 675 F.3d 1297, 1300, 102 USPQ2d 1217, 1219 (Fed. Cir. 2012); *In re Zuma Array Ltd.*, 2022 USPQ2d 736, at *5-6 (TTAB 2022). "A descriptiveness refusal is proper 'if the mark is descriptive of any of the [goods or] services for which registration is sought.'" *In re Chamber of Commerce of the U.S.*, 675 F.3d at 1300, 102 USPQ2d at 1219 (quoting *In re Stereotaxis Inc.*, 429 F.3d 1039, 1040, 77 USPQ2d 1087, 1089 (Fed. Cir. 2005)).

The applied for mark is COMMUNITY BRIGADE for "Safety inspection services for commercial buildings; Safety inspection services for residential properties; Fire-fighting services". In this context, COMMUNITY refers to a group of people living in the same locality, and BRIGADE refers to a group of persons organized for a specific purpose. *See* attached evidence.

Generally, if the individual components of a mark retain their descriptive meaning in relation to the goods and/or services, the combination results in a composite mark that is itself descriptive and not registrable. *In re Nursecon, LLC*, Ser. No. 88052194, 2024 TTAB LEXIS 545, at *27-31 (2024) (citing *In re Omniome, Inc.*, Ser. No. 87661190, 2019 TTAB LEXIS 414, at *12-13 (2019); *In re Phoseon Tech., Inc.*, Ser. No. 77963815, 2012 TTAB LEXIS 306, at *3-4 (2012)); *In re Zuma Array Ltd.*, 2022 USPQ2d 736, at *7 (TTAB 2022); TMEP §1209.03(d); *see, e.g.*, *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1255 (Fed. Cir. 2012) (holding SNAP SIMPLY SAFER merely descriptive for various medical devices, such as hypodermic, aspiration, and injection needles and syringes); *In re Fallon*, 2020 USPQ2d 11249, at *12 (TTAB 2020) (holding THERMAL MATRIX merely descriptive of a heat-responsive, malleable liner that is an integral component of an oral dental appliance).

Only where the combination of descriptive terms creates a unitary mark with a unique, incongruous, or otherwise nondescriptive meaning in relation to the goods and/or services is the combined mark registrable. *See In re Oppedahl & Larson LLP*, 373 F.3d 1171, 1174-75 (Fed. Cir. 2004) (citing *In re Nat'l Data Corp.*, 753 F.2d 1056, 1058 (Fed. Cir. 1985)); *In re Colonial Stores, Inc.*, 394 F.2d 549, 551-52 (C.C.P.A. 1968); *In re NextGen Mgmt., LLC*, Ser. No. 88098031, 2023 TTAB LEXIS 1, at *8-9 (2023) (quoting *In re Omniome, Inc.*, 2019 TTAB LEXIS 414, at *12); *In re Positec Grp. Ltd.*, 108 USPQ2d 1161, 1162-63 (TTAB 2013).

In this case, both the individual components and the composite result are descriptive of applicant's goods and/or services and do not create a unique, incongruous, or nondescriptive meaning in relation to the goods and/or services. Specifically, applicant's mark merely conveys that its services pertain to local groups of people organized for a specific purpose, such as disaster preparedness of fire prevention.

In addition, this wording is frequently used by third parties to describe similar goods and/or services. See attached evidence.

Because the mark merely describes a characteristic of applicant's goods and/or services, registration is refused under section 2(e)(1).

**SUPPLEMENTAL REGISTER (ADVISORY)**

The applied-for mark has been refused registration on the Principal Register. Applicant may respond to the refusal by submitting evidence and arguments in support of registration and/or by amending the application to seek registration on the Supplemental Register. *See* 15 U.S.C. §1091(c); 37 C.F.R. §§2.47, 2.75(a); TMEP §§801.02(b), 816. Amending to the Supplemental Register does not preclude applicant from submitting evidence and arguments against the refusal(s). TMEP §816.04.

Applicant is advised that, if the application is amended to seek registration on the Principal Register under Trademark Act Section 2(f) or on the Supplemental Register, applicant will be required to disclaim "BRIGADE" because such wording appears to be generic in the context of applicant's goods and/or services. *See* 15 U.S.C. §1056(a); *In re Wella Corp.*, 565 F.2d 143, 144, 196 USPQ 7, 8 (C.C.P.A. 1977); *In re Creative Goldsmiths of Wash., Inc.*, 229 USPQ 766, 768 (TTAB 1986); TMEP §1213.03(b).

Applicant may submit a disclaimer in the following format:

**No claim is made to the exclusive right to use "BRIGADE" apart from the mark as shown.**

TMEP §1213.08(a)(i).

For an overview of disclaimers and instructions on how to provide one using the electronic response form, see the Disclaimer webpage.

**RESPONSE GUIDELINES**

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Applicant may also have other options for responding to a refusal and should consider such options carefully. To respond to requirements and certain refusal response options, applicant should set forth in writing the required changes or statements.

If applicant has questions regarding this Office action, please telephone or e-mail the assigned trademark examining attorney. All relevant e-mail communications will be placed in the official application record; however, an e-mail communication will not be accepted as a response to this Office action and will not extend the deadline for filing a proper response. *See* 37 C.F.R. §2.191; TMEP §§304.01-.02, 709.04-.05. Further, although the trademark examining attorney may provide additional explanation pertaining to the refusal(s) and/or requirement(s) in this Office action, the trademark examining attorney may not provide legal advice or statements about applicant's rights. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. See 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an**

**extension of time to file a response**.

/C. Scott Strickland/
C. Scott Strickland
Examining Attorney
LO122--LAW OFFICE 122
(571) 272-3277
Scott.Strickland@USPTO.GOV

## RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS) system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.
- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.
- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://ahdictionary.com/word/search.html?q=community at 01:15:17, 12/02/2025

The AMERICAN HERITAGE® dictionary of the English Language

Search

### HOW TO USE THE DICTIONARY

To look up an entry in *The American Heritage Dictionary of the English Language*, use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like *bus rapid transit, dog whistle*, or *identity theft*) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

GUIDE TO THE DICTIONARY

### THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions.

THE PANELISTS

**com·mu·ni·ty** (kə-myo͞o′nĭ-tē)

Share: X Post

*n. pl.* **com·mu·ni·ties**

**1.**
- **a.** A group of people living in the same locality and under the same government.
- **b.** The district or locality in which such a group lives.

**2.**
- **a.** A group of people having common interests: *the scientific community; the international business community.*
- **b.** A group viewed as forming a distinct segment of society: *the gay community; the community of color.*

**3.**
- **a.** Similarity or identity: *a community of interests.*
- **b.** Sharing, participation, and fellowship: *a sense of community.*

**4.** Society as a whole; the public.

**5.**
- **a.** A group of organisms interacting with one another and with the environment in a specific region.
- **b.** The region occupied by a group of interacting organisms.

[Middle English *communite*, citizenry, from Old French, from Latin *commūnitās*, fellowship, from *commūnis*, common; see COMMON.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by HarperCollins Publishers. All rights reserved.

## Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our Dictionary of Indo-European Roots.

## American Heritage Dictionary Products




### AMERICAN HERITAGE DICTIONARY APP

The new American Heritage Dictionary app is now available for iOS and Android.

### THE AMERICAN HERITAGE DICTIONARY BLOG

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.

### THE 100 WORDS®

See word lists from the best-selling 100 Words Series!

FIND OUT MORE!

### INTERESTED IN DICTIONARIES?

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

| The American Heritage Dictionary, 5th Edition | The American Heritage Dictionary of Idioms | The American Heritage Roget's Thesaurus | Curious George's Dictionary | The American Heritage Children's Dictionary |
|---|---|---|---|---|

**CONTACT US**

Customer Service
Make Me An Author
Ebooks Help with Glose Reader

**ABOUT US**

Company Profile
Leadership Team
Corporate Social Responsibility
HarperCollins Careers
HarperCollins Imprints
HarperGreen
Social Media Directory
Accessibility

**FOR READERS**

Browse Reading Guides

**FOR AUTHORS**

Submit a Manuscript
Report Piracy
Agent Portal

**MEDIA**

Publicity Contacts
Press Room

**SERVICES**

HarperCollins Speakers Bureau
Library Services
Academic Services
Desk & Exam Copies
Review Copies
OpenBook API
Marketing Partnerships

**COVID-19 RESOURCES & PERMISSIONS**

Permissions for Adult Online Readings
Permissions for Kids Online Readings

**SALES & RIGHTS**

Booksellers & Retailer Ordering
HarperCollins Catalogs
Permissions
Subsidiary Rights
Media Rights and Content Development

**GLOSE APP**

iPhone
Android

**GLOBAL DIVISIONS**

HarperCollins US
HarperCollins Canada
HarperCollins Christian
HarperCollins Australia
HarperCollins India
HarperCollins UK

HarperCollins Publishers

News Corp

Terms of Use • Terms of Sale • Your Ad Choices • Privacy Policy • California Privacy Policy
Do Not Sell My Personal Information

Copyright [illegible] HarperCollins Publishers All rights reserved.

*This website is best viewed in Chrome, Firefox, Microsoft Edge, or Safari. Some characters in pronunciations and etymologies cannot be displayed properly in Internet Explorer.

https://ahdictionary.com/word/search.html?q=brigade at 01:16:24, 12/02/2025

The American Heritage® dictionary of the English Language

Search

**bri·gade** (brĭ-gād′)

Share: X Post

*n.*

1.

**a.** A military unit consisting of a variable number of combat battalions or regiments.

**b.** A US Army administrative and tactical unit composed of a headquarters unit, at least one unit of infantry or armor or both, and designated support units. A brigade can be commanded by a brigadier general or by a colonel.

**2.** A group of persons organized for a specific purpose: *formed a bucket brigade to carry water to the fire.*

*tr.v.* **bri·gad·ed, bri·gad·ing, bri·gades**

To form into a brigade.

[French, from Old French, company, from Old Italian *brigata*, from *brigare*, to fight, from *briga*, strife, of Celtic origin; see **gʷerə-**[1] in the Appendix of Indo-European roots.]

The American Heritage® Dictionary of the English Language, Fifth Edition copyright ©2022 by HarperCollins Publishers. All rights reserved.

## Indo-European & Semitic Roots Appendices

Thousands of entries in the dictionary include etymologies that trace their origins back to reconstructed proto-languages. You can obtain more information about these forms in our online appendices:

Indo-European Roots

Semitic Roots

The Indo-European appendix covers nearly half of the Indo-European roots that have left their mark on English words. A more complete treatment of Indo-European roots and the English words derived from them is available in our Dictionary of Indo-European Roots.

## American Heritage Dictionary Products



The American Heritage Dictionary, 5th Edition

The American Heritage Dictionary of Idioms

The American Heritage Roget's Thesaurus

Curious George's Dictionary

The American Heritage Children's Dictionary

### HOW TO USE THE DICTIONARY

To look up an entry in *The American Heritage Dictionary of the English Language*, use the search window above. For best results, after typing in the word, click on the "Search" button instead of using the "enter" key.

Some compound words (like *bus rapid transit*, *dog whistle*, or *identity theft*) don't appear on the drop-down list when you type them in the search bar. For best results with compound words, place a quotation mark before the compound word in the search window.

GUIDE TO THE DICTIONARY

### THE USAGE PANEL

The Usage Panel is a group of nearly 200 prominent scholars, creative writers, journalists, diplomats, and others in occupations requiring mastery of language. Annual surveys have gauged the acceptability of particular usages and grammatical constructions.

THE PANELISTS

### AMERICAN HERITAGE DICTIONARY APP

The new American Heritage Dictionary app is now available for iOS and Android.

### THE AMERICAN HERITAGE DICTIONARY BLOG

The articles in our blog examine new words, revised definitions, interesting images from the fifth edition, discussions of usage, and more.

### THE 100 WORDS®

See word lists from the best-selling 100 Words Series!

FIND OUT MORE!

### INTERESTED IN DICTIONARIES?

Check out the Dictionary Society of North America at http://www.dictionarysociety.com

CONTACT US FOR AUTHORS COVID-19 RESOURCES & PERMISSIONS GLOBAL DIVISIONS

Customer Service
Make Me An Author
Ebooks Help with Glose Reader

**ABOUT US**

Company Profile
Leadership Team
Corporate Social Responsibility
HarperCollins Careers
HarperCollins Imprints
HarperGreen
Social Media Directory
Accessibility

**FOR READERS**

Browse Reading Guides

Submit a Manuscript
Report Piracy
Agent Portal

**MEDIA**

Publicity Contacts
Press Room

**SERVICES**

HarperCollins Speakers Bureau
Library Services
Academic Services
Desk & Exam Copies
Review Copies
OpenBook API
Marketing Partnerships

Permissions for Adult Online Readings
Permissions for Kids Online Readings

**SALES & RIGHTS**

Booksellers & Retailer Ordering
HarperCollins Catalogs
Permissions
Subsidiary Rights
Media Rights and Content Development

**GLOSE APP**

iPhone
Android

HarperCollins US
HarperCollins Canada
HarperCollins Christian
HarperCollins Australia
HarperCollins India
HarperCollins UK

HarperCollins Publishers
News Corp

Terms of Use • Terms of Sale • Your Ad Choices • Privacy Policy • California Privacy Policy
Do Not Sell My Personal Information

Copyright 2021 HarperCollins Publishers All rights reserved.

*This website is best viewed in Chrome, Firefox, Microsoft Edge, or Safari. Some characters in pronunciations and etymologies cannot be displayed properly in Internet Explorer.

# NEWS

## MEET THE COMMUNITY BRIGADE FIGHTING FIRES TO SAVE WILDLIFE

Monday 3 February 2025



The Capivari Solidarity Brigade is a group of firefighting volunteers from local rural communities in Capivari, Brazil. Located near the Pico do Itambé State Park, home of a rare species of frog, the **community brigade** fights fires that threaten the species' habitat.

Only found within 0.5 sq. km on a mountain top 1,800 metres above sea level, the species was discovered by Bela Barata, Durrell's Saving Amphibians From Extinction (SAFE) Programme Coordinator. The frogs spend their entire life in a plant called a bromeliad, which holds up to two litres of water stored in pockets between each leaf and the central tank. The frogs are particularly vulnerable to fire, as heat destruction to bromeliads affects how much water they can hold.



In 2015 and 2021, catastrophic fire events greatly impacted the frog's population levels. Through our SAFE programme, we've been working with communities outside of the Park, where fires are more likely to occur, as many of the out-of-control fires that threaten the frog's habitat are originally set to clear and fertilise land used for cattle and flower growing.

The Capivari Solidarity Brigade was recently formed through funding from Durrell's Rewild Carbon with help from our partner, Instituto Biotropicos, who have been training the community volunteers in firefighting and first aid, legally registering the brigade, and providing equipment. The brigade has a wide range of roles, from firefighters and drivers to cooks and cleaners. This year, we will be working to find a way that this can become a source of income for the volunteers, improving livelihoods and adding increased value to protecting the frogs and the Park.





Collaborating with local community brigades provides us with a chance to connect people to wildlife conservation and support the control of fires. Additionally, we work with the Park Manager to deliver actions that reduce fire mass, supporting prescribed burnings and habitat management, such as vegetation clearing to create a belt around the frog's habitat to enable fire to escape before it reaches them.

These actions are particularly vital as climate change will likely worsen future fire events. Together, we hope to prevent and fight fires safely and protect the rare frogs from further population decline.

Photos by Michel Becheleni

DURRELL

**About**
- Gerald Durrell
- Reports & Statements
- Governance
- People
- Contact Us
- Press & Media

**Popular Pages**
- Home
- Academy
- Memberships
- Events
- Volunteer
- Careers
- News

**Legal**
- Legal
- Durrell Privacy and Data Protection Policy
- Privacy: Legitimate Interest
- Privacy: Fundraising and Events
- Cookies

**Keep in touch**
- Jersey Zoo
- Durrell

Durrell

Durrell & Jersey Zoo

Durrell

Site by Webreality

Durrell Wildlife Conservation Trust is a Registered Charity with the Jersey Charity Commissioner, registered charity number: 1. Patron: HRH The Princess Royal. Founder: Gerald Durrell, OBE, LHD. Durrell Wildlife Conservation Trust - UK is registered in England and Wales. A charitable company limited by guarantee. Registered charity number: 1121989. Registered company number: 6448493. Registered office: c/o Ogier Global (UK) Limited, 4th Floor, 3 St Helens Place, London, EC3A 6AB. Durrell Wildlife Conservation Trust – Scotland is registered in Scotland. A charitable company limited by guarantee. Registered charity number: SC053164. Registered company number: SC756219. Registered office: c/o Brodies LLP, 110 Queen Street, Glasgow, G1 3BX

THE LOOKOUT

**Support our Sponsors!**




QTAC Fire Equipment




# Interview with David Hertz, Architect

August 2, 2025 by Zeke Lunder

Zeke Lunder and David Hertz discuss the role of architects in fire mitigation, highlighting the importance of home hardening and community brigades. They discuss the challenges of rebuilding in fire-prone areas, such as the Palisades and Bel Air, and the potential for consolidating lots to create fire breaks. The conversation also touches on the impact of climate change, the limitations of insurance, and the necessity of individual preparedness and community resilience.




## Role of Architects in Fire Mitigation

- Zeke expresses interest in discussing the role of architects in fire mitigation.
- He mentions the blame often placed on the forestry industry for past disasters and suggests a similar critique of architecture.
- David Hertz, an architect and member of the Malibu Community Fire

Danger in Plain Sight




Subscribe to The Lookout Newsletter!

**Trying to get ahold of Zeke?** Email us!
**Advertising Inquiries:** Click here!

**Become a Lookout Supporter!**
If you appreciate the information here and want to help support our ongoing reporting on water, fire and forestry issues, please consider becoming a monthly Lookout supporter on PayPal.

Monthly contributions pay our internet, software, copyediting, guest author, mapmaking, fuel, and video production bills, and allow us to purchase footage from independent photojournalists!

Supporter $5.00 USD - month(s)

- Brigade, shares his experience with the Woolsey Fire and the creation of the community brigade program.
- The program aims to train locals to respond to fires and harden homes against fire hazards.

## Community Brigade Program and Fire Risk Assessment

- Hertz discusses the development of the community brigade program and its success in responding to fires.
- He highlights the importance of home ignition zone hardening and the non-codified fire risks that often go unnoticed.
- Hertz introduces "Defend" an AI-based scanning tool to review plans for non-codified fire risks.
- The tool helps homeowners identify potential fire hazards that might not be caught in the building review process.

## Challenges of Fire-Prone Areas and Resilience Strategies

- Zeke and Hertz discuss the challenges of rebuilding in fire-prone areas like Bel Air and Beverly Hills.
- Hertz suggests consolidating lots to create fire breaks and resilience pockets.
- They talk about the importance of using fire-resistant materials and landscaping to reduce fire risk.
- Hertz emphasizes the need for situational awareness and community involvement in fire mitigation efforts.

## Mutual Aid and Community Resilience

- Zeke and Hertz discuss the role of mutual aid and community brigades in fire response.
- Hertz highlights the importance of individuals being their own heroes by making their homes defensible.
- They talk about the challenges of rebuilding in areas with high fire risk and the need for better planning and infrastructure.
- Hertz mentions the potential for using independent water sources and automated sprinkler systems to improve fire resilience.

## Architectural Education and Fire Resilience

- Zeke asks about the education architects receive on fire behavior and hazards.
- Hertz explains that fire dynamics and severity are not currently required subjects in architectural education.
- They discuss the need for architects to understand fire resilience and incorporate it into their designs.
- Hertz shares his experience teaching a fire resilience studio and the

Subscribe

Make a One-Time PayPal Donation

Donate

Donate using a Credit Card

You can also Venmo @Lookout_Media.

venmo

(c) 2025 - No reprints of this information on commercial sites without permission. If you are working on a fire and see us posting information that is inaccurate, please shoot us an email if you can. We really want to get the story right.

**DISCLAIMER:** The Lookout website is not an Internal Revenue Code Section 501(c)(3) tax exempt organization. Contributions are not tax deductible.

2021 Fires
2022 Fires
2022 SRF Complex
2023 Fires
2024 Boise Fire
2024 Fires
2025 Fires
Aerial Firefighting
Architecture
Bulldozers
Caldor Fire
Camp Fire
Cannabis Cultivation
Climate Change
Community Wildfire Safety
Cultural Burning
Danger in Plain Sight Series
Dixie Fire
Fairview Fire
Fire Behavior
Fire Ecology

importance of integrating fire safety into architectural training.

## Impact of Climate Change and Fire Risk

- Hertz discusses the impact of climate change on fire risk and the need for better planning and infrastructure.
- They talk about the challenges of rebuilding in areas with high fire risk and the importance of situational awareness.
- Hertz emphasizes the need for community-based brigades and individual preparedness.
- They discuss the role of insurance companies in incentivizing fire-resistant building practices.

## Balancing Built Environment and Natural Environment

- Zeke and Hertz discuss the balance between the built environment and natural environment in fire-prone areas.
- Hertz suggests using biophilic design and nature-inspired elements to create fire-resistant landscapes.
- Hertz emphasizes the importance of community involvement and mutual aid in fire mitigation efforts.

## Future of Fire Mitigation and Community Resilience

- Zeke and Hertz discuss the future of fire mitigation and community resilience.
- Hertz highlights the importance of situational awareness and community involvement in fire mitigation efforts.
- They talk about the challenges of rebuilding in areas with high fire risk and the need for better planning and infrastructure.
- Hertz emphasizes the role of insurance companies in incentivizing fire-resistant building practices and the importance of individual preparedness.

Architecture
Architects, Fire Mitigation, Home Hardening
‹ Dragon, Monroe, Gifford, Big Cliff Fires – 8/1/2025
› New Series Out Now: DANGER IN PLAIN SIGHT

Fire Education
Fire Intel
Fire Weather
Firing Operations
Forest Ecology
Forest Management History
Good Fire
Home Hardening
Incident Command System
Interviews
Land Management
Logging
Mapping
McKinney Fire
Mill Fire
Mosquito Fire
Mosquito Fire
Mountain Fire
Native Americans
New Mexico Fires
Oak Fire
People
Photography
Post-Fire Planning
Prescribed Fire
Radford Fire
Red River Lumber Company
Reforestation
Remote Sensing
Resource Damage
Rum Creek Fire
Smoke
Southern Sierra Fires
Southern Sierra Fires
Structure Losses
Uncategorized
Water Management
Wildfire Management
Yeti Fire
YouTube

**ANOTHER DISCLAIMER:**
While the company I founded provides contract mapping

services to Incident Management Teams working on many of the fires I cover, I am no longer involved in the day-to-day incident mapping operations of Deer Creek Resources, nor do I receive any privileged information from them. All of the data and intel I post here comes from public sources.

Opinions are mine and do not reflect the views of my sponsors or any government agency. Any projections of potential wildfire spread is presented for educational/speculative purposes only.

I am not affiliated with the command structure of any incident I discuss here. My analysis is not intended to inform anyone on whether or not they should evacuate or stay in a wildfire area. Please follow any evacuation advice from local authorities.

Email me:

caldor fire California Wildfires camp fire Cedar Creek Fire dixie fire dozer line echo summit Fairview Fire fire intel fire map fire maps fire weather firing operation fuels management good fire Happy Camp Complex interview klamath national forest Klamath River KNP complex lassen park lingo McKinney Fire Mosquito Fire mountain fire new mexico Northern California oak fire Oregon wildfires 2023 park fire prescribed burn Rum Creek Fire sequoia national park Six Rivers Lightning Complex Smith River Complex south lake tahoe SRF Lightning Complex video westwood Wildfires 2023 windy fire Yeti fire Zeke Lunder

If you appreciate the information here and want to help support the development of this new website, click below.

Donate

venmo

You can also Venmo @Lookout_Media
Hosting by Strangecode.com

**DISCLAIMER:** The Lookout website is not an Internal Revenue Code Section 501(c)(3) tax exempt organization. Contributions are not tax deductible.

© 2025 The Lookout • Built with GeneratePress

**United States Patent and Trademark Office (USPTO)**

# USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on December 2, 2025 for
**U.S. Trademark Application Serial No. 99265213**

A USPTO examining attorney has reviewed your trademark application and issued an Office action. You must respond to this Office action to avoid your application abandoning. Follow the steps below.

**(1)** **Read the Office action**. This email is NOT the Office action.

**(2) Respond to the Office action by the deadline** using the Trademark Electronic Application System (TEAS). Your response, or extension request, must be received by the USPTO on or before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Otherwise, your application will be abandoned. See the Office action itself regarding how to respond.

**(3) Direct general questions** about using USPTO electronic forms, the USPTO website, the application process, the status of your application, and whether there are outstanding deadlines to the Trademark Assistance Center (TAC).

After reading the Office action, address any question(s) regarding the specific content to the USPTO examining attorney identified in the Office action.

## GENERAL GUIDANCE

- **Check the status of your application periodically** in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

- **Update your correspondence email address** to ensure you receive important USPTO notices about your application.

- **Beware of trademark-related scams**. Protect yourself from people and companies that may try to take financial advantage of you. Private companies may call you and pretend to be the USPTO or may send you communications that resemble official USPTO documents to trick you. We will never request your credit card number or social security number over the phone. Verify the correspondence originated from us by using your serial number in our database, TSDR, to confirm that it appears under the “Documents” tab, or contact the Trademark Assistance Center.

- **Hiring a U.S.-licensed attorney.** If you do not have an attorney and are not required to

have one under the trademark rules, we encourage you to hire a U.S.-licensed attorney specializing in trademark law to help guide you through the registration process. The USPTO examining attorney is not your attorney and cannot give you legal advice, but rather works for and represents the USPTO in trademark matters.

# EXHIBIT 4

# United States of America

## United States Patent and Trademark Office

# COMMUNITY BRIGADE

**Reg. No. 8,112,456**

**Registered Jan. 20, 2026**

**Int. Cl.: 35**

**Service Mark**

**Supplemental Register**

Los Angeles Emergency Preparedness Foundation
(CALIFORNIA CORPORATION)
404 S. Figueroa St., Suite 520B
Los Angeles, CALIFORNIA 90071

CLASS 35: Administration of a program to promote community service; Charitable services, namely, organizing and conducting volunteer programs and community service projects; Charitable services, namely, organizing and conducting volunteer programs aimed at training members of the public in disaster preparedness, aiding disaster response services in the midst of disaster, and disaster recovery; Charitable services, namely, providing a free online resource in the nature of a website for connecting people who have service needs with people who are willing to provide volunteer services; Charitable services, namely, organizing youth groups to undertake charitable projects in the field of disaster response

FIRST USE 10-20-2023; IN COMMERCE 10-20-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 99-265,204, FILED P.R. 07-02-2025; AM. S.R. 12-16-2025

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 5

# United States of America
## United States Patent and Trademark Office

# COMMUNITY BRIGADE

**Reg. No. 8,112,457**

**Registered Jan. 20, 2026**

**Int. Cl.: 41**

**Service Mark**

**Supplemental Register**

Los Angeles Emergency Preparedness Foundation
(CALIFORNIA CORPORATION)
404 S. Figueroa St., Suite 520B
Los Angeles, CALIFORNIA 90071

CLASS 41: Leadership development training in the field of disaster preparedness, augmenting the capabilities of disaster response services, and disaster recovery; Providing training for certification in the field of disaster preparedness, assisting disaster response services, and disaster recovery; Charitable services, namely, providing training in the field of disaster preparedness, assisting disaster response services, and disaster recovery; Arranging and conducting of training workshops in the field of disaster preparedness, assisting disaster response services, and disaster recovery; Educational services, namely, providing training of volunteers for certification in the field of disaster preparedness, assisting disaster response services, and disaster recovery

FIRST USE 10-20-2023; IN COMMERCE 10-20-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 99-265,207, FILED P.R. 07-02-2025; AM. S.R. 12-16-2025

Director of the United States
Patent and Trademark Office

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 6

# United States of America
## United States Patent and Trademark Office

# COMMUNITY BRIGADE

**Reg. No. 8,112,458**
**Registered Jan. 20, 2026**
**Int. Cl.: 45**
**Service Mark**
**Supplemental Register**

Los Angeles Emergency Preparedness Foundation
(CALIFORNIA CORPORATION)
404 S. Figueroa St., Suite 520B
Los Angeles, CALIFORNIA 90071

CLASS 45: Safety inspection services for commercial buildings; Safety inspection services for residential properties; Fire-fighting services

FIRST USE 10-20-2023; IN COMMERCE 10-20-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "BRIGADE"

SER. NO. 99-265,213, FILED P.R. 07-02-2025; AM. S.R. 12-16-2025

DIRECTOR OF THE UNITED STATES
PATENT AND TRADEMARK OFFICE

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- ***First Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- ***Second Filing Deadline:*** You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.

# EXHIBIT 7

**Generated on:** This page was generated by TSDR on 2026-05-19 19:40:26 EDT

**Mark:** COMMUNITY BRIGADE

COMMUNITY BRIGADE

**US Serial Number:** 99265204

**Application Filing Date:** Jul. 02, 2025

**US Registration Number:** 8112456

**Registration Date:** Jan. 20, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Supplemental

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Cancellation/Invalidation Pending

This trademark application has been registered with the Office, but it is currently undergoing a challenge which may result in its removal from the registry.

**Amended to Principal Register:** No

**Date Amended to Current Register:** Dec. 16, 2025

**Status:** A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Apr. 06, 2026

# Mark Information

**Mark Literal Elements:** COMMUNITY BRIGADE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Administration of a program to promote community service; Charitable services, namely, organizing and conducting volunteer programs and community service projects; Charitable services, namely, organizing and conducting volunteer programs aimed at training members of the public in disaster preparedness, aiding disaster response services in the midst of disaster, and disaster recovery; Charitable services, namely, providing a free online resource in the nature of a website for connecting people who have service needs with people who are willing to provide volunteer services; Charitable services, namely, organizing youth groups to undertake charitable projects in the field of disaster response

**International Class(es):** 035 - Primary Class

**U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**First Use:** Oct. 20, 2023

**Use in Commerce:** Oct. 20, 2023

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No | **Currently 66A:** No

**Filed No Basis:** No | **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Los Angeles Emergency Preparedness Foundation

**Owner Address:** 404 S. Figueroa St., Suite 520B
Los Angeles, CALIFORNIA UNITED STATES 90071

**Legal Entity Type:** CORPORATION | **State or Country Where Organized:** CALIFORNIA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Jonathan Pearce

**Attorney Primary Email Address:** uspto@socalip.com | **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
404 S. FIGUEROA ST., SUITE 520B
LOS ANGELES, CALIFORNIA UNITED STATES 90071

**Correspondent e-mail:** terri@itcrisis.com | **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 06, 2026 | CANCELLATION INSTITUTED NO. 999999 | 91338 |
| Jan. 20, 2026 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jan. 20, 2026 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Dec. 22, 2025 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Dec. 16, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Dec. 16, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 16, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 02, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 02, 2025 | NON-FINAL ACTION E-MAILED | |
| Dec. 02, 2025 | NON-FINAL ACTION WRITTEN | |
| Nov. 20, 2025 | ASSIGNED TO EXAMINER | 91409 |
| Nov. 07, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jul. 02, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Jul. 02, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA) | **Date in Location:** Jan. 20, 2026

# Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Cancellation**

**Proceeding Number:** 92091338 | **Filing Date:** Apr 03, 2026

**Status:** Pending | **Status Date:** Apr 06, 2026

**Interlocutory Attorney:** MARY CATHERINE FAINT

**Defendant**

**Name:** Los Angeles Emergency Preparedness Foundation

**Correspondent Address:** LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
404 S. FIGUEROA ST., SUITE 520B
LOS ANGELES CA UNITED STATES , 90071

**Correspondent e-mail:** terri@itcrisis.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| COMMUNITY BRIGADE | | 99265204 | 8112456 |
| COMMUNITY BRIGADE | | 99265207 | 8112457 |
| COMMUNITY BRIGADE | | 99265213 | 8112458 |

**Plaintiff(s)**

**Name:** Community Brigade and Dana Phillips

**Correspondent Address:** DANA WOLF PHILLIPS
29160 HEATHERCLIFF RD, UNIT 4247
MALIBU CA UNITED STATES , 90264

**Correspondent e-mail:** dana.k.wolf@gmail.com , keegan@keegangibbs.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | 99558505 | |
| L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | 99558495 | |
| L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | 99558500 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 3 | INSTITUTED | Apr 06, 2026 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 06, 2026 | Jun 05, 2026 |
| 1 | FILED AND FEE | Apr 03, 2026 | |

# EXHIBIT 8

**Generated on:** This page was generated by TSDR on 2026-05-19 19:40:54 EDT

**Mark:** COMMUNITY BRIGADE

COMMUNITY BRIGADE

**US Serial Number:** 99265207

**Application Filing Date:** Jul. 02, 2025

**US Registration Number:** 8112457

**Registration Date:** Jan. 20, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Supplemental

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Cancellation/Invalidation Pending

This trademark application has been registered with the Office, but it is currently undergoing a challenge which may result in its removal from the registry.

**Amended to Principal Register:** No

**Date Amended to Current Register:** Dec. 16, 2025

**Status:** A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Apr. 06, 2026

# Mark Information

**Mark Literal Elements:** COMMUNITY BRIGADE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Leadership development training in the field of disaster preparedness, augmenting the capabilities of disaster response services, and disaster recovery; Providing training for certification in the field of disaster preparedness, assisting disaster response services, and disaster recovery; Charitable services, namely, providing training in the field of disaster preparedness, assisting disaster response services, and disaster recovery; Arranging and conducting of training workshops in the field of disaster preparedness, assisting disaster response services, and disaster recovery; Educational services, namely, providing training of volunteers for certification in the field of disaster preparedness, assisting disaster response services, and disaster recovery

**International Class(es):** 041 - Primary Class

**U.S Class(es):** 100, 101, 107

**Class Status:** ACTIVE

**First Use:** Oct. 20, 2023

**Use in Commerce:** Oct. 20, 2023

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No **Currently 66A:** No

**Filed No Basis:** No **Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Los Angeles Emergency Preparedness Foundation

**Owner Address:** 404 S. Figueroa St., Suite 520B
Los Angeles, CALIFORNIA UNITED STATES 90071

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CALIFORNIA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Jonathan Pearce

**Attorney Primary Email Address:** uspto@socalip.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
404 S. FIGUEROA ST., SUITE 520B
LOS ANGELES, CALIFORNIA UNITED STATES 90071

**Correspondent e-mail:** terri@itcrisis.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 06, 2026 | CANCELLATION INSTITUTED NO. 999999 | 91338 |
| Jan. 20, 2026 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jan. 20, 2026 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Dec. 22, 2025 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Dec. 16, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Dec. 16, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 16, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 02, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 02, 2025 | NON-FINAL ACTION E-MAILED | |
| Dec. 02, 2025 | NON-FINAL ACTION WRITTEN | |
| Nov. 20, 2025 | ASSIGNED TO EXAMINER | 91409 |
| Nov. 07, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jul. 02, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Jul. 02, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA) **Date in Location:** Jan. 20, 2026

# Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Cancellation**

**Proceeding Number:** 92091338 **Filing Date:** Apr 03, 2026

**Status:** Pending **Status Date:** Apr 06, 2026

**Interlocutory Attorney:** MARY CATHERINE FAINT

**Defendant**

**Name:** Los Angeles Emergency Preparedness Foundation

**Correspondent Address:** LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
404 S. FIGUEROA ST., SUITE 520B
LOS ANGELES CA UNITED STATES , 90071

**Correspondent e-mail:** terri@itcrisis.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| COMMUNITY BRIGADE | | 99265204 | 8112456 |
| COMMUNITY BRIGADE | | 99265207 | 8112457 |
| COMMUNITY BRIGADE | | 99265213 | 8112458 |

**Plaintiff(s)**

**Name:** Community Brigade and Dana Phillips

**Correspondent Address:** DANA WOLF PHILLIPS
29160 HEATHERCLIFF RD, UNIT 4247
MALIBU CA UNITED STATES , 90264

**Correspondent e-mail:** dana.k.wolf@gmail.com , keegan@keegangibbs.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | 99558505 | |
| L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | 99558495 | |
| L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | 99558500 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 3 | INSTITUTED | Apr 06, 2026 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 06, 2026 | Jun 05, 2026 |
| 1 | FILED AND FEE | Apr 03, 2026 | |

# EXHIBIT 9

**Generated on:** This page was generated by TSDR on 2026-05-19 16:30:25 EDT

**Mark:** COMMUNITY BRIGADE

COMMUNITY BRIGADE

**US Serial Number:** 99265213

**Application Filing Date:** Jul. 02, 2025

**US Registration Number:** 8112458

**Registration Date:** Jan. 20, 2026

**Filed as Base Application:** Yes

**Currently Base Application:** Yes

**Register:** Supplemental

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Cancellation/Invalidation Pending

This trademark application has been registered with the Office, but it is currently undergoing a challenge which may result in its removal from the registry.

**Amended to Principal Register:** No

**Date Amended to Current Register:** Dec. 16, 2025

**Status:** A cancellation proceeding is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Apr. 06, 2026

# Mark Information

**Mark Literal Elements:** COMMUNITY BRIGADE

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

**Disclaimer:** "BRIGADE"

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Safety inspection services for commercial buildings; Safety inspection services for residential properties; Fire-fighting services

**International Class(es):** 045 - Primary Class

**U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Oct. 20, 2023

**Use in Commerce:** Oct. 20, 2023

# Basis Information (Case Level)

**Filed Use:** Yes

**Currently Use:** Yes

**Filed ITU:** No

**Currently ITU:** No

**Filed 44D:** No

**Currently 44D:** No

**Filed 44E:** No

**Currently 44E:** No

**Filed 66A:** No

**Currently 66A:** No

**Filed No Basis:** No

**Currently No Basis:** No

# Current Owner(s) Information

**Owner Name:** Los Angeles Emergency Preparedness Foundation

**Owner Address:** 404 S. Figueroa St., Suite 520B
Los Angeles, CALIFORNIA UNITED STATES 90071

**Legal Entity Type:** CORPORATION **State or Country Where Organized:** CALIFORNIA

# Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Jonathan Pearce

**Attorney Primary Email Address:** uspto@socalip.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
404 S. FIGUEROA ST., SUITE 520B
LOS ANGELES, CALIFORNIA UNITED STATES 90071

**Correspondent e-mail:** terri@itcrisis.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

# Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 06, 2026 | CANCELLATION INSTITUTED NO. 999999 | 91338 |
| Jan. 20, 2026 | NOTICE OF REGISTRATION CONFIRMATION EMAILED | |
| Jan. 20, 2026 | REGISTERED-SUPPLEMENTAL REGISTER | |
| Dec. 22, 2025 | APPROVED FOR REGISTRATION SUPPLEMENTAL REGISTER | |
| Dec. 16, 2025 | TEAS/EMAIL CORRESPONDENCE ENTERED | |
| Dec. 16, 2025 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| Dec. 16, 2025 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 02, 2025 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Dec. 02, 2025 | NON-FINAL ACTION E-MAILED | |
| Dec. 02, 2025 | NON-FINAL ACTION WRITTEN | |
| Nov. 20, 2025 | ASSIGNED TO EXAMINER | 91409 |
| Nov. 07, 2025 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jul. 02, 2025 | APPLICATION FILING RECEIPT MAILED | |
| Jul. 02, 2025 | NEW APPLICATION ENTERED | |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** FILE REPOSITORY (FRANCONIA) **Date in Location:** Jan. 20, 2026

# Proceedings

**Summary**

**Number of Proceedings:** 1

**Type of Proceeding: Cancellation**

**Proceeding Number:** 92091338 **Filing Date:** Apr 03, 2026

**Status:** Pending **Status Date:** Apr 06, 2026

**Interlocutory Attorney:** MARY CATHERINE FAINT

**Defendant**

**Name:** Los Angeles Emergency Preparedness Foundation

**Correspondent Address:** LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
404 S. FIGUEROA ST., SUITE 520B
LOS ANGELES CA UNITED STATES , 90071

**Correspondent e-mail:** terri@itcrisis.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| COMMUNITY BRIGADE | | 99265204 | 8112456 |
| COMMUNITY BRIGADE | | 99265207 | 8112457 |
| COMMUNITY BRIGADE | | 99265213 | 8112458 |

**Plaintiff(s)**

**Name:** Community Brigade and Dana Phillips

**Correspondent Address:** DANA WOLF PHILLIPS
29160 HEATHERCLIFF RD, UNIT 4247
MALIBU CA UNITED STATES , 90264

**Correspondent e-mail:** dana.k.wolf@gmail.com , keegan@keegangibbs.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | 99558505 | |
| L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | 99558495 | |
| L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | 99558500 | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 3 | INSTITUTED | Apr 06, 2026 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Apr 06, 2026 | Jun 05, 2026 |
| 1 | FILED AND FEE | Apr 03, 2026 | |

# EXHIBIT 10

skip navigation USPTO Seal

**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

TTABVUE logo

**TTABVUE. Trademark Trial and Appeal Board Inquiry System** **v2.8.0**

## Cancellation

| | | | |
|---|---|---|---|
| **Number:** | 92091338 | **Filing Date:** | 04/03/2026 |
| **Status:** | Pending | **Status Date:** | 04/06/2026 |
| **General Contact Number:** | 571-272-8500 | | |
| **Interlocutory Attorney:** | MARY CATHERINE FAINT | | |
| **Paralegal Name:** | NEDRA N GARDNER | | |

### Defendant

**Name:** Los Angeles Emergency Preparedness Foundation

**Correspondence:**
LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
404 S. FIGUEROA ST., SUITE 520B
LOS ANGELES, CA 90071
UNITED STATES
terri@itcrisis.com

**Applications/registrations**

| | | | | | |
|---|---|---|---|---|---|
| **Serial #:** | 99265204 | Application File | Assignment | **Registration #:** | 8112456 |
| **Application Status:** | CANCELLATION PENDING | | | | |
| **Mark:** | COMMUNITY BRIGADE | | | | |
| **Serial #:** | 99265207 | Application File | Assignment | **Registration #:** | 8112457 |
| **Application Status:** | CANCELLATION PENDING | | | | |
| **Mark:** | COMMUNITY BRIGADE | | | | |
| **Serial #:** | 99265213 | Application File | Assignment | **Registration #:** | 8112458 |
| **Application Status:** | CANCELLATION PENDING | | | | |
| **Mark:** | COMMUNITY BRIGADE | | | | |

### Plaintiff

**Name:** Community Brigade and Dana Phillips

**Correspondence:**
DANA WOLF PHILLIPS
29160 HEATHERCLIFF RD, UNIT 4247
MALIBU, CA 90264

UNITED STATES
dana.k.wolf@gmail.com, keegan@keegangibbs.com
Phone: 310-924-1709

**Pleaded applications and registrations**

| | | | |
|---|---|---|---|
| **Serial #:** | 99558505 | Application File | Assignment |
| **Application Status:** | NON-FINAL ACTION - MAILED | | |
| **Mark:** | L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | |

| | | | |
|---|---|---|---|
| **Serial #:** | 99558495 | Application File | Assignment |
| **Application Status:** | NON-FINAL ACTION - MAILED | | |
| **Mark:** | L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | |

| | | | |
|---|---|---|---|
| **Serial #:** | 99558500 | Application File | Assignment |
| **Application Status:** | NON-FINAL ACTION - MAILED | | |
| **Mark:** | L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE | | |

**Prosecution History**

| # | Date | History Text | Due Date |
|---|---|---|---|
| 3 | 04/06/2026 | INSTITUTED | |
| 2 | 04/06/2026 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | 06/05/2026 |
| 1 | 04/03/2026 | FILED AND FEE | |

Results as of 05/19/2026 07:41 PM **Search:**

# EXHIBIT 11

## Program Overview

**The Community Brigade Pilot Program is a trailblazing partnership designed to help bridge the resource gap between professional first response agencies and local communities during disaster events.**

Our Mission is to create lasting cultural change, strengthen the resilience of communities, and empower them to better prepare for, respond to, and recover from disasters.

Volunteers are trained in fire behavior, communications, home hardening, and operational procedures in order to assist in achieving incident objectives.

Acting as trusted resource multipliers with intimate local knowledge, they will enhance the support available to responding agencies during wildfires and other disasters.

Initially launched in 7 pilot communities in the Santa Monica Mountains in partnership with Los Angeles County Fire, the goal is to assist in expanding the program to at-risk communities across the west.

**Navigate this page**

In the Media ▸

Pilot Communities ▸

Partners ▸

Program Scope ▸

Why Community Brigades? ▸

Preparation ▸

Home Ignition Zone Assessments ▸

Response ▸

Program Origins & History ▸

LACoFD Presentation ▸

Applied Research Study ▸

Connect with us ▸

Support us ▸



Community Brigades are volunteers committed to protecting their communities from disasters.



Volunteers are trained in disaster preparedness, response, and recovery.

## In the Media




Wirecutter




CBS LOS ANGELES

Neighbors Helping Neighbors:
Volunteer Brigades for Wildfire Protection




Los Angeles Times

Volunteer brigades will help prep for disasters in area devastated by Woolsey fire



PBS

LAEPF featured in PBS Sustaining US documentary "Kind Traveler"

VOGUE

On the Ground With Los Angeles's Volunteer Fire Brigade



Bloomberg

A Malibu Model for Residents on the Fire Frontlines


The Malibu Times
Community brigades help residents be better prepared

## Partners

## Program Scope

### All Hazards

**Life Safety**

**Community Preparedness & Resiliency**

**Credibility & Trust**

**Operational Readiness**



2018 Woolsey Fire



1994 Northridge earthquake

## Why Community Brigades?

We believe that if there is shared risk, there must also be shared responsibility.

Without greater community engagement and acceptance of risk and responsibility, government agencies will confront impossible battles and high expectations during extreme events.

Consider these current realities:

**1. Disasters are inevitable.**

Disasters outpace our current resources and community resilience.

These emergencies present a multifactorial problem requiring an integrated approach

**2. Expectations are unrealistic.**

During major disaster events, expectations often tend to be unrealistic.

Shared ownership in the outcome of disasters encourages communities to take responsibility over their own risk exposure.

**3. Rebuilds are challenging.**

Enormous cost, time, and effort are required to rebuild after a disaster.

When rebuilding, communities grapple with the realities of limited insurance coverage, stringent regulations, and complex logistics.

**4. Resiliency has decreased.**

Modern society has become increasingly disconnected from accepting ownership of their own risk exposure.

This trend places too large a burden on the response capabilities of government agencies.

Empowering communities and individuals with information and tools encourages accountability and inspires lasting cultural change.





# Preparation

We support communities in both their preparation and response to disasters.

Experts calculate that pre-event mitigation provides an 8-to-1 cost benefit ratio. Therefore, we believe that long-term pre-event mitigation is the most efficient method for disaster preparedness.

Our approach includes:

1. **Organizing community awareness meetings and establishing collaboration**
2. **Identifying neighborhood strengths and vulnerabilities**
3. **Considering Fire Safe Community designation objectives**
4. **Participating in the *Ready, Set, Go!* initiative**
5. **Home Ignition Zone Assessments**





## Home Ignition Zone Assessments

**A key part of our approach to disaster preparedness and mitigation is to conduct Home Ignition Zone Assessments. With support from a grant from CALFire, we have created a custom-built assessment tool to assess homes and properties and identify risks in the event of a disaster.**

This service is offered for free for homes and businesses.

Assessments consider all parts of a home or property, from "Roof to Ground to Perimeter" including structure and vegetation.

Assessments integrate "best practices" from a combination of authorities and sources:

> CALFire, LA County Fire Department, National Fire Protection Association, and the Insurance Institute for Business & Home Safety
>
> State and local laws and regulations
>
> Accredited research, subject matter experts, and mitigation specialists

We offer an official acknowledgement of successfully assessed homes and properties and track the outcomes in the event of a disaster.

LEARN MORE ▸





## Response

We acknowledge the reality that empowering all at-risk homes to become resilient is no easy task and that this cultural change takes time. Therefore, the Community Brigade program also focuses on disaster response.

Homeowners have learned best practice techniques for how to defend homes during previous wildfires and have passed down this wisdom to younger generations. We believe that this ‘homegrown wisdom’ of communities continues to be a vital tradition to promote and support.

Additionally, as the battle mounts to respond to a growing number of disasters, relying on community leaders during disasters will help alleviate the strain on first responders and allow communities to take responsibility for the results of their own response.

We focus on the following aims to support communities in their disaster response:

1. **Communication**

We aim to serve as a trusted communication link during disaster events to maintain and disseminate timely, accurate, and actionable information to those who need it.

**2. Situational Awareness**

We aim to develop a detailed understanding of the communities we serve: topography and geography, community demographics, actual resources available, and realities on the ground. We aim to be a trusted source and recipient of this critical information.

**3. Empowering Community Leaders**

We have observed that well-adapted community leaders will step up to serve in any disaster. We aim to empower these leaders and enable them to become force multipliers in their community, inspiring more community members to step up and take responsibility to protect their community.

**4. Transforming Community Culture**

As we work with communities on action-oriented disaster preparedness and mitigation, we also aim to help build trust, involvement, and collaboration within these communities so that they can come together for a more effective response in the event of a disaster.

# Program Origins & History

**The Community Brigade program represents a highly innovative evolution of traditional localized volunteer fire brigades combined with government agencies and fire departments operating in a well-defined collaborative manner.**

Volunteer Fire Brigades in the Santa Monica Mountains have been around for many years. A few examples include the Monumental Fire Company, formed in 1875, a group which rode and patrolled the hills in the Malibu and Ventura County geography. In 1925, the Topanga Volunteer Fire and Forestry Department was formed as a community driven effort. Jumping ahead, following the Corral Fire, Matt Haines and his team created the Corral Canyon Fire Safety Alliance in 2009. In 2010, Dermot Stoker began his work on creating the Malibu West Fire Brigade which became a model for locally focused teams.

**The 2018 Woolsey Fire represented a major shift regarding the needs of local communities when faced with the possibility of catastrophic loss where government response resources may not be adequate.**

This gap motivated numerous residents to work together in defense of their homes, including in Paradise Cove where several residents remained to protect structures and created the Paradise Cove Fire Safety "Brigade." The Malibu West Volunteer Fire Brigade provided situational awareness and saved several homes. The Point Dume Bombers consisted of a handful of residents and friends who came together to defend homes and provide support. At County Line, local residents worked with fire department resources in setting up a staging area and identifying sources of water.

**While each of these volunteer brigades and teams worked hard to address the impact of fire on their community, the gap between the overall needs of the community and the capabilities of government agencies remained.**

A new approach was needed, one that integrated the capabilities of community volunteers with those of government (the fire department) in a manner that could close the gap and provide a unified and structured response across the expansive Santa Monica Wildland Urban Interface geography.

In 2019, the independent report on **The 2018 Woolsey Fire: A Catalyst for Change** written by **Dr. Shirley Jensen**, LAEPF Board Member **Dr. Steven Jensen**, and LAEPF Chairman **Brent Woodworth** on behalf of the Los Angeles Emergency Preparedness Foundation (LAEPF) was published which included a detailed roadmap to resiliency—outlining specific high leverage programs that, if implemented, could lead to a cultural shift and a new collaborative approach to wildfire preparedness and response. Specifically, the following high priority program was recommended for implementation:

> **"Engaging certified local community volunteers trained, properly equipped, and operating with communication and direction from fire command could provide "fire-front-following" support and suppression capabilities needed to address peak load resource requirements while building community trust and confidence."**

This program, originally called "Fire-Front-Following" (a fire department term for the actions being proposed) eventually became the **Community Brigade Pilot Program.**

With the release of the Catalyst for Change Report, a decision was made by the LAEPF Board of Directors to officially support the creation of the proposed program. The team proceeded to obtain the operational and legal support of the Los Angeles County Fire Department and the Los Angeles County Board of Supervisors.

Brent Woodworth and Dr. Steven Jensen began exploratory discussions with multiple academic institutions, interested community residents, and government officials. A series of program formulation meetings began led by Brent Woodworth with Chief Drew Smith, LACoFD Liaison Officer Megan Currier, Dr. Steve Jensen, Dr. Shirley Jensen, Mikke Pierson, Jerry Vandermeulen, Terri Pond, and Chris Frost. Over time, additional personnel were invited to join the project advisory team including Dermot Stoker, Matt Haines, Jefferson Wagner, Keegan Gibbs, Colin

Drummond, Richard Garvey, Todd Prince, James Grasso, Mike Woodard, Bill Winokur, David Hertz, Jeff Grier, Chris Brossard and others. All of these 22+ individuals contributed to the creation of the Community Brigade pilot program.

The development and approval effort took 5 years with key milestones including gaining the approval of the Firefighters Union Board, the promotion of Anthony Marrone to Chief of the Los Angeles County Fire Department, collaborative negotiations with Jenny Tam (attorney for LACoFD), monthly presentations, and the unwavering support of LACoFD Assistant Chief Drew Smith.

In October 2023, LA County Supervisor Lindsey Horvath brought forward for approval by the County Board of Supervisors the proposed Community Brigade pilot program partnership between the Los Angeles County Fire Department and the Los Angeles Emergency Preparedness Foundation. Receiving unanimous approval, LACoFD Chief Anthony Marrone and LAEPF Chairman Brent Woodworth signed the official Memorandum of Agreement officially launching the Community Brigade Pilot Program.

## LACoFD Presentation

Watch LA County Fire Dept. Assistant Chief Drew Smith's PowerPoint presentation on the Community Brigade Pilot Program.



## Applied Research Study

***Trial by Fire*** is a 2026 applied research study on the Community Brigade Pilot Program.

Led by experts at the California State University, Long Beach in collaboration with the Natural Hazards Center of the University of Colorado, Boulder, the study evaluates the Community Brigade pilot program during recent Malibu wildfires. The study highlights how the program strengthens coordination between communities and responders, builds trust, and empowers residents to take an active role in wildfire preparedness and response.

READ THE FULL REPORT

DOWNLOAD RESEARCH BRIEF

**Key findings from the report:**

> “The Community Brigade serves as a vital connection between the community and the fire response system. Brigade members, in their capacity as valued members of their community, shared insights with their fellow community members about the depth and breadth of the official response.”

> “The Community Brigade was also activated to conduct evacuations. Previous experiences in the Broad and Franklin Fires indicated that residents were more likely to evacuate when encouraged by Brigade members than officials. As a result, people were evacuated safely

during both the Franklin and Palisades fires while the official response focused on structure protection and other pertinent activities."

"During the Franklin and Palisades Fires, Community Brigade members successfully protected important institutions, such as a church, and cherished family pets. Their care during that disaster is believed to have created greater trust and interest in the program, which has since received hundreds of applications from prospective volunteers."

"Representatives of the responding fire authorities confirmed that the Community Brigade increased the general public's understanding of wildfire risk and incident command, which could result in safer, better-informed decisions before and during fires as well as new approaches to reduce overall risk."

## Connect with us

If you have any questions or feedback, please contact us below.

Select **Sign up for news and updates** to subscribe to our mailing list.

NAME

FIRST NAME (REQUIRED)

LAST NAME (REQUIRED)

EMAIL (REQUIRED)

Sign up for news and updates

SUBJECT (REQUIRED)

MESSAGE (REQUIRED)

**SUBMIT**

# Support us

Your contribution supports our efforts to establish Community Brigades in pilot communities around Los Angeles.

**99% of your donation will go directly towards disaster resilience programming. No one takes salaries in our organization.**

LAEPF is a registered 501(c)(3) nonprofit organization. All donations are tax-deductible to the fullest extent of the law. Our IRS tax identification number is 26-3378460.

**SPONSOR EQUIPMENT ▸**

LOS ANGELES
EMERGENCY PREPAREDNESS
FOUNDATION

OUR MISSION ▸

Charity Navigator
100% Score
FOUR-STAR

**DONATE ▸**

**Privacy Policy** | **Cookie Policy** | **Terms & Conditions**

Copyright © 2026 Los Angeles Emergency Preparedness Foundation. All rights reserved.

# EXHIBIT 12

# Community Brigade


00:00 02:37




**During big wildfires,**
**firefighters get stretched thin.**

Wildfires can blaze over thousands of square miles.

Firefighters constantly move to fight the front of the fire.

However, most homes do not ignite from direct contact with the flame front.

When intense heat combines with wind, small burning embers can travel miles away from the fire perimeter.

Flying embers are the cause of up to 90% of homes destroyed by wildfire.

Video courtesy of NBC News

Case 2:26-cv-02463-GW-DFM Document 18-2 Filed 05/21/26 Page 140 of 425 Page ID #:296




**We bridge the gap with volunteer Community Brigades.**

We train volunteers to help their communities prepare for and respond to wildfires and other hazards.

With intimate local knowledge of their “home turf,” Community Brigade is a key resource for first responders.

The brigade helps with “mop-up” operations, reducing the risk of structures burning down from flying embers.

In partnership with LA County Fire, Community Brigade has launched in 7 pilot communities in the Santa Monica Mountains.

Our goal is to expand this program to communities at risk across the West.



Community Brigades are volunteers committed to protecting their communities from disasters.





Volunteers are trained in disaster preparedness, response, and recovery.




### Mitigating risk one home at a time with Home Ignition Zone Assessments.

Community Brigades are also trained in “home hardening.”

Volunteers learn key techniques and best practices to prevent wildfires from igniting homes.

Homeowners can have their home inspected by Community Brigade volunteers at no cost by scheduling a Home Ignition Zone (HIZ) Assessment.

Individualized confidential reports identify risks and make recommendations to reduce the risk of a home being destroyed by wildfires.

**LEARN MORE ABOUT HIZ ▸**





# How you can help

**Volunteer to join your local brigade.**

**JOIN TODAY ▸**

**Support us to buy equipment for our volunteer brigades.**

DONATE NOW ▸

LOS ANGELES
EMERGENCY PREPAREDNESS
FOUNDATION

OUR MISSION ▸

DONATE

**Privacy Policy** | **Cookie Policy** | **Terms & Conditions**

Copyright © 2026 Los Angeles Emergency Preparedness Foundation. All rights reserved.

# EXHIBIT 13

We couldn't find the page you were looking for. This is either because:

- There is an error in the URL entered into your web browser. Please check the URL and try again.
- The page you are looking for has been moved or deleted.

You can return to our homepage by clicking here, or you can try searching for the content you are seeking by clicking here.

MALIBU WEST

Malibu West Fire Safe Council
501(c)3 organization

30756 Pacific Coast Hwy
Malibu, CA 90265
☎ (310) 457-9068 (310) 927-5327
hoa@malibuwestbc.com

If you are looking for information about our event venue, please visit malibuwestbeachclub.com

## SEND US A NOTE

Name

First Name (required)

Last Name (required)

Email (required)

Message (required)

SUBMIT

site designed and built by Cecily Breeding

# EXHIBIT 14

UCLA Health

NEWS

# Malibu West Volunteer Fire Brigade Training Day held for residents

By **Jimy Tallal** · November 27, 2022

Facebook X Email Copy link

Malibu West Volunteer Fire Brigade Training Day held for residents

Shortly after Malibu noted the fourth anniversary of the Woolsey Fire, 26 members of the Malibu West Volunteer Fire Brigade (MWVFB) recently came together for a Training Day and practice drill — which they do several times a year. Malibu West has the most well-organized, well-equipped fire brigade in Malibu; serving as a pilot project for all other neighborhoods. They attribute their success to a highly supportive homeowners association and enthusiastic residents.

Members of the Fire Brigade were asked to participate in the training in order to become even more prepared and coordinated in their defense of the neighborhood, wrote Malibu West resident Dermot Stoker, founder of the brigade.

“The MWVFB now boasts 10 numbered Fire Brigade Boxes located throughout the neighborhood, roughly every 500 feet, all equipped with the items needed [to fight fires]," Stoker said. "One focus of the training exercise was to form Brigade Box teams.”

Stoker explained that each participant was asked to report to the Brigade Box closest to their home and “man it” with the others in the immediate area. Walkie-talkies were used to activate the Brigade Box Teams, and each team was instructed to correctly deploy the equipment stored inside the box — wyes (a

"Y" -shaped Hydrant attachment) and a combination of 2.5-inch and 1.5-inch hand lines with nozzles totaling 500 feet — and attach the assembly to a fire hydrant.

Malibu West Fire Brigade founder Dermot Stoker speaks to volunteers prior to the training session. Photo by Julie Ellerton/TMT.

Malibu West Fire Brigade founder Dermot Stoker speaks to volunteers prior to the training session. Photo by Julie Ellerton/TMT.

(From left) Malibu City Councilmember Mikke Pierson, Malibu West Fire Brigade founder Dermot Stoker, Public Safety Commissioner Doug Stewart, Public Safety Commissioner Josh Spiegel and Mayor Paul Grisanti at The Malibu West Fire Brigade training day on Saturday, Nov. 12. Photo by Julie Ellerton/TMT.

Malibu West Fire Brigade founder Dermot Stoker speaks to volunteers prior to the training session on Saturday, Nov. 12. Photo by Julie Ellerton/TMT.
Other tasks that day were to identify Brigade Box teams needing backup, and check out swimming pool pumps owned by some residents that could make swimming pool water available for firefighting.

"It's hands-on, repetitive stuff," Stoker remarked, "but safety is a very important component of the training. For example, you have to know to open the fire hydrant slowly, because the hose can become deadly from the full force of the water pressure, if not controlled properly."

Stoker is thankful to everyone that participated, but gave special thanks to the four or five brand new brigade volunteers that came out, along with captains and HOA Board members Tim Biglow, Aron Marderosian, Eric Rondell, and Jason Riddick.

Although the brigade was first founded by Stoker exactly 10 years ago, Marderosian didn't join until after the Woolsey Fire, in 2019.

"I saw firsthand what went down [in our neighborhood during the Woolsey Fire]; and the lack of resources and assistance that was available," he said. "In a disaster like that, the only way people are going to get any help is for some of them to stay behind."

According to a previous report, 20 of the 177 homes and 60 condos in the Malibu West neighborhood burned in the Woolsey Fire.

On Training Day, Marderosian had a somewhat different assignment than the other volunteers, who nickname him “the professor” because he’s “handy with electrical and mechanical stuff.” He did radio tests, timed how long it took teams to perform certain tasks, and took inventory of equipment.

“I also mapped out all the swimming pools in our neighborhood, which are huge resources [in firefighting]," he said. "Mrs. Glass had a 40-year old pool pump that hadn’t been used or started in 40 years, and I spent the time to get the motor started, along with Ron Lander, and it worked like it was brand new.”

Thirty-six homes in Malibu West have swimming pools, but only five or six have pool pumps that could be used in a fire.

“We’ve been encouraging people with pools to get pool pumps,” Marderosian continued. “They’re 25,000-gallon water sources. [The brigade] also bought a few mobile pool pumps [which are kept at resident’s houses, ready to deploy if needed]. If someone wants to buy a pool pump, I show them what to get and how to set it up.”

One of the big lessons learned from Woolsey, according to Stoker and Marderosian, is that having an emergency plan based on cellphone contacts is a big mistake. during the Woolsey Fire, all cell phone communications went down.

“Our new radios are a game-changer,” Marderosian said. “They’re a huge improvement over the last time. And we now have our own repeater on top of the Malibu West Beach Club, which has a generator.”

During the Woolsey Fire, the brigade was fighting the fire with shovels and garden hoses, and that’s all changed. The Fire Brigade Boxes are new since Woolsey, and have been installed and stocked with the proper firefighting equipment since 2019/20. More of the boxes are being added as needed; and being standardized as much as possible — they all have the same keys, the same thread sizes, and the same hose fittings, so everything is interchangeable.

“I’m a proud Malibu resident [of 25 years] and proud of our neighborhood,” Marderosian said. “It’s nice to be part of something where everyone wants to contribute and do their part and work together.”

Photo by Julie Ellerton/TMT.

Malibu West Fire Brigade volunteer Lance Roth unrolls a hose to hook up to a fire hydrant. Photo by Julie Ellerton/TMT.

Malibu Mayor Paul Grisanti helps unwind the pool pump hose at Betty Glass' home. Photo by Julie Ellerton/TMT.

Aron Marderosian makes sure the pump and hose are working correctly before letting Betty Glass try it out. Photo by Julie Ellerton/TMT.

Aron Marderosian makes sure the pump and hose are working correctly before letting Betty Glass try it out. Photo by Julie Ellerton/TMT.

Malibu West Fire Brigade founder Dermot Stoker speaks with Betty Glass about her now-running pool pump, which would ultimately be deployed to assist in structure protection during a fire. Photo by Julie Ellerton/TMT.

Shown is one of ten Fire Brigade Boxes with the necessary equipment used to fight a fire. Photo by Julie Ellerton/TMT.

---

**MORE IN NEWS**

**Sgt. Chris Soderlund reports three fatal crashes within 48 hours**
May 13, 2026

**Rebuilding Malibu: Experts tackle permits, insurance and the cost of recovery**
April 19, 2026

**Malibu takes legal action against Los Angeles in sweeping civil complaint**
February 27, 2026

**Missives from former dean of Pepperdine law school to Jeffrey Epstein resurface in release of documents**

February 21, 2026

**The Malibu Times**

Delivering local news, sports, business, and community coverage.

SECTIONS

News
Malibu Fires
Opinion
Obituaries
Malibu Life
Calendar
Sports
About Us

STAY INFORMED

Get local news delivered to your inbox.

Your email a

Subscribe

© 2026 The Malibu Times. All rights reserved.

About Contact Advertise Subscribe My Account RSS Terms Privacy

# EXHIBIT 15

Point Dume Fire Wise Community & Volunteer Brigade

[ + ]

Welcome to the Point Dume Fire Wise Community. A resource for our neighbors in Point Dume.

In the next disaster, we know it is highly likely "you are on your own."

This is why we will organize meetings to get to know our neighbors. We will vow to help each other. We will make home hardening and community hardening a priority for all.

Thank you for joining us - we are stronger together.

We are are not affiliated with LA County. To learn more about the LA County sponsored brigade program visit: https://laepf.org/community-brigade.

We are grateful for all who serve where and when they can.

Click on the button below to get your FREE home hardening assesment from the City of Malibu:

HOME HARDENING ASSESMENT




2025

NATIONAL FIREWISE USA® PROGRAM

CERTIFICATE

OF RECOGNITION

The National Fire Protection Association acknowledges that

Point Dume Community Brigade

located in Malibu , CA

has successfully completed the Firewise USA® program's annual requirements for 2025 and is a participating site in good standing throughout the 2026 calendar year.

James T. Pauley, President, NFPA

NFPA | FIREWISE USA® RESIDENTS REDUCING WILDFIRE RISKS

May 22, 2025

Date Issued

# It's Offici
# Dume Fi
# Commun
# APPRO
# 5/22/25

## have complet
## e a nationally
## ewise USA Co

vise Community is a voluntary recognition program
ovides a framework to help neighbors get organized,
ection, and take action to increase the ignition
nce of their homes.

ducting an assessment, our community will have a
d action plan to make it safer when disaster strikes.

ded benefit of becoming Firewise is the discount you
on your homeowners' insurance. It has a cost
of 10% per household.

### Are You Ready for Whatever Disaster Comes Next?

# Your Go To Guide

Download your Guide here.



Get Involved

Learn how to harden your home ? Click here:

S

# Safety and Preparedness Fair - City of Maibu

Sep 06, 2025, 11:00 AM – 5:00 PM

Malibu,
23825 Stuart Ranch Rd, Malibu, CA 90265, USA

Details



# Stronger Together

Our Mission

The Point Dume Volunteers are devoted to ensuring the safety and protection of Point Dume residents. We will assist our neighbors in times of crisis, we stand as a united front against emergencies.

We aim to empower and educate the community on fire safety protocols and emergency response. By fostering a culture of preparedness and togetherness, we strengthen the resilience of Point Dume against potential threats.

Learn More



# Cause

Support our cause for a safer and more secure Point Dume by contributing to our efforts in fire safety education, emergency preparedness, and community assistance.




Training
Fire Safety Education

Empower residents with the knowledge and skills needed to prevent fires effectively.



Supplies
Emergency Resources

Ensure your household is prepared for emergencies with our supply assistance. From first aid kits to emergency plans, are you equipped for the next disaster?



Assistance
Community Support

# Who Are The Point Dume Protectors - Your Neighbors

Watch Woolsey Fire - Your On Your Own

310 699-0424

Point Dume, Malibu, CA 90265, USA

© 2025 by Point Dume Protectors - Your Community Brigade Volunteers. Powered by love and people who live here. Not affiliated with LA County.

## Stay Connected with Us

Enter Your Email Here *

Subscribe

Yes, Subscribe me to newsletter

# EXHIBIT 16

The Malibu Times

Sections

UCLA Health

NEWS

# New podcast tells the riveting story of the Point Dume Bombers

By **Judy Abel** · May 21, 2023

Facebook X Email Copy link

New podcast tells the riveting story of the Point Dume Bombers

## *Loosely knit band of surfers and residents come to the rescue during the Woolsey Fire*

A new podcast is telling the captivating story of local heroes trying to save their community during the Woolsey Fire. "Sandcastles" focuses on "home, how we create it, and why we fight so hard for it," according to creator Adriana Cargill. The first season, launched May 9, is named after those local heroes who've come to be known as "The Point Dume Bombers."

Releasing episodes every week in May, "The Point Dume Bombers" story unfolds in serial form. It tells of the harrowing days of the 2018 fire and its aftermath when Malibu was cut off from the rest of the world and how some ingenious Point Dume citizens figured out ways to help defend their community and provide support.

Cargill, a radio journalist, was watching Woolsey coverage on television back in 2018 and was astounded by unlikely images.

Adriana Cargill, a radio journalist, was inspired to produce a podcast on the "Point Dume Bombers" after seeing coverage of the fire.

Sam McGee in Point Dume during the Woolsey Fire. Photo Credit Jack Platner.

Tyler Hauptman. Photo credit Robert Spangle.

The Point Dume Community Brigade 2019. Photo by Robert Spangle.

"I saw all these surfers on longboards loading generators, cartons of water, and food and literally surfing it in," she said. "It stopped my in my tracks."

Being a surfer herself, she said she knows how difficult it is to balance all that equipment "without it being latched on. It was clear to me that there was no emergency personnel in any of the footage I was seeing. It looked like this was all community members. I was captivated."

Cargill said she discovered an incredible story unlike anything else she had ever heard and said, "This has to be told in a longer format." The podcast narrative spans from the night of the fire up until now.

Two people highlighted in the series are Keegan Gibbs and Robert Spangle. Gibbs' family home burned down.

Keegan Gibbs with the remains of his family home in the background directly after the woolsey fire. Photo credit Dru Jacobson.

"It's devasting to lose a home, but the choice Gibbs and his friends made was to try and help save other's homes and to help the community in any way possible. The amount of effort and care they put into their community to me was next level," Cargill commented. "The perseverance and commitment is something special."

The podcast also highlights Spangle, a former reconnaissance Marine, who joined the motley group of locals who were without internet, cell service and out of communication without any government help. Spangle, using a toy walkie-talkie and trash can lid, "MacGyvered" it into a field-expedient antenna. The "bombers" used the walkie-talkies to direct their group to put out spot fires smoldering for days after Woolsey initially blew through town.

Cargill found the level of response unprecedented, especially with this loosely knit group staying awake at all hours to be on the lookout.

“Robert organized them into teams, another friend brought in production walkie-talkies from film sets and they coordinated all of that shipping into Paradise Cove,” she said. “It was this one group of childhood surfer friends that were able to help hundreds of people in Malibu and put out countless spot fires and it was all spontaneous. To me, it’s impressive because they used what the community has which is its people and their expertise to be able to allow the community to take care of itself.

Robert Spangle at the Point Dume headlands during the Woolsey Fire. Photo credit Jack Platner.

“Others profiled in the podcast include a lawyer, carpenter, mechanical engineer, production manager, lifeguards; they’re all part of what’s come to be known as ‘The Point Dume Bombers.’ They each had a skill and a role that they were able to leverage to make the group and the community stronger.”

Cargill narrates how internet hot spots eventually let community members use social media to request that help was needed. That resulted in a flotilla of vessels, from a billionaire’s yacht to rickety rafts loaded with supplies sailing into Malibu, which was cut off by land.

Cargill spoke with Dru Jacobson, who along with her son Kelly and others, were instrumental in setting up and staffing The Point Dume Relief Center for cooking meals.

Many of the Point Dume Bombers and other Malibu neighborhood groups have been working with the LA County Fire Department on “what could be a potentially massive shift in the culture of how the fire department manages fire risk,” according to Cargill.

“The shift is from people solely relying on the fire department when a disaster strikes to the community becoming an active partner and doing resiliency work on its own in coordination with LA County,” she continued. “They’ve had promising conversations with the LACOFD about a potential partnership on a model for a Community Brigade Pilot Program. It could be a game changer.”

Point Dume Bombers in the lot next to Keegan Gibbs’s house on Dume Drive. From Left: Layne Stratton, Jack Platner, Beau Biglow, Leo Harrington, Sam McGee, Alec Houge, Riley Smoller, Andrew Jacobson, Nick Nushawg, Jake Kelley, Keegan Gibbs, Ryland Lancaster, Robert Spangle. Photo by Keegan Gibbs.

To listen to the podcast visit [wavemakermedia.org.](wavemakermedia.org)

## MORE IN NEWS

**Sgt. Chris Soderlund reports three fatal crashes within 48 hours**
May 13, 2026

**Rebuilding Malibu: Experts tackle permits, insurance and the cost of recovery**
April 19, 2026

**Malibu takes legal action against Los Angeles in sweeping civil complaint**
February 27, 2026

**Missives from former dean of Pepperdine law school to Jeffrey Epstein resurface in release of documents**
February 21, 2026

The Malibu Times

Delivering local news, sports, business, and community coverage.

SECTIONS

News
Malibu Fires
Opinion
Obituaries
Malibu Life
Calendar
Sports
About Us

STAY INFORMED

Get local news delivered to your inbox.

Your email a
Subscribe

© 2026 The Malibu Times. All rights reserved.

About Contact Advertise Subscribe My Account RSS Terms Privacy

# EXHIBIT 17

Flood Resilience Alliance

SOLUTIONS BRIEF — AUGUST 2023




# Community brigades

*Equipment delivery to the Warrior Ants to the Rescue community brigade, Mexican Red Cross Archive, Flood Resilience Project*

## Summary

Flooding in Mexico's mountainous and wetland regions can be devastating, especially when flood water and sewage fill people's homes. The community brigades set up by the Mexican Red Cross bring individuals together to learn about flood preparedness and safe evacuation. Brigade members are taught search-and-rescue skills and first aid, and they also serve as a valuable contact point for local authorities, providing crucial information about the situation on the ground and requesting assistance as needed.

## Our approach

Using the Flood Resilience Measurement for Communities and the Red Cross Vulnerability and Capacity Assessment, the Mexican Red Cross identified priorities for strengthening flood resilience in remote communities in the state of Tabasco. The process highlighted a lack of social capacity to organize action at the local level. By forming a volunteer community brigade and providing members with the skills and knowledge needed to prepare for and respond to floods, the project seeks to increase human and social capital, thereby enhancing resilience.

## In numbers

**Cost per brigade:**
**CHF7,000**
**US$7,829**

**Time taken to set up:**
150 hours over 15 months per brigade

**Easy to replicate?**
Yes

Yes – one brigade per community (8-10 volunteers) meeting once a month



*Mexico*

CRUZ ROJA MEXICANA

**Listen to the interview**

*Community members discuss how community brigades help to better prepare for floods*

floodresilience.net
@floodalliance




***Official recognition of the Blue Sky Flood and Disaster Brigade as part of the state civil protection system,*** *Mexican Red Cross Archive, Flood Resilience Project*

## What was the problem?

Flooding has always been a risk in remote communities living near rivers and wetlands in Tabasco. Heavy rain or rainfall upstream can cause rivers to burst their banks and flood people's homes, damaging their belongings and causing injuries. Sewage from the drains mixing with floodwater increases the risk of disease.

Communities in these areas lacked the knowledge to anticipate heavy floods and the skills and social cohesion to deal with their aftermath. Weak or non-existent organizational structures at the community level also meant that they did not have the capacity to lead and manage flood preparedness and response activities.

## What was the solution?

The project recruits diverse community volunteers, with the principal requisite being their willingness to commit to the brigade. During weekly sessions spread across 15 months, volunteers are trained in emergency prevention and response, including risk awareness, first aid, evacuation, search and rescue, and damage and needs assessment. Once trained, volunteers can help train newer volunteers.

Brigade members take responsibility for specific tasks, such as first aid or sounding the alarm when there is danger of imminent flooding. They help vulnerable individuals in emergency situations, provide first aid where needed, and assist with recovery. They can mobilize extra support by informing the Red Cross and civil protection authorities about the situation on the ground.

### Flood Resilience Measurement for Communities

The FRMC was created by the Zurich Flood Resilience Alliance in 2013. It allows users and community members to understand and unpack their resilience and to generate evidence about the ways in which a given area or community is already resilient to floods. It also provides a guide to further develop this resilience.

The process involves working with communities to collect data to assess 44 indicators called `sources of resilience', which have the capability of generating resilience. The data is analyzed through several different lenses (the '5C-4R framework'), which helps highlight interconnections and dependencies in the data.

This deep, systemic, and multi dimensional insight can help the community to identify and implement resilience-building interventions.

The FRMC process is supported by a web-based tool and an app for mobile devices, which allow for the effective design of studies and seamless data collection and analysis.



*The Blue Sky Flood and Disaster Brigade picking up solid waste at a bus stop in the community,*
*Mexican Red Cross Archive, Flood Resilience Project*



*Community brigades practising using fire extinguishers under the guidance of the civil protection of the municipality of Teapa,*
*Mexican Red Cross Archive, Flood Resilience Project*

Brigades sometimes play a preventative role, organizing litter picking and clearing drains to reduce the risk of flooding. They also act as a community resource, for example sharing information about clean water treatment or passing on how to minimize the spread of disease.

The brigades' work enables a coordinated approach to disaster resilience within the wider civil protection system. This allows civil protection authorities to reach a larger part of the population in preparedness and response activities. Having civil protection representatives participate in the brigade formation process helps to develop links between actors.

## Success story

The *Blue Sky Flood and Disaster Brigade* was set up in Manuel Buelta y Rayón, a rural community in Tabasco that often floods after days of heavy rain. By learning new flood response skills as part of an organized group, brigade volunteers feel prepared to face whatever the rains bring before the clouds clear and the blue sky returns.

***"Everyone has a role; I am in charge of first aid. Everyone has a responsibility, and we already know who is going to warn us and how we are going to make decisions and communicate information to the rest of the population".***

*María Gloria Cruz Rivera, community brigade member.*

**Listen to the interview**
*Community members discuss how community brigades help to better prepare for floods*

## How does it increase resilience?

The training gives brigade volunteers the knowledge and skills needed to prepare for floods and deal with their after-effects. It boosts individuals' confidence, develops empathy for the needs of a diverse population, thereby increasing social and human capital, and improves community cohesion, with individuals working as a team to find the best ways to respond to the threat of floods.

Engaging the local population means that preparedness activities become part of people's daily routines, which allows knowledge and skills to be replicated over time in the community. More volunteers have come forward to get involved after having seen the benefits of being better prepared.

Brigades play an essential role in local risk management. In addition to organizing flood preparedness and response activities, they act as a bridge between the local population and municipal authorities, relaying details about the situation on the ground, communicating the need for assistance, and sharing information with the wider community.

## Expert view

**Brigades are an important source of support for local communities who are exposed to floods. They strengthen communication in remote areas so that preparedness actions can be taken and response and recovery be implemented in a timely manner.**

Forming brigades not only helps to develop social capacities for reducing risk but also enhances integration within the community and at the intercommunity level. Following formation, brigades continue to train independently in order to increase their capacities and improve flood preparedness measures in their communities.



*Gabriel Reyes Gil, Operational Leader, Flood Resilience Programme, Mexican Red Cross*

## Lessons learnt

- Community brigades can link the community with key authorities and institutions involved in risk management. Authorities formally recognizing a brigade is one of the most significant goals for community action.
- Seeing the work brigades do when faced with a flood encourages others to get involved.
- Mutual support between brigades from different communities motivates them to continue taking action to reduce the impact of flooding.

## Get in touch

If you have any questions, contact:

- Gabriel Reyes Gil, Operational Leader (fgreyes@cruzrojamexicana.org.mx)
- Brenda Ávila Flores, Programme Leader (bavila@cruzrojamexicana.org.mx)

For more resilience solutions visit www.floodresilience.net/solutions

**Follow us on social or sign up to our newsletter**

### Further reading:

Cuevas, J., Enriquez, M F, Norton, R., Ianni, F. (2022). *2020 floods in Tabasco: Lessons learned for strengthening social capital.* https://floodresilience.net/resources/item/2020-floods-in-tabasco-lessons-learned-for-strengthening-social-capital/

Mexican Red Cross. (2022). *What's the name of our brigade? Shaping the identity of community brigades.* https://infoinundaciones.com/recursos/item/whats-the-name-of-our-brigade-shaping-the-identity-of-community-brigades/

Cruz Roja Mexicana. (2016). *Fomento de la cohesión y participación social a partir de las Brigadas Comunitarias.* https://infoinundaciones.com/recursos/item/fomento-de-la-cohesion-y-participacion-social-a-partir-de-las-brigadas-comunitarias/

**The Zurich Flood Resilience Alliance** is a multi-sectoral partnership which brings together community programmes, new research, shared knowledge, and evidence-based influencing to build community flood resilience in developed and developing countries.

We help people measure their resilience to floods and identify appropriate solutions before disaster strikes.

Our vision is that floods should have no negative impact on people's ability to thrive. To achieve this we are working to increase funding for flood resilience, strengthen global, national, and subnational policies, and improve flood resilience practice.

**Find out more: www.floodresilience.net**

In partnership with: Powered by Z Zurich Foundation

The Zurich Flood Resilience Alliance is funded by Zurich Insurance through the Z Zurich Foundation; however, the views expressed do not necessarily reflect the company's official position.

# EXHIBIT 18

PrepareCenter.org Prepare.Innovate.Learn.Together. | Global Disaster Preparedness Center

# Empowering Communities, Influencing National Change: The Mexican Red Cross' Approach To Flood Resilience

**Global Disaster Preparedness Center**
June 5, 2024




Leading the way in strengthening community resilience, the **Mexican Red Cross** is at the forefront of impactful disaster preparedness and risk reduction initiatives across the country. In collaboration with the International Federation of Red Cross and Red Crescent Societies (IFRC), in 2023 the Mexican Red Cross celebrated 10 years of implementation of the **Flood Resilience Program,** which has made significant strides in empowering communities and influencing national DRR policies.

In this DRM Practitioner Spotlight interview, **Francisco Gabriel Reyes Gil, Operational Lead for the Flood Resilience Program** at the Mexican Red Cross, shares insights from his decade-long journey

in the field, from his early days as a volunteer to his current role leading the Flood Resilience Program. Discover how the Mexican Red Cross is scaling up its community-based approach, fostering local action, and collaborating with diverse stakeholders to build a more resilient Mexico in the face of growing climate risks.

The Global Disaster Preparedness Center (GDPC) **invites disaster risk management practitioners from the RCRC Network to be featured in the *Practitioner Spotlight* series**. This platform showcases impactful work in disaster preparedness, disaster risk reduction (DRR), and climate change adaptation across the Network. If you are part of the Red Cross Red Crescent and wish to showcase your work, please contact us at **gdpc@redcross.org**. We look forward to hearing from you!

## Overview Of Work

**Can you tell us a bit about yourself and your current role at the Mexican Red Cross?**

During my time as a student, I worked as a volunteer at the Mexican Red Cross in Colima, where I supported in the development of monitoring and situation reports during the hurricane season, which in Mexico runs from May to November. After finishing my degree in Environmental Science and Risk Management, I formally joined the Red Cross Movement and participated in the operational activities to deliver humanitarian aid after hurricanes Ingrid and Manuel in 2013.

My experience in humanitarian operations and my academic preparation, together with a strong conviction that preparedness actions can be carried out at the local level so that families and communities do not lose their lives, property and livelihoods and can maintain their development, led me to join the Flood Resilience Program in Mexico, a program led by the Mexican Red Cross. As a community technician in the state of Tabasco, I was involved in the training of community flood preparedness groups and community organization, among other activities.

Today, most of my responsibilities are related to leading and operationalizing the Flood Resilience Program in Mexico, which forms part of the **Zurich Flood Resilience Alliance**. My primary role is to lead the operation and coordination of teams in two states: in Tabasco with a focus on local and family level actions, and in San Luis Potosi with an approach aimed at strengthening institutions involved in flood preparedness and resilience work.




Francisco Gabriel Reyes Gil, Operational Lead for Community Resilience Projects at the Mexican Red Cross. Photo: © Mexican Red Cross

**Tell us more about the work the Mexican Red Cross does in terms of disaster preparedness and risk reduction?**

In 2022, the Mexican Red Cross established the **National Disaster Risk Reduction Program**, which seeks the implementation of diverse projects ranging from disaster recovery, DRR awareness raising in communities and schools to long-term projects to strengthen the organization of the population. The projects and initiatives nested under this program have generated community resilience in the face of multiple hazards, primarily floods, earthquakes, hurricanes, and volcanic

eruption. The Flood Resilience Program in Mexico falls under the umbrella of the National DRR Program.

As an advisor to this broader Program, my job is to train staff and volunteers who will implement community preparedness actions, to integrate or develop tools based on the experience of the projects and to exchange knowledge with other working groups.




Photo: © Mexican Red Cross

**Do you have a dedicated team that focuses on preparedness/DRR?**

The National Disaster Risk Reduction Program includes a core team that specializes in disaster risk reduction and more specifically in methodologies including community measurement and evaluations, health in disasters, the formation of community brigades, community micro-projects, anticipatory action and community education.

Additionally, we are in the process of expanding our network to integrate DRR reference points from local Red Cross branches across the country. In this way, the National Program both implements large-scale resilience programs and strengths capacity and provides tools to empower the wider Red Cross movement in Mexico to undertake resilience actions within their local context.

**What current project or initiative do you find especially exciting or impactful? What makes it so?**

One of the flagship resilience programs led by the Mexican Red Cross is the **Flood Resilience Program**. For more than 10 years, the Flood Resilience Program has achieved considerable impact in local communities as part of the broader Zurich Flood Resilience Alliance; a multi-sectoral partnership bringing together actors in the humanitarian, research, and private spheres to strengthen climate resilience across 25 countries.

In Mexico, we have contributed to strengthened community resilience in the states of Tabasco and San Luis Potosi through several approaches that range from increasing risk awareness, fomenting household and community capacities and organization, facilitating sector-based action through schools and health centres, among many others. In particular, one of the most impactful interventions has been the strengthening of the preparedness, prevention, management and response capacities of community brigades. **Community brigades** are local community groups formed, trained, and equipped to prepare for and respond to emergencies and disasters in their communities. We have observed that this approach has had a significant impact on communities by increasing social cohesion and local organization, expanding capacities, empowering local action and leadership, and strengthening connections between local populations and authorities.




Photo: © Mexican Red Cross

# At-Risk Communities

**What are the main challenges that the communities and individuals you work with face when it comes to disaster preparedness?**

In my experience, one of the key challenges for communities is competing priorities. The reality is that collective community needs, such as flood resilience, compete alongside the day-to-day pressures and priorities of individuals and families within the community. More specifically, the issue of preparedness and risk reduction can sometimes fall behind priorities that are perceived as more urgent, such as family income - personal, education, health, etc. As a result, people often do not always dedicate sufficient time to training, which involves a gradual process of awareness raising and constant accompaniment. Working in DRR and resilience, we must be aware and empathetic of this situation. Our activities can be most effective when we can understand the co-benefits they can have for the community, even outside of the context of flooding.

Case 2:26-cv-02463-GW-DFM Document 18-2 Filed 05/21/26 Page 180 of 425 Page ID #:336

**How well prepared are communities to meet these challenges? In your view, what could equip them better and strengthen their resilience?**

Each community has different strengths and gaps related to resilience. Individual and collective knowledge about risk is often developed through exposure to floods and other hazards and can be taken into account by younger generations, however, even where the same people have lived in an area for many years, we have seen that the context can change. Resilience initiatives can integrate this retrospective knowledge in order to project potential changes in local climate patterns and the corresponding impacts. With access to different media, the flow of information has been facilitated so that people living in areas at risk of being impacted by a natural event can make decisions about what they should do to prepare, respond and recover effectively.



Photo: © Mexican Red Cross



Photo: © Mexican Red Cross

Mexican Red Cross strengthens community resilience in flood-prone areas by forming and training local brigades. Learn about the impact and experiences of brigade members in the state of Tabasco in this **Community Brigades Solutions Brief** | **Solución técnica – Brigada Comunitaria**

## Impact And Priorities

**Do you have any recent achievements or successes that you'd like to share with the rest of us? In your opinion, what helped achieve this success?**

Scaling up our local resilience-building interventions by influencing national policies ensures that our approach can be expanded to many more communities in Mexico, ultimately increasing flood resilience, or community resilience more broadly, across the country. In addition, state and national governments, as well as non-governmental organizations, now recognize the expertise of the Mexican Red Cross as well as the vast experience of the personnel. For example, the community brigade methodology has been recognized by local and national authorities, even receiving the National Civil Protection Award in 2019, which has opened the door for the Mexican Red Cross to be considered as part of the **National Strategy for Resilient Communities**.

The experience of the community brigade approach contributed to the concept of community committees that is at the core of this National Strategy. Furthermore, as part of this strategy, a

Case 2:26-cv-02463-GW-DFM Document 18-2 Filed 05/21/26 Page 182 of 425 Page ID #:338

national platform has been established to support the registration of committees and to facilitate constant communication with implementing partners to raise awareness, promote and manage activities on topics related to Disaster Risk Reduction.

This important step was not achieved overnight, rather is the result of consistent **relationship building with stakeholders** and strong **knowledge management** that allowed us to document and share the impact and lessons learned of the community brigades approach.

The Flood Resilience Program represents an opportunity to explore pathways beyond our normal processes and fosters linkages with other actors, which provides a space for continuous learning and sharing.




Photo: © Mexican Red Cross

**What are one or two top priorities for your team in the next 1-2 years when it comes to preparedness and risk reduction? More broadly, what do you think some of the key priorities should be for our country or globally in this area?**

A key priority that we have noted, which is in fact a global trend, is the impact of climate change and the need to adapt to this. With this, it is important to generate new knowledge that allows people to identify their main risks, vulnerabilities, and priority areas for strengthening their adaptation to climate change.

During 2024, the Flood Resilience Program is transitioning to a new phase of work that expands the scope and impact of our actions. Field teams, advisors and local branches of the Mexican Red Cross are confident that the program can leverage this new stage of implementation in the coming years, incorporating new contexts and considering additional hazards and climate risks, such as heat waves.

**What exciting innovations or new technologies have you seen utilized in disaster preparedness and risk reduction lately?**

I believe that the use of open data technologies will enable risk management to have a local and equitable work-based approach. For example, the information that can be generated from collaborative mapping will allow local institutions to make the first decisions for risk reduction, response and prioritization of recovery actions.



Photo: © Mexican Red Cross

**What connections or collaborations outside your National Society have been most useful?**

Collaborating with the academic sector has allowed the Mexican Red Cross to broaden its scope of awareness-raising in disaster risk reduction, as well as guiding the documentation of the processes and experiences of a project, allowing it to establish its own theoretical and practical framework to share with communities, governments, and other key actors.

For example, as part of the Flood Resilience Program, we have collaborated with the Autonomous University of San Luis Potosí to carry out workshops on climate change and its impact on daily life. The Faculty of Social Sciences has specialists who have worked on the issue of climate change and one of the main objectives of the workshops was to make climate information more accessible. As a result, with support from experts, the 'Climate Change and Daily Life' course was designed to introduce, over four modules, basic concepts including the difference between El Niño and La Niña through case studies, the relevance of ecosystem services with a mapping activity and, finally, first aid actions for heat stroke.

**What advice or a lesson from your experience would you give to colleagues in other National Societies working in this space**

Community work at the local and household level generates a lot of experience and learning and allows National Societies to approach and position themselves with key actors, to give way to advocacy and networking based on the experience of project implementation locally. This advocacy and networking will allow for the sustainability of actions and lead to a significant impact on people. Therefore, I would recommend understanding how local work contributes to the bigger picture and being able to communicate that effectively through knowledge management to engage with diverse stakeholders for scaling up.

*Special thanks to the **Zurich Flood Resilience Alliance** for their support in preparing this story.*

Are you interested in showcasing your work in disaster preparedness and risk reduction through our Practitioner Spotlight series? Please reach out to us at **gdpc@redcross.org**, and we'll be happy to collaborate with you in highlighting your valuable work for the entire Red Cross Red Crescent Network.

## Additional Resources

- **Navigating the "dog days:" Experience of the Mexican Red Cross during 2023 heatwaves**
- **Pathways toward change: A model for growth Insights from the Mexican Red Cross' Flood Resilience Program**
- **2020 floods in Tabasco: Lessons learned for strengthening social capital**
- **Aprender de las inundaciones de 2020 Tabasco, México: Resumen Ejecutivo**
- **Flood Resilience Alliance: Mexico Country Briefing**

**Executive Summary: Study of Flood Resilience in the Localities of the Huasteca Potosina**

**0 Comments**

Please login to post comment

## Related Stories



### Natural Disasters and Extreme Weather Top List of Most Likely and Impactful Risks in Next 10 Years

**By Valerie Byer**

Natural disasters are among the greatest risks the world will face in the next 10 years, according t...



### Tackling Social Stigma Around COVID-19

**By Bonnie Haskell**

Ombretta Baggio, IFRC Senior Advisor, Community Engagement and Accountability In more than two month...



### Volunteering in times of Crisis

**By HIRA ANUM**

1755 is the year when they say volunteering phenomena emerged. And then, this concept re-emerged, re...

**SUBSCRIBE**

Stay updated with our current stories & events

**Name** *

First

Last

**Email** *

SUBMIT

**Find Us On:**

PrepareCenter.org
Prepare.Innovate.Learn.Together.

Global Disaster Preparedness Center

**Supported By:**

American Red Cross

IFRC

The GDPC is an international reference center created to build a global community for disaster preparedness innovation and learning.

**About Us**

**Discover**

**Practitioner Community**

**More**

© Copyright 2017-2026 The American Red Cross | The Global Disaster Preparedness Center is managed by the American Red Cross | Privacy Policy | Terms of Use | Sitemap

# EXHIBIT 19

# From vulnerable to RESILIENT COMMUNITIES

WATCH VIDEO

## In the watersheds of northern Peru, risks are multiplied by climate change. Increased floods and droughts must be addressed in a way that makes a thriving future possible for empowered communities.

Practical Action contributes to making communities safer and reducing the loss of lives and livelihoods. We work hand in hand with the population and authorities, promoting planning and harnessing the power of ancestral knowledge and current technology.

### Dates

2023 – 2025

### Country

Peru

### Themes

Climate resilience, food systems

Addressing the heightened vulnerability to hazards like El Niño and the impacts of climate change, Peruvian farmers grapple with diminished yields. Urgent action is crucial to safeguard their livelihoods and prevent potential threats to their lives.

Historically, communities in Peru have contended with various risk scenarios, impeding their efforts to improve living conditions. The economic toll from emergencies and disasters in the country over the past two decades (2000-2020) has amounted to nearly 4 billion dollars. In recent years, climate change-related risks, including rains, floods, mass movements, droughts, and more frequent frosts and hailstorms in the high Andean areas, have surged. These threats to security, health, and agriculture, the primary economic activities of Andean populations, have intensified.

> Lambayeque, La Libertad and Cajamarca are in the top 5 regions in Peru in rain deficit and poor harvest
>
> MIDAGRI, 2022

Regions like Lambayeque, La Libertad, and Cajamarca are particularly affected, with frosts impacting small farmers' crops. In 2022, these areas experienced a rainfall deficit, leading to reduced sowing. Limited access to fertilisers and high transportation fuel costs are escalating production expenses, prompting some producers to shift to alternative crops or activities. National authorities also caution about the anticipated disruptions from El Niño, predicting higher-than-average air temperatures and intense rainfall on the northern coast.

This new and complex situation demands an expanded understanding of climate change threats and risks to the population. But also, it requires bold collaboration and organisation for the communities to have prepared brigades as well as plans and strategies that match their needs.

## Project Overview

**Title:** Building community resilience in vulnerable watersheds of Cajamarca, Lambayeque and La Libertad in Peru

**Dates:** June 2023 – June 2025

**Location:** Lambayeque, La Libertad and Cajamarca regions, Peru

**Our role:** We contribute to enhancing climate risk management by closely partnering with communities and local, regional and national authorities in La Leche, Moche and Jequetepeque watersheds.

**Participants:** +40k people from six provinces of northern Peru (Ferreñafe, Lambayeque, Trujillo, Otuzco, San Pablo and Contumazá)

**Project budget:** USD 2 million

**Themes:** Climate resilience & Food systems

**Lead Donor:** USAID / BHA

## Our approach

Practical Action actively enhances community preparedness for hazards, engaging people and communities to recognise, prioritise, and implement effective measures, anticipating their impacts and reducing vulnerability to risks.

Integrating ancestral knowledge with modern technology, we combine traditional crop management insights for frost with meteorological station data, minimising crop impact. Additionally, we promote native species to enhance water retention, complemented by constructing small reservoirs to boost water availability.

Our ongoing project, spanning until 2025, aims to bolster resilience against natural hazards in Cajamarca, Lambayeque, and La Libertad, benefitting over 40,000 people. Working closely with communities and local governments, and in collaboration with regional governments and key actors in the National Disaster Risk Management System (SINAGERD), we align with the National Policy for Disaster Risk Management to 2050.

The way to this larger-scale work on resilience has been paved by many years of work in Peru and, most recently, by two successful projects, which also focused on disaster risk reduction and early warning systems in one of these regions.

> We will develop a second use forsingle use plastics which keeps them out of waterways and creates cleaner slums and low-income areas in cities. The project makes waste management into dignified work that pays a decent wage.
>
> Sarah Roberts, Practical Action's CEO

# Our goals

Over two years, our goal is to increase knowledge of the threats and risks associated with climate change that affect the population through training, campaigns and awareness-raising actions. Resilience and community organisation will be strengthened by forming brigades and civil defence platforms to validate plans and increase community participation in the definition, implementation and monitoring of strategies and policies for disaster risk reduction and climate change adaptation.

In addition, we will work on plans and measures for water recharge and water harvesting to improve environmental conservation and agricultural production conditions for the families and communities involved.

**Disaster risk management policy and implementation.** We'll strengthen risk reduction, response and recovery capacity in vulnerable municipalities and communities in Cajamarca, Lambayeque and La Libertad.

**Agriculture.** We'll increase small farmers' resilience to climate risks such as floods, droughts and frost. Local technical and management capacities will be strengthened for sustainable agricultural production, incorporating climate-resilient practices.

**Climate hazards.** We'll address these through accessible technology for forecasts and warnings. Community participation will be encouraged in the generation of early warnings, and coordination between institutions will be promoted to ensure the sustainability and viability of these measures.

## Our aims

Disaster Risk Management Policy and Implementation

Agriculture

Climate hazards

Sustainable Development Goals

## Project funded by:

# Work like this depends on your support

**Help us work with communities to tackle some of the world's toughest problems.**

DONATE SECURELY

## More of our work

BROWSE PROJECTS



### Zurich Climate Resilience Alliance

Climate Resilience



### Small farms, big businesses

Food & agriculture



### Brighter Futures

Energy

View the Project

View the Project

View the Project

BROWSE PROJECTS

**BIG CHANGE** starts small

Practical Action

The Robbins Building
25 Albert Street
Rugby, CV21 2SD
United Kingdom

Call us on +44 (0)1926 634400

Contact us

Press & Media

Privacy

Policies and commitments

Queries and complaints

Careers

## STAY UPDATED

Sign up to our newsletters.

SIGN UP

# EXHIBIT 20

Waging Nonviolence
People Powered News & Analysis

- Long Read

# MEET THE VOLUNTEER BRIGADES AND ARTISTS FIGHTING FOREST FIRES AND DEFORESTATION IN BRAZIL

As wildfires ravage the Amazon, street artists have joined forces with the volunteer firefighters risking their lives to stop Bolsonaro's assault on the environment.
Marianna Olinger July 27, 2022
Mundano and members of three volunteer brigades operating in the Cerrado biome. (WNV/André D'Elia)

The frequency and extent of wildfires are increasing all over the world. In South America, Brazil has had the highest incidence of forest fires in recent years. In 2019, during the first year of Jair Bolsonaro's government, fires in the Amazon made headlines around the world. For the first time on record, the smoke from the forest fires in the Amazon reached São Paulo, the largest city in South America, more than 1,600 miles to the southeast of the burned regions. And in 2020, one third of the Pantanal wetlands biome was burned (11 million acres), leaving an estimated wildlife death toll of over 17 million animals.

Despite the large fires of 2019 and 2020 associated with higher deforestation rates in the Amazon, the Brazilian government has not instituted any additional public policy to fight forest fires. On the contrary, the 2021 budget proposed for the Ministry of Environment was the lowest in 21 years. One of the most substantial cuts went to environmental enforcement and firefighting. In May, Brazil saw the highest rate of forest fires in 18 years. As we enter into the second half of 2022 and the beginning of this year's fires season in Brazil, people are bracing for another devastating cycle of destruction for the country's natural biomes.



Burnt forest by standing native forest. (WNV/André D'Elia)

With the worsening of forest fires and the spike in deforestation as a result of attacks by Bolsonaro's government, volunteer forest firefighter brigades started to form around the country. In 2021, street artist Mundano and filmmaker André D'Elia, both from São Paulo, got organized. They took a group of artists well known to the São Paulo street art scene on an expedition to meet the volunteer brigades during the burning season. While they traveled, D'Elia shot scenes for a documentary and Mundano collected ashes he would turn into charcoal paint. Mundano then used this paint to create the largest public mural he has made to date, which he called "Ashes of the Forest," or "Cinzas da Floresta" in Portuguese.

**Starting a forest fire brigade**

Mundano met Vinicius Diniz Mendes during the expedition. Mendes grew up in the outskirts of the west zone of the city of São Paulo, in a predominantly working-class neighborhood. At the age of 30, he visited Chapada dos Veadeiros, a national park located on the top of an ancient plateau that is estimated to be 1.8 billion years old, in the state of Goiás. He says he was unable to rest in São Paulo after that, moving permanently to Chapada some years later, where he works as a crystal therapist and landscaper.

"Every year the park catches fire," Mendes explained. "At night the fire is very beautiful, so people leave the village and walk to a point where they can look at the fire." One day, as he watched the fire with the community, he felt uncomfortable and started asking "Are you just going to watch?" After listening to locals repeatedly saying things like "It doesn't belong to me" or "I didn't start it," Mendes decided to act.



Vinicius Diniz Mendes. (WNV/André D'Elia)

First, Mendes went on his own and started putting out the fire. He wore flip-flops and shorts that day. Soon he found out that there were other people doing the same. A group of friends got together and formed a volunteer fire brigade. "We called whoever we knew was interested to come and put out the fire together," he added. The São Jorge Volunteer Brigade was born.

Mendes described how the act of putting out the fire as a group changed things for him. Stopping the fire together, as a team, was no longer an isolated act. More than colleagues in the brigades, his fellow firefighters became family.

**Volunteer brigades at work**

The volunteer brigades often work in coordination with the state sponsored forest fire brigades, or receive some training from the state firefighters where they are located. Some of the members go from one to the other depending on available resources.

Sonia Ara Mirim, an Indigenous woman from the Guarani Mbya Indigenous group, lives in the Pico do Jaraguá, the highest mountain in the Brazilian city of São Paulo, in the smallest demarcated Indigenous reservation in Brazil. She is one of five women who founded the Indigenous Brigade Pico do Jaraguá, where nearly 800 people live in six villages. Ara Mirin started to notice the forest fires approaching their villages in 2019.



Volunteer brigade putting out a fire in the Cerrado Biome. (WNV/André D'Elia)

"The state firefighters took too long to get to our area," Ara Mirin explained. "We started to see too many wild animals dying and were concerned about the fires getting to our homes as well." One of the major challenges for the Guarani Mbyá Peoples' territory is the access to area — the highest mountain in São Paulo. But Ara Mirin also described the access to equipment as another major challenge. "Often we use our own cell phone lights even when we're fighting the fires at night," she said. They were able to get donations in the past year, but still lack some basic safety equipment, such as goggles.

Ara Mirin explained that despite the difficulty of leaving her children behind and taking risks to fight the fires, she can't see herself quitting the brigade. "We started with five women, but most of them quit after the first year. I'm the only woman who stayed," she said. "I see the need to stay together to fight the fires. We really need to come together, the life of the forests is part of our lives too. Especially as Indigenous peoples, we live out of the forest; we need to value and protect it."

**Art meets activism**

D'Elia's connection with the fires started in 2017, when he shot his second feature documentary at Chapada dos Veadeiros, following activists fighting for an expansion of the national park protecting the area, which was approved that same year. Shortly after this victory, Chapada dos Veadeiros witnessed its most devastating fires.

At the time, activists felt like this fire was retaliation from agribusiness operatives from the area, upset with the expansion of the preservation area. "I felt somewhat responsible," D'Elia said. "I wanted to help more."

The idea to increase support to the volunteer brigades with art took shape in conversations between D'Elia and Mundano, who has always been concerned with the environment and social justice. "Ashes of the Forest" was not their first time working together.

SIGN UP FOR OUR NEWSLETTER

We'll send you a weekly email with the latest articles.

Email Address

Subscribe

Mundano and D'Elia had collaborated on Mundano's Pimp My Carroça, a street art intervention with independent recycling collectors working in the streets of São Paulo in 2007. With actions in more than 14 countries, that campaign became a worldwide success. It reached thousands of independent recycling collectors, and later became an app and a non-governmental organization.

The "Ashes of the Forest" also took inspiration from another ambitious project led by Mundano. In 2020, the artist collected toxic mud from the Brumadinho Dam disaster, which killed 270 people in the state of Minas Gerais. He used it to paint a 2,600-square-foot public mural marking its two year anniversary. Mundano's intervention brought significant media attention to a disaster many were ready to forget.

The dismantling of the environmental protection agencies and frameworks in Brazil by Bolsonaro's government, and the record-breaking deforestation in recent years, had been bothering Mundano. But the fires that devastated part of the Brazilian Pantanal wetlands convinced him to work on the issue. "We cannot normalize this level of destruction," he explained. "In 2021, the Amazon lost 1 billion trees! This is 2,000 trees per minute!"

**Ashes of the Forest: The expedition**



Mundano and forest fire researcher at one of the fire monitoring towers run by IPAM in the Amazon. (WNV/André D'Elia)

The expedition "Ashes of the Forest" started in July 2020, with a visit to the Amazon Environmental Research Institute, known by its Portuguese acronym IPAM, the Amazon's most advanced research center on fires. There, the artists met with scientists, where they learned how the fires work in a tropical forest, and the role of controlled fires to contain larger disasters. With IPAM scientists, the group also learned to monitor the fires, so they could find the hotspots during the expedition. Combining publicly available data from Brazilian scientists and NASA monitoring systems, they started following the fires.

The group drove over 6,200 miles and collected 485 pounds of ashes from four Brazilian biomes. They started at the south of the Amazon Forest, meeting community and Indigenous groups as they traveled. "Unfortunately we saw a lot of green deserts on the way," Mundano said. "To be honest, most of the time the only things around are agribusiness properties, soy or cattle. For eight or 10 hours nonstop, it's all you can see."



Mundano collecting ashes during the expedition. (WNV/André D'Elia)

The first fire they encountered left the team heartbroken. In addition to the shock of seeing the forest and biodiversity disappear in front of one's eyes, the team was faced with the reality of widespread support for Bolsonaro in the small towns in the middle of what they described as the agribusiness green deserts. "There were billboards on the roads. Bolsonaro's government meant some sort of free for all in these places. Get all the land you can get," Mundano explained.

**Criminalization and fake news**

Caetano Scanavino is one of the founders of Projeto Saúde e Alegria, a 30-year-old organization working in the center of the Brazilian Amazon Forest, focusing on rural areas of the state of Pará. One of Saúde e Alegria's best known projects is a floating hospital that served as a model for the government's primary health assistance program for rural communities. Today there are more than 60 publicly-owned floating hospitals in the Brazilian Amazon, modeled after Saúde e Alegria's.

Despite being mostly known for their community health projects, Saúde e Alegria develops a range of activities to support territorial development that increases the quality of life for all in the region. Their main objective is to support local socioeconomic models that keep the forest standing. They are also a circus: arts, play and parody are central to their methodology of work.




A clown named Curumim arriving at Aldeia Solimoes, in the Amazon, in one of Saúde e Alegria hospital boats. (WNV/Projeto Saúde e Alegria)

The fires in the Amazon are not new for Scanavino. For two decades now Saúde e Alegria has supported local campaigns led by the state firefighters to prevent fires, including the training of local brigades in the area of the Tapajós River in the Amazon. "I've seen large fires in our region. In 2011, in 2019 … and we've always made ourselves available to support," he said.

When a brigade started in Alter do Chao, the town where Scanavino lives, he saw that Saúde e Alegria could help and train new brigade members — always working alongside the state firefighters. "In 2019, there was a larger fire in Alter, the kind that happens every five years or so," he said. "Because Alter do Chão is a very popular tourist destination, the fires of 2019 caused great commotion. There were donations, the volunteer brigades helped a lot."

Around that time (two days before Bolsonaro arrived in the state for his first presidential official visit), Saúde e Alegria was stormed by armed police. "They took computers, our entire bookkeeping, iPads, GPS, contracts from as long as 10 years ago," Scanavino explained. "When we asked why, they said a volunteer fire brigade member who had worked for Saúde e Alegria was being arrested." Scanavino did not understand. Why would they take his entire organization's files because someone who worked for them in the past had an issue?

João Romano was one of the fire brigade members arrested that morning. He and two other members of his brigade were being accused of setting fire to the forest to fundraise for themselves and profit off of it. "I started to assemble this volunteer brigade here in Alter do Chão to attend to these occurrences back in 2017," Romano explained. Since the largest city is 16 miles from Alter, and they didn't have an effective fire department, João and his group ended up becoming a team for all types of emergencies, from oil spill cleaning to rescuing animals in homes.

SUPPORT MOVEMENT MEDIA

SUPPORT US

Waging Nonviolence depends on reader support. Become a sustaining monthly donor today!

Donate

“We started our volunteer brigade with a few people in 2017,” Romano explained. “Then in 2019 we expanded.” So he and his friends began fundraising.

“We started fighting the fires with shirts over our faces,” João said. “It’s a very dangerous job. We understood that the least we needed was to have adequate equipment.” Initially, Saúde e Alegria provided support for training, and eventually the group partnered with World Wildlife Fund Brasil, who offered a small grant and additional technical support.

What they never imagined is that their fundraising campaign would, in the end, turn into a big problem. The day the police stormed Saúde e Alegria’s headquarters, Scanavino was landing in Brazil’s capital for a meeting in the National Congress. He learned later in the day that the volunteer firefighters brigade led by João was being accused of setting fire to the forest in order to raise money for themselves. Scanavino was shocked by the accusations. He knew that could not be true.

Scanavino’s immediate response was to gather Congress representatives from the environmental caucus, since he was in Brasilia, and give a press conference. His strategy was not confrontational. “I knew it was important that the truth was exposed, so my strategy was to ask for more investigation, more police, because I knew if there was a serious investigation, we were going to prove our innocence,” Scanavino explained.

The police unit leading the case accused the volunteer brigade of setting fire to the forest to receive funds from WWF with the support of Saúde e Alegria. Scanavino describes those days as the worst in a lot of people’s lives. Some of his friends were arrested; he, his work colleagues and their families were threatened in their homes, and ridiculed and defamed on social media.

“Despite it all, I always knew that I could not fight polarization with more polarization,” Scanavino said. “We never responded to hate speech with more hate. Every journalist asked me what my views were on the police. I always told them I liked the police, ‘I want more police on the case’ I used to say.”

After the initial phase, the case fell apart. Ultimately, the federal police joined the investigations, and proved that everyone who was accused was innocent. Saúde e Alegria’s computers and files were never returned.

**Turning death into something beautiful**

After concluding the expedition during which he met with volunteer brigades in five Brazilian biomes plagued by fire, it was time for Mundano and his crew to start work in Brazil's largest city and financial center. For the making of the "Ashes of the Forest" mural, Mundano drew inspiration from the celebrated Brazilian modernist painting "The Coffee Farm Worker," by Candido Portinari.



Mendes and Mundano giving the last touches in the Mural paying homage to the volunteer brigades, 2021. (WNV/André D'Elia)

"I did a lot of research," Mundano explained. "That is the first painting I found with an obvious environmental critique. It has a Black man in the forefront. It has an obvious social critique to the agribusiness of the time, and it has a cut tree by the main character. I thought that was an opportunity to make a parallel with the current situation."

The mural was painted on an over 10,000-square-foot wall. The highest aerial platform was not enough to reach where they needed to cover the wall. "It was heavy work, both physically and mentally," Mundano recollected. "We were painting with remains of death. But after witnessing so much destruction during the expedition, the mural became something beautiful, to be celebrated — the work of these volunteer brigades who were putting their lives on the line to protect all of us."

Vinicius Mendes couldn't believe it when he saw his face on the mural in São Paulo. He explained that the person on the wall is not him, but a representation of all volunteer brigadistas, people he loves and respects. "These people who leave their families to go put out the fires, who are not even recognized as a working category as per the Brazilian labor code."

For Mundano, to see another of his projects being discussed in schools throughout the city is one of the greatest rewards. "I know there have been several teachers who turned my art into lessons, teaching about volunteer

brigades, [the painter] Portinari, artivism, but also discussing deforestation."

Mundano emphasizes that the project was made possible because of the support of many people and groups — from art organizations such as Parede Viva, to large conservation NGOs, such as WWF Brazil, Greenpeace Brazil, Be the Earth Foundation, Bem te Vi Diversidade, to the Secretary of Culture of the City of São Paulo.

"Once unveiled, the 'Ashes of the Forest' mural was in more than 400 media outlets," Mundano said. "We got a four-minute-long story on prime time on Brazil's largest TV channel. You could see that journalists wanted to do a good story. For the first time the volunteer brigades had the kind of representation they deserve to have."



Vinicius Mendes, poses in front of the mural portraying him. (WNV/André D'Elia)

Mundano believes art and activism together are essential in fights for environmental justice or against structural racism, and often mentions the incredible reach of his projects as examples of when that has worked. "We really need all the tools at our disposal with the global and local challenges we face," Mundano said.

**The road ahead for volunteer brigades**

In 2019, with the worsening of the fires, 16 volunteer brigades, from four different biomes, founded the National Network of Volunteer Brigades. The organization is searching for solutions to common problems and working to maintain a minimum structure. It ensures the training of firefighters and the acquisition and maintenance of firefighting equipment.

Ultimately, the process that resulted in the mural also generated a fund to support the fire brigades during the 2021 fire season, with which some brigades were able to acquire better equipment. A reforestation fund was also started to recover ecosystems in the Atlantic Forest Biome. D'Elia hopes to release a feature documentary about the expedition and to keep raising support for the volunteer brigades in the future. "These people are basically working on their own, the fires are increasing, and they need continuous support," he said.



Mundano, Mendes and D'Elia in front of the Mural in São Paulo. (WNV/André D'Elia)

According to Mendes, last year's fire was stronger and more defiant than the previous year's. "This is climate change, this is no joke," he said. He describes the volunteer brigade as people who have extreme love for nature and work in very unhealthy conditions. "We often get sick, physically and emotionally too. We know that there is only so much the government can do, and we end up putting gas and other resources from our pockets into fighting the fire, no matter the conditions."

The threat to the continuity of the volunteer brigades is the main concern of the National Network of Volunteer Brigades. According to D'Elia, the main obstacle to the long-term viability of these groups is the cost of maintenance. The lack of resources like fuel or adequate transportation for the firefighting — and difficulties in acquiring and maintaining equipment, tools and correct PPE — are among the challenges faced by the volunteer brigades.

When asked about the future, Mendes is not very optimistic. "If climate change persists the way we think it will, it's going to get harder and harder to control the fires," he said. "This last year we were lucky, because we had a good amount of rain. But I'm afraid of the next dry season we have, because the fire is getting stronger. Also, with the fires in the Amazon, we fear we'll have less water here."




Volunteer firefighter "Rede Contra Fogo," or "Network Against Fire." (WNV/André D'Elia)

When asked what is the biggest challenge in this work, Mendes said "it's the government." It is very difficult to have your own government working against the environment. "We saw volunteer forest firefighter brigade members falsely accused — and arrested for — igniting a fire themselves to raise money to fight the fires. A brigade in the state of Minas Gerais was ordered to stay away from the fire," Mendes explained.

Mendes says they have allies in a few civil society organizations, actual civil society and individuals who have been growing more and more concerned with the fires and the loss of the forests in recent years. He hopes to broaden their exchange with fire brigades in the U.S. one day. "I'm sure they have forest firefighting technologies we can learn from." He also believes a lot of the change needs to come from basic environmental education. "We have a long way to go, but we need to keep adding to it," he said.

Scanavino places his hopes on 2023, after the presidential elections in October 2022. "At this point, I'm really hoping this government will be in the past," he said. "If I had to think of one good thing this government did, it was to unite the large and unequal non-profit sector in the Amazon. The field was very fragmented, and Bolsonaro made them all come together." He believes activism is key for government accountability. "Unfortunately since Bolsonaro took power, we're on the defensive. It's all harm reduction."

*This article was written with the support of Smoke Signal Monitor, a project led by independent journalists monitoring the social environmental crisis in Brazil since 2019.*

---


## MARIANNA OLINGER

Marianna Olinger is an artist, researcher and organizer. She holds a PhD in urban planning with degrees in both in social sciences and arts. She has collaborated with numerous social movements and non-profit organizations on human rights and social justice project development and campaigns over the past decade.

Case 2:26-cv-02463-GW-DFM Document 18-2 Filed 05/21/26 Page 211 of 425 Page ID #:367

MEET THE COALITION RESISTING THE GLOBAL PUSH FOR LAND PRIVATIZATION IN BRAZIL

A BROAD NEW COALITION IS RISING TO BLOCK BRAZIL'S FAR RIGHT FROM THE PRESIDENCY

DUELO DE MOVIMIENTOS RIVALES SOBRE EL FUTURO DE BRASIL

# EXHIBIT 21

**Palisades Fire victims forming volunteer fire brigades as they work to rebuild their communities**
(03:09)

Local News

# Palisades Fire victims form volunteer fire brigade as they work to rebuild their community

By Laurie Perez, Dean Fioresi
March 26, 2025 / 11:14 PM PDT / CBS LA

Add CBS News on Google

Months after thousands of homes in their community were destroyed by the Palisades Fire, some Pacific Palisades residents have decided to take action by forming their own volunteer fire brigades.

It's a common trend that has been happening across Los Angeles County after the devastating series of wildfires ravaged much of the region in early January. So far, there have been similar groups formed in Altadena and Topanga, joining the already established team in Malibu.

While they work to rebuild their communities, they're also looking ahead to the next potential tragedy and getting ready to protect themselves if the need arises.

Joel Pollak is one of those volunteers, who recalled the chaotic moments that he and two men were able to save his home, and a row of others alongside it.

"Two guys drove up in a pickup truck," Pollak said. "I had never seen them before. I think they were handymen from the neighborhood and they volunteered to help, so the three of us

took a couple more buckets and we formed an assembly line putting out the fire at my house."

He believes their actions played a large part in keeping his home standing. Unfortunately though, hundreds of others burned, something he says points to system failures.

"Even when they were able to show up, they didn't have water. No pressure in the hydrants, not any water in the reservoir," Pollak said of firefighters attempting to battle the rapidly spreading flames on January 7. "There were also so many other things that local people struggled with. The traffic jam on Sunset Boulevard that resulted in the fire department having to bulldoze those cars, and really could've cost many people their lives."

Now, he and five of his neighbors have turned their focus on strengthening what his three-man assembly line was able to accomplish months ago.

"Ordinary neighbors who just wanted to be part of something. That's why we started the Marquez-Knolls Volunteer Fire Department," Pollak said.

The nonprofit team may mirror Malibu's Community Brigade, which has recently made headlines for standing on the frontlines with firefighters in the face of recent wildfires.

Marquez-Knolls' group already has a truck and water tanks, and if possible they'll look to train with Los Angeles' firefighters. Pollak said that he imagines they'll be able to help in an even broader sense when it comes to emergency response.

"Direct traffic, they can guide people in evacuations, that can communicate with law enforcement and with the fire department, that can offer advice or first aid, and that can offer some basic firefighting skills before the trucks arrive, before the professionals arrive, or if they can't arrive," he said.

He says that they're not trying to become firefighters, they just want to help in the face of an unprecedented emergency like they saw months ago.

"We're not trying to become firefighters, we want to work with the fire department and do things to help prepare the community for an emergency. Making sure people are ready for an emergency — because we weren't."

As they continue to put together the first pieces of their team, they've started an online fundraiser to help pay for basic materials like walkie talkies and training.

More from CBS News

CBS LA
One tree at a time, students help rebuild LA wildfire affected areas

CBS LA
Independent report finds that Eaton Fire evacuation orders were not delayed

CBS MINNESOTA
Wildfire near Breezy Point grows to 1,600 acres in northern Minnesota, DNR identifies "people of interest"

# EXHIBIT 22

KQED

Donate

upper waypoint

THE CALIFORNIA REPORT MAGAZINE

# How Palisades Fire Put New Volunteer Firefighting Force to the Test

Jan 9, 2026

By **KQED News Staff**

LISTEN

A new podcast highlights a community brigade that helped battle the 2025 Palisades Fire.

*Listen to this and more in-depth storytelling by subscribing to The California Report Magazine podcast.*

**Live Radio** **All Things Considered**

## New Podcast Examines the Role of Community Brigades during the Palisades Fire

This week marks the one-year anniversary of the Los Angeles wildfires, two of the most destructive fires in California history. We bring you an excerpt from a new podcast, *The Palisades Fire: A Sandcastles Special*, which documents the community-led efforts to fight the Palisades Fire. Host Adriana Cargill highlights the role of the "Community Brigade" – a first-in-the-nation model that allows trained civilians to work alongside firefighters when wildfires hit. The podcast explores whether these kinds of brigades might be replicated in other places as California continues to grapple with more devastating – and more unpredictable – wildfires.

Become a KQED Spo

CALIFORNIA NEWS

Presented By

**Noozhawk Voter Guide: June 2026**

noozhawk.com

**Build faster, but how? California governor hopefuls split on housing at Ezra Klein forum**

missionlocal.org

**Introducing the Seafood Watch Best Choice Restaurant Program**

Sponsored Content

# EXHIBIT 23

CBS NEWS

Los Angeles | News Weather Sports Videos Send Tips CBS LA Sho 77°

LIVE

CBS News Los Angeles

Local News

# LA County Community Brigade set to be honored for heroic efforts during devastating wildfires

By Chelsea Hylton

January 28, 2025 / 8:27 AM PST / CBS LA

Add CBS News on Google

Weeks after the Franklin and deadly Palisades fires decimated communities in the Malibu and Pacific Palisades areas, members of the Los Angeles County Fire Department Community Brigade are being honored.

Third District Supervisor Lindsey Horvath will be honoring the Community Brigade at a Board of Supervisors Meeting on Tuesday.

lafd-community-brigade.png

Members of the Los Angeles County Fire Department Community Brigade are being honored for their heroic efforts during the recent wildfires.

KCAL News

Individuals from the grassroots initiative are being celebrated for their heroic efforts in responding to the Franklin and Palisades fires.

The Community Brigade has been working on the frontlines with first responders taking action against one of the most destructive natural disasters in LA County history, the board of

supervisors said.

The brigade is made up of trained volunteers who are prepared to respond to wildfires, home hardening, and mop-up operations, the LA Emergency Preparedness Foundation said.

More from CBS News

CBS LA
One tree at a time, students help rebuild LA wildfire affected areas

CBS LA
Independent report finds that Eaton Fire evacuation orders were not delayed

CBS MINNESOTA
Gov. Tim Walz activates Minnesota National Guard for wildfire response

CBS MINNESOTA
Wildfire near Breezy Point grows to 1,600 acres in northern Minnesota, DNR identifies "people of interest"

© 2025 CBS Broadcasting Inc. All Rights Reserved.

# Featured Local Savings

# EXHIBIT 24

< Back

TRANSCRIPT

# Community L.A. Fire Brigade Steps In to Help Evacuate Residents

Deep into the evacuation zone, volunteers are stepping in to evacuate L.A. residents from encroaching wildfires. Armed with radios, hoses and knowledge of the area, this brigade offers help to overextended fire departments as they try to reach people who have yet to flee.

---

"Top is Yankee." "Victor's your side. Yankee is the other side of Topanga, OK?" Community fire brigade volunteers are on the streets of Topanga, California. The Palisades fire was encroaching on this home, and Keegan Gibbs and his team were working to evacuate the owner. "OK, hi. So I gotta do this fast, so." "I honestly just kind of want you to leave, because it's getting bad." "No we're out of here in five minutes." The brigade works to back up the fire department when resources are stretched thin. "L.A. County and the other supporting agencies are the best in the world at what they do. Events like this, it's not enough." The Palisades fire has now been burning for several days, and has destroyed tens of thousands of acres. "It makes no sense for somebody to try to stay here. It's so unbelievably dangerous." "I walked kind of with Keegan a little bit. We were going to stay, probably going to stay for a little while, but we walked the property and it's just almost like, I just don't think it's safe. Can you just open that? I'm want to throw some more stuff in here, and then we'll be good. Just going to put pictures, important memorabilia." "There's a huge denial that people won't be affected by fire, and we have to be advocates for people to realize and accept that risk." With firefighters still unable to contain two of the region's largest fires, more L.A. residents are expected to join the tens of thousands who have already been forced to evacuate. "Our mission is to make sure people are safe, just full stop."

TRANSCRIPT

# Community L.A. Fire Brigade Steps In to Help Evacuate Residents

Deep into the evacuation zone, volunteers are stepping in to evacuate L.A. residents from encroaching wildfires. Armed with radios, hoses and knowledge of the area, this brigade offers help to overextended fire departments as they try to reach people who have yet to flee.

---

“Top is Yankee.” “Victor’s your side. Yankee is the other side of Topanga, OK?” Community fire brigade volunteers are on the streets of Topanga, California. The Palisades fire was encroaching on this home, and Keegan Gibbs and his team were working to evacuate the owner. “OK, hi. So I gotta do this fast, so.” “I honestly just kind of want you to leave, because it’s getting bad.” “No we’re out of here in five minutes.” The brigade works to back up the fire department when resources are stretched thin. “L.A. County and the other supporting agencies are the best in the world at what they do. Events like this, it’s not enough.” The Palisades fire has now been burning for several days, and has destroyed tens of thousands of acres. “It makes no sense for somebody to try to stay here. It’s so unbelievably dangerous.” “I walked kind of with Keegan a little bit. We were going to stay, probably going to stay for a little while, but we walked the property and it’s just almost like, I just don’t think it’s safe. Can you just open that? I’m want to throw some more stuff in here, and then we’ll be good. Just going to put pictures, important memorabilia.” “There’s a huge denial that people won’t be affected by fire, and we have to be advocates for people to realize and accept that risk.” With firefighters still unable to contain two of the region’s largest fires, more L.A. residents are expected to join the tens of thousands who have already been forced to evacuate. “Our mission is to make sure people are safe, just full stop.”

TRANSCRIPT

# Community L.A. Fire Brigade Steps In to Help Evacuate Residents

Deep into the evacuation zone, volunteers are stepping in to evacuate L.A. residents from encroaching wildfires. Armed with radios, hoses and knowledge of the area, this brigade offers help to overextended fire departments as they try to reach people who have yet to flee.

---

“Top is Yankee.” “Victor’s your side. Yankee is the other side of Topanga, OK?” Community fire brigade volunteers are on the streets of Topanga, California. The Palisades fire was encroaching on this home, and Keegan Gibbs and his team were working to evacuate the owner. “OK, hi. So I gotta do this fast, so.” “I honestly just kind of want you to leave, because it’s getting bad.” “No we’re out of here in five minutes.” The brigade works to back up the fire department when resources are stretched thin. “L.A. County and the other supporting agencies are the best in the world at what they do. Events like this, it’s not enough.” The Palisades fire has now been burning for several days, and has destroyed tens of thousands of acres. “It makes no sense for somebody to try to stay here. It’s so unbelievably dangerous.” “I walked kind of with Keegan a little bit. We were going to stay, probably going to stay for a little while, but we walked the property and it’s just almost like, I just don’t think it’s safe. Can you just open that? I’m want to throw some more stuff in here, and then we’ll be good. Just going to put pictures, important memorabilia.” “There’s a huge denial that people won’t be affected by fire, and we have to be advocates for people to realize and accept that risk.” With firefighters still unable to contain two of the region’s largest fires, more L.A. residents are expected to join the tens of thousands who have already been forced to evacuate. “Our mission is to make sure people are safe, just full stop.”

TRANSCRIPT

# Community L.A. Fire Brigade Steps In to Help Evacuate Residents

Deep into the evacuation zone, volunteers are stepping in to evacuate L.A. residents from encroaching wildfires. Armed with radios, hoses and knowledge of the area, this brigade offers help to overextended fire departments as they try to reach people who have yet to flee.

---

“Top is Yankee.” “Victor’s your side. Yankee is the other side of Topanga, OK?” Community fire brigade volunteers are on the streets of Topanga, California. The Palisades fire was encroaching on this home, and Keegan Gibbs and his team were working to evacuate the owner. “OK, hi. So I gotta do this fast, so.” “I honestly just kind of want you to leave, because it’s getting bad.” “No we’re out of here in five minutes.” The brigade works to back up the fire department when resources are stretched thin. “L.A. County and the other supporting agencies are the best in the world at what they do. Events like this, it’s not enough.” The Palisades fire has now been burning for several days, and has destroyed tens of thousands of acres. “It makes no sense for somebody to try to stay here. It’s so unbelievably dangerous.” “I walked kind of with Keegan a little bit. We were going to stay, probably going to stay for a little while, but we walked the property and it’s just almost like, I just don’t think it’s safe. Can you just open that? I’m want to throw some more stuff in here, and then we’ll be good. Just going to put pictures, important memorabilia.” “There’s a huge denial that people won’t be affected by fire, and we have to be advocates for people to realize and accept that risk.” With firefighters still unable to contain two of the region’s largest fires, more L.A. residents are expected to join the tens of thousands who have already been forced to evacuate. “Our mission is to make sure people are safe, just full stop.”

Time
The
Scho
inEd
Acco

TRANSCRIPT

# Community L.A. Fire Brigade Steps In to Help Evacuate Residents

Deep into the evacuation zone, volunteers are stepping in to evacuate L.A. residents from encroaching wildfires. Armed with radios, hoses and knowledge of the area, this brigade offers help to overextended fire departments as they try to reach people who have yet to flee.

"Top is Yankee." "Victor's your side. Yankee is the other side of Topanga, OK?" Community fire brigade volunteers are on the streets of Topanga, California. The Palisades fire was encroaching on this home, and Keegan Gibbs and his team were working to evacuate the owner. "OK, hi. So I gotta do this fast, so." "I honestly just kind of want you to leave, because it's getting bad." "No we're out of here in five minutes." The brigade works to back up the fire department when resources are stretched thin. "L.A. County and the other supporting agencies are the best in the world at what they do. Events like this, it's not enough." The Palisades fire has now been burning for several days, and has destroyed tens of thousands of acres. "It makes no sense for somebody to try to stay here. It's so unbelievably dangerous." "I walked kind of with Keegan a little bit. We were going to stay, probably going to stay for a little while, but we walked the property and it's just almost like, I just don't think it's safe. Can you just open that? I'm want to throw some more stuff in here, and then we'll be good. Just going to put pictures, important memorabilia." "There's a huge denial that people won't be affected by fire, and we have to be advocates for people to realize and accept that risk." With firefighters still unable to contain two of the region's largest fires, more L.A. residents are expected to join the tens of thousands who have already been forced to evacuate. "Our mission is to make sure people are safe, just full stop."

Community L.A. Fire Brigade Steps In to Help Evacuate Residents - The New York Times (Jan. 11, 2025 Video)

TRANSCRIPT

# Community L.A. Fire Brigade Steps In to Help Evacuate Residents

Deep into the evacuation zone, volunteers are stepping in to evacuate L.A. residents from encroaching wildfires. Armed with radios, hoses and knowledge of the area, this brigade offers help to overextended fire departments as they try to reach people who have yet to flee.

"Top is Yankee." "Victor's your side. Yankee is the other side of Topanga, OK?" Community fire brigade volunteers are on the streets of Topanga, California. The Palisades fire was encroaching on this home, and Keegan Gibbs and his team were working to evacuate the owner. "OK, hi. So I gotta do this fast, so." "I honestly just kind of want you to leave, because it's getting bad." "No we're out of here in five minutes." The brigade works to back up the fire department when resources are stretched thin. "L.A. County and the other supporting agencies are the best in the world at what they do. Events like this, it's not enough." The Palisades fire has now been burning for several days, and has destroyed tens of thousands of acres. "It makes no sense for somebody to try to stay here. It's so unbelievably dangerous." "I walked kind of with Keegan a little bit. We were going to stay, probably going to stay for a little while, but we walked the property and it's just almost like, I just don't think it's safe. Can you just open that? I'm want to throw some more stuff in here, and then we'll be good. Just going to put pictures, important memorabilia." "There's a huge denial that people won't be affected by fire, and we have to be advocates for people to realize and accept that risk." With firefighters still unable to contain two of the region's largest fires, more L.A. residents are expected to join the tens of thousands who have already been forced to evacuate. "Our mission is to make sure people are safe, just full stop."

Subs

TRANSCRIPT

# Community L.A. Fire Brigade Steps In to Help Evacuate Residents

Deep into the evacuation zone, volunteers are stepping in to evacuate L.A. residents from encroaching wildfires. Armed with radios, hoses and knowledge of the area, this brigade offers help to overextended fire departments as they try to reach people who have yet to flee.

"Top is Yankee." "Victor's your side. Yankee is the other side of Topanga, OK?" Community fire brigade volunteers are on the streets of Topanga, California. The Palisades fire was encroaching on this home, and Keegan Gibbs and his team were working to evacuate the owner. "OK, hi. So I gotta do this fast, so." "I honestly just kind of want you to leave, because it's getting bad." "No we're out of here in five minutes." The brigade works to back up the fire department when resources are stretched thin. "L.A. County and the other supporting agencies are the best in the world at what they do. Events like this, it's not enough." The Palisades fire has now been burning for several days, and has destroyed tens of thousands of acres. "It makes no sense for somebody to try to stay here. It's so unbelievably dangerous." "I walked kind of with Keegan a little bit. We were going to stay, probably going to stay for a little while, but we walked the property and it's just almost like, I just don't think it's safe. Can you just open that? I'm want to throw some more stuff in here, and then we'll be good. Just going to put pictures, important memorabilia." "There's a huge denial that people won't be affected by fire, and we have to be advocates for people to realize and accept that risk." With firefighters still unable to contain two of the region's largest fires, more L.A. residents are expected to join the tens of thousands who have already been forced to evacuate. "Our mission is to make sure people are safe, just full stop."

Man

TRANSCRIPT

# Community L.A. Fire Brigade Steps In to Help Evacuate Residents

Deep into the evacuation zone, volunteers are stepping in to evacuate L.A. residents from encroaching wildfires. Armed with radios, hoses and knowledge of the area, this brigade offers help to overextended fire departments as they try to reach people who have yet to flee.

---

"Top is Yankee." "Victor's your side. Yankee is the other side of Topanga, OK?" Community fire brigade volunteers are on the streets of Topanga, California. The Palisades fire was encroaching on this home, and Keegan Gibbs and his team were working to evacuate the owner. "OK, hi. So I gotta do this fast, so." "I honestly just kind of want you to leave, because it's getting bad." "No we're out of here in five minutes." The brigade works to back up the fire department when resources are stretched thin. "L.A. County and the other supporting agencies are the best in the world at what they do. Events like this, it's not enough." The Palisades fire has now been burning for several days, and has destroyed tens of thousands of acres. "It makes no sense for somebody to try to stay here. It's so unbelievably dangerous." "I walked kind of with Keegan a little bit. We were going to stay, probably going to stay for a little while, but we walked the property and it's just almost like, I just don't think it's safe. Can you just open that? I'm want to throw some more stuff in here, and then we'll be good. Just going to put pictures, important memorabilia." "There's a huge denial that people won't be affected by fire, and we have to be advocates for people to realize and accept that risk." With firefighters still unable to contain two of the region's largest fires, more L.A. residents are expected to join the tens of thousands who have already been forced to evacuate. "Our mission is to make sure people are safe, just full stop."

Hom

**TRANSCRIPT**

# Community L.A. Fire Brigade Steps In to Help Evacuate Residents

Deep into the evacuation zone, volunteers are stepping in to evacuate L.A. residents from encroaching wildfires. Armed with radios, hoses and knowledge of the area, this brigade offers help to overextended fire departments as they try to reach people who have yet to flee.

“Top is Yankee.” “Victor’s your side. Yankee is the other side of Topanga, OK?” Community fire brigade volunteers are on the streets of Topanga, California. The Palisades fire was encroaching on this home, and Keegan Gibbs and his team were working to evacuate the owner. “OK, hi. So I gotta do this fast, so.” “I honestly just kind of want you to leave, because it’s getting bad.” “No we’re out of here in five minutes.” The brigade works to back up the fire department when resources are stretched thin. “L.A. County and the other supporting agencies are the best in the world at what they do. Events like this, it’s not enough.” The Palisades fire has now been burning for several days, and has destroyed tens of thousands of acres. “It makes no sense for somebody to try to stay here. It’s so unbelievably dangerous.” “I walked kind of with Keegan a little bit. We were going to stay, probably going to stay for a little while, but we walked the property and it’s just almost like, I just don’t think it’s safe. Can you just open that? I’m want to throw some more stuff in here, and then we’ll be good. Just going to put pictures, important memorabilia.” “There’s a huge denial that people won’t be affected by fire, and we have to be advocates for people to realize and accept that risk.” With firefighters still unable to contain two of the region’s largest fires, more L.A. residents are expected to join the tens of thousands who have already been forced to evacuate. “Our mission is to make sure people are safe, just full stop.”

Gift
Grou
Gift
Ema
NYT
Repl
Time

TRANSCRIPT

# Community L.A. Fire Brigade Steps In to Help Evacuate Residents

Deep into the evacuation zone, volunteers are stepping in to evacuate L.A. residents from encroaching wildfires. Armed with radios, hoses and knowledge of the area, this brigade offers help to overextended fire departments as they try to reach people who have yet to flee.

---

"Top is Yankee." "Victor's your side. Yankee is the other side of Topanga, OK?" Community fire brigade volunteers are on the streets of Topanga, California. The Palisades fire was encroaching on this home, and Keegan Gibbs and his team were working to evacuate the owner. "OK, hi. So I gotta do this fast, so." "I honestly just kind of want you to leave, because it's getting bad." "No we're out of here in five minutes." The brigade works to back up the fire department when resources are stretched thin. "L.A. County and the other supporting agencies are the best in the world at what they do. Events like this, it's not enough." The Palisades fire has now been burning for several days, and has destroyed tens of thousands of acres. "It makes no sense for somebody to try to stay here. It's so unbelievably dangerous." "I walked kind of with Keegan a little bit. We were going to stay, probably going to stay for a little while, but we walked the property and it's just almost like, I just don't think it's safe. Can you just open that? I'm want to throw some more stuff in here, and then we'll be good. Just going to put pictures, important memorabilia." "There's a huge denial that people won't be affected by fire, and we have to be advocates for people to realize and accept that risk." With firefighters still unable to contain two of the region's largest fires, more L.A. residents are expected to join the tens of thousands who have already been forced to evacuate. "Our mission is to make sure people are safe, just full stop."

# EXHIBIT 25


COUNTY OF LOS ANGELES FIRE DEPARTMENT SERVICE
• 4 million+ residents
• 60 cities
• 122 unincorporated areas
• 2,311 square miles
• 176 fire stations
• 159 lifeguard towers
• 10 helicopters
• 5,000+ employees
VERY HIGH FIRE HAZARD SEVERITY ZONE


MAXIMUM
CAPACITY 173


COMMUNITY BRIGADE PILOT PROGRAM
LA COUNTY FIRE DEPARTMENT (LACoFD)
LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION (LAEPF)
COMMUNITY BRIGADE PILOT PROGRAM
• Partnership between LA County Fire Department and the LA Emergency Preparedness Foundation
• Signed Memorandum of Agreement (MOA) as of October 2023 and renewed October 2025
• There is NO other agreement for this program with any other entity
• Only qualified members of the Community Brigade Pilot Program will be credentialed and approved to work in the operational area


COMMUNITY BRIGADE PILOT PROGRAM
LA COUNTY FIRE DEPARTMENT (LACoFD)
LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION (LAEPF)
COMMUNITY BRIGADE PILOT PROGRAM
Partnership between LA County Fire Department and the LA Emergency Preparedness Foundation
Signed Memorandum of Agreement (MOA) as of October 2023 and renewed October 2025
There is NO other agreement for this program with any other entity
Only qualified members of the Community Brigade Pilot Program will be credentialed and approved to work in the operational area


LACoFD SIGNED MEMORANDUM OF AGREEMENT (MOA)
WITH LAEPF FOR THE COMMUNITY BRIGADE PILOT PROGRAM
MEMORANDUM OF AGREEMENT
Between
CONSOLIDATED FIRE PROTECTION DISTRICT OF LOS ANGELES COUNTY
And
LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION, INC.
WHEREAS, the purpose of this MOA is to document a written understanding between the District and the Foundation defining each party's respective role and responsibilities in regard to the Community Brigade Pilot Program ("Program")


STEERING COMMITTEE STRUCTURE
LA COUNTY FIRE DEPARTMENT (LACoFD)
LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION (LAEPF)
COMMUNITY BRIGADE PILOT PROGRAM
COMMUNITY BRIGADE STEERING COMMITTEE
LA COUNTY FIRE DEPARTMENT
LAEPF
COMMUNITY BRIGADE


COMMUNITY BRIGADE STEERING COMMITTEE
CHAIR: CHIEF DREW SMITH
Purpose: A collaborative committee established to discuss, review, assess, and decide on specific actions to be taken in support of the program.
Steering Committee decisions will be reviewed for compliance with LACoFD, LAEPF, legal considerations, and available funding for implementation.
Interface with Community Brigade Committees including Finance, Logistics, Operations, and Planning (plus sub-committees – example: communications, technology, equipment, training)
Custom financial reports for the Steering Committee will be produced by an independent bookkeeper working with the foundation CPA.


CHAIR: CHIEF DREW SMITH
• Purpose: A collaborative committee established to discuss, review, assess, and decide on specific actions to be taken in support of the program.
• Steering Committee decisions will be reviewed for compliance with LACoFD, LAEPF, legal considerations, and available funding for implementation.
• Interface with Community Brigade Committees including Finance, Logistics, Operations, and Planning (plus sub-committees – example: communications, technology, equipment, training)
• Custom financial reports for the Steering Committee will be produced by an independent bookkeeper working with the foundation CPA.


COMMUNITY BRIGADE STEERING COMMITTEE
CHAIR: CHIEF DREW SMITH
• Purpose: A collaborative committee established to discuss, review, assess, and decide on specific actions to be taken in support of the program.
• Steering Committee decisions will be reviewed for compliance with LACoFD, LAEPF, legal considerations, and available funding for implementation.
• Interface with Community Brigade Committees including Finance, Logistics, Operations, and Planning (plus sub-committees – example: communications, technology, equipment, training)
• Custom financial reports for the Steering Committee will be produced by an independent bookkeeper working with the foundation CPA.


SPECIALIZED AGENCY REPRESENTATIVE POSITION
• We are pleased to announce the creation of a Specialized Agency Representative Position
• Minimum experience: 20+ years in fire service
• Leadership Position: Captain or above
• Recognized by LACoFD leadership (trusted and proven individual)
• Involved in ongoing Community Brigade training, leadership, and operations
• Role: Leadership during and incident
• Community Brigade Agency Rep (represents the Community Brigade)
• Follows on assignments made by Command and given to the Community Brigade (reporting, safety provisions, brigade member assignments, tracking, management)


SPECIALIZED AGENCY REPRESENTATIVE POSITION
We are pleased to announce the creation of a Specialized Agency Representative Position
Minimum experience 20+ years in fire service
Leadership Position: Captain or above
Recognized by LACoFD leadership (trusted and proven individual)
Involved in ongoing Community Brigade training, leadership, and operations
Role: Leadership during and incident
Community Brigade Agency Rep (represents the Community Brigade)
Follows on assignments made by Command and given to the Community Brigade (reporting, safety provisions, brigade member assignments, tracking, management)


SPECIALIZED AGENCY REPRESENTATIVE POSITION
We are pleased to announce the creation of a Specialized Agency Representative Position
Minimum experience: 20+ years in fire service
Leadership Position: Captain or above
Recognized by LACoFD leadership (trusted and proven individual)
Involved in ongoing Community Brigade training, leadership, and operations
Role: Leadership during and incident
Community Brigade Agency Rep (represents the Community Brigade)
Follows on assignments made by Command and given to the Community Brigade (reporting, safety provisions, brigade member assignments, tracking, management)
LA COUNTY FIRE DEPT


SPECIALIZED AGENCY REPRESENTATIVE POSITION
We are pleased to announce the creation of a Specialized Agency Representative Position
Minimum experience: 20+ years in fire service
Leadership Position: Captain or above
Recognized by LACoFD leadership (trusted and proven individual)
Involved in ongoing Community Brigade training, leadership, and operations
Role: Leadership during and incident
Community Brigade Agency Rep (represents the Community Brigade)
Follows on assignments made by Command and given to the Community Brigade (reporting, safety provisions, brigade member assignments, tracking, management)
L.A. COUNTY FIRE DEPT


SPECIALIZED AGENCY REPRESENTATIVE POSITION
We are pleased to announce the creation of a Specialized Agency Representative Position
Minimum experience: 20+ years in fire service
Leadership Position: Captain or above
Recognized by LACoFD leadership (trusted and proven individual)
Involved in ongoing Community Brigade training, leadership, and operations
Role: Leadership during and incident
Community Brigade Agency Rep (represents the Community Brigade)
Follows on assignments made by Command and given to the Community Brigade (reporting, safety provisions, brigade member assignments, tracking, management)
L.A. COUNTY FIRE DEP


SPECIALIZED AGENCY REPRESENTATIVE POSITION
We are pleased to announce the creation of a Specialized Agency Representative Position
Minimum experience: 20+ years in fire service
Leadership Position: Captain or above
Recognized by LACoFD leadership (trusted and proven individual)
Involved in ongoing Community Brigade training, leadership, and operations
Role: Leadership during and incident
Community Brigade Agency Rep (represents the Community Brigade)
Follows on assignments made by Command and given to the Community Brigade (reporting, safety provisions, brigade member assignments, tracking, management)
L.A. COUNTY FIRE DEPT.


THE LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
• Established in 2008 in cooperation with the City of Los Angeles
• Brought together 14 stakeholder sectors including Business, Academic Institutions, Faith Community, Non-Profits, Community Groups, Utilities, and Government.
• Developed and operated the Business Operations Center (BOC) as the primary representative of non-government resources in Los Angeles. (10 years)
• Worked in partnership with Law Enforcement (LAPD, FBI), Fire Department (LA City and County Fire), along with Mayors office and City Council.
• Designed and implemented software support systems for logistics and situation management across all major departments.
L.A. COUNTY FIRE DEPT.


THE LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
• Established in 2008 in cooperation with the City of Los Angeles
• Brought together 14 stakeholder sectors including Business, Academic Institutions, Faith Community, Non-Profits, Community Groups, Utilities, and Government.
• Developed and operated the Business Operations Center (BOC) as the primary representative of non-government resources in Los Angeles. (10 years)
• Worked in partnership with Law Enforcement (LAPD, FBI), Fire Department (LA City and County Fire), along with Mayors office and City Council.
• Designed and implemented software support systems for logistics and situation management across all major departments.


THE LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
• Established in 2008 in cooperation with the City of Los Angeles
• Brought together 14 stakeholder sectors including Business, Academic Institutions, Faith Community, Non-Profits, Community Groups, Utilities, and Government.
• Developed and operated the Business Operations Center (BOC) as the primary representative of non-government resources in Los Angeles. (10 years)
• Worked in partnership with Law Enforcement (LAPD, FBI), Fire Department (LA City and County Fire), along with Mayors office and City Council.
• Designed and implemented software support systems for logistics and situation management across all major departments.


THE LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
• Established in 2008 in cooperation with the City of Los Angeles
• Brought together 14 stakeholder sectors including Business, Academic Institutions, Faith Community, Non-Profits, Community Groups, Utilities, and Government.
• Developed and operated the Business Operations Center (BOC) as the primary representative of non-government resources in Los Angeles. (10 years)
• Worked in partnership with Law Enforcement (LAPD, FBI), Fire Department (LA City and County Fire), along with Mayors office and City Council.
• Designed and implemented software support systems for logistics and situation management across all major departments.
L.A. COUNTY FIRE DEPT


THE LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
• Established in 2008 in cooperation with the City of Los Angeles
• Brought together 14 stakeholder sectors including Business, Academic Institutions, Faith Community, Non-Profits, Community Groups, Utilities, and Government.
• Developed and operated the Business Operations Center (BOC) as the primary representative of non-government resources in Los Angeles. (10 years)
• Worked in partnership with Law Enforcement (LAPD, FBI), Fire Department (LA City and County Fire), along with Mayors office and City Council.
• Designed and implemented software support systems for logistics and situation management across all major departments.


THE LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
• Established in 2008 in cooperation with the City of Los Angeles
• Brought together 14 stakeholder sectors including Business, Academic Institutions, Faith Community, Non-Profits, Community Groups, Utilities, and Government.
• Developed and operated the Business Operations Center (BOC) as the primary representative of non-government resources in Los Angeles. (10 years)
• Worked in partnership with Law Enforcement (LAPD, FBI), Fire Department (LA City and County Fire), along with Mayors office and City Council.
• Designed and implemented software support systems for logistics and situation management across all major departments.


THE LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
• Established in 2008 in cooperation with the City of Los Angeles
• Brought together 14 stakeholder sectors including Business, Academic Institutions, Faith Community, Non-Profits, Community Groups, Utilities, and Government.
• Developed and operated the Business Operations Center (BOC) as the primary representative of non-government resources in Los Angeles. (10 years)
• Worked in partnership with Law Enforcement (LAPD, FBI), Fire Department (LA City and County Fire), along with Mayors office and City Council.
• Designed and implemented software support systems for logistics and situation management across all major departments.


THE LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION
• Established in 2008 in cooperation with the City of Los Angeles
• Brought together 14 stakeholder sectors including Business, Academic Institutions, Faith Community, Non-Profits, Community Groups, Utilities, and Government.
• Developed and operated the Business Operations Center (BOC) as the primary representative of non-government resources in Los Angeles. (10 years)
• Worked in partnership with Law Enforcement (LAPD, FBI), Fire Department (LA City and County Fire), along with Mayors office and City Council.
• Designed and implemented software support systems for logistics and situation management across all major departments.



• Established in 2008 in cooperation with the City of Los Angeles
• Brought together 14 stakeholder sectors including Business, Academic Institutions, Faith Community, Non-Profits, Community Groups, Utilities, and Government.
• Developed and operated the Business Operations Center (BOC) as the primary representative of non-government resources in Los Angeles. (10 years)
• Worked in partnership with Law Enforcement (LAPD, FBI), Fire Department (LA City and County Fire), along with Mayors office and City Council.
• Designed and implemented software support systems for logistics and situation management across all major departments.


POSSIBLE FUTURE PROGRAMS:
Junior Brigade Program
Modeled after the LA County Fire Department's Junior Lifeguard program, the Junior Brigade introduces youth to wildfire awareness and emergency preparedness building a safe pathway for future collaboration and leadership within the Community Brigade and the fire service
Key Program Elements
• Non-operational participation focused on learning, drills, and teamwork
• Strong parental consent, supervision, and safeguarding standards
Strategic Partnerships
• Potential collaborations with local youth programs
• Alignment with LACoFD youth education and safety guidance
Strategic Benefits
• Early risk awareness and household preparedness
• Age-appropriate leadership and volunteer pipeline development
Program concept under evaluation · Subject to Steering Committee and LACoFD approval
Educational, non-operational program only

# EXHIBIT 26

NATURAL HAZARDS CENTER
University of Colorado Boulder

RESEARCH BRIEF SERIES
QUICK RESPONSE

AWARD RECIPIENTS

**SHIRLEY FELDMANN-JENSEN**
California State University, Long Beach

**SARA O'CONNOR**
California State University, Long Beach

**STEVE J. JENSEN**
California State University, Long Beach

**BRENT WOODWORTH**
Los Angeles Emergency Preparedness Foundation

**AWARD AMOUNT:**
$12,000

*This research brief is part of an award program designed to support the collectection of perishable data following disasters and other extreme events to promote social science innovation in hazards and disaster research. This program fosters new knowledge and perspectives by prioritizing research that fills gaps in the literature and is unlikely to be funded rapidly by other means.*

# TRIAL BY FIRE : THE COMMUNITY BRIGADES PILOT PROGRAM

## OVERVIEW

The December 2024 Franklin Fire and January 2025 Palisades Fire in Malibu, California offered an opportunity to explore the implementation and successes of the Community Brigade pilot program—a volunteer training initiative focused on fostering community-led wildfire resilience. The two fires occurred six years after the Woolsey Fire affected the same Malibu community. However, the outcomes were demonstrably different, particularly pertaining to community cohesion.

The Community Brigades consist of volunteers from fire-prone Malibu neighborhoods who undergo extensive training, directed by the Los Angeles County Fire Department and the U.S. Forest Service, to respond during a fire. This study explores how community engagement and additional interacting factors have changed fire risk ownership and response in neighborhoods where the Community Brigade program has been introduced, including Malibu West, Point Dume, Corral Canyon, Big Rock, Hidden Hills, Topanga Canyon, and Ventura County Line.

Through participant observations and semi-structured interviews with Community Brigade members, city government officials, and county government representatives, this study examined how the Community Brigade pilot program interfaced with the fire response system and the greater community during the first seven days of the Franklin and Palisades Fires.



*Charred landscapes and smoke rising in eastern Malibu, CA after January 2025 wildfires forced evacuations and burned 3,000 acres. Photo Credit: Grindstone Media Group / Shutterstock.com*

Preliminary results indicate that the implementation of the Community Brigade pilot program is correlated with increased community understanding of fire risk, greater trust between the community and official response authorities, and increased community ownership of fire risk. This study provides insights into the development and implementation of the Community Brigade pilot program, with the potential to replicate it in order to strengthen the resilience of other wildfire-prone communities.

## KEY FINDINGS

- The Community Brigade serves as a vital connection between the community and the fire response system. Brigade members, in their capacity as valued members of their community, shared insights with their fellow community members about the depth and breadth of the official response.
- The Community Brigade was also activated to conduct evacuations. Previous experiences in the Broad and Franklin Fires indicated that residents were more likely to evacuate when encouraged by Brigade members than officials. As a result, people were evacuated safely during both the Franklin and Palisades fires while the official response focused on structure protection and other pertinent activities.
- During the Franklin and Palisades Fires, Community Brigade members successfully protected important institutions, such as a church, and cherished family pets. Their care during that disaster is believed to have created greater trust and interest in the program, which has since received hundreds of applications from prospective volunteers.
- Representatives of the responding fire authorities confirmed that the Community Brigade increased the general public's understanding of wildfire risk and incident command, which could result in safer, better-informed decisions before and during fires as well as new approaches to reduce overall risk.



*Wildland firefighters mop up after a wildfire in a drought-stricken area of California. Photo Credit: Bill Morson / Shutterstock.com*

## RESEARCH IMPLICATIONS

- Given a shared vision and trust, more harmonized community involvement through initiatives like the Community Brigade pilot program can work to affect fire outcomes.
- This coordinated interaction between people, local government, and the fire risk environment as demonstrated by the Community Brigades sets the stage for growth in community adaptative capacity.
- As involvement grows and an all-hazards focus widens the Community Brigades' scope, city residents begin to take mitigation measures and demonstrate risk ownership. The threat of recurrent wildfire motivates a network development that enables the community to manage risk collectively.
- The Community Brigade pilot program is a model that can be scaled through local adaptations coupled with supporting frameworks to empower the many communities that require practical risk reduction.

## AUDIENCE

This research can provides insight on a new model for local governments, community leaders, fire departments, and emergency response practitioners who are interested in community-engaged approaches to reduce risk and strengthen disaster response capacity in the wildland-urban interface.

**Full Report:** Feldmann-Jensen, S., O'Connor, S., Jensen, S., & Woodworth, B. (2026). *Trial by Fire: The Community Brigades Pilot Program*. (Natural Hazards Center Quick Response Research Report Series, Report 369). Natural Hazards Center, University of Colorado Boulder. **hazards.colorado.edu/quick-response-report/trial-by-fire**

The Quick Response Research Award Program is funded by the National Science Foundation (NSF Award #1635593 and NSF Award #2536173). Opinions, findings, conclusions, or recommendations produced by this program are those of the author(s) and do not necessarily reflect the views of the NSF or Natural Hazards Center.

Natural Hazards Center
Institute of Behavioral Science | University of Colorado Boulder

1440 15th Street | Boulder, CO 80309-0483 USA
hazctr@colorado.edu | (303) 492-6818

# EXHIBIT 27

NATURAL HAZARDS CENTER
University of Colorado Boulder

RESEARCH BRIEF SERIES
QUICK RESPONSE

AWARD RECIPIENTS

**SHIRLEY FELDMANN-JENSEN**
California State University, Long Beach

**SARA O'CONNOR**
California State University, Long Beach

**STEVE J. JENSEN**
California State University, Long Beach

**BRENT WOODWORTH**
Los Angeles Emergency Preparedness Foundation

**AWARD AMOUNT:**
$12,000

*This research brief is part of an award program designed to support the collectection of perishable data following disasters and other extreme events to promote social science innovation in hazards and disaster research. This program fosters new knowledge and perspectives by prioritizing research that fills gaps in the literature and is unlikely to be funded rapidly by other means.*

# TRIAL BY FIRE

# THE COMMUNITY BRIGADES PILOT PROGRAM

## OVERVIEW

The December 2024 Franklin Fire and January 2025 Palisades Fire in Malibu, California offered an opportunity to explore the implementation and successes of the Community Brigade pilot program—a volunteer training initiative focused on fostering community-led wildfire resilience. The two fires occurred six years after the Woolsey Fire affected the same Malibu community. However, the outcomes were demonstrably different, particularly pertaining to community cohesion.

The Community Brigades consist of volunteers from fire-prone Malibu neighborhoods who undergo extensive training, directed by the Los Angeles County Fire Department and the U.S. Forest Service, to respond during a fire. This study explores how community engagement and additional interacting factors have changed fire risk ownership and response in neighborhoods where the Community Brigade program has been introduced, including Malibu West, Point Dume, Corral Canyon, Big Rock, Hidden Hills, Topanga Canyon, and Ventura County Line.

Through participant observations and semi-structured interviews with Community Brigade members, city government officials, and county government representatives, this study examined how the Community Brigade pilot program interfaced with the fire response system and the greater community during the first seven days of the Franklin and Palisades Fires.



*Charred landscapes and smoke rising in eastern Malibu, CA after January 2025 wildfires forced evacuations and burned 3,000 acres.*
*Photo Credit: Grindstone Media Group / Shutterstock.com*

Preliminary results indicate that the implementation of the Community Brigade pilot program is correlated with increased community understanding of fire risk, greater trust between the community and official response authorities, and increased community ownership of fire risk. This study provides insights into the development and implementation of the Community Brigade pilot program, with the potential to replicate it in order to strengthen the resilience of other wildfire-prone communities.

## KEY FINDINGS

- The Community Brigade serves as a vital connection between the community and the fire response system. Brigade members, in their capacity as valued members of their community, shared insights with their fellow community members about the depth and breadth of the official response.

- The Community Brigade was also activated to conduct evacuations. Previous experiences in the Broad and Franklin Fires indicated that residents were more likely to evacuate when encouraged by Brigade members than officials. As a result, people were evacuated safely during both the Franklin and Palisades fires while the official response focused on structure protection and other pertinent activities.

- During the Franklin and Palisades Fires, Community Brigade members successfully protected important institutions, such as a church, and cherished family pets. Their care during that disaster is believed to have created greater trust and interest in the program, which has since received hundreds of applications from prospective volunteers.

- Representatives of the responding fire authorities confirmed that the Community Brigade increased the general public's understanding of wildfire risk and incident command, which could result in safer, better-informed decisions before and during fires as well as new approaches to reduce overall risk.



*Wildland firefighters mop up after a wildfire in a drought-stricken area of California. Photo Credit: Bill Morson / Shutterstock.com*

## RESEARCH IMPLICATIONS

- Given a shared vision and trust, more harmonized community involvement through initiatives like the Community Brigade pilot program can work to affect fire outcomes.

- This coordinated interaction between people, local government, and the fire risk environment as demonstrated by the Community Brigades sets the stage for growth in community adaptative capacity.

- As involvement grows and an all-hazards focus widens the Community Brigades' scope, city residents begin to take mitigation measures and demonstrate risk ownership. The threat of recurrent wildfire motivates a network development that enables the community to manage risk collectively.

- The Community Brigade pilot program is a model that can be scaled through local adaptations coupled with supporting frameworks to empower the many communities that require practical risk reduction.

## AUDIENCE

This research can provides insight on a new model for local governments, community leaders, fire departments, and emergency response practitioners who are interested in community-engaged approaches to reduce risk and strengthen disaster response capacity in the wildland-urban interface.

**Full Report:** Feldmann-Jensen, S., O'Connor, S., Jensen, S., & Woodworth, B. (2026). *Trial by Fire: The Community Brigades Pilot Program*. (Natural Hazards Center Quick Response Research Report Series, Report 369). Natural Hazards Center, University of Colorado Boulder. **https://hazards.colorado.edu/quick-response-report/trial-by-**

The Quick Response Research Award Program is funded by the National Science Foundation (NSF Award #1635593 and NSF Award #2536173). Opinions, findings, conclusions, or recommendations produced by this program are those of the author(s) and do not necessarily reflect the views of the NSF or Natural Hazards Center.

NATURAL HAZARDS CENTER
University of Colorado Boulder

Natural Hazards Center
Institute of Behavioral Science | University of Colorado Boulder

1440 15th Street | Boulder, CO 80309-0483 USA
hazctr@colorado.edu | (303) 492-6818

# EXHIBIT 28

| | |
|---|---|
| **To:** | Jonathan Pearce(uspto@socalip.com) |
| **Subject:** | U.S. Trademark Application Serial No. 99558495 - L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE - - L288.T25D51 |
| **Sent:** | May 04, 2026 01:59:35 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

screencapture-www-merriam-webster-com-dictionary-brigade-17779126950321(2)
screencapture-www-merriam-webster-com-dictionary-community-17779128075311(2)
screencapture-www-merriam-webster-com-dictionary-fire-20department-17779132254151(2)
screencapture-en-wikipedia-org-wiki-Los_Angeles_County-_California-17779133506941(2)
screencapture-www-merriam-webster-com-dictionary-dept-17779145731341(2)

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 99558495

**Mark:** L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE

**Correspondence Address:**
Jonathan Pearce
SoCal IP Law Group LLP
310 N Westlake Blvd.
Suite 120
Westlake Village CA 91362
United States

**Applicant:** Los Angeles Emergency Preparedness Foundation

**Reference/Docket No.** L288.T25D51

**Correspondence Email Address:** uspto@socalip.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** May 4, 2026

**Introduction**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Summary of Issues**

- Search Results - No Conflicting Marks Found
- Disclaimer of Descriptive Term and Geographically Descriptive Wording Required

**Search Results - No Conflicting Marks Found**

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Disclaimer of Descriptive Term and Geographically Descriptive Wording Required**

Applicant must disclaim the wording "L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE" because it is merely descriptive and primarily geographically descriptive of applicant's goods and/or services. *See* 15 U.S.C. §1056(a).

Terms that describe the provider of a product or service may also be merely descriptive of the product and/or service. *See In re Chamber of Com. of the U.S.*, 675 F.3d 1297, 1301, 102 USPQ2d 1217, 1220 (Fed. Cir. 2012) (affirming Board's holding that NATIONAL CHAMBER was merely descriptive of online service providing directory information for local and state chambers of commerce and business and regulatory data analysis services to promote the interest of businessmen and businesswomen); *In re Major League Umpires*, 60 USPQ2d 1059, 1060 (TTAB 2001) (holding MAJOR LEAGUE UMPIRE merely descriptive of clothing, face masks, chest protectors and shin guards provided, designed, and used by major league umpires); TMEP §1209.03(q).

The wording "FIRE DEPT. COMMUNITY BRIGADE" merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012). FIRE DEPT. is an abbreviation of "fire department," which is an organization intended to prevent or extinguish fires. *See attached evidence from Merriam-Webster Dictionary*. This wording merely describes a feature of applicant's entity. COMMUNITY is defined as a body of people with common interests or geographic area, while BRIGADE is defined as a group of people organized for a particular purpose. *See attached evidence from Merriam-Webster Dictionary*. The combination of terms merely describes a feature or purpose of applicant's services, as indicated by the specimen, which is to create a group of people in local communities to provide volunteer fire fighting services.

In addition, the wording "L.A. COUNTY" is primarily geographically descriptive of the origin of applicant's goods and/or services. *See* 15 U.S.C. §1052(e)(2); *In re Societe Generale des Eaux Minerales de Vittel S.A.*, 824 F.2d 957, 959, 3 USPQ2d 1450, 1451-52 (Fed. Cir. 1987); TMEP

§§1210.01(a), 1210.06(a), 1213.03(a). LA COUNTY identifies the geographic county in southern California that encompasses numerous cities, including the city of Los Angeles, which is applicant's location. *See attached evidence from Wikipedia*.

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the electronic response form, see the Disclaimer webpage.

**Response Guidelines**

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Brendan Smith/
Brendan Smith
Trademark Examining Attorney
Law Office 108
(571) 272-1766
Brendan.Smith@uspto.gov

RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS)

system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://www.merriam-webster.com/dictionary/brigade at 12:38:27, 05/04/2026

Merriam-Webster Dictionary Thesaurus brigade Games Word of the Day Grammar Word Finder Slang NEW Newsletters Wordplay Rhymes More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

Merriam-Webster Dictionary Thesaurus brigade Games Word of the Day Grammar Word Finder Slang NEW Newsletters Wordplay Rhymes More

Est. 1828

Dictionary
Definition
noun
verb
Synonyms
Example Sentences
Word History
Phrases Containing
Rhymes
Entries Near
Related Articles
Cite this Entry
Kids Definition
More from M-W
Show Less

# brigade 1 of 2 noun

bri·gade bri-ˈgād

Synonyms of *brigade* >

NEW Simple Definition

1 **a** : a large body of troops

**b** : a tactical and administrative unit composed of a headquarters, one or more units of infantry or armor, and supporting units

2 : a group of people organized for special activity

# brigade 2 of 2 verb

**brigaded; brigading**

*transitive verb*

: to form or unite into a brigade

ADVERTISEMENT

Top Lookups

Save Word

Entries Near
Related Articles
Cite this Entry
Kids Definition
More from M-W
Show Less

Save Word

ADVERTISEMENT

# brigade 2 of 2 verb

**brigaded; brigading**

*transitive verb*

**:** to form or unite into a brigade

ADVERTISEMENT

## Synonyms of *brigade*

**Noun** Relevance

team army crew
platoon company

See All Synonyms & Antonyms in Thesaurus ›

ADVERTISEMENT

ADVERTISEMENT

WORD OF THE DAY

scrupulous

See Definitions and Examples »

Get Word of the Day daily email!

Your email add SUBSCRIBE

ADVERTISEMENT

## Examples of *brigade* in a Sentence

### Noun

The morality ***brigade*** insists that the book be censored.

a clean-up ***brigade*** put the parish hall back in good order

## Recent Examples on the Web

**Examples are automatically compiled from online sources to show current usage.** Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

**Noun**

The only permanent ***brigade*** combat team in Germany is the 2nd Cavalry Regiment, alongside an aviation brigade and other assets, which is considered to have an important role in America's — and NATO's — ability to deter threats.
– Kirsten Grieshaber, *Los Angeles Times*, 2 May 2026

Defense officials said the withdrawal will impact one ***brigade*** combat team in Germany, after the number of teams in Europe had increased following Russia's invasion of Ukraine.
– Jennifer Jacobs, *CBS News*, 1 May 2026

**Verb**

This can involve them being personally attacked and ***brigaded*** online or their actual faces being plastered on YouTube thumbnails.
– Paul Tassi, *Forbes*, 18 Mar. 2025

This is just one of the tactics in ***brigading***, where disinformation agents seek to silence dissenting viewpoints by casting them as the wrong choice.
– H. Colleen Sinclair, *The Conversation*, 7 Dec. 2023

See All Example Sentences for *brigade* ›

ADVERTISEMENT

## Word History

### Etymology

**Noun**

French, from Italian *brigata*, from *brigare* to fight — more at BRIGAND

### First Known Use

**Noun**

1634, in the meaning defined at sense 1a

**Verb**

1781, in the meaning defined above

### Time Traveler

**The first known use of *brigade* was in 1634**

See more words from the same year

## Phrases Containing *brigade*

bucket brigade

fire brigade

## Rhymes for *brigade*

afraid

allayed

arcade

| | | |
|---|---|---|
| arrayed | assayed | barmaid |
| betrayed | blockade | bridesmaid |
| brocade | buffeted | cascade |

See All Rhymes for *brigade* ›

## Browse Nearby Words

brig **brigade** brigade major

See All Nearby Words ›

## Articles Related to *brigade*



**Calling In a New 'Brigade'**

A dark tactic in internet democracy.

ADVERTISEMENT

## Cite this Entry

Style MLA

"Brigade." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/brigade. Accessed 4 May. 2026.

Copy Citation

## Kids Definition

# brigade noun

bri·gade brig-ˈād

1 : a body of soldiers consisting of two or more regiments

2 : a group of people organized for acting together

a fire *brigade*

ADVERTISEMENT

Order roofing products to your jobsite.

PRO

### More from Merriam-Webster on *brigade*

Nglish: Translation of *brigade* for Spanish Speakers
Britannica.com: Encyclopedia article about *brigade*

Last Updated: 3 May 2026 - Updated example sentences

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

### Popular in Grammar & Usage

See More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?



The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

### Popular in Wordplay

See More

### Games & Quizzes

See All











Quordle
Can you solve 4 words at once?
Play
Blossom
Pick the best words!
Play
The Missing Letter
A daily crossword with a twist
Play
Name That Tree!
A quiz that's all bark, no bite.
Take the quiz

Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

## Popular in Grammar & Usage

See More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?



The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

Merriam-Webster Dictionary Thesaurus community Games Word of the Day Grammar Word Finder Slang NEW Newsletters Wordplay Rhymes More

Est. 1828

Dictionary

Definition

Synonyms

Example Sentences

Word History

Phrases Containing

Rhymes

# community noun

com·mu·ni·ty kə-ˈmyü-nə-tē

plural communities

Synonyms of *community* ›

NEW Simple Definition

often attributive

1 : a unified body of individuals: such as

ADVERTISEMENT

Entries Near
Related Articles
Cite this Entry
Kids Definition
Medical Definition
Legal Definition
More from M-W
Show Less ^

Save Word

**a** : the people with common interests living in a particular area

... there was to be a school party on Saturday night for the entire *community*.
— Richard Peck

*broadly* : the area itself

... Linfield, a farming *community* about seven miles away.
— James McBride

**b** : a group of people with a common characteristic or interest living together within a larger society

a *community* of retired persons

a monastic *community*

**c** : a body of persons of common and especially professional interests scattered through a larger society

the academic *community*

the scientific *community*

That kind of success has a ripple effect in the creative *community*.
— Vivian Song

through a larger society

the academic *community*

the scientific *community*

That kind of success has a ripple effect in the creative *community*.
— Vivian Song

**d** : a body of persons or nations having a common history or common social, economic, and political interests

the international *community*

ethnic *communities*

The series won acclaim ... for its affectionate portrayal of the LGBTQ+ *community* ...
— Lisa Respers France

**e** : a group linked by a common policy

**f** : an interacting population of various kinds of individuals (such as species) in a common location

a diverse *community* of microorganisms

... an impressive plant *community* of marshes, cattail stands, bulrush beds and mesquite bosques ...
— Jake Frederico

**g** : a political unit (such as a nation or state) : COMMONWEALTH

Top Lookups
1 existential
2 happy
3 enigma
4 culture
5 didactic
6 pedantic
7 love

ADVERTISEMENT

ADVERTISEMENT

WORD OF THE DAY
scrupulous
See Definitions and Examples »
Get Word of the Day daily email!
Your email add
SUBSCRIBE

2 a : a state or feeling of caring about and wanting to interact with others in a group

The school encourages a sense of *community* in its students.

This joy and *community* is what brings people back year after year to our city.
– Meredith Perkins

b : joint ownership or participation

*community* of goods

c : common character : LIKENESS

*community* of ideas

d : social activity : FELLOWSHIP

3 : society at large

the interests of the *community*

Film is about the *community* that gathers around that screen in times of great crisis and in moments of immense joy.
– Jessica Gelt

ADVERTISEMENT

ADVERTISEMENT

## Synonyms of *community*

Relevance

town · neighborhood · city · village · commune

See All Synonyms & Antonyms in Thesaurus >

## Examples of *community* in a Sentence

a respectable member of the ***community***

The festival was a great way for the local ***community*** to get together.

Many ***communities*** are facing budget problems.

People in the ***community*** wanted better police protection.

## Recent Examples on the Web

Examples are automatically compiled from online sources to show current usage. Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

Barry said that the app facilitates the town getting its messages to the ***community*** faster.
– Jim Woods, *Chicago Tribune*, 30 Apr. 2026

For over six decades, the venue has been a welcoming ***community*** destination.
– Pamela Brown, *Hartford Courant*, 30 Apr. 2026

Venter also led an effort to explore the world's oceans and trace the genetics of marine microbial ***communities***.
– Claire Cameron, *Scientific American*, 30 Apr. 2026

The money is administered by the Executive Council of Australian Jewry, the ***community***'s peak organization.
– *ABC News*, 30 Apr. 2026

See All Example Sentences for *community* ›

ADVERTISEMENT

## Word History

### Etymology

Middle English *comunete*, from Anglo-French *communité*, from Latin *communitat-*, *communitas*, from *communis* — see COMMON entry 1

### First Known Use

14th century, in the meaning defined at sense 1

### Time Traveler

**The first known use of *community* was in the 14th century**

See more words from the same century

## Phrases Containing *community*

| | | |
|---|---|---|
| bedroom community | business community | community-acquired |
| community antenna television | community-associated | community center |
| community chest | community college | community immunity |
| community property | community service | community spread |
| community-supported agriculture | community theater | community transmission |
| gated community | inter-community | speech community |

## Rhymes for *community*

disunity
immunity
impunity
autoimmunity
importunity
opportunity
munity
unity

See All Rhymes for *community* ›

## Browse Nearby Words

communitarianism
**community**
community-acquired

See All Nearby Words ›

## Articles Related to *community*



**The Words in Your Neighborhood**

A beautiful day for a vocab list

ADVERTISEMENT

## Cite this Entry

Style MLA

"Community." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/community. Accessed 4 May. 2026.

Copy Citation

## Kids Definition

# community noun

com·mu·ni·ty ke-ˈmyü-nət-ē

plural **communities**

**1 a :** the people living in an area

*also* **:** the area itself

**b :** a group of living things that belong to one or more species, interact ecologically, and are located in one place (as a bog or pond)

**c :** a group of people with common interests especially when living together

*a community* of monks

**2 a :** shared ownership or participation

*community* of goods

**b : SIMILARITY sense 1, LIKENESS**

a *community* of ideas

**c :** shared activity **: FELLOWSHIP**

ADVERTISEMENT

## Medical Definition

# community noun

com·mu·ni·ty (kə-ˈmyü-nət-ē)

**plural communities**

: a unified body of individuals: as

**a** : the people with common interests living in a particular area

*broadly* : the area itself

the problems of a large *community*

**b** : an interacting population of various kinds of individuals (as species) in a common location

**c** : a group of people with a common characteristic or interest living together within a larger society

a *community* of retired persons

## Legal Definition

# community noun

com·mu·ni·ty

**plural communities**

**1** : the people who live in a particular place or region and usually are linked by some

common interests

2 **a** : the mass of community property owned by a husband and wife

> a spouse may not...lease to a third person his undivided interest in the *community* or in particular things of the *community*
> — *Louisiana Civil Code*

**b** : the entity created upon the marriage of a husband and wife for the purposes of ownership of property in community property states

→ see also COMMUNITY PROPERTY at PROPERTY, REGIME

## More from Merriam-Webster on *community*

Nglish: Translation of *community* for Spanish Speakers
Britannica.com: Encyclopedia article about *community*

Last Updated: 1 May 2026 - Updated example sentences

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

## Popular in Grammar & Usage

See More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

## Popular in Wordplay

See More

- The Longest Long Words List
- 9 Other Words for Beautiful
- The Words of the Week - May 1
- Was 'Nervous Nellie' a Real Person?
- 12 Lovely and Unusual Words for the Natural World

## Games & Quizzes

See All




**Quordle**
Can you solve 4 words at once?
Play




**Blossom**
Pick the best words!
Play



**The Missing Letter**
A daily crossword with a twist
Play



**Name That Tree!**
A quiz that's all bark, no bite.
Take the quiz

https://www.merriam-webster.com/dictionary/fire%20department at 12:47:19, 05/04/2026

Merriam-Webster Dictionary Thesaurus fire department Games Word of the Day Grammar Word Finder Slang Newsletters Wordplay Rhymes More

– Maya Wilkins, *Chicago Tribune*, 29 Apr. 2026

Colleyville firefighters responded to a two-alarm fire at a home in the 4700 block of Bill Simons Drive on Saturday night, the ***fire department*** said in a news release on Tuesday.

– Shambhavi Rimal, *Fort Worth Star-Telegram*, 29 Apr. 2026

See All Example Sentences for *fire department*

Dictionary
Definition
Example Sentences
Word History
Rhymes
Entries Near
Cite this Entry

WORD OF THE DAY
scrupulous
See Definitions and Examples »
Get Word of the Day daily email!
Your email add SUBSCRIBE

ADVERTISEMENT

Merriam-Webster Est. 1828 Dictionary Thesaurus fire department Games Word of the Day Grammar Word Finder Slang Newsletters Wordplay Rhymes More

ADVERTISEMENT
Try AutoQuote Explorer®
Read More



Dictionary
Definition
Example Sentences
Word History
Rhymes
Entries Near
Cite this Entry
Save Word

# fire department *noun*

1 : an organization for preventing or extinguishing fires

*especially* : a government division (as in a municipality) having these duties

2 : the members of a fire department

ADVERTISEMENT







Top Lookups
1 existential
2 happy
3 enigma
4 culture

Example Sentences
Word History
Rhymes
Entries Near
Cite this Entry

Save Word

5 didactic
6 pedantic
7 love

## Examples of *fire department* in a Sentence

### Recent Examples on the Web

Examples are automatically compiled from online sources to show current usage. Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

The company has also pledged to pay for any training or certifications required to

ADVERTISEMENT

1 existential
2 happy
3 enigma
4 culture
5 didactic
6 pedantic
7 love

## Examples of *fire department* in a Sentence

### Recent Examples on the Web

Examples are automatically compiled from online sources to show current usage. Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

The company has also pledged to pay for any training or certifications required to train the local ***fire department*** on how to address fires at its facility.
– Sofi Zeman may 2, *Kansas City Star*, 2 May 2026

Agreements have meant interagency cooperation and calling upon of resources belonging to state and federal agencies by local ***fire departments***.
– Alan Gionet, *CBS News*, 30 Apr. 2026

The ***fire department*** also did 199 building inspections, and the city has seen eight adult deaths from fires.
– Maya Wilkins, *Chicago Tribune*, 29 Apr. 2026

Colleyville firefighters responded to a two-alarm fire at a home in the 4700 block of Bill Simons Drive on Saturday night, the ***fire department*** said in a news release on Tuesday.
– Shambhavi Rimal, *Fort Worth Star-Telegram*, 29 Apr. 2026

ADVERTISEMENT

WORD OF THE DAY
scrupulous
See Definitions and Examples »

Play
Play
Play
Take the quiz



Wikipedia
25 years of the free encyclopedia
Search Wikipedia Search
Donate Create account Log in

# Los Angeles County, California

90 languages
Article Talk Read Edit View history Tools

Contents hide

(Top)
History
Location
Geography
Climate
Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

Appearance hide
Text
Small
Standard
Large
Width
Standard
Wide
Color
Automatic
Light
Dark

From Wikipedia, the free encyclopedia

Coordinates: 34°3′N 118°15′W

*"LA County" redirects here. For the equivalent of counties in Louisiana, see List of parishes in Louisiana.*

**Los Angeles County**, sometimes abbreviated as **LA County**, is the most populous county in the United States, with 9,694,934 residents estimated in 2025. Its population is greater than that of 40 individual U.S. states. Comprising 88 incorporated cities and 101 unincorporated areas within a total area of 4,083 square miles (10,570 km$^2$), it accommodates more than a quarter of Californians and is one of the most ethnically diverse U.S. counties.[6] The county's seat, Los Angeles, is the second-most populous city in the United States, with 3,878,704 residents estimated in 2024. The county is globally known as the home of the U.S. motion picture industry since its inception in the early 20th century.

**Los Angeles County**

County


Los Angeles


Venice


San Gabriel Mountains


Santa Catalina Island


Palos Verdes


Pasadena


Antelope Valley


Flag


Seal

County of Los Angeles
Logo

Nicknames: "LA County", "Metro-LA", "Greater LA"



## History [ edit ]

*Main articles: History of Los Angeles County, California and Ranchos of Los Angeles County*

*See also: Tovaangar; History of Los Angeles; Timeline of Los Angeles; History of Pasadena, California; History of the San Fernando Valley; Timeline of Long Beach, California; History of Santa Monica, California; and History of Santa Catalina Island*


Brochure for Los Angeles, c. 1930

Los Angeles County is one of the original counties of California, created at the time of statehood in 1850.[7] The county originally included parts of what are now Kern, San Bernardino, Riverside, Inyo, Tulare, Ventura, and Orange counties. In 1851 and 1852, Los Angeles County stretched from the coast to the state line of Nevada.[8] As the population increased, sections were split off to organize San Bernardino County in 1853, Kern County in 1866, and Orange County in 1889.

Before the 1870s, Los Angeles County was divided into townships (many of which were amalgamations of one or more old ranchos):[9]

- Azusa – encompassed the foothill communities east of the San Gabriel River, including present-day Covina and Duarte

› Demographics
› Law, government, and politics
› Crime
Ecology
Economy
› Education
› Sites of interest
› Transportation
Water
› Communities
See also
Notes
References
External links


- El Monte – encompassed communities in the Whittier Narrows area, including present-day El Monte, La Puente, as well as Monterey Park
  - Azusa and El Monte Townships – merged for the 1870 census
- City of Los Angeles – then consisting solely of its four-league Spanish land grant
- Los Angeles Township – consisted of areas surrounding the City of Los Angeles, including the San Fernando Valley and present-day West Los Angeles and East Los Angeles. Most of this area has now been annexed to the city of Los Angeles.
- Los Nietos – consisted of areas south of the Whittier Narrows and Puente Hills south to present-day Long Beach, centered on the early settlement at Los Nietos. Some of this area is now in Orange County
- San Jose – consisted of the eastern portions of the county drained by San Jose Creek, including what is now the cities of Pomona, Claremont and Walnut
- San Gabriel – consisted of the western San Gabriel Valley and foothill communities, including present-day Alhambra and Pasadena. Centered on the Mission San Gabriel
- Santa Ana – consisted of what is now northern and central Orange County, including what is now Fullerton, Huntington Beach and the City of Orange (Centered on Santa Ana).
  - For the 1870 census, Anaheim district was enumerated separately[10][11]
- San Juan – consisted of what is now southern Orange County. Centered on Mission San Juan Capistrano
- San Pedro – consisted of the present-day South Bay communities, Compton and western Long Beach. Centered on the wharf of San Pedro. (Renamed Wilmington Township by 1870)
- Tejon – consisted of all of northern Los Angeles County and what is now southern Kern County. Centered on Fort Tejon
  - When Kern County was formed, the portion of the township remaining in Los Angeles County became Soledad Township.[12]

## Location [edit]

As shown by the map below, Los Angeles County is bordered on the north by Kern County, on the east by San Bernardino County, on the southeast by Orange County, on the south by the Pacific Ocean, and on the west by Ventura County.

## Geography [edit]

According to the U.S. Census Bureau, the county has an area of 4,751 square miles (12,310 km$^2$), of which 4,058 square miles (10,510 km$^2$) (85%) is land and 693 square miles (1,790 km$^2$) (15%) is water.[13] Los Angeles County borders 70 miles (110 km) of coast on the Pacific Ocean and encompasses mountain ranges, valleys, forests, islands, lakes, rivers, and desert. The Los Angeles River, Rio Hondo, Ballona Creek, the San Gabriel River and the Santa Clara River flow in Los Angeles County, while the primary mountain ranges are the Santa Monica Mountains and the San Gabriel Mountains. The western extent of the Mojave Desert begins in the Antelope Valley, in the northeastern part of the county.



Interactive map of Los Angeles County

Coordinates: 34°3′N 118°15′W

| | |
|---|---|
| Country | United States |
| State | California |
| Region | Greater Los Angeles |
| Formed | February 18, 1850[1] |
| Named after | Our Lady, Queen of the Angels |
| County seat | Los Angeles |
| Largest city | Los Angeles |
| Incorporated cities | 88 |
| Government | |
| • Type | Council–CEO[1] |
| • Body | Board of Supervisors |
| • Chair | Hilda Solis (D) |
| • Chair Pro Tem | Holly Mitchell (D) |
| • Board of Supervisors | Supervisors [show] |
| • Chief Executive Officer | Fesia Davenport |
| Area | |
| • Total | 4,751 sq mi (12,310 km$^2$) |
| • Land | 4,058 sq mi (10,510 km$^2$) |
| • Water | 693 sq mi (1,790 km$^2$) |
| Highest elevation[2] | 10,064 ft (3,068 m) |
| Lowest elevation[3] | 0 ft (0 m) |
| Population (2020) | |
| • Total | 10,014,009 |
| • Estimate (2025) | 9,694,934 ▼ |
| • Density | 2,468/sq mi (952.8/km$^2$) |
| GDP[4] | |
| • Total | $1.003 trillion · 2nd by U.S. county (2024) |
| • Per capita | $102,899 (2024) |
| Time zone | UTC−8 (Pacific Time Zone) |
| • Summer (DST) | UTC−7 (Pacific Daylight Time) |
| ZIP Codes | 90xxx–918xx, 92397, 92821, 92823, 93243, 935xx[5] |
| Area codes | 213/323, 310/424, 442/760, 562, 626, 657/714, 661, 747/818, 840/909 |
| FIPS code | 06-037 |
| GNIS feature ID | 277283 |
| Congressional | 23rd, 26th, 27th, 28th, |

Width
Standard
Wide
Color
Automatic
Light
Dark


› Demographics
› Law, government, and politics
› Crime
Ecology
Economy
› Education
› Sites of interest
› Transportation
Water



Width
Standard
Wide
Color
Automatic
Light
Dark

> Communities
See also
Notes
References
External links


| | |
|---|---|
| districts | 29th, 30th, 31st, 32nd, 34th, 35th, 36th, 37th, 38th, 42nd, 43rd, 44th, 45th |
| **Website** | lacounty.gov |

Most of the population of Los Angeles County resides in the south and southwest, with major population centers in the Los Angeles Basin, San Fernando Valley, and San Gabriel Valley. Other population centers are found in the Santa Clarita Valley, Pomona Valley, Crescenta Valley and Antelope Valley.

The county is divided west-to-east by the San Gabriel Mountains, which are part of the Transverse Ranges of southern California, and are contained mostly within the Angeles National Forest. Most of the county's highest peaks are in the San Gabriel Mountains, including Mount San Antonio 10,068 feet (3,069 m) at the Los Angeles–San Bernardino county lines, Mount Baden-Powell 9,399 feet (2,865 m), Mount Burnham 8,997 feet (2,742 m) and Mount Wilson 5,710 feet (1,740 m). Several lower mountains are in the northern, western, and southwestern parts of the county, including the San Emigdio Mountains, the southernmost part of Tehachapi Mountains and the Sierra Pelona Mountains.



The historical boundaries of Los Angeles County since its establishment in 1850 as defined by the California State Legislature. The solid blue line represents the original boundaries of the county, the dashed blue lines represent the changes made to the boundaries, and the red line represents the final major boundary changes of the county made by the Legislature in 1889. This map does not include minor changes to the boundary after 1922, such as the transfer of a small amount land east of Interstate 5 to Kern County, among others. Portions or the entirety of modern-day Inyo, Kern, Orange, Riverside, San Bernardino, San Diego, and Ventura counties were formerly in Los Angeles County.

Los Angeles County includes San Clemente Island and Santa Catalina Island, which are part of the Channel Islands archipelago off the Pacific Coast.

### Lakes and reservoirs [edit]

- Bouquet Reservoir
- Castaic Lake
- Crystal Lake
- Elizabeth Lake
- Holiday Lake
- Hollywood Reservoir
- Hughes Lake
- Jackson Lake
- Las Virgenes Reservoir
- Malibou Lake
- Morris Reservoir
- Munz Lakes
- Lake Palmdale
- Puddingstone Reservoir
- Pyramid Lake
- Quail Lake
- Silver Lake Reservoir
- Stone Canyon Reservoir
- Tweedy Lake
- Westlake in City of Westlake Village
- Lake Lindero


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links


Width
Standard
Wide
Color
Automatic
Light
Dark

### Major divisions of the county [edit]

- **East:** Eastside, San Gabriel Valley, portions of the Pomona Valley
- **West:** Westside, Beach Cities
- **South:** South Bay, South Los Angeles, Palos Verdes Peninsula, Gateway Cities, Los Angeles Harbor Region
- **North:** San Fernando Valley, Crescenta Valley, portions of the Conejo Valley, portions of the Antelope Valley and Santa Clarita

Valley

- **Central:** Downtown Los Angeles, Mid-Wilshire, Northeast Los Angeles

### National protected areas [ edit ]

- Angeles National Forest (part)
- Los Padres National Forest (part)
- Santa Monica Mountains National Recreation Area (part)


› Demographics
› Law, government, and politics
› Crime
Ecology
Economy
› Education
› Sites of interest
› Transportation
Water
› Communities
See also
Notes
References
External links


## Climate [ edit ]

The Northern part of the county has a Desert climate, while the rest of the county generally is a mix of semi-arid and a hot-summer Mediterranean climate. There is rainfall mostly in the wintertime, but the mountains in the north-central part of the county have snow during winter.[14]


Width
Standard
Wide
Color
Automatic
Light
Dark


## Demographics [ edit ]

*Main article: Demographics of Los Angeles County*

In Los Angeles County, Whites reached their peak population amount in 1960 before declining from then on; Blacks reached their peak in 1990.[22] Most of the growth has come from Hispanic and Asian minority groups.[22]

**Historical population**

| Census | Pop. | %± |
|---|---|---|
| 1850 | 3,530 | — |
| 1860 | 11,333 | 221.0% |
| 1870 | 15,309 | 35.1% |
| 1880 | 33,381 | 118.0% |
| 1890 | 101,454 | 203.9% |
| 1900 | 170,298 | 67.9% |
| 1910 | 504,131 | 196.0% |
| 1920 | 936,455 | 85.8% |
| 1930 | 2,208,492 | 135.8% |
| 1940 | 2,785,643 | 26.1% |
| 1950 | 4,151,687 | 49.0% |
| 1960 | 6,038,771 | 45.5% |
| 1970 | 7,041,980 | 16.6% |
| 1980 | 7,477,503 | 6.2% |
| 1990 | 8,863,164 | 18.5% |
| 2000 | 9,519,338 | 7.4% |
| 2010 | 9,818,605 | 3.1% |
| 2020 | 10,014,009 | 2.0% |
| 2025 (est.) | 9,694,934[15] | −3.2% |

U.S. Decennial Census[10]
1790–1960[17] 1900–1990[18]
1990–2000[19] 2010[20] 2020[21]


› Demographics
› Law, government, and politics
› Crime
Ecology
Economy


| Racial composition[23] [hide] | 2020 | 2010 | 2000 | 1990 | 1980 | 1970 | 1960 | 1950[22] | 1940[22] |
|---|---|---|---|---|---|---|---|---|---|
| Hispanics | 48.0% | 47.7% | 44.5% | 37.8% | 27.6% | 14.9%[24] | 11%[25] | 5.8% | 2.2% |
| Non-Hispanic Whites[26] | 25.6% | 27.8% | 31.1% | 40.8% | 52.8% | 70.9%[24] | 79.3%[27] | 87.9% | 93.3% |


Width
Standard
Wide
Color

> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links


| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Asians | 14.7% | 13.5% | 11.9% | 11%[25] | 5.6%[28] | 2.9%[29] | 1.9%[30] | 1.3% | 1.9% |
| Blacks | 7.6% | 8.3% | 9.7% | 11.1% | 12.6% | 10.8%[31] | 7.6%[32] | 5% | 2.7% |
| Native Americans | 0.2% | 0.2% | 0.8% | 0.5% | 0.64%[33] | 0.35%[34] | 0.13%[35] | - | - |
| Pacific Islanders | 0.2% | 0.2% | - | - | - | - | - | - | - |
| Multiracial Americans | 3.0% | 2.0% | - | - | - | - | - | - | - |


Automatic
Light
Dark


| Racial composition as of 2023 07 01[36] | | |
|---|---|---|
| **Total population** | 9,663,345 | |
| **Hispanics** | 4,695,902 | 48.59% |
| **Non-Hispanic Whites**[26] | 2,369,899 | 24.52% |
| **Asians** | 1,454,666 | 15.05% |
| **Blacks** | 709,583 | 7.34% |
| **Native Americans** | 16,890 | 0.17% |
| **Pacific Islanders** | 19,128 | 0.20% |
| **Multiracial Americans** | 336,840 | 3.49% |

*For the racial / ethnic profile of individual communities in Los Angeles County, see Demographics of Los Angeles County § Racial / Ethnic profile of places in Los Angeles County, California.*

The county has a large population of Asian Americans, being home to the largest numbers of Burmese, Cambodian, Chinese, Filipino, Indonesian, Korean, Sri Lankan, Taiwanese, and Thai outside their respective countries.[37] The largest Asian groups in Los Angeles County are 4.0% Chinese, 3.3% Filipino, 2.2% Korean, 1.0% Japanese, 0.9% Vietnamese, 0.8% Indian, and 0.3% Cambodian.



Ethnic origins in Los Angeles County


> **Demographics**
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links


45.9% of the population reported speaking only English at home; 37.9% spoke Spanish, 2.22% Tagalog, 2.0% Chinese, 1.9% Korean, 1.87% Armenian, 0.5% Arabic, and 0.2% Hindi.[38]

Los Angeles County is home to the largest Armenian population outside of Armenia.[39] It also accommodates the largest Iranian population outside of Iran of any other county or county equivalent globally.[40]


Width
Standard
Wide
Color
Automatic
Light
Dark


### Income [edit]

In 2024, the Area Median Income (AMI) for a one-person household in Los Angeles County was $74,600 ($6,217 per month); for a four-person household, $106,600 ($8,883 per month).[41]


Percent of households with incomes above $150k across LA County census tracts

As of 2024 12 12, the homeownership rate was 49.81%.[42] As of 2025 12 23, the median home value was $859,958.[43] Multi-unit structures comprised approximately 54.2% of the total housing inventory as of late 2025.

In October 2025, the number of homeless people in the county was 72,195, of which 47,450 were unsheltered.[44] LA County holds the undisputed title for the largest unsheltered homeless population in the nation—in 2024, only 30% of LA's homeless population was

sheltered either in an emergency shelter, transitional housing, or a safe haven program, compared to 97% of New York's unhoused.[45]

### Religion [edit]

In 2015, there were over two thousand Christian churches, the majority of which are Catholic.[46][47] Roman Catholic adherents number close to 40% of the population. There were 202 Jewish synagogues, 145 Buddhist temples, 38 Muslim mosques, 44 Bahá'í Faith worship centers, 37 Hindu temples, 28 Tenrikyo churches and fellowships, 16 Shinto worship centers, and 14 Sikh gurdwaras in the county.[48] The Roman Catholic Archdiocese of Los Angeles has approximately 5 million members and is the largest diocese in the United States. In 2014, the county had 3,275 religious organizations, the most out of all US counties.[49]

## Law, government, and politics [edit]


› **Demographics**
› Law, government, and politics
› Crime
Ecology
Economy
› Education
› Sites of interest
› Transportation
Water
› Communities
See also
Notes
References
External links


### Government [edit]

*Main article: Government of Los Angeles County*

The Government of Los Angeles County is defined and authorized under the California Constitution, California law and the Charter of the County of Los Angeles.[50] Much of the Government of California is in practice the responsibility of local governments such as the Government of Los Angeles County.



The Kenneth Hahn Hall of Administration is the seat of the government of Los Angeles County.

The county's voters elect a governing five-member Los Angeles County Board of Supervisors. The small size of the board means each supervisor represents over 2 million people. The board operates in a legislative, executive, and quasi-judicial capacity. As a legislative authority, it can pass ordinances for the unincorporated areas (ordinances that affect the whole county, like posting of restaurant ratings, must be ratified by the individual city). As an executive body, it can tell the county departments what to do, and how to do it. As a quasi-judicial body, the Board is the final venue of appeal in the local planning process, and holds public hearings on various agenda items.

As of 2020, the Board of Supervisors oversees a $35.5 billion annual budget and over 112,000 employees.[51] The county government is managed on a day-to-day basis by a chief executive officer and is organized into many departments, each of which is enormous in comparison to equivalent county-level (and even many state-level) departments anywhere else in the United States. Some of the larger or better-known departments include:



The Grand Avenue entrance of the Stanley Mosk Courthouse

- Los Angeles County Department of Consumer and Business Affairs – offers consumers in the county a variety of services including: consumer and real estate counseling, mediation, and small claims counseling investigates consumer complaints, real estate fraud and identity theft issues. The department also provides small business certifications and helps entrepreneurs navigate the process of opening a business.
- Los Angeles County Superior Court - The primary trial court for Los Angeles County, handling civil, criminal, family, and probate cases.
- Los Angeles County Department of Children and Family Services – administers foster care
- Los Angeles County Fire Department – provides firefighting and emergency medical services for the unincorporated parts and 58 cities of Los Angeles County, as well as for the city of La Habra[52] in Orange County.

Width
Standard
Wide
Color
Automatic
Light
Dark

› Demographics

Width

Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

- Los Angeles County Department of Health Services – operates several county hospitals and a network of primary care clinics.
- Los Angeles County Department of Public Health – administers public health programs including STD programs, smoking cessation, and restaurant inspection. The cities of Long Beach and Pasadena have their own autonomous Public Health departments assuming county functions, and county public health orders are not applicable in those cities.
- Los Angeles County Department of Public Social Services – administers many federal and state welfare programs
- Los Angeles County Department of Public Works – operates countywide flood control system, constructs and maintains roads in unincorporated areas.
- Los Angeles County District Attorney – prosecutes criminal suspects
- Los Angeles County Office of the Public Defender – defends indigent people accused of criminal offenses.
- Los Angeles County Probation Department
- Los Angeles County Sheriff's Department – provides law enforcement services for the unincorporated parts of Los Angeles County, as well as 42 cities.

The Los Angeles County Metropolitan Transportation Authority, despite its name, is *not* a County department. Technically it is a state-mandated county transportation commission that also operates a large bus and rail system in the county.

Standard
Wide
Color
Automatic
Light
Dark

## Politics [edit]

*Main article: Politics of Los Angeles County*

### Overview [edit]

#### Voter registration [edit]

| Population and registered voters (Sept. 2025) | | |
|---|---|---|
| **Total population** | 9,757,179 | |
| **Registered voters**[57][note 1] | 5,834,380 | 59.8% |
| **Democratic**[57] | 2,988,634 | 51.2% |
| **Republican**[57] | 1,098,884 | 18.8% |
| **Democratic–Republican spread**[57] | **+1,889,750** | **+32.4%** |
| **American Independent**[57] | 200,191 | 3.4% |
| **Libertarian**[57] | 48,197 | 0.8% |
| **Peace and Freedom**[57] | 43,165 | 0.7% |
| **Green**[57] | 28,444 | 0.5% |
| **Unknown**[57] | 32,209 | 0.5% |
| **Other**[57] | 45,961 | 0.8% |
| **No party preference**[57] | 1,348,695 | 23.1% |

In the United States House of Representatives, Los Angeles County is split between 17 congressional districts.[58] In the California State Senate, Los Angeles County is split between 13 legislative districts.[59] In the California State Assembly, Los Angeles County is split between 24 legislative districts.[60]

**United States presidential election results for Los Angeles County, California**[53][54][55][56] [hide]

| Year | Republican / Whig | | Democratic | | Third party(ies) | |
|---|---|---|---|---|---|---|
| | No. | % | No. | % | No. | % |
| 1852 | 496 | 46.36% | 574 | **53.64%** | 0 | 0.00% |
| 1856 | 521 | 37.84% | 721 | **52.36%** | 135 | 9.80% |
| [illegible] | 352 | 20.44% | 475 | 27.58% | 895 | **51.97%** |
| 1864 | 555 | 42.73% | 744 | **57.27%** | 0 | 0.00% |
| 1868 | 748 | 37.70% | 1,236 | **62.30%** | 0 | 0.00% |
| 1872 | 1,311 | **47.24%** | 1,228 | 44.25% | 236 | 8.50% |
| 1876 | 3,041 | 45.59% | 3,615 | **54.20%** | 14 | 0.21% |
| 1880 | 2,914 | **47.90%** | 2,853 | 46.90% | 316 | 5.19% |
| 1884 | 5,595 | **51.67%** | 4,683 | 43.24% | 551 | 5.09% |
| 1888 | 13,805 | **54.64%** | 10,110 | 40.02% | 1,349 | 5.34% |
| 1892 | 10,226 | **44.89%** | 8,119 | 35.64% | 4,434 | 19.47% |
| 1896 | 16,891 | **49.62%** | 16,043 | 47.13% | 1,108 | 3.25% |
| 1900 | 19,200 | **55.10%** | 13,158 | 37.76% | 2,490 | 7.15% |
| 1904 | 32,507 | **66.50%** | 10,030 | 20.52% | 6,346 | 12.98% |
| 1908 | 41,483 | **56.77%** | 22,076 | 30.21% | 9,518 | 13.02% |
| [illegible] | 2,181 | 1.32% | 55,110 | 33.34% | 108,005 | **65.34%** |
| 1916 | 135,554 | **50.59%** | 114,070 | 42.58% | 18,297 | 6.83% |
| 1920 | 178,117 | **69.10%** | 55,661 | 21.59% | 23,992 | 9.31% |
| 1924 | 299,675 | **65.51%** | 33,554 | 7.33% | 124,228 | 27.16% |
| 1928 | 513,526 | **70.22%** | 209,945 | 28.71% | 7,830 | 1.07% |

Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

Width
Standard
Wide
Color
Automatic
Light
Dark

- Demographics
- **Law, government, and politics**
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


On November 4, 2008, Los Angeles County was almost evenly split over Proposition 8, which amended the California Constitution to ban same-sex marriages. The county voted for the amendment 50.04% with a margin of 2,385 votes.[61]

| | | | | | | |
|---|---|---|---|---|---|---|
| 1932 | 373,738 | 38.55% | 554,476 | **57.19%** | 41,380 | 4.27% |
| 1936 | 357,401 | 31.62% | 757,351 | **67.00%** | 15,663 | 1.39% |
| 1940 | 574,266 | 40.58% | 822,718 | **58.13%** | 18,285 | 1.29% |
| 1944 | 666,441 | 42.68% | 886,252 | **56.76%** | 8,871 | 0.57% |
| 1948 | 804,232 | 46.51% | 812,690 | **47.00%** | 112,160 | 6.49% |
| 1952 | 1,278,407 | **56.21%** | 971,408 | 42.71% | 24,725 | 1.09% |
| 1956 | 1,260,206 | **55.38%** | 1,007,887 | 44.29% | 7,331 | 0.32% |
| 1960 | 1,302,661 | 49.45% | 1,323,818 | **50.25%** | 8,020 | 0.30% |
| 1964 | 1,161,067 | 42.52% | 1,568,300 | **57.43%** | 1,551 | 0.06% |
| 1968 | 1,266,480 | **47.65%** | 1,223,251 | 46.02% | 168,251 | 6.33% |
| 1972 | 1,549,717 | **54.75%** | 1,189,977 | 42.04% | 90,676 | 3.20% |
| 1976 | 1,174,926 | 47.78% | 1,221,893 | **49.69%** | 62,258 | 2.53% |
| 1980 | 1,224,533 | **50.18%** | 979,830 | 40.15% | 235,822 | 9.66% |
| 1984 | 1,424,113 | **54.50%** | 1,158,912 | 44.35% | 29,889 | 1.14% |
| 1988 | 1,239,716 | 46.88% | 1,372,352 | **51.89%** | 32,603 | 1.23% |
| 1992 | 799,607 | 29.04% | 1,446,529 | **52.54%** | 507,267 | 18.42% |
| 1996 | 746,544 | 30.96% | 1,430,629 | **59.34%** | 233,841 | 9.70% |
| 2000 | 871,930 | 32.35% | 1,710,505 | **63.47%** | 112,719 | 4.18% |
| 2004 | 1,076,225 | 35.60% | 1,907,736 | **63.10%** | 39,319 | 1.30% |
| 2008 | 956,425 | 28.82% | 2,295,853 | **69.19%** | 65,970 | 1.99% |
| 2012 | 885,333 | 27.83% | 2,216,903 | **69.69%** | 78,831 | 2.48% |
| 2016 | 769,743 | 22.41% | 2,464,364 | **71.76%** | 200,201 | 5.83% |
| 2020 | 1,145,530 | 26.86% | 3,028,885 | **71.03%** | 89,950 | 2.11% |
| 2024 | 1,189,862 | 31.91% | 2,417,109 | **64.82%** | 122,118 | 3.27% |

### Legal system [edit]

*Further information: Los Angeles County Superior Court*

The Los Angeles County Superior Court is the county's court of general jurisdiction, while the U.S. District Court for the Central District of California may hear cases where federal jurisdiction is present. Both are headquartered in a large cluster of government buildings in the city's Civic Center.

Historically, the courthouses were county-owned buildings that were maintained at county expense, which created significant friction since the trial court judges, as officials of the state government, had to lobby the county Board of Supervisors for facility renovations and upgrades. In turn, the state judiciary successfully persuaded the state Legislature to authorize the transfer of all courthouses to the state government in 2008 and 2009 (so that judges would have direct control over their own courthouses). Courthouse security is still provided by the county government under a contract with the state.

Unlike the largest city in the United States, New York City, all of the city of Los Angeles and most of its important suburbs are located within a single county. As a result, both the county superior court and the federal district court are respectively the busiest courts of their type in the nation.[62][63]

Many celebrities have been seen in Los Angeles courts. In 2003, the television show *Extra* (based in nearby Glendale) found itself running so many reports on the legal problems of local celebrities that it spun them off into a separate show, *Celebrity Justice*.

State cases are appealed to the Court of Appeal for the Second Appellate District, which is also headquartered in the Civic Center, and then to the California Supreme Court, which is headquartered in San Francisco but also hears argument in Los Angeles (again, in the Civic Center). Federal cases are appealed to the Court of Appeals for the Ninth Circuit, which hears them at its branch building in Pasadena. The court of last resort for federal cases is the U.S. Supreme Court in Washington, D.C.

## Crime [edit]

The following table includes the number of incidents reported and the rate per 1,000 persons for each type of offense.

**Population and crime rates (2011)** [show]

### Cities by population and crime rates [edit]

**Cities by population and crime rates (2012)** [show]

Width

- (•) Standard
- ( ) Wide

Color

- ( ) Automatic
- (•) Light
- ( ) Dark

| City | Population[66] | Violent crimes[66] | Violent crime rate per 1,000 persons | Property crimes[66] | Property crime rate per 1,000 persons |
|---|---|---|---|---|---|


> Demographics
> Law, government, and politics
> **Crime**
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links


Width
Standard
Wide
Color
Automatic
Light
Dark

### Other statistics [edit]

Crime in 2013

- Homicides: 386[67]
- Thefts: 54,971 [68]
- Burglaries: 17,606
- Car Thefts: 15,866[68]
- Robberies: 10,202
- Violent Crimes: 20,318[68]
- Rapes: 843
- Assaults: 8,976[68]
- Murders: 297

## Ecology [edit]



Many introduced species, such as this Indian peafowl, adapt readily to urban living and Los Angeles County's mild climate

According to the authors of *Wild L.A.*, a book about urban biodiversity, "Los Angeles is the birdiest county in the country with over 500 recorded species." LA's amenable climate supports a large number of introduced, tropical and migratory species, such as tropical parrots that snack on the local ornamental and edible fruit trees, including dates, figs, and loquats.[69][70] Because of the county's wide range of biomes it is possible to see desert bighorn sheep and green sea turtles in the same day, without crossing the county line.[69] The range of habitats in the county is "greater than in many states, with mountains, wetlands, desert, ocean, meadows and chaparral, each with its own endemic species."[71] There are at least 100 species of trees, and 1000 species of non-native plants, in the urban areas of the county.[72] Charismatic biodiversity indicator species native to the area include three species of amphibian (Baja California chorus frog, black-bellied slender salamander, western toad), 14 species of bird (acorn woodpecker, California quail, canyon wren, cinnamon teal, great blue heron, great horned owl, greater roadrunner, hooded merganser, Northern harrier, red-tailed hawk, red-winged blackbird, spotted towhee, western bluebird, western meadowlark), nine kinds of invertebrates (Behr's metalmark, bramble green hairstreak, bumblebees, El Segundo blue butterfly, harvester ants, Lorquin's admiral, North American Jerusalem crickets, Sara orangetip, velvet ants), five mammals (bobcat, dusky footed woodrat, gray fox, mountain lion, mule deer), and six reptiles (California kingsnake, coachwhip snake, gopher snake, side-blotched lizard, western pond turtle, western rattlesnake).[73] Any observations of these species within the county are considered ecologically significant indicators of ecosystem health and may be documented using the iNaturalist app.[74][75]


> Demographics
> Law, government, and politics
> Crime
**Ecology**
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also



Width
Standard
Wide
Color
Automatic
Light
Dark


## Economy [edit]

*See also: Los Angeles Chamber of Commerce*



Los Angeles County is commonly associated with the entertainment and digital media industry; all five major film studios—Paramount Pictures, Sony Pictures, Warner Bros., Universal Pictures, and Walt Disney Studios—are located within the county. Numerous other

Notes
References
External links

major industries also define the economy of Los Angeles County, including international trade supported by the Port of Los Angeles and the Port of Long Beach, music recording and production, aerospace and defense, fashion, and professional services such as law, medicine, engineering and design services, financial services.[76] High-tech sector employment within Los Angeles County is 368,500 workers,[77] and manufacturing employment within Los Angeles County is 365,000 workers.[78][79] Despite a business exodus from Downtown Los Angeles since the COVID-19 pandemic, the city's urban core is evolving as a cultural center with the world's largest showcase of architecture designed by Frank Gehry.[80]



Employment by industry in Los Angeles County (2015)

The following major companies have headquarters in Los Angeles County:

- Beverly Hills
  - Endeavor
  - Live Nation Entertainment, Inc
  - Metro-Goldwyn-Mayer
- Burbank
  - Walt Disney Co
  - Deluxe Entertainment Services Group
  - Warner Bros.
- Cerritos
  - CareMore
  - Isuzu Motors America
  - Memorex
  - RazorUSA
- El Segundo
  - Konami
  - Mattel, Inc
- Glendale
  - Avery Dennison Corp.
- City of Industry
  - Lee Kum Kee
- Irwindale
  - Huy Fong Foods
- La Mirada
  - Makita
- Los Angeles
  - AECOM
  - CBRE Group
  - Dollar Shave Club
  - Fandango, Inc.
  - Farmers Insurance Group
  - Herbalife
  - The Honest Company
  - ICANN
  - Paramount Skydance Corporation
  - Reliance Steel & Aluminum Co.
  - Universal Pictures
- Long Beach
  - Molina Healthcare
- Monrovia
  - Trader Joe's
- Palmdale
  - Delta Scientific
- Rosemead
  - Edison International
  - Panda Express
- Santa Clarita
  - Princess Cruise Lines
  - Honda Racing
- Santa Monica
  - Activision Blizzard
  - Hulu
  - Riot Games
  - Snap Inc.
  - TrueCar
  - Universal Music Group
- Torrance
  - American Honda Motor Co.
- Westlake Village
  - Dole Food Company[81]
- Woodland Hills
  - Farmers Insurance Exchange
  - Health Net Inc.
  - Panavision

Demographics
Law, government, and politics
Crime
Ecology
**Economy**
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

Width
Standard
Wide
Color
Automatic
Light
Dark

## Education [edit]

The Los Angeles County Office of Education provides a supporting role for school districts in the area. The county office also operates two magnet schools, the International Polytechnic High School and Los Angeles County High School for the Arts. There are a number of private schools in the county, most notably those operated by the Roman Catholic Archdiocese. The county's public education sector is run by numerous school districts with the Los Angeles Unified School District being the largest one running public schools primarily within the city of Los Angeles and its immediately neighboring cities.

### Colleges [edit]

Colleges [edit]

- Antelope Valley College, Lancaster
- Art Center College of Design, Pasadena
- The Art Institute of California – Los Angeles (AICALA), Santa Monica
- Azusa Pacific University, Azusa
- Biola University, La Mirada
- California Institute of the Arts, Santa Clarita
- Cerritos College, Norwalk
- Citrus College, Glendora
- Claremont Colleges, Claremont
  - Claremont McKenna College
  - Harvey Mudd College
  - Pitzer College
  - Pomona College
  - Scripps College
- Claremont School of Theology, Claremont
- College of the Canyons, Santa Clarita
- DeVry University, Long Beach and West Hills (Los Angeles)
- East Los Angeles College, Monterey Park
- El Camino College, Torrance
- Fuller Theological Seminary, Pasadena
- Glendale Community College, Glendale
- Hebrew Union College, Los Angeles
- ITT Technical Institute, Culver City, San Dimas, Sylmar (Los Angeles), Torrance, and West Covina
- Life Pacific College, San Dimas
- Long Beach City College, Long Beach
- Los Angeles City College (LACC), Los Angeles
- Los Angeles Harbor College, Los Angeles
- Los Angeles Mission College, Sylmar (Los Angeles)
- Los Angeles Music Academy College of Music, Pasadena
- Los Angeles Pierce College (Pierce), Woodland Hills (Los Angeles)
- Los Angeles Southwest College, Los Angeles
- Los Angeles Trade Technical College (LATTC), Los Angeles
- Los Angeles Valley College, Valley Glen (Los Angeles)
- The Master's University, Santa Clarita
- Mount St. Mary's College, Los Angeles
- Mt. San Antonio College, Walnut
- Mt. Sierra College, Monrovia
- Occidental College (Oxy), Eagle Rock (Los Angeles)
- Otis College of Art and Design, Westchester (Los Angeles)
- Pacific Oaks College, Pasadena
- Pasadena City College, Pasadena
- Pepperdine University, Malibu
- Rio Hondo College, Whittier


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links


Width
Standard
Wide
Color
Automatic
Light
Dark


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest

Width
Standard
Wide
Color
Automatic
Light

› Transportation
Water
› Communities
See also
Notes
References
External links

- Santa Monica College (SMC), Santa Monica
- West Los Angeles College, Culver City
- Whittier College, Whittier
- Wyoming Technical Institute (WyoTech), Long Beach

### Universities [edit]

- Abraham Lincoln University (ALU), Los Angeles[82]
- Alliant International University (AIU), Alhambra
- American Jewish University (AJULA), Los Angeles
- Azusa Pacific University, Azusa
- Biola University, La Mirada
- California Institute of Technology (Caltech), Pasadena
- California State Polytechnic University, Pomona (Cal Poly Pomona), Pomona
- California State University, Dominguez Hills (CSUDH), Carson
- California State University, Long Beach (CSULB), Long Beach
- California State University, Los Angeles (CSULA), Los Angeles
- California State University, Northridge (CSUN), Northridge (Los Angeles)
- Charles R. Drew University of Medicine and Science (Los Angeles)
- Claremont Graduate University (CGU), Claremont
- Loyola Marymount University (LMU), Westchester (Los Angeles)
- National University, Los Angeles and Woodland Hills
- Pepperdine University, Malibu
- Southern California University of Health Sciences, Whittier
- Southern California Institute of Architecture (SCI-Arc), Los Angeles
- Southwestern University School of Law, Los Angeles
- University of Antelope Valley (UAV), Lancaster
- University of California, Los Angeles (UCLA), Westwood (Los Angeles)
- University of La Verne, La Verne
- University of Southern California (USC), Los Angeles
- University of the West (UWest), Rosemead
- Western University of Health Sciences (WesternU), Pomona
- Woodbury University, Burbank

› Demographics
› Law, government, and politics
› Crime
Ecology
Economy
› **Education**
› Sites of interest
› Transportation
Water
› Communities
See also
Notes
References
External links

### K–12 schools [edit]

*Main article: List of school districts in Los Angeles County, California*

*See also: List of schools in the Roman Catholic Archdiocese of Los Angeles*

## Sites of interest [edit]

The county's most visited park is Griffith Park, owned by the city of Los Angeles. The county is also known for the annual Rose Parade in Pasadena, the annual Los Angeles County Fair in Pomona, the Los Angeles County Museum of Art, the Los Angeles Zoo, the Natural History Museum of Los Angeles County, the La Brea Tar Pits, the Arboretum of Los Angeles, and two horse racetracks and two car racetracks (Pomona Raceway and Irwindale Speedway), also the RMS *Queen Mary* located in Long Beach, and the Long Beach Grand Prix, and miles of



Light
Dark

Width
Standard
Wide
Color
Automatic
Light
Dark

beaches—from Zuma to Cabrillo.


LA County Fair at dusk, 2008

Venice Beach is a popular attraction whose Muscle Beach used to attract throngs of tourists admiring "hardbodies". Today, it is more arts-centered. Santa Monica's pier is a well known tourist spot, famous for its Ferris wheel and bumper car rides, which were featured in the introductory segment of the television sitcom *Three's Company*. Further north in Pacific Palisades one finds the beaches used in the television series *Baywatch*.[83] The fabled Malibu, home of many film and television stars, lies west of it.


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- **Sites of interest**
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


In the mountain, canyon, and desert areas one may find Vasquez Rocks Natural Area Park, where many old Westerns were filmed. Mount Wilson Observatory in the San Gabriel Mountains is open for the public to view astronomical stars from its telescope, now computer-assisted. Many county residents find relaxation in water skiing and swimming at Castaic Lake Recreation Area – the county's largest park by area – as well as enjoying natural surroundings and starry nights at Saddleback Butte State Park in the eastern Antelope Valley – California State Parks' largest in area within the county. The California Poppy Reserve is located in the western Antelope Valley and shows off the State's flower in great quantity on its rolling hills every spring.


Photo of the Los Angeles County Museum of Art during its 2005 Ancient Egypt exhibit

Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

### Museums [ edit ]

- Academy Museum of Motion Pictures
- Armory Center for the Arts, Pasadena, California
- Battleship USS *Iowa*, Los Angeles Waterfront in San Pedro
- SS *Lane Victory*, Los Angeles Waterfront in San Pedro, just south of the USS *Iowa*
- California African American Museum
- California Science Center, Los Angeles (formerly the Museum of Science and Industry)
- The Broad
- Hammer Museum
- Huntington Library, San Marino
- Long Beach Museum of Art in the historic Elizabeth Milbank Anderson residence
- Los Angeles Children's Museum
- Los Angeles County Fire Museum, in Bellflower[84]
- Los Angeles County Museum of Art, Mid-City, Los Angeles
- Lucas Museum of Narrative Art
- Museum of Contemporary Art, Downtown Los Angeles (founded in 1950); The Geffen Contemporary at MOCA, Downtown Los Angeles (founded in 1980)
- Museum of Jurassic Technology, Culver City
- Museum of Latin American Art in Long Beach
- Museum of Neon Art
- Museum of the American West (Gene Autry Museum), in Griffith Park
- Museum of Tolerance
- Natural History Museum of Los Angeles County
- Pasadena Museum of California Art, in Pasadena
- J. Paul Getty Center, Brentwood (Ancient Roman, Greek, and European Renaissance Art)
- J. Paul Getty Villa, Pacific Palisades, Getty's original house


- Demographics
- Law, government, and politics
- Crime
- Ecology

Width
- Standard
- Wide

Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

- George C. Page Museum at La Brea Tar Pits
- Santa Monica Museum of Art, Santa Monica (Contemporary art)
- Norton Simon Museum, Pasadena (19th- and early 20th-century art)
- Skirball Cultural Center, Los Angeles
- Southwest Museum

Color
Automatic
Light
Dark

### Entertainment [ edit ]

- Los Angeles Memorial Coliseum
- Descanso Gardens
- Dodger Stadium
- Exposition Park
- Farmers Market
- The Forum
- Griffith Park
- Griffith Observatory
- Huntington Botanical Gardens
- La Brea Tar Pits
- Music Center
- Olvera Street
- Crypto.com Arena
- SoFi Stadium
- South Coast Botanic Garden
- Third Street Promenade
- Venice Beach
- Los Angeles Zoo
- Santa Fe Dam Recreation Area

Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

### Music venues [ edit ]

- California Plaza, comprising One California Plaza and Two California Plaza
- Cerritos Center for the Performing Arts
- Crypto.com Arena
- The Forum
- Walt Disney Concert Hall
- Greek Theatre
- House of Blues Sunset Strip
- Pantages Theatre
- Hollywood Bowl
- Hollywood Palladium
- John Anson Ford Amphitheatre
- The Orpheum Theatre
- The Roxy Theatre
- Royce Hall (UCLA)
- The Music Box
- El Rey Theatre



Walt Disney Concert Hall

Width
Standard
Wide
Color
Automatic
Light
Dark

- The Troubadour
- The Wiltern
- Whisky a Go Go

### Amusement parks [edit]

- Universal Studios Hollywood
- Raging Waters, San Dimas
- Six Flags Magic Mountain
- Six Flags Hurricane Harbor
- Pacific Park

### Other attractions [edit]

- U.S. Bank Tower
- Wilshire Grand Tower
- Central Los Angeles Library
- Watts Towers
- Wayfarers Chapel
- Fo Guang Shan Hsi Lai Temple
- Cathedral of Our Lady of the Angels
- *Queen Mary*


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- **Sites of interest**
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

### Other areas [edit]

- Ridge Route
- Angeles National Forest
- Mount Wilson Observatory
- Malibu Creek State Park
- Vasquez Rocks Natural Area Park
- Plant 42's Blackbird Airpark and Heritage Airpark
- Antelope Valley California Poppy Reserve
- Cortes Bank
- Santa Catalina Island
- Mojave Desert
- Saddleback Butte State Park
- Antelope Valley Indian Museum State Historic Park
- Arthur B. Ripley Desert Woodland State Park



Angeles National Forest

## Transportation [edit]

*Main article: Transportation in Los Angeles*

### Major highways [edit]

- I-5
  - I-5 BL (San Fernando Road)
- I-10
- I-105
- I-110 / SR 110 (Harbor Freeway / Arroyo Seco Parkway)
- I-210 / SR 210 (Foothill Freeway)

- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- **Transportation**
- Water
- Communities
- See also
- Notes
- References
- External links


- I-405
- I-605
- I-710 / SR 710 – SR 710 is unsigned
- US 101
- SR 1 (Pacific Coast Highway)
- SR 2
- SR 14 – former US 6
- SR 18
- SR 19 / SR 164
- SR 22
- SR 23
- SR 27
- SR 39
- SR 47
- SR 57
- SR 60 – former US 60
- SR 66 (Foothill Boulevard) – former US 66
- SR 71
- SR 72
- SR 90
- SR 91 – former US 91
- SR 103
- SR 107
- SR 118
- SR 126
- SR 134
- SR 138
- SR 170
- SR 213

Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

### Air [ edit ]


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- **Transportation**
- Water
- Communities
- See also
- Notes
- References


Los Angeles International Airport (LAX), located in the Westchester district, is the primary commercial airport for commercial airlines in the county and the Greater Los Angeles Area. LAX is operated by Los Angeles World Airports (LAWA), an agency of the City of Los Angeles.



Los Angeles International Airport

Other important commercial airports in Los Angeles County include:

- Long Beach Municipal Airport operated by the City of Long Beach.
- Hollywood Burbank Airport in Burbank, operated by the Burbank-Glendale-Pasadena Airport Authority.

The following general aviation airports also are located in Los Angeles County:

- County-operated airports (Department of Public Works, Aviation Division)
  - Compton/Woodley Airport in Compton.


Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

External links

- San Gabriel Valley Airport in El Monte.
- Brackett Field in La Verne.
- Whiteman Airport in Pacoima.
- General William J. Fox Airfield in Lancaster.

- City-operated airports
  - Van Nuys Airport in Van Nuys, also operated by LAWA. Van Nuys Airport sees significant executive jet air traffic.
  - LA/Palmdale Regional Airport in Palmdale. The airport is a separate facility on the grounds of Air Force Plant 42.
  - Santa Monica Airport in Santa Monica, which has major executive jet traffic.
  - Hawthorne Municipal Airport, also known as Jack Northrop Field, in Hawthorne.
  - Zamperini Field in Torrance.

The U.S. Air Force operates three airports in Los Angeles County:

- Portions of Edwards Air Force Base, located at the northern edge of the county.
- Air Force Plant 42 in Palmdale, sharing runways with LA/Palmdale Regional.
- The non-flying Los Angeles Air Force Base in El Segundo.

### Rail [edit]


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- **Transportation**
- Water
- Communities
- See also
- Notes
- References
- External links


Width
Standard
Wide
Color
Automatic
Light
Dark

Los Angeles is a major freight-railroad transportation center, in great part due to the large volumes of freight moving in and out of the county's seaport facilities. The ports are connected to the downtown rail yards and to the main lines of Union Pacific and Burlington Northern Santa Fe headed east via a grade-separated freight rail corridor known as the Alameda Corridor.

Passenger rail service is provided in the county by Amtrak, Los Angeles Metro Rail and Metrolink.

Amtrak has the following intercity Amtrak service at Union Station in the city of Los Angeles:

- The *Pacific Surfliner* to Santa Barbara, San Luis Obispo, and San Diego.
- The *Coast Starlight* to San Francisco Bay Area, Portland and Seattle.
- The *Southwest Chief* to Albuquerque, Kansas City and Chicago.
- The *Sunset Limited* to Tucson, Houston and New Orleans.

Union Station is also the primary hub for Metrolink commuter rail, which serves much of the Greater Los Angeles Area.

Light rail, subway (heavy rail), and long-distance bus service are all provided by the Los Angeles County Metropolitan Transportation Authority (Metro). Other smaller regional transit agencies that provide public transit to specific regions of Los Angeles County include LADOT, Long Beach Transit, Montebello Bus Lines, Norwalk Transit, Santa Monica's Big Blue Bus serving the western LA region, Santa Clarita Transit, Torrance Transit, Glendale Beeline, Foothill Transit serving the San Gabriel Valley region, and the Antelope Valley Transit Authority serving the Lancaster and Palmdale area in the Antelope Valley region.

### Sea [edit]

The county's two main seaports are the Port of Los Angeles and the Port of Long Beach. Together they handle over a quarter of all container traffic entering the United States, making the complex the largest and most important port in the country, and the third-largest port in the world by shipping volume.

The Port of Los Angeles is the largest cruise ship center on the West Coast, handling more than 1 million passengers annually.

The Port of Long Beach is home to the Sea Launch program, which uses a floating launch platform to insert payloads into orbits that would be difficult to attain from existing land-based launch sites.

Catalina Express ferries link the Catalina Island city of Avalon to the mainland at San Pedro and Long Beach, as well as Dana Point in

Orange County.


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- **Transportation**
- Water
- Communities
- See also
- Notes
- References
- External links


## Water [ edit ]

Water is provided by at least 200 independent water districts or agencies.[85] Statewide droughts in California have placed a strain on the county's water security.[86][87]



Watersheds of Los Angeles County


Width

- Standard
- Wide

Color

- Automatic
- Light
- Dark


## Communities [ edit ]

*For the racial / ethnic profile of individual communities in Los Angeles County, see Demographics of Los Angeles County § Racial / Ethnic profile of places in Los Angeles County, California*

### Cities [ edit ]

*Main article: List of cities in Los Angeles County, California*

There are 88 incorporated cities in Los Angeles County. According to the 2024 Estimate, the most populous are:[88]

**Largest cities, 2024 Estimate**

| City | Population |
|---|---|
| Los Angeles | 3,878,704 |
| Long Beach | 450,901 |
| Santa Clarita | 229,159 |
| Glendale | 187,823 |
| Lancaster | 167,426 |
| Palmdale | 162,536 |
| Pomona | 147,966 |
| Torrance | 139,576 |
| Pasadena | 137,195 |
| Downey | 109,368 |
| West Covina | 106,920 |
| El Monte | 104,639 |
| Burbank | 103,533 |
| Inglewood | 102,774 |


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water


### Unincorporated areas [ edit ]

#### Census-designated places [ edit ]

- Acton
- Agua Dulce
- Alondra Park
- Altadena
- Avocado Heights
- Castaic
- Hacienda Heights
- Hasley Canyon
- La Crescenta-Montrose
- Ladera Heights
- Lake Hughes
- Lake Los Angeles
- South San Gabriel
- South San Jose Hills
- South Whittier
- Stevenson Ranch
- Sun Village
- Topanga


Width

- Standard
- Wide

Color

- Automatic
- Light
- Dark

- Communities
  - See also
  - Notes
  - References
  - External links


- Charter Oak
- Citrus
- Del Aire
- Desert View Highlands
- East Los Angeles
- East Pasadena
- East Rancho Dominguez
- East San Gabriel
- East Whittier
- Elizabeth Lake
- Florence-Graham
- Green Valley
- Lennox
- Leona Valley
- Littlerock
- Marina del Rey
- Mayflower Village
- North El Monte
- Pepperdine University
- Quartz Hill
- Rose Hills
- Rowland Heights
- San Pasqual
- South Monrovia Island
- Val Verde
- Valinda
- View Park-Windsor Hills
- Vincent
- Walnut Park
- West Athens
- West Carson
- West Rancho Dominguez
- West Puente Valley
- West Whittier-Los Nietos
- Westmont
- Willowbrook

**Other unincorporated communities** [ edit ]

- Agoura
- Alla
- Alpine
- Andrade Corner
- Antelope Acres
- Antelope Center
- Athens
- Bassett
- Big Pines
- Castaic Junction
- City Terrace
- Cornell
- Del Sur
- Del Valle
- Firestone Park
- Florence
- Gorman
- Hillgrove
- Hi Vista
- Juniper Hills
- Kagel Canyon
- Kinneloa Mesa
- Largo Vista
- Llano
- Los Nietos
- Malibu Vista
- Monte Nido
- Neenach
- Ninetynine Oaks
- Pearblossom
- Rancho Dominguez
- Sandberg
- Sand Canyon
- Seminole Hot Springs
- Three Points
- Two Harbors
- Universal City
- Valyermo
- West Whitter


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
  - See also
  - Notes
  - References
  - External links



Width
Standard
Wide
Color
Automatic
Light
Dark


**Proposed communities** [ edit ]

- Centennial (planned for 70,000).[69]

*See: Los Angeles Almanac MAP: Unincorporated Areas and Communities of Los Angeles County*

*See also: List of districts and neighborhoods of Los Angeles*

## See also [ edit ]

Greater Los Angeles portal

- List of museums in Los Angeles
- List of museums in Los Angeles County, California
- List of school districts in Los Angeles County, California
- List of schools in the Roman Catholic Archdiocese of Los Angeles
- National Register of Historic Places listings in Los Angeles County, California

## Notes [ edit ]

1. ^ Percentage of registered voters with respect to total population. Percentages of party members with respect to registered voters follow.
2. ^ Only larceny-theft cases involving property over $400 in value are reported as property crimes.
3. ^ Mayor-Council In 2022

3. Mayor-Council in 2032

## References [ edit ]


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- **References**
- External links



1. ^ "Chronology". California State Association of Counties. Archived from the original on January 29, 2016. Retrieved February 6, 2015.
2. ^ Mount San Antonio in the San Gabriel Mountains, on border with San Bernardino County
3. ^ Sea level at the Pacific Ocean
4. ^ "Gross Domestic Product: All Industries in Los Angeles County, CA". *fred.stlouisfed.org*.
5. ^ "County of Los Angeles ZIP Code List" (PDF). Archived from the original (PDF) on October 20, 2019. Retrieved September 12, 2019.
6. ^ "Newsroom: Population: Census Bureau Releases State and County Data Depicting Nation's Population Ahead of 2010 Census". Census.gov. Archived from the original on August 24, 2012. Retrieved August 23, 2012.
7. ^ Coy, Owen C. (1923). *California County Boundaries*. Berkeley: California Historical Commission. p. 140. ASIN B000GRBCXG.
8. ^ "State and County Maps of California". September 20, 2013. Archived from the original on July 2, 2018. Retrieved July 2, 2018.
9. ^ A partial listed can be found for the San Fernando Valley, the Los Angeles basin, the San Gabriel valley, and high desert
10. ^ Spitzzeri, Paul R. (Fall 2007). "What a Difference a Decade Makes: Ethnic and Racial Demographic Change in Los Angeles County during the 1860s" (PDF). *Branding Iron*. Archived (PDF) from the original on February 4, 2019. Retrieved February 3, 2019.
11. ^ U.S. Census Bureau. "Population of the United States in 1860: California" (PDF). Archived (PDF) from the original on April 12, 2023. Retrieved July 2, 2020.
12. ^ Spitzzeri, Paul R. (Fall 2007). "What a Difference a Decade Makes: Ethnic and Racial Demographic Change in Los Angeles County during the 1860s" (PDF). *Branding Iron*. Archived (PDF) from the original on February 4, 2019. Retrieved February 3, 2019.
13. ^ "2010 Census Gazetteer Files". United States Census Bureau. August 22, 2012. Archived from the original on September 25, 2015. Retrieved September 26, 2015.
14. ^ "CityNews". *toronto.citynews.ca*. February 26, 2023. Archived from the original on February 26, 2023. Retrieved February 26, 2023.
15. ^ "QuickFacts: Los Angeles County, California". United States Census Bureau. Retrieved March 26, 2026.
16. ^ "Census of Population and Housing from 1790-2000". US Census Bureau. Archived from the original on July 19, 2018. Retrieved January 24, 2022.
17. ^ "Historical Census Browser". University of Virginia Library.

47. ^ "Los Angeles Has Numerous High Profile Churches for Addiction Recovery". *Muse Treatment*. December 6, 2021. Archived from the original on December 25, 2021. Retrieved December 25, 2021.
48. ^ Selected Non-Christian Religious Traditions in Los Angeles County: 2000 Prolades.com Archived August 26, 2010, at the Wayback Machine
49. ^ "Social Capital Variables Spreadsheet for 2014". *PennState College of Agricultural Sciences, Northeast Regional Center for Rural Development*. December 8, 2017. Archived from the original on December 31, 2019. Retrieved December 30, 2019.
50. ^ California Government Code § 23004
51. ^ Sachi A. Hamai, Transmittal Letter, Fiscal 2020–21 Recommended County Budget Archived May 22, 2020, at the Wayback Machine, April 28, 2020, 2.
52. ^ McKibben, Dave (February 9, 2005). "L.A. County to Absorb La Habra's Fire Unit". *Los Angeles Times*. Archived from the original on December 22, 2015. Retrieved August 7, 2015.
53. ^ Leip, David. "Dave Leip's Atlas of U.S. Presidential Elections". Uselectionatlas.org. Retrieved November 16, 2025.
54. ^ Thompson and West. "Los Angeles County Election Results, 1849-1879: L.A. County Rejects Lincoln (Twice) & Chinese Immigration". SCVHistory.com. Archived from the original on September 30, 2020. Retrieved January 16, 2021.
55. ^ Padilla, Alex (December 11, 2020). "President by County" (PDF). *Secretary of State of California*. Archived (PDF) from the original on June 14, 2025. Retrieved October 3, 2025.
56. ^ Weber, Shirley (December 13, 2024). "President by County" (PDF). *Secretary of State of California*. Archived (PDF) from the original on December 17, 2024. Retrieved October 1, 2025.
57. ^ a b c d e f g h i j k California Secretary of State. September 5, 2025 – Report of Registration. Retrieved October 3, 2025.
58. ^ "2021 California Citizens Redistricting Commission (CRC) Congressional Districts" (PDF). *California Senate Office of Demographics*. Archived (PDF) from the original on April 3, 2024. Retrieved April 3, 2024.
59. ^ "2021 California Citizens Redistricting Commission (CRC) Senate Districts" (PDF). *California Senate Office of Demographics*. Archived (PDF) from the original on May 27, 2024. Retrieved April 3, 2024.
60. ^ "2021 California Citizens Redistricting Commission (CRC) Assembly Districts" (PDF). *California Senate Office of Demographics*. Retrieved April 3, 2024.
61. ^ ""Statement of Vote: 2008 General Election"" (PDF). Archived from the original (PDF) on October 18, 2012.
62. ^ *A look at your Superior Court*, Public Information Office, Los Angeles Superior Court


Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education

Width
- Standard
- Wide

Color

- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- **References**
- External links



Archived from the original on May 30, 2019. Retrieved September 26, 2015.

18. ^ Forstall, Richard L., ed. (March 27, 1995). "Population of Counties by Decennial Census: 1900 to 1990". United States Census Bureau. Archived from the original on September 24, 2015. Retrieved September 26, 2015.
19. ^ "Census 2000 PHC-T-4. Ranking Tables for Counties: 1990 and 2000" (PDF). United States Census Bureau. April 2, 2001. Archived (PDF) from the original on December 18, 2014. Retrieved September 26, 2015.
20. ^ "P2: Hispanic or Latino, and Not Hispanic or Latino by Race – 2010: DEC Redistricting Data (PL 94-171) – Los Angeles County, California". *United States Census Bureau*.
21. ^ "P2: Hispanic or Latino, and Not Hispanic or Latino by Race – 2020: DEC Redistricting Data (PL 94-171) – Los Angeles County, California". *United States Census Bureau*.
22. ^ [a] [b] [c] [d] "The Racial Resegregation of Los Angeles County, 1940-2000".
23. ^ "Race and Ethnicity in the United States: 2010 Census and 2020 Census". *Census.gov*. Archived from the original on August 15, 2021. Retrieved December 25, 2021.
24. ^ [a] [b] Lopez-Garza Marta; Diaz, David R. (eds.) Asian and Latino Immigrants in a Restructuring Economy SUP, 2002, p. 339
25. ^ [a] [b] Waldinger, Roger; Bozorgmehr, Mehdi (eds.) Ethnic Los Angeles Russell Sage Foundation, 1996, p. 87. "Within Los Angeles County itself, the process of ethnic change took place at an even more rapid pace. Between 1960 and 1990, the Hispanic percentage jumped from 11 to 36 and the Asian percentage from 2 to 11."
26. ^ [a] [b] From 1944 through 2023, the U.S. Census Bureau categorized people from the Middle East or North Africa as White.
27. ^ Mid-decade Census U.S. Government Printing Office, 1962, p. 209. (Out of a total of 6,038,771 people, 5,453,866 or 90.31% were White. Note that in the 1960 census, Hispanics were counted as Whites.)
28. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (The 93,747 Chinese, 116,543 Japanese, 99,043 Filipinos, 60,618 Koreans, 18,562 Asian Indians and 28,696 Vietnamese amount to 417,209 Asians, which is 5.58% of the total population of 7,477,503.)
29. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (The 40,798 Chinese, 24,509 Indians, 104,078 Japanese and 33,459 Filipinos amount to 202,844 Asians, which is 2.88% of the total population of 7,032,075.)
30. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (The 19,286 Chinese, 8,109 Indians, 77,314 Japanese and 12,122 Filipinos amount to 116,831 Asians, which is 1.93% of

63. ^ "LA Court". *lasuperiorcourt.org*. Archived from the original on February 19, 2009.
64. ^ U.S. Census Bureau. American Community Survey, 2011 American Community Survey 5-Year Estimates, Table B02001. U.S. Census website Archived December 27, 1996, at the Wayback Machine. Retrieved October 26, 2013.
65. ^ [a] [b] [c] [d] [e] [f] [g] [h] [i] [j] Office of the Attorney General, Department of Justice, State of California. Table 11: Crimes – 2009. Retrieved November 14, 2013. Archived December 2, 2013, at the Wayback Machine
66. ^ [a] [b] [c] United States Department of Justice, Federal Bureau of Investigation. Crime in the United States, 2012, Table 8 (California) Archived June 28, 2016, at the Wayback Machine. Retrieved November 14, 2013.
67. ^ Kator, Zabi. "Is Security in Los Angeles getting better or worse". *guardNOW Security Services*. Archived from the original on April 23, 2014. Retrieved August 28, 2013.
68. ^ [a] [b] [c] [d] Kator, Zabi. "Los Angeles Security & Crime Statistics". *guardNOW Security Services*. Archived from the original on April 23, 2014. Retrieved August 28, 2013.
69. ^ [a] [b] Higgins, Lila; Pauly, Gregory B. M (2019). *Wild L.A.: Explore the Amazing Nature in and Around Los Angeles*. Timber Press. ISBN 978-1604697100.
70. ^ Arellano, Gustavo (June 4, 2021). "Column: In diverse Southern California, loquats are the real fruit MVPs". *Los Angeles Times*. Retrieved April 1, 2026.
71. ^ Horton, Sue (May 24, 2005). "Stop, look, listen, count; Nothing matters to speed birders except tallying as many species as possible in 24 hours". *Los Angeles Times*. pp. F1.
72. ^ Wood, Eric M.; Esaian, Sevan (2020). "The importance of street trees to urban avifauna". *Ecological Applications*. **30** (7): e02149. Bibcode:2020EcoAp..30E2149W. doi:10.1002/eap.2149. ISSN 1051-0761. JSTOR 27029104. PMC 7583466. PMID 32340072.
73. ^ Chima, Shaan; Dajadiac, Ankeen; Kinzel, Ryan; Perez, Pedro A.; Pingatore, Adam. Biodiversity Indicator Species: A Guide to the City of Los Angeles' Charismatic Umbrella Species (Report). LA Sanitation & Environment. Archived from the original on August 4, 2024. Retrieved August 4, 2024.
74. ^ "New List Of Species A Gauge Of LA's Biodiversity, Environmental Health - CBS Los Angeles". *www.cbsnews.com*. June 25, 2021. Archived from the original on August 4, 2024. Retrieved August 4, 2024.
75. ^ "Indicator Species | Los Angeles Public Library". *lapl.org*. Archived from the original on August 4, 2024. Retrieved August 4, 2024.
76. ^ T, Stephen (January 1, 2018). "What Drives the Economy of Los Angeles?". *Muse Treatment*. Archived from the original on February 6, 2021. Retrieved January 28, 2021.
77. ^ Lawren (October 6, 2014). "LA Tech Report examines the


Automatic
Light
Dark


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- **References**
- External links


Width

Standard
Wide

Color

Automatic
Light
Dark

- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- **References**
- External links



the total population of 6,039,771.)

31. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (Out of a total of 7,032,075 people, 762,844 or 10.85% were Black or African Americans.)
32. ^ Mid-decade Census U.S. Government Printing Office, 1962, p. 209. (Out of a total of 6,038,771 people, 461,546 or 7.64% were Black or African Americans.)
33. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (Out of a total of 7,477,503 people, 48,120 or 0.64% were Native Americans.)
34. ^ Race of the Population by County: 1970 U.S. Government Printing Office, 1975, p. 7. (Out of a total of 7,032,075 people, 24,509 or 0.35% were Native Americans.)
35. ^ Mid-decade Census U.S. Government Printing Office, 1962, p. 209. (Out of a total of 6,038,771 people, 8,109 or 0.13% were Native Americans.)
36. ^ "2023 American Community Survey 1-Year Estimates : Los Angeles County, California". U.S. Census Bureau. July 1, 2023. Retrieved November 17, 2024.
37. ^ Trinidad, Elson (September 27, 2013). "L.A. County is the Capital of Asian America". *KCET*. Archived from the original on April 7, 2014. Retrieved September 27, 2013.
38. ^ "Language Map Data Center". Mla.org. July 17, 2007. Archived from the original on February 20, 2013. Retrieved August 23, 2012.
39. ^ Stuart, Gwynned (October 29, 2019). "The U.S. Will Finally Recognize the Armenian Genocide". *Los Angeles Magazine*. Archived from the original on July 24, 2021. Retrieved July 7, 2021.
40. ^ Lai, Tianjian (July 15, 2021). "Immigrants from Iran in the United States". *Migration Policy*. Retrieved July 30, 2021.
41. ^ Sharp, Steven. Here are California's affordable housing income limits for 2025 *Urbanize (Los Angeles)*, 2025 04 30
42. ^ Homeownership Rate (5-year estimate) for Los Angeles County, CA Federal Reserve Bank of St. Louis
43. ^ The average Los Angeles County, CA home value Zillow.com
44. ^ LAHSA Releases Finalized 2025 Homeless Count Results After HUD Review Los Angeles Homeless Services Authority, 2025 10 20
45. ^ Which US cities have the largest homeless populations? USAFacts, 2025 02 07
46. ^ "Los Angeles County". *croc usc edu*. September 16, 2009. Archived from the original on September 21, 2020. Retrieved October 9, 2020.

regional high tech ecosystem". *Los Angeles County Economic Development Corporation*. Archived from the original on November 10, 2016. Retrieved November 9, 2016.

78. ^ Lawren (July 15, 2014). "Manufacturing employment & competitiveness in CA – New LAEDC report". *Los Angeles County Economic Development Corporation*. Archived from the original on November 10, 2016. Retrieved November 9, 2016.
79. ^ ROOSEVELT, MARGOT (July 19, 2014). "Despite losses, California leads nation in factory jobs". *Orange County Register*. Retrieved January 28, 2021.
80. ^ Vincent, Roger (April 12, 2024). "Downtown L.A. is hurting. Frank Gehry thinks arts can lead a revival". *Los Angeles Times*. Archived from the original on April 14, 2024. Retrieved April 14, 2024.
81. ^ Encyclopedia.com Archived January 18, 2012, at the Wayback Machine, "Dole gets ready to turn first shovel of headquarters dirt: plans are set to go to Westlake Village City Council". (Dole Food Co. Inc. *Los Angeles Business Journal*, January 31, 1994. Retrieved on September 27, 2009.
82. ^ Lindsey, Corrie T. (March 23, 2012). "Abraham Lincoln University". Archived from the original on September 21, 2020. Retrieved September 19, 2020.
83. ^ Pettas, Mary (March 14, 2016). "8 Classic TV Shows That Were Filmed In LA". *Culture Trip*. Archived from the original on June 24, 2021. Retrieved June 24, 2021.
84. ^ "Home, LOS ANGELES FIRE DEPARTMENT MUSEUM". *LOS ANGELES FIRE DEPARTMENT MUSEUM*. Archived from the original on January 7, 2017. Retrieved January 11, 2017.
85. ^ Cosgrove, Jaclyn (December 6, 2023). "L.A. County aims to collect billions more gallons of local water by 2045". *Los Angeles Times*. Archived from the original on December 11, 2023. Retrieved December 11, 2023.
86. ^ Smith, Hayley (October 13, 2022). "Los Angeles is running out of water, and time. Are leaders willing to act?". *Los Angeles Times*. Archived from the original on October 13, 2022. Retrieved October 15, 2022.
87. ^ Smith, Hayley (March 1, 2022). "California drought continues after state has its driest January and February on record". *Los Angeles Times*. Archived from the original on March 9, 2022. Retrieved December 11, 2023.
88. ^ "Annual Estimates of the Resident Population for Incorporated Places of 20,000 or More, Ranked by July 1, 2024 Population: April 1, 2020 to July 1, 2024". United States Census Bureau. May 2025. Retrieved November 4, 2025.
89. ^ Gertner, Jon (March 18, 2007). "Playing Sim City for Real". *The New York Times*. Archived from the original on June 21, 2018. Retrieved January 21, 2018.


Width

- Standard
- Wide

Color

- Automatic
- Light
- Dark


- Demographics
- Law, government, and politics


## External links [edit]

- County government website

Wikimedia Commons has

Width

Standard

- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- **References**
- External links


- Los Angeles Tourism & Convention Board

media related to *Los Angeles County, California*.

Wikisource has the text of an 1879 *American Cyclopædia* article about *Los Angeles County, California*.

Wide

Color

Automatic

Light

Dark

| | | |
|---|---|---|
| | **Places adjacent to Los Angeles County, California** | [show] |
| v · t · e | **County of Los Angeles** | [show] |
| v · t · e | **Municipalities and communities of Los Angeles County, California, United States** | [show] |
| v · t · e | **Greater Los Angeles Area** | [show] |
| v · t · e | **State of California** | [show] |
| v · t · e | **History of California** | [show] |
| | **Authority control databases** | [show] |

Categories: Los Angeles County, California | California counties | Los Angeles metropolitan area | Greater Los Angeles | Counties in Southern California | 1850 establishments in California | Majority-minority counties in California | Populated places in the United States established in 1850

This page was last edited on 2 May 2026, at 13:02 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike 4.0 License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy About Wikipedia Disclaimers Contact Wikipedia Legal & safety contacts Code of Conduct Developers Statistics Cookie statement Mobile view

Quordle
Can you solve 4 words at once?
Play

Blossom
Pick the best words!
Play

The Missing Letter
A daily crossword with a twist
Play

Name That Tree!
A quiz that's all bark, no bite.
Take the quiz



Merriam-Webster Est. 1828 Dictionary Thesaurus dept Games Word of the Day Grammar Word Finder Slang NEW Newsletters Wordplay Rhymes More

Dictionary
Definition
Entries Near
Cite this Entry
Save Word

# dept abbreviation

department

ADVERTISEMENT
20% OFF The Mother's Day Event JCPenney Shop All

ADVERTISEMENT
MAY IS GOLD MONTH Shop Now J.C.Penney Co.

Top Lookups
1 existential

## Browse Nearby Words

depsidone | **dept** | Deptford

See All Nearby Words >

## Browse Nearby Words

depsidone | **dept** | Deptford

See All Nearby Words >

## Cite this Entry

Style MLA

"Dept." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/dept. Accessed 4 May. 2026.

Copy Citation

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

2 happy
3 enigma
4 culture
5 didactic
6 pedantic
7 love

ADVERTISEMENT




5 didactic
6 pedantic
7 love

ADVERTISEMENT

WORD OF THE DAY

**scrupulous**

See Definitions and Examples »

Get Word of the Day daily email!

Your email add SUBSCRIBE

MERRIAM-WEBSTER UNABRIDGED

ADVERTISEMENT

## Popular in Grammar & Usage

See More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

## Popular in Wordplay

See More



The Longest Long Words List



9 Other Words for Beautiful



The Words of the Week - May 1



Was 'nervous Nellie' a Real Person?



12 Lovely and Unusual Words for the Natural World

Games & Quizzes

See All >




**Quordle**

Can you solve 4 words at once?

Play




**Blossom**

Pick the best words!

Play



**The Missing Letter**

A daily crossword with a twist

Play



**Name That Tree!**

A quiz that's all bark, no bite.

Take the quiz

# EXHIBIT 29

**To:** Jonathan Pearce(uspto@socalip.com)
**Subject:** U.S. Trademark Application Serial No. 99558500 - L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE - - L288.T25D52
**Sent:** May 04, 2026 02:01:03 PM EDT
**Sent As:** tmng.notices@uspto.gov

**Attachments**

screencapture-www-merriam-webster-com-dictionary-brigade-17779126950321(2)
screencapture-www-merriam-webster-com-dictionary-community-17779128075311(2)
screencapture-www-merriam-webster-com-dictionary-fire-20department-17779132254151(2)
screencapture-en-wikipedia-org-wiki-Los_Angeles_County-_California-17779133506941(2)
screencapture-www-merriam-webster-com-dictionary-dept-17779145731341(2)

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 99558500

**Mark:** L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE

**Correspondence Address:**
Jonathan Pearce
SoCal IP Law Group LLP
310 N Westlake Blvd.
Suite 120
Westlake Village CA 91362
United States

**Applicant:** Los Angeles Emergency Preparedness Foundation

**Reference/Docket No.** L288.T25D52

**Correspondence Email Address:** uspto@socalip.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** May 4, 2026

**Introduction**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Summary of Issues**

- Search Results - No Conflicting Marks Found
- Disclaimer of Descriptive Term and Geographically Descriptive Wording Required

**Search Results - No Conflicting Marks Found**

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Disclaimer of Descriptive Term and Geographically Descriptive Wording Required**

Applicant must disclaim the wording "L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE" because it is merely descriptive and primarily geographically descriptive of applicant's goods and/or services. *See* 15 U.S.C. §1056(a).

Terms that describe the provider of a product or service may also be merely descriptive of the product and/or service. *See In re Chamber of Com. of the U.S.*, 675 F.3d 1297, 1301, 102 USPQ2d 1217, 1220 (Fed. Cir. 2012) (affirming Board's holding that NATIONAL CHAMBER was merely descriptive of online service providing directory information for local and state chambers of commerce and business and regulatory data analysis services to promote the interest of businessmen and businesswomen); *In re Major League Umpires*, 60 USPQ2d 1059, 1060 (TTAB 2001) (holding MAJOR LEAGUE UMPIRE merely descriptive of clothing, face masks, chest protectors and shin guards provided, designed, and used by major league umpires); TMEP §1209.03(q).

The wording "FIRE DEPT. COMMUNITY BRIGADE" merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant's goods and/or services. *See* 15 U.S.C. §1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012). FIRE DEPT. is an abbreviation of "fire department," which is an organization intended to prevent or extinguish fires. *See attached evidence from Merriam-Webster Dictionary*. This wording merely describes a feature of applicant's entity. COMMUNITY is defined as a body of people with common interests or geographic area, while BRIGADE is defined as a group of people organized for a particular purpose. *See attached evidence from Merriam-Webster Dictionary*. The combination of terms merely describes a feature or purpose of applicant's services, as indicated by the specimen, which is to create a group of people in local communities to provide volunteer fire fighting services.

In addition, the wording "L.A. COUNTY" is primarily geographically descriptive of the origin of applicant's goods and/or services. *See* 15 U.S.C. §1052(e)(2); *In re Societe Generale des Eaux Minerales de Vittel S.A.*, 824 F.2d 957, 959, 3 USPQ2d 1450, 1451-52 (Fed. Cir. 1987); TMEP

§§1210.01(a), 1210.06(a), 1213.03(a). LA COUNTY identifies the geographic county in southern California that encompasses numerous cities, including the city of Los Angeles, which is applicant's location. *See attached evidence from Wikipedia*.

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the electronic response form, see the Disclaimer webpage.

**Response Guidelines**

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Brendan Smith/
Brendan Smith
Trademark Examining Attorney
Law Office 108
(571) 272-1766
Brendan.Smith@uspto.gov

RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS)

system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.


More Commonly Mispronounced Words


5 Verbal Slip Ups and Language Mistakes


Is that lie 'bald-faced' or 'bold-faced'?



The Difference Between 'i.e.' and 'e.g.'


Why is '-ed' sometimes pronounced at the end of a word?

Merriam-Webster Est. 1828 Dictionary Thesaurus brigade Games Word of the Day Grammar Word Finder Slang NEW Newsletters Wordplay Rhymes More

Dictionary
Definition
- noun
- verb
- Synonyms
- Example Sentences
- Word History
- Phrases Containing
- Rhymes
- Entries Near
- Related Articles
- Cite this Entry
- Kids Definition
- More from M-W
- Show Less

# brigade 1 of 2 noun

bri·gade (bri-ˈgād)

Synonyms of *brigade* >

NEW Simple Definition

1 **a :** a large body of troops

**b :** a tactical and administrative unit composed of a headquarters, one or more units of infantry or armor, and supporting units

2 **:** a group of people organized for special activity

# brigade 2 of 2 verb

**brigaded; brigading**

*transitive verb*

**:** to form or unite into a brigade

ADVERTISEMENT

Top Lookups

Save Word

Entries Near
Related Articles
Cite this Entry
Kids Definition
More from M-W
Show Less

Save Word

ADVERTISEMENT

# brigade 2 of 2 verb

**brigaded; brigading**

*transitive verb*

: to form or unite into a brigade

ADVERTISEMENT

ADVERTISEMENT

## Synonyms of *brigade*

**Noun** Relevance

team army crew
platoon company

See All Synonyms & Antonyms in Thesaurus ›

WORD OF THE DAY

**scrupulous**

See Definitions and Examples »

Get Word of the Day daily email!

Your email add SUBSCRIBE

ADVERTISEMENT

## Examples of *brigade* in a Sentence

### Noun

The morality ***brigade*** insists that the book be censored.

a clean-up ***brigade*** put the parish hall back in good order

## Recent Examples on the Web

**Examples are automatically compiled from online sources to show current usage.** Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

**Noun**

The only permanent ***brigade*** combat team in Germany is the 2nd Cavalry Regiment, alongside an aviation brigade and other assets, which is considered to have an important role in America's — and NATO's — ability to deter threats.
– Kirsten Grieshaber, *Los Angeles Times*, 2 May 2026

Defense officials said the withdrawal will impact one ***brigade*** combat team in Germany, after the number of teams in Europe had increased following Russia's invasion of Ukraine.
– Jennifer Jacobs, *CBS News*, 1 May 2026

**Verb**

This can involve them being personally attacked and ***brigaded*** online or their actual faces being plastered on YouTube thumbnails.
– Paul Tassi, *Forbes*, 18 Mar. 2025

This is just one of the tactics in ***brigading***, where disinformation agents seek to silence dissenting viewpoints by casting them as the wrong choice.
– H. Colleen Sinclair, *The Conversation*, 7 Dec. 2023

See All Example Sentences for *brigade* ›

ADVERTISEMENT

## Word History

### Etymology

**Noun**

French, from Italian *brigata*, from *brigare* to fight — more at BRIGAND

### First Known Use

**Noun**

1634, in the meaning defined at sense 1a

**Verb**

1781, in the meaning defined above

### Time Traveler

**The first known use of *brigade* was in 1634**

See more words from the same year

## Phrases Containing *brigade*

bucket brigade

fire brigade

## Rhymes for *brigade*

afraid

allayed

arcade

| | | |
|---|---|---|
| arrayed | assayed | barmaid |
| betrayed | blockade | bridesmaid |
| brocade | buffeted | cascade |

See All Rhymes for *brigade* ›

## Browse Nearby Words

brig **brigade** brigade major

See All Nearby Words ›

## Articles Related to *brigade*



**Calling In a New 'Brigade'**

A dark tactic in internet democracy.

ADVERTISEMENT

## Cite this Entry

Style MLA

"Brigade." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/brigade. Accessed 4 May. 2026.

Copy Citation

## Kids Definition

# brigade noun

bri·gade brig-ˈād

1 : a body of soldiers consisting of two or more regiments

2 : a group of people organized for acting together

a fire *brigade*

ADVERTISEMENT

Order roofing products to your jobsite.

PRO

## More from Merriam-Webster on *brigade*

Nglish: Translation of *brigade* for Spanish Speakers
Britannica.com: Encyclopedia article about *brigade*

Last Updated: 3 May 2026 - Updated example sentences


**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED


## Popular in Grammar & Usage

See More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

## Popular in Wordplay

See More

## Games & Quizzes

See All












**Quordle**
Can you solve 4 words at once?
Play

**Blossom**
Pick the best words!
Play

**The Missing Letter**
A daily crossword with a twist
Play

**Name That Tree!**
A quiz that's all bark, no bite.
Take the quiz

https://www.merriam-webster.com/dictionary/community at 12:40:23, 05/04/2026

Merriam-Webster Dictionary Thesaurus community Games Word of the Day Grammar Word Finder Slang NEW Newsletters Wordplay Rhymes More

Love words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

## Popular in Grammar & Usage

See More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

Merriam-Webster Dictionary Thesaurus community Games Word of the Day Grammar Word Finder Slang NEW Newsletters Wordplay Rhymes More

Est. 1828

Dictionary

**Definition**

Synonyms
Example Sentences
Word History
Phrases Containing
Rhymes

# community noun

com·mu·ni·ty kə-ˈmyü-nə-tē

plural communities

Synonyms of *community* ›

NEW Simple Definition

often attributive

1 : a unified body of individuals: such as

ADVERTISEMENT

**a** : the people with common interests living in a particular area

> ... there was to be a school party on Saturday night for the entire *community*.
> — Richard Peck

*broadly* : the area itself

> ... Linfield, a farming *community* about seven miles away.
> — James McBride

**b** : a group of people with a common characteristic or interest living together within a larger society

> a *community* of retired persons

> a monastic *community*

**c** : a body of persons of common and especially professional interests scattered through a larger society

> the academic *community*

> the scientific *community*

> That kind of success has a ripple effect in the creative *community*.
> — Vivian Song

through a larger society

> the academic *community*

> the scientific *community*

> That kind of success has a ripple effect in the creative *community*.
> — Vivian Song

**d** : a body of persons or nations having a common history or common social, economic, and political interests

> the international *community*

> ethnic *communities*

> The series won acclaim ... for its affectionate portrayal of the LGBTQ+ *community* ...
> — Lisa Respers France

**e** : a group linked by a common policy

**f** : an interacting population of various kinds of individuals (such as species) in a common location

> a diverse *community* of microorganisms

> ... an impressive plant *community* of marshes, cattail stands, bulrush beds and mesquite bosques ...
> — Jake Frederico

**g** : a political unit (such as a nation or state) : COMMONWEALTH

Merriam-Webster Top Lookups
1 existential
2 happy
3 enigma
4 culture
5 didactic
6 pedantic
7 love

ADVERTISEMENT

ADVERTISEMENT

Merriam-Webster
WORD OF THE DAY
scrupulous
See Definitions and Examples »
Get Word of the Day daily email!
Your email add
SUBSCRIBE

2 a : a state or feeling of caring about and wanting to interact with others in a group

The school encourages a sense of *community* in its students.

This joy and *community* is what brings people back year after year to our city.
– Meredith Perkins

b : joint ownership or participation

*community* of goods

c : common character : **LIKENESS**

*community* of ideas

d : social activity : **FELLOWSHIP**

3 : society at large

the interests of the *community*

Film is about the *community* that gathers around that screen in times of great crisis and in moments of immense joy.
– Jessica Gelt

ADVERTISEMENT

ADVERTISEMENT

## Synonyms of *community*

Relevance

town
neighborhood
city
village
commune

See All Synonyms & Antonyms in Thesaurus >

## Examples of *community* in a Sentence

a respectable member of the ***community***

The festival was a great way for the local ***community*** to get together.

Many ***communities*** are facing budget problems.

People in the ***community*** wanted better police protection.

## Recent Examples on the Web

ⓘ **Examples are automatically compiled from online sources to show current usage.** Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

Barry said that the app facilitates the town getting its messages to the ***community*** faster.
– Jim Woods, *Chicago Tribune*, 30 Apr. 2026

For over six decades, the venue has been a welcoming ***community*** destination.
– Pamela Brown, *Hartford Courant*, 30 Apr. 2026

Venter also led an effort to explore the world's oceans and trace the genetics of marine microbial ***communities***.
– Claire Cameron, *Scientific American*, 30 Apr. 2026

The money is administered by the Executive Council of Australian Jewry, the ***community***'s peak organization.
– *ABC News*, 30 Apr. 2026

See All Example Sentences for *community* ›

ADVERTISEMENT

## Word History

### Etymology

Middle English *comunete*, from Anglo-French *communité*, from Latin *communitat-*, *communitas*, from *communis* — see COMMON entry 1

### First Known Use

14th century, in the meaning defined at sense 1

### Time Traveler

**The first known use of *community* was in the 14th century**

See more words from the same century

## Phrases Containing *community*

| | | |
|---|---|---|
| bedroom community | business community | community-acquired |
| community antenna television | community-associated | community center |
| community chest | community college | community immunity |
| community property | community service | community spread |
| community-supported agriculture | community theater | community transmission |
| gated community | inter-community | speech community |

## Rhymes for *community*

disunity
immunity
impunity
autoimmunity
importunity
opportunity
munity
unity

See All Rhymes for *community* ›

## Browse Nearby Words

communitarianism
**community**
community-acquired

See All Nearby Words ›

## Articles Related to *community*



**The Words in Your Neighborhood**

A beautiful day for a vocab list

ADVERTISEMENT

## Cite this Entry

Style MLA

"Community." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/community. Accessed 4 May. 2026.

Copy Citation

## Kids Definition

# community noun

com·mu·ni·ty ka-ˈmyü-nət-ē

plural **communities**

**1** **a :** the people living in an area

*also* **:** the area itself

**b :** a group of living things that belong to one or more species, interact ecologically, and are located in one place (as a bog or pond)

**c :** a group of people with common interests especially when living together

| a *community* of monks

**2** **a :** shared ownership or participation

| *community* of goods

**b :** **SIMILARITY sense 1**, **LIKENESS**

| a *community* of ideas

**c :** shared activity **:** **FELLOWSHIP**

ADVERTISEMENT

Medical Definition

## community noun

com·mu·ni·ty (kə-ˈmyü-nət-ē)

plural **communities**

: a unified body of individuals: as

**a** : the people with common interests living in a particular area

*broadly* : the area itself

the problems of a large *community*

**b** : an interacting population of various kinds of individuals (as species) in a common location

**c** : a group of people with a common characteristic or interest living together within a larger society

a *community* of retired persons

Legal Definition

## community noun

com·mu·ni·ty

plural **communities**

**1** : the people who live in a particular place or region and usually are linked by some

common interests

2 **a** : the mass of community property owned by a husband and wife

> a spouse may not...lease to a third person his undivided interest in the *community* or in particular things of the *community*
> —*Louisiana Civil Code*

**b** : the entity created upon the marriage of a husband and wife for the purposes of ownership of property in community property states

→ see also COMMUNITY PROPERTY at PROPERTY, REGIME

## More from Merriam-Webster on *community*

Nglish: Translation of *community* for Spanish Speakers
Britannica.com: Encyclopedia article about *community*

Last Updated: 1 May 2026 - Updated example sentences


**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED


## Popular in Grammar & Usage

See More ›



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

## Popular in Wordplay

See More

- The Longest Long Words List
- 9 Other Words for Beautiful
- The Words of the Week - May 1
- Was 'Nervous Nellie' a Real Person?
- 12 Lovely and Unusual Words for the Natural World

## Games & Quizzes

See All




**Quordle**

Can you solve 4 words at once?

Play




**Blossom**

Pick the best words!

Play



**The Missing Letter**

A daily crossword with a twist

Play



**Name That Tree!**

A quiz that's all bark, no bite.

Take the quiz

– Maya Wilkins, *Chicago Tribune*, 29 Apr. 2026

Dictionary
Definition
Example Sentences
Word History
Rhymes
Entries Near
Cite this Entry

Colleyville firefighters responded to a two-alarm fire at a home in the 4700 block of Bill Simons Drive on Saturday night, the ***fire department*** said in a news release on Tuesday.

– Shambhavi Rimal, *Fort Worth Star-Telegram*, 29 Apr. 2026

See All Example Sentences for *fire department* >

WORD OF THE DAY
scrupulous
See Definitions and Examples »
Get Word of the Day daily email!
Your email add SUBSCRIBE

ADVERTISEMENT

ADVERTISEMENT

Dictionary | Thesaurus | fire department | Games | Word of the Day | Grammar | Word Finder | Slang | NEW Newsletters | Wordplay | Rhymes | More

Est. 1828


ADVERTISEMENT
Try AutoQuote Explorer®
Read More

Dictionary
Definition
Example Sentences
Word History
Rhymes
Entries Near
Cite this Entry

Save Word

# fire department noun

1 : an organization for preventing or extinguishing fires

*especially* : a government division (as in a municipality) having these duties

2 : the members of a fire department

ADVERTISEMENT



ADVERTISEMENT



Top Lookups
1 existential
2 happy
3 enigma
4 culture

5 didactic
6 pedantic
7 love

## Examples of *fire department* in a Sentence

### Recent Examples on the Web

ⓘ Examples are automatically compiled from online sources to show current usage. Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

The company has also pledged to pay for any training or certifications required to

ADVERTISEMENT

Example Sentences
Word History
Rhymes
Entries Near
Cite this Entry
Save Word

1 existential
2 happy
3 enigma
4 culture
5 didactic
6 pedantic
7 love

## Examples of *fire department* in a Sentence

### Recent Examples on the Web

ⓘ Examples are automatically compiled from online sources to show current usage. Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

ADVERTISEMENT

The company has also pledged to pay for any training or certifications required to train the local ***fire department*** on how to address fires at its facility.
– Sofi Zeman may 2, *Kansas City Star*, 2 May 2026

Agreements have meant interagency cooperation and calling upon of resources belonging to state and federal agencies by local ***fire departments***.
– Alan Gionet, *CBS News*, 30 Apr. 2026

The ***fire department*** also did 199 building inspections, and the city has seen eight adult deaths from fires.
– Maya Wilkins, *Chicago Tribune*, 29 Apr. 2026

Colleyville firefighters responded to a two-alarm fire at a home in the 4700 block of Bill Simons Drive on Saturday night, the ***fire department*** said in a news release on Tuesday.
– Shambhavi Rimal, *Fort Worth Star-Telegram*, 29 Apr. 2026

WORD OF THE DAY
scrupulous
See Definitions and Examples »

Play
Play
Play
Take the quiz



# Los Angeles County, California



Contents hide
(Top)
History
Location
Geography
Climate
Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

Appearance hide
Text
Small
Standard
Large
Width
Standard
Wide
Color
Automatic
Light
Dark

From Wikipedia, the free encyclopedia

Coordinates: 34°3′N 118°15′W

*"LA County" redirects here. For the equivalent of counties in Louisiana, see List of parishes in Louisiana.*

**Los Angeles County**, sometimes abbreviated as **LA County**, is the most populous county in the United States, with 9,694,934 residents estimated in 2025. Its population is greater than that of 40 individual U.S. states. Comprising 88 incorporated cities and 101 unincorporated areas within a total area of 4,083 square miles (10,570 km$^2$), it accommodates more than a quarter of Californians and is one of the most ethnically diverse U.S. counties.[6] The county's seat, Los Angeles, is the second-most populous city in the United States, with 3,878,704 residents estimated in 2024. The county is globally known as the home of the U.S. motion picture industry since its inception in the early 20th century.

**Los Angeles County**

County



Los Angeles



Venice



San Gabriel Mountains



Santa Catalina Island



Palos Verdes



Pasadena



Antelope Valley



Flag

Seal

County of Los Angeles

Logo

Nicknames: "LA County", "Metro-LA", "Greater LA"

## History [ edit ]

*Main articles: History of Los Angeles County, California and Ranchos of Los Angeles County*

*See also: Tovaangar; History of Los Angeles; Timeline of Los Angeles; History of Pasadena, California; History of the San Fernando Valley; Timeline of Long Beach, California; History of Santa Monica, California; and History of Santa Catalina Island*



Brochure for Los Angeles, c. 1930

Los Angeles County is one of the original counties of California, created at the time of statehood in 1850.[7] The county originally included parts of what are now Kern, San Bernardino, Riverside, Inyo, Tulare, Ventura, and Orange counties. In 1851 and 1852, Los Angeles County stretched from the coast to the state line of Nevada.[8] As the population increased, sections were split off to organize San Bernardino County in 1853, Kern County in 1866, and Orange County in 1889.

Before the 1870s, Los Angeles County was divided into townships (many of which were amalgamations of one or more old ranchos):[9]

- Azusa – encompassed the foothill communities east of the San Gabriel River, including present-day Covina and Duarte
- El Monte – encompassed communities in the Whittier Narrows area, including

› Demographics
› Law, government, and politics
› Crime
Ecology
Economy
› Education
› Sites of interest
› Transportation
Water
› Communities
See also
Notes
References
External links


- El Monte – encompassed communities in the Whittier Narrows area, including present-day El Monte, La Puente, as well as Monterey Park
  - Azusa and El Monte Townships – merged for the 1870 census
- City of Los Angeles – then consisting solely of its four-league Spanish land grant
- Los Angeles Township – consisted of areas surrounding the City of Los Angeles, including the San Fernando Valley and present-day West Los Angeles and East Los Angeles. Most of this area has now been annexed to the city of Los Angeles.
- Los Nietos – consisted of areas south of the Whittier Narrows and Puente Hills south to present-day Long Beach, centered on the early settlement at Los Nietos. Some of this area is now in Orange County
- San Jose – consisted of the eastern portions of the county drained by San Jose Creek, including what is now the cities of Pomona, Claremont and Walnut
- San Gabriel – consisted of the western San Gabriel Valley and foothill communities, including present-day Alhambra and Pasadena. Centered on the Mission San Gabriel
- Santa Ana – consisted of what is now northern and central Orange County, including what is now Fullerton, Huntington Beach and the City of Orange (Centered on Santa Ana).
  - For the 1870 census, Anaheim district was enumerated separately[10][11]
- San Juan – consisted of what is now southern Orange County. Centered on Mission San Juan Capistrano
- San Pedro – consisted of the present-day South Bay communities, Compton and western Long Beach. Centered on the wharf of San Pedro. (Renamed Wilmington Township by 1870)
- Tejon – consisted of all of northern Los Angeles County and what is now southern Kern County. Centered on Fort Tejon
  - When Kern County was formed, the portion of the township remaining in Los Angeles County became Soledad Township.[12]

## Location [edit]

As shown by the map below, Los Angeles County is bordered on the north by Kern County, on the east by San Bernardino County, on the southeast by Orange County, on the south by the Pacific Ocean, and on the west by Ventura County.

## Geography [edit]

According to the U.S. Census Bureau, the county has an area of 4,751 square miles (12,310 km$^2$), of which 4,058 square miles (10,510 km$^2$) (85%) is land and 693 square miles (1,790 km$^2$) (15%) is water.[13] Los Angeles County borders 70 miles (110 km) of coast on the Pacific Ocean and encompasses mountain ranges, valleys, forests, islands, lakes, rivers, and desert. The Los Angeles River, Rio Hondo, Ballona Creek, the San Gabriel River and the Santa Clara River flow in Los Angeles County, while the primary mountain ranges are the Santa Monica Mountains and the San Gabriel Mountains. The western extent of the Mojave Desert begins in the Antelope Valley, in the northeastern part of the county.



Interactive map of Los Angeles County

Coordinates: 34°3′N 118°15′W

| | |
|---|---|
| Country | United States |
| State | California |
| Region | Greater Los Angeles |
| Formed | February 18, 1850[1] |
| Named after | Our Lady, Queen of the Angels |
| County seat | Los Angeles |
| Largest city | Los Angeles |
| Incorporated cities | 88 |
| **Government** | |
| • Type | Council–CEO[1] |
| • Body | Board of Supervisors |
| • Chair | Hilda Solis (D) |
| • Chair Pro Tem | Holly Mitchell (D) |
| • Board of Supervisors | Supervisors [show] |
| • Chief Executive Officer | Fesia Davenport |
| **Area** | |
| • Total | 4,751 sq mi (12,310 km$^2$) |
| • Land | 4,058 sq mi (10,510 km$^2$) |
| • Water | 693 sq mi (1,790 km$^2$) |
| Highest elevation[2] | 10,064 ft (3,068 m) |
| Lowest elevation[3] | 0 ft (0 m) |
| **Population** (2020) | |
| • Total | 10,014,009 |
| • Estimate (2025) | 9,694,934 ▼ |
| • Density | 2,468/sq mi (952.8/km$^2$) |
| **GDP**[4] | |
| • Total | $1.003 trillion · 2nd by U.S. county (2024) |
| • Per capita | $102,899 (2024) |
| Time zone | UTC−8 (Pacific Time Zone) |
| • Summer (DST) | UTC−7 (Pacific Daylight Time) |
| ZIP Codes | 90xxx–918xx, 92397, 92821, 92823, 93243, 935xx[5] |
| Area codes | 213/323, 310/424, 442/760, 562, 626, 657/714, 661, 747/818, 840/909 |
| FIPS code | 06-037 |
| GNIS feature ID | 277283 |
| Congressional | 23rd, 26th, 27th, 28th, |

Width
Standard
Wide
Color
Automatic
Light
Dark


› Demographics
› Law, government, and politics
› Crime
Ecology
Economy
› Education
› Sites of interest
› Transportation
Water

Width
Standard
Wide
Color
Automatic
Light
Dark

> Communities
See also
Notes
References
External links

| | |
|---|---|
| districts | 29th, 30th, 31st, 32nd, 34th, 35th, 36th, 37th, 38th, 42nd, 43rd, 44th, 45th |
| **Website** | lacounty.gov |

Most of the population of Los Angeles County resides in the south and southwest, with major population centers in the Los Angeles Basin, San Fernando Valley, and San Gabriel Valley. Other population centers are found in the Santa Clarita Valley, Pomona Valley, Crescenta Valley and Antelope Valley.

The county is divided west-to-east by the San Gabriel Mountains, which are part of the Transverse Ranges of southern California, and are contained mostly within the Angeles National Forest. Most of the county's highest peaks are in the San Gabriel Mountains, including Mount San Antonio 10,068 feet (3,069 m) at the Los Angeles–San Bernardino county lines, Mount Baden-Powell 9,399 feet (2,865 m), Mount Burnham 8,997 feet (2,742 m) and Mount Wilson 5,710 feet (1,740 m). Several lower mountains are in the northern, western, and southwestern parts of the county, including the San Emigdio Mountains, the southernmost part of Tehachapi Mountains and the Sierra Pelona Mountains.



The historical boundaries of Los Angeles County since its establishment in 1850 as defined by the California State Legislature. The solid blue line represents the original boundaries of the county, the dashed blue lines represent the changes made to the boundaries, and the red line represents the final major boundary changes of the county made by the Legislature in 1889. This map does not include minor changes to the boundary after 1922, such as the transfer of a small amount land east of Interstate 5 to Kern County, among others. Portions or the entirety of modern-day Inyo, Kern, Orange, Riverside, San Bernardino, San Diego, and Ventura counties were formerly in Los Angeles County.

Los Angeles County includes San Clemente Island and Santa Catalina Island, which are part of the Channel Islands archipelago off the Pacific Coast.

### Lakes and reservoirs [ edit ]

- Bouquet Reservoir
- Castaic Lake
- Crystal Lake
- Elizabeth Lake
- Holiday Lake
- Hollywood Reservoir
- Hughes Lake
- Jackson Lake
- Las Virgenes Reservoir
- Malibou Lake
- Morris Reservoir
- Munz Lakes
- Lake Palmdale
- Puddingstone Reservoir
- Pyramid Lake
- Quail Lake
- Silver Lake Reservoir
- Stone Canyon Reservoir
- Tweedy Lake
- Westlake in City of Westlake Village
- Lake Lindero

> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links

Width
Standard
Wide
Color
Automatic
Light
Dark

### Major divisions of the county [ edit ]

- **East:** Eastside, San Gabriel Valley, portions of the Pomona Valley
- **West:** Westside, Beach Cities
- **South:** South Bay, South Los Angeles, Palos Verdes Peninsula, Gateway Cities, Los Angeles Harbor Region
- **North:** San Fernando Valley, Crescenta Valley, portions of the Conejo Valley, portions of the Antelope Valley and Santa Clarita

Valley
- **Central:** Downtown Los Angeles, Mid-Wilshire, Northeast Los Angeles

**National protected areas** [ edit ]

- Angeles National Forest (part)
- Los Padres National Forest (part)
- Santa Monica Mountains National Recreation Area (part)


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links


## Climate [ edit ]

The Northern part of the county has a Desert climate, while the rest of the county generally is a mix of semi-arid and a hot-summer Mediterranean climate. There is rainfall mostly in the wintertime, but the mountains in the north-central part of the county have snow during winter.[14]


Width
Standard
Wide
Color
Automatic
Light
Dark


## Demographics [ edit ]

*Main article: Demographics of Los Angeles County*

In Los Angeles County, Whites reached their peak population amount in 1960 before declining from then on; Blacks reached their peak in 1990.[22] Most of the growth has come from Hispanic and Asian minority groups.[22]

**Historical population**

| Census | Pop. | %± |
|---|---|---|
| 1850 | 3,530 | — |
| 1860 | 11,333 | 221.0% |
| 1870 | 15,309 | 35.1% |
| 1880 | 33,381 | 118.0% |
| 1890 | 101,454 | 203.9% |
| 1900 | 170,298 | 67.9% |
| 1910 | 504,131 | 196.0% |
| 1920 | 936,455 | 85.8% |
| 1930 | 2,208,492 | 135.8% |
| 1940 | 2,785,643 | 26.1% |
| 1950 | 4,151,687 | 49.0% |
| 1960 | 6,038,771 | 45.5% |
| 1970 | 7,041,980 | 16.6% |
| 1980 | 7,477,503 | 6.2% |
| 1990 | 8,863,164 | 18.5% |
| 2000 | 9,519,338 | 7.4% |
| 2010 | 9,818,605 | 3.1% |
| 2020 | 10,014,009 | 2.0% |
| 2025 (est.) | 9,694,934[15] | −3.2% |

U.S. Decennial Census[10]
1790–1960[17] 1900–1990[16]
1990–2000[18] 2010[20] 2020[21]


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy


| Racial composition[23] [hide] | 2020 | 2010 | 2000 | 1990 | 1980 | 1970 | 1960 | 1950[22] | 1940[22] |
|---|---|---|---|---|---|---|---|---|---|
| Hispanics | 48.0% | 47.7% | 44.5% | 37.8% | 27.6% | 14.9%[24] | 11%[25] | 5.8% | 2.2% |
| Non-Hispanic Whites[26] | 25.6% | 27.8% | 31.1% | 40.8% | 52.8% | 70.9%[24] | 79.3%[27] | 87.9% | 93.3% |


Width
Standard
Wide
Color

Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links


| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Asians | 14.7% | 13.5% | 11.9% | 11%[25] | 5.6%[28] | 2.9%[29] | 1.9%[30] | 1.3% | 1.9% |
| Blacks | 7.6% | 8.3% | 9.7% | 11.1% | 12.6% | 10.8%[31] | 7.6%[32] | 5% | 2.7% |
| Native Americans | 0.2% | 0.2% | 0.8% | 0.5% | 0.64%[33] | 0.35%[34] | 0.13%[35] | - | - |
| Pacific Islanders | 0.2% | 0.2% | - | - | - | - | - | - | - |
| Multiracial Americans | 3.0% | 2.0% | - | - | - | - | - | - | - |


Automatic
Light
Dark


| Racial composition as of 2023 07 01[36] | | |
|---|---|---|
| **Total population** | 9,663,345 | |
| **Hispanics** | 4,695,902 | 48.59% |
| **Non-Hispanic Whites**[26] | 2,369,899 | 24.52% |
| **Asians** | 1,454,666 | 15.05% |
| **Blacks** | 709,583 | 7.34% |
| **Native Americans** | 16,890 | 0.17% |
| **Pacific Islanders** | 19,128 | 0.20% |
| **Multiracial Americans** | 336,840 | 3.49% |

*For the racial / ethnic profile of individual communities in Los Angeles County, see Demographics of Los Angeles County § Racial / Ethnic profile of places in Los Angeles County, California.*

The county has a large population of Asian Americans, being home to the largest numbers of Burmese, Cambodian, Chinese, Filipino, Indonesian, Korean, Sri Lankan, Taiwanese, and Thai outside their respective countries.[37] The largest Asian groups in Los Angeles County are 4.0% Chinese, 3.3% Filipino, 2.2% Korean, 1.0% Japanese, 0.9% Vietnamese, 0.8% Indian, and 0.3% Cambodian.



Ethnic origins in Los Angeles County


Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links


45.9% of the population reported speaking only English at home; 37.9% spoke Spanish, 2.22% Tagalog, 2.0% Chinese, 1.9% Korean, 1.87% Armenian, 0.5% Arabic, and 0.2% Hindi.[38]

Los Angeles County is home to the largest Armenian population outside of Armenia.[39] It also accommodates the largest Iranian population outside of Iran of any other county or county equivalent globally.[40]


Width
Standard
Wide
Color
Automatic
Light
Dark


## Income [ edit ]

In 2024, the Area Median Income (AMI) for a one-person household in Los Angeles County was $74,600 ($6,217 per month); for a four-person household, $106,600 ($8,883 per month).[41]


Percent of households with incomes above $150k across LA County census tracts

As of 2024 12 12, the homeownership rate was 49.81%.[42] As of 2025 12 23, the median home value was $859,958.[43] Multi-unit structures comprised approximately 54.2% of the total housing inventory as of late 2025.

In October 2025, the number of homeless people in the county was 72,195, of which 47,450 were unsheltered.[44] LA County holds the undisputed title for the largest unsheltered homeless population in the nation—in 2024, only 30% of LA's homeless population was

sheltered either in an emergency shelter, transitional housing, or a safe haven program, compared to 97% of New York's unhoused.[45]

### Religion [edit]

In 2015, there were over two thousand Christian churches, the majority of which are Catholic.[46][47] Roman Catholic adherents number close to 40% of the population. There were 202 Jewish synagogues, 145 Buddhist temples, 38 Muslim mosques, 44 Bahá'í Faith worship centers, 37 Hindu temples, 28 Tenrikyo churches and fellowships, 16 Shinto worship centers, and 14 Sikh gurdwaras in the county.[48] The Roman Catholic Archdiocese of Los Angeles has approximately 5 million members and is the largest diocese in the United States. In 2014, the county had 3,275 religious organizations, the most out of all US counties.[49]

## Law, government, and politics [edit]


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links


### Government [edit]

*Main article: Government of Los Angeles County*

The Government of Los Angeles County is defined and authorized under the California Constitution, California law and the Charter of the County of Los Angeles.[50] Much of the Government of California is in practice the responsibility of local governments such as the Government of Los Angeles County.



The Kenneth Hahn Hall of Administration is the seat of the government of Los Angeles County.

The county's voters elect a governing five-member Los Angeles County Board of Supervisors. The small size of the board means each supervisor represents over 2 million people. The board operates in a legislative, executive, and quasi-judicial capacity. As a legislative authority, it can pass ordinances for the unincorporated areas (ordinances that affect the whole county, like posting of restaurant ratings, must be ratified by the individual city). As an executive body, it can tell the county departments what to do, and how to do it. As a quasi-judicial body, the Board is the final venue of appeal in the local planning process, and holds public hearings on various agenda items.

Width
Standard
Wide
Color
Automatic
Light
Dark

As of 2020, the Board of Supervisors oversees a $35.5 billion annual budget and over 112,000 employees.[51] The county government is managed on a day-to-day basis by a chief executive officer and is organized into many departments, each of which is enormous in comparison to equivalent county-level (and even many state-level) departments anywhere else in the United States. Some of the larger or better-known departments include:



The Grand Avenue entrance of the Stanley Mosk Courthouse

- Los Angeles County Department of Consumer and Business Affairs – offers consumers in the county a variety of services including: consumer and real estate counseling, mediation, and small claims counseling investigates consumer complaints, real estate fraud and identity theft issues. The department also provides small business certifications and helps entrepreneurs navigate the process of opening a business.
- Los Angeles County Superior Court - The primary trial court for Los Angeles County, handling civil, criminal, family, and probate cases.
- Los Angeles County Department of Children and Family Services – administers foster care
- Los Angeles County Fire Department – provides firefighting and emergency medical services for the unincorporated parts and 58 cities of Los Angeles County, as well as for the city of La Habra[52] in Orange County.

> Demographics

Width

Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

- Los Angeles County Department of Health Services – operates several county hospitals and a network of primary care clinics.
- Los Angeles County Department of Public Health – administers public health programs including STD programs, smoking cessation, and restaurant inspection. The cities of Long Beach and Pasadena have their own autonomous Public Health departments assuming county functions, and county public health orders are not applicable in those cities.
- Los Angeles County Department of Public Social Services – administers many federal and state welfare programs
- Los Angeles County Department of Public Works – operates countywide flood control system, constructs and maintains roads in unincorporated areas.
- Los Angeles County District Attorney – prosecutes criminal suspects
- Los Angeles County Office of the Public Defender – defends indigent people accused of criminal offenses.
- Los Angeles County Probation Department
- Los Angeles County Sheriff's Department – provides law enforcement services for the unincorporated parts of Los Angeles County, as well as 42 cities.

The Los Angeles County Metropolitan Transportation Authority, despite its name, is *not* a County department. Technically it is a state-mandated county transportation commission that also operates a large bus and rail system in the county.

Standard
Wide
Color
Automatic
Light
Dark

## Politics [edit]

*Main article: Politics of Los Angeles County*

### Overview [edit]

#### Voter registration [edit]

| Population and registered voters (Sept. 2025) | | |
|---|---|---|
| Total population | 9,757,179 | |
| Registered voters[57][note 1] | 5,834,380 | 59.8% |
| Democratic[57] | 2,988,634 | 51.2% |
| Republican[57] | 1,098,884 | 18.8% |
| Democratic–Republican spread[57] | +1,889,750 | +32.4% |
| American Independent[57] | 200,191 | 3.4% |
| Libertarian[57] | 48,197 | 0.8% |
| Peace and Freedom[57] | 43,165 | 0.7% |
| Green[57] | 28,444 | 0.5% |
| Unknown[57] | 32,209 | 0.5% |
| Other[57] | 45,961 | 0.8% |
| No party preference[57] | 1,348,695 | 23.1% |

In the United States House of Representatives, Los Angeles County is split between 17 congressional districts.[58] In the California State Senate, Los Angeles County is split between 13 legislative districts.[59] In the California State Assembly, Los Angeles County is split between 24 legislative districts.[60]

**United States presidential election results for Los Angeles County, California**[53][54][55][56] [hide]

| Year | Republican / Whig | | Democratic | | Third party(ies) | |
|---|---|---|---|---|---|---|
| | No. | % | No. | % | No. | % |
| 1852 | 496 | 46.36% | 574 | **53.64%** | 0 | 0.00% |
| 1856 | 521 | 37.84% | 721 | **52.36%** | 135 | 9.80% |
| 1860 | 352 | 20.44% | 475 | 27.58% | 895 | **51.97%** |
| 1864 | 555 | 42.73% | 744 | **57.27%** | 0 | 0.00% |
| 1868 | 748 | 37.70% | 1,236 | **62.30%** | 0 | 0.00% |
| 1872 | 1,311 | **47.24%** | 1,228 | 44.25% | 236 | 8.50% |
| 1876 | 3,041 | 45.59% | 3,615 | **54.20%** | 14 | 0.21% |
| 1880 | 2,914 | **47.90%** | 2,853 | 46.90% | 316 | 5.19% |
| 1884 | 5,595 | **51.67%** | 4,683 | 43.24% | 551 | 5.09% |
| 1888 | 13,805 | **54.64%** | 10,110 | 40.02% | 1,349 | 5.34% |
| 1892 | 10,226 | **44.89%** | 8,119 | 35.64% | 4,434 | 19.47% |
| 1896 | 16,891 | **49.62%** | 16,043 | 47.13% | 1,108 | 3.25% |
| 1900 | 19,200 | **55.10%** | 13,158 | 37.76% | 2,490 | 7.15% |
| 1904 | 32,507 | **66.50%** | 10,030 | 20.52% | 6,346 | 12.98% |
| 1908 | 41,483 | **56.77%** | 22,076 | 30.21% | 9,518 | 13.02% |
| 1912 | 2,181 | 1.32% | 55,110 | 33.34% | 108,005 | **65.34%** |
| 1916 | 135,554 | **50.59%** | 114,070 | 42.58% | 18,297 | 6.83% |
| 1920 | 178,117 | **69.10%** | 55,661 | 21.59% | 23,992 | 9.31% |
| 1924 | 299,675 | **65.51%** | 33,554 | 7.33% | 124,228 | 27.16% |
| 1928 | 513,526 | **70.22%** | 209,945 | 28.71% | 7,830 | 1.07% |

Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

Width
Standard
Wide
Color
Automatic
Light
Dark

- Demographics
- **Law, government, and politics**
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


On November 4, 2008, Los Angeles County was almost evenly split over Proposition 8, which amended the California Constitution to ban same-sex marriages. The county voted for the amendment 50.04% with a margin of 2,385 votes.[61]

| | | | | | | |
|---|---|---|---|---|---|---|
| 1932 | 373,738 | 38.55% | 554,476 | **57.19%** | 41,380 | 4.27% |
| 1936 | 357,401 | 31.62% | 757,351 | **67.00%** | 15,663 | 1.39% |
| 1940 | 574,266 | 40.58% | 822,718 | **58.13%** | 18,285 | 1.29% |
| 1944 | 666,441 | 42.68% | 886,252 | **56.76%** | 8,871 | 0.57% |
| 1948 | 804,232 | 46.51% | 812,690 | **47.00%** | 112,160 | 6.49% |
| 1952 | 1,278,407 | **56.21%** | 971,408 | 42.71% | 24,725 | 1.09% |
| 1956 | 1,260,206 | **55.38%** | 1,007,887 | 44.29% | 7,331 | 0.32% |
| 1960 | 1,302,661 | 49.45% | 1,323,818 | **50.25%** | 8,020 | 0.30% |
| 1964 | 1,161,067 | 42.52% | 1,568,300 | **57.43%** | 1,551 | 0.06% |
| 1968 | 1,266,480 | **47.65%** | 1,223,251 | 46.02% | 168,251 | 6.33% |
| 1972 | 1,549,717 | **54.75%** | 1,189,977 | 42.04% | 90,676 | 3.20% |
| 1976 | 1,174,926 | 47.78% | 1,221,893 | **49.69%** | 62,258 | 2.53% |
| 1980 | 1,224,533 | **50.18%** | 979,830 | 40.15% | 235,822 | 9.66% |
| 1984 | 1,424,113 | **54.50%** | 1,158,912 | 44.35% | 29,889 | 1.14% |
| 1988 | 1,239,716 | 46.88% | 1,372,352 | **51.89%** | 32,603 | 1.23% |
| 1992 | 799,607 | 29.04% | 1,446,529 | **52.54%** | 507,267 | 18.42% |
| 1996 | 746,544 | 30.96% | 1,430,629 | **59.34%** | 233,841 | 9.70% |
| 2000 | 871,930 | 32.35% | 1,710,505 | **63.47%** | 112,719 | 4.18% |
| 2004 | 1,076,225 | 35.60% | 1,907,736 | **63.10%** | 39,319 | 1.30% |
| 2008 | 956,425 | 28.82% | 2,295,853 | **69.19%** | 65,970 | 1.99% |
| 2012 | 885,333 | 27.83% | 2,216,903 | **69.69%** | 78,831 | 2.48% |
| 2016 | 769,743 | 22.41% | 2,464,364 | **71.76%** | 200,201 | 5.83% |
| 2020 | 1,145,530 | 26.86% | 3,028,885 | **71.03%** | 89,950 | 2.11% |
| 2024 | 1,189,862 | 31.91% | 2,417,109 | **64.82%** | 122,118 | 3.27% |

### Legal system [edit]

*Further information: Los Angeles County Superior Court*

The Los Angeles County Superior Court is the county's court of general jurisdiction, while the U.S. District Court for the Central District of California may hear cases where federal jurisdiction is present. Both are headquartered in a large cluster of government buildings in the city's Civic Center.

Historically, the courthouses were county-owned buildings that were maintained at county expense, which created significant friction since the trial court judges, as officials of the state government, had to lobby the county Board of Supervisors for facility renovations and upgrades. In turn, the state judiciary successfully persuaded the state Legislature to authorize the transfer of all courthouses to the state government in 2008 and 2009 (so that judges would have direct control over their own courthouses). Courthouse security is still provided by the county government under a contract with the state.

Unlike the largest city in the United States, New York City, all of the city of Los Angeles and most of its important suburbs are located within a single county. As a result, both the county superior court and the federal district court are respectively the busiest courts of their type in the nation.[62][63]

Many celebrities have been seen in Los Angeles courts. In 2003, the television show *Extra* (based in nearby Glendale) found itself running so many reports on the legal problems of local celebrities that it spun them off into a separate show, *Celebrity Justice*.

State cases are appealed to the Court of Appeal for the Second Appellate District, which is also headquartered in the Civic Center, and then to the California Supreme Court, which is headquartered in San Francisco but also hears argument in Los Angeles (again, in the Civic Center). Federal cases are appealed to the Court of Appeals for the Ninth Circuit, which hears them at its branch building in Pasadena. The court of last resort for federal cases is the U.S. Supreme Court in Washington, D.C.

## Crime [edit]

The following table includes the number of incidents reported and the rate per 1,000 persons for each type of offense.

**Population and crime rates (2011)** [show]

### Cities by population and crime rates [edit]

**Cities by population and crime rates (2012)** [show]

Width

- Standard
- Wide

Color

- Automatic
- Light
- Dark

| City | Population[66] | Violent crimes[66] | Violent crime rate per 1,000 persons | Property crimes[66] | Property crime rate per 1,000 persons |
|---|---|---|---|---|---|


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links



Width
Standard
Wide
Color
Automatic
Light
Dark


### Other statistics [edit]

Crime in 2013

- Homicides: 386[67]
- Thefts: 54,971[68]
- Burglaries: 17,606
- Car Thefts: 15,866[68]
- Robberies: 10,202
- Violent Crimes: 20,318[68]
- Rapes: 843
- Assaults: 8,976[68]
- Murders: 297

## Ecology [edit]



Many introduced species, such as this Indian peafowl, adapt readily to urban living and Los Angeles County's mild climate

According to the authors of *Wild L.A.*, a book about urban biodiversity, "Los Angeles is the birdiest county in the country with over 500 recorded species." LA's amenable climate supports a large number of introduced, tropical and migratory species, such as tropical parrots that snack on the local ornamental and edible fruit trees, including dates, figs, and loquats.[69][70] Because of the county's wide range of biomes it is possible to see desert bighorn sheep and green sea turtles in the same day, without crossing the county line.[69] The range of habitats in the county is "greater than in many states, with mountains, wetlands, desert, ocean, meadows and chaparral, each with its own endemic species."[71] There are at least 100 species of trees, and 1000 species of non-native plants, in the urban areas of the county.[72] Charismatic biodiversity indicator species native to the area include three species of amphibian (Baja California chorus frog, black-bellied slender salamander, western toad), 14 species of bird (acorn woodpecker, California quail, canyon wren, cinnamon teal, great blue heron, great horned owl, greater roadrunner, hooded merganser, Northern harrier, red-tailed hawk, red-winged blackbird, spotted towhee, western bluebird, western meadowlark), nine kinds of invertebrates (Behr's metalmark, bramble green hairstreak, bumblebees, El Segundo blue butterfly, harvester ants, Lorquin's admiral, North American Jerusalem crickets, Sara orangetip, velvet ants), five mammals (bobcat, dusky footed woodrat, gray fox, mountain lion, mule deer), and six reptiles (California kingsnake, coachwhip snake, gopher snake, side-blotched lizard, western pond turtle, western rattlesnake).[73] Any observations of these species within the county are considered ecologically significant indicators of ecosystem health and may be documented using the iNaturalist app.[74][75]


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also



Width
Standard
Wide
Color
Automatic
Light
Dark


## Economy [edit]

*See also: Los Angeles Chamber of Commerce*



Los Angeles County is commonly associated with the entertainment and digital media industry; all five major film studios—Paramount Pictures, Sony Pictures, Warner Bros., Universal Pictures, and Walt Disney Studios—are located within the county. Numerous other

Notes
References
External links

major industries also define the economy of Los Angeles County, including international trade supported by the Port of Los Angeles and the Port of Long Beach, music recording and production, aerospace and defense, fashion, and professional services such as law, medicine, engineering and design services, financial services.[76] High-tech sector employment within Los Angeles County is 368,500 workers,[77] and manufacturing employment within Los Angeles County is 365,000 workers.[78][79] Despite a business exodus from Downtown Los Angeles since the COVID-19 pandemic, the city's urban core is evolving as a cultural center with the world's largest showcase of architecture designed by Frank Gehry.[80]



Employment by industry in Los Angeles County (2015)

The following major companies have headquarters in Los Angeles County:

- Beverly Hills
  - Endeavor
  - Live Nation Entertainment, Inc
  - Metro-Goldwyn-Mayer
- Burbank
  - Walt Disney Co
  - Deluxe Entertainment Services Group
  - Warner Bros.
- Cerritos
  - CareMore
  - Isuzu Motors America
  - Memorex
  - RazorUSA
- El Segundo
  - Konami
  - Mattel, Inc
- Glendale
  - Avery Dennison Corp.
- City of Industry
  - Lee Kum Kee
- Irwindale
  - Huy Fong Foods
- La Mirada
  - Makita
- Los Angeles
  - AECOM
  - CBRE Group
  - Dollar Shave Club
  - Fandango, Inc.
  - Farmers Insurance Group
  - Herbalife
  - The Honest Company
  - ICANN
  - Paramount Skydance Corporation
  - Reliance Steel & Aluminum Co.
  - Universal Pictures
- Long Beach
  - Molina Healthcare
- Monrovia
  - Trader Joe's
- Palmdale
  - Delta Scientific
- Rosemead
  - Edison International
  - Panda Express
- Santa Clarita
  - Princess Cruise Lines
  - Honda Racing
- Santa Monica
  - Activision Blizzard
  - Hulu
  - Riot Games
  - Snap Inc.
  - TrueCar
  - Universal Music Group
- Torrance
  - American Honda Motor Co.
- Westlake Village
  - Dole Food Company[81]
- Woodland Hills
  - Farmers Insurance Exchange
  - Health Net Inc.
  - Panavision

Demographics
Law, government, and politics
Crime
Ecology
**Economy**
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

Width
Standard
Wide
Color
Automatic
Light
Dark

## Education [edit]

The Los Angeles County Office of Education provides a supporting role for school districts in the area. The county office also operates two magnet schools, the International Polytechnic High School and Los Angeles County High School for the Arts. There are a number of private schools in the county, most notably those operated by the Roman Catholic Archdiocese. The county's public education sector is run by numerous school districts with the Los Angeles Unified School District being the largest one running public schools primarily within the city of Los Angeles and its immediately neighboring cities.

### Colleges [edit]


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- **Education**
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


- Antelope Valley College, Lancaster
- Art Center College of Design, Pasadena
- The Art Institute of California – Los Angeles (AICALA), Santa Monica
- Azusa Pacific University, Azusa
- Biola University, La Mirada
- California Institute of the Arts, Santa Clarita
- Cerritos College, Norwalk
- Citrus College, Glendora
- Claremont Colleges, Claremont
  - Claremont McKenna College
  - Harvey Mudd College
  - Pitzer College
  - Pomona College
  - Scripps College
- Claremont School of Theology, Claremont
- College of the Canyons, Santa Clarita
- DeVry University, Long Beach and West Hills (Los Angeles)
- East Los Angeles College, Monterey Park
- El Camino College, Torrance
- Fuller Theological Seminary, Pasadena
- Glendale Community College, Glendale
- Hebrew Union College, Los Angeles
- ITT Technical Institute, Culver City, San Dimas, Sylmar (Los Angeles), Torrance, and West Covina
- Life Pacific College, San Dimas
- Long Beach City College, Long Beach
- Los Angeles City College (LACC), Los Angeles
- Los Angeles Harbor College, Los Angeles
- Los Angeles Mission College, Sylmar (Los Angeles)
- Los Angeles Music Academy College of Music, Pasadena
- Los Angeles Pierce College (Pierce), Woodland Hills (Los Angeles)
- Los Angeles Southwest College, Los Angeles
- Los Angeles Trade Technical College (LATTC), Los Angeles
- Los Angeles Valley College, Valley Glen (Los Angeles)
- The Master's University, Santa Clarita
- Mount St. Mary's College, Los Angeles
- Mt. San Antonio College, Walnut
- Mt. Sierra College, Monrovia
- Occidental College (Oxy), Eagle Rock (Los Angeles)
- Otis College of Art and Design, Westchester (Los Angeles)
- Pacific Oaks College, Pasadena
- Pasadena City College, Pasadena
- Pepperdine University, Malibu
- Rio Hondo College, Whittier

Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- **Education**
- Sites of interest

Width
- Standard
- Wide

Color
- Automatic
- Light

> Transportation
Water
> Communities
See also
Notes
References
External links

- Santa Monica College (SMC), Santa Monica
- West Los Angeles College, Culver City
- Whittier College, Whittier
- Wyoming Technical Institute (WyoTech), Long Beach

### Universities [edit]

- Abraham Lincoln University (ALU), Los Angeles[82]
- Alliant International University (AIU), Alhambra
- American Jewish University (AJULA), Los Angeles
- Azusa Pacific University, Azusa
- Biola University, La Mirada
- California Institute of Technology (Caltech), Pasadena
- California State Polytechnic University, Pomona (Cal Poly Pomona), Pomona
- California State University, Dominguez Hills (CSUDH), Carson
- California State University, Long Beach (CSULB), Long Beach
- California State University, Los Angeles (CSULA), Los Angeles
- California State University, Northridge (CSUN), Northridge (Los Angeles)
- Charles R. Drew University of Medicine and Science (Los Angeles)
- Claremont Graduate University (CGU), Claremont
- Loyola Marymount University (LMU), Westchester (Los Angeles)
- National University, Los Angeles and Woodland Hills
- Pepperdine University, Malibu
- Southern California University of Health Sciences, Whittier
- Southern California Institute of Architecture (SCI-Arc), Los Angeles
- Southwestern University School of Law, Los Angeles
- University of Antelope Valley (UAV), Lancaster
- University of California, Los Angeles (UCLA), Westwood (Los Angeles)
- University of La Verne, La Verne
- University of Southern California (USC), Los Angeles
- University of the West (UWest), Rosemead
- Western University of Health Sciences (WesternU), Pomona
- Woodbury University, Burbank

> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> **Education**
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links

Dark

Width
Standard
Wide
Color
Automatic
Light
Dark

### K–12 schools [edit]

*Main article: List of school districts in Los Angeles County, California*
*See also: List of schools in the Roman Catholic Archdiocese of Los Angeles*

## Sites of interest [edit]



The county's most visited park is Griffith Park, owned by the city of Los Angeles. The county is also known for the annual Rose Parade in Pasadena, the annual Los Angeles County Fair in Pomona, the Los Angeles County Museum of Art, the Los Angeles Zoo, the Natural History Museum of Los Angeles County, the La Brea Tar Pits, the Arboretum of Los Angeles, and two horse racetracks and two car racetracks (Pomona Raceway and Irwindale Speedway), also the RMS *Queen Mary* located in Long Beach, and the Long Beach Grand Prix, and miles of

beaches—from Zuma to Cabrillo.

Venice Beach is a popular attraction whose Muscle Beach used to attract throngs of tourists admiring "hardbodies". Today, it is more arts-centered. Santa Monica's pier is a well known tourist spot, famous for its Ferris wheel and bumper car rides, which were featured in the introductory segment of the television sitcom *Three's Company*. Further north in Pacific Palisades one finds the beaches used in the television series *Baywatch*.[83] The fabled Malibu, home of many film and television stars, lies west of it.



LA County Fair at dusk, 2008

In the mountain, canyon, and desert areas one may find Vasquez Rocks Natural Area Park, where many old Westerns were filmed. Mount Wilson Observatory in the San Gabriel Mountains is open for the public to view astronomical stars from its telescope, now computer-assisted. Many county residents find relaxation in water skiing and swimming at Castaic Lake Recreation Area – the county's largest park by area – as well as enjoying natural surroundings and starry nights at Saddleback Butte State Park in the eastern Antelope Valley – California State Parks' largest in area within the county. The California Poppy Reserve is located in the western Antelope Valley and shows off the State's flower in great quantity on its rolling hills every spring.



Photo of the Los Angeles County Museum of Art during its 2005 Ancient Egypt exhibit


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- **Sites of interest**
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


Width

Standard

Wide

Color

Automatic

Light

Dark

## Museums [ edit ]

- Academy Museum of Motion Pictures
- Armory Center for the Arts, Pasadena, California
- Battleship USS *Iowa*, Los Angeles Waterfront in San Pedro
- SS *Lane Victory*, Los Angeles Waterfront in San Pedro, just south of the USS *Iowa*
- California African American Museum
- California Science Center, Los Angeles (formerly the Museum of Science and Industry)
- The Broad
- Hammer Museum
- Huntington Library, San Marino
- Long Beach Museum of Art in the historic Elizabeth Milbank Anderson residence
- Los Angeles Children's Museum
- Los Angeles County Fire Museum, in Bellflower[84]
- Los Angeles County Museum of Art, Mid-City, Los Angeles
- Lucas Museum of Narrative Art
- Museum of Contemporary Art, Downtown Los Angeles (founded in 1950); The Geffen Contemporary at MOCA, Downtown Los Angeles (founded in 1980)
- Museum of Jurassic Technology, Culver City
- Museum of Latin American Art in Long Beach
- Museum of Neon Art
- Museum of the American West (Gene Autry Museum), in Griffith Park
- Museum of Tolerance
- Natural History Museum of Los Angeles County
- Pasadena Museum of California Art, in Pasadena
- J. Paul Getty Center, Brentwood (Ancient Roman, Greek, and European Renaissance Art)
- J. Paul Getty Villa, Pacific Palisades, Getty's original house


- Demographics
- Law, government, and politics
- Crime
- Ecology

Width

Standard

Wide

Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

- George C. Page Museum at La Brea Tar Pits
- Santa Monica Museum of Art, Santa Monica (Contemporary art)
- Norton Simon Museum, Pasadena (19th- and early 20th-century art)
- Skirball Cultural Center, Los Angeles
- Southwest Museum

Color
Automatic
Light
Dark

### Entertainment [ edit ]

- Los Angeles Memorial Coliseum
- Descanso Gardens
- Dodger Stadium
- Exposition Park
- Farmers Market
- The Forum
- Griffith Park
- Griffith Observatory
- Huntington Botanical Gardens
- La Brea Tar Pits
- Music Center
- Olvera Street
- Crypto.com Arena
- SoFi Stadium
- South Coast Botanic Garden
- Third Street Promenade
- Venice Beach
- Los Angeles Zoo
- Santa Fe Dam Recreation Area

Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

### Music venues [ edit ]

- California Plaza, comprising One California Plaza and Two California Plaza
- Cerritos Center for the Performing Arts
- Crypto.com Arena
- The Forum
- Walt Disney Concert Hall
- Greek Theatre
- House of Blues Sunset Strip
- Pantages Theatre
- Hollywood Bowl
- Hollywood Palladium
- John Anson Ford Amphitheatre
- The Orpheum Theatre
- The Roxy Theatre
- Royce Hall (UCLA)
- The Music Box
- El Rey Theatre


Walt Disney Concert Hall

Width
Standard
Wide
Color
Automatic
Light
Dark

- The Troubadour
- The Wiltern
- Whisky a Go Go

### Amusement parks [ edit ]

- Universal Studios Hollywood
- Raging Waters, San Dimas
- Six Flags Magic Mountain
- Six Flags Hurricane Harbor
- Pacific Park

### Other attractions [ edit ]

- U.S. Bank Tower
- Wilshire Grand Tower
- Central Los Angeles Library
- Watts Towers
- Wayfarers Chapel
- Fo Guang Shan Hsi Lai Temple
- Cathedral of Our Lady of the Angels
- *Queen Mary*


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- **Sites of interest**
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


Width

- Standard
- Wide

Color

- Automatic
- Light
- Dark

### Other areas [ edit ]

- Ridge Route
- Angeles National Forest
- Mount Wilson Observatory
- Malibu Creek State Park
- Vasquez Rocks Natural Area Park
- Plant 42's Blackbird Airpark and Heritage Airpark
- Antelope Valley California Poppy Reserve
- Cortes Bank
- Santa Catalina Island
- Mojave Desert
- Saddleback Butte State Park
- Antelope Valley Indian Museum State Historic Park
- Arthur B. Ripley Desert Woodland State Park



Angeles National Forest

## Transportation [ edit ]

*Main article: Transportation in Los Angeles*

### Major highways [ edit ]

- I-5
  - I-5 BL (San Fernando Road)
- I-10
- I-105
- I-110 / SR 110 (Harbor Freeway / Arroyo Seco Parkway)
- I-210 / SR 210 (Foothill Freeway)

- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- **Transportation**
- Water
- Communities
- See also
- Notes
- References
- External links


- I-405
- I-605
- I-710 / SR 710 – SR 710 is unsigned
- US 101
- SR 1 (Pacific Coast Highway)
- SR 2
- SR 14 – former US 6
- SR 18
- SR 19 / SR 164
- SR 22
- SR 23
- SR 27
- SR 39
- SR 47
- SR 57
- SR 60 – former US 60
- SR 66 (Foothill Boulevard) – former US 66
- SR 71
- SR 72
- SR 90
- SR 91 – former US 91
- SR 103
- SR 107
- SR 118
- SR 126
- SR 134
- SR 138
- SR 170
- SR 213

Width

- Standard
- Wide

Color

- Automatic
- Light
- Dark

### Air [edit]


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- **Transportation**
- Water
- Communities
- See also
- Notes
- References


Los Angeles International Airport (LAX), located in the Westchester district, is the primary commercial airport for commercial airlines in the county and the Greater Los Angeles Area. LAX is operated by Los Angeles World Airports (LAWA), an agency of the City of Los Angeles.


Los Angeles International Airport

Other important commercial airports in Los Angeles County include:

- Long Beach Municipal Airport operated by the City of Long Beach.
- Hollywood Burbank Airport in Burbank, operated by the Burbank-Glendale-Pasadena Airport Authority.

The following general aviation airports also are located in Los Angeles County:

- County-operated airports (Department of Public Works, Aviation Division)
  - Compton/Woodley Airport in Compton.


Width

- Standard
- Wide

Color

- Automatic
- Light
- Dark

External links

- San Gabriel Valley Airport in El Monte.
- Brackett Field in La Verne.
- Whiteman Airport in Pacoima.
- General William J. Fox Airfield in Lancaster.
- City-operated airports
  - Van Nuys Airport in Van Nuys, also operated by LAWA. Van Nuys Airport sees significant executive jet air traffic.
  - LA/Palmdale Regional Airport in Palmdale. The airport is a separate facility on the grounds of Air Force Plant 42.
  - Santa Monica Airport in Santa Monica, which has major executive jet traffic.
  - Hawthorne Municipal Airport, also known as Jack Northrop Field, in Hawthorne.
  - Zamperini Field in Torrance.

The U.S. Air Force operates three airports in Los Angeles County:

- Portions of Edwards Air Force Base, located at the northern edge of the county.
- Air Force Plant 42 in Palmdale, sharing runways with LA/Palmdale Regional.
- The non-flying Los Angeles Air Force Base in El Segundo.

### Rail [ edit ]

Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
**Transportation**
Water
Communities
See also
Notes
References
External links

Width
Standard
Wide
Color
Automatic
Light
Dark

Los Angeles is a major freight-railroad transportation center, in great part due to the large volumes of freight moving in and out of the county's seaport facilities. The ports are connected to the downtown rail yards and to the main lines of Union Pacific and Burlington Northern Santa Fe headed east via a grade-separated freight rail corridor known as the Alameda Corridor.

Passenger rail service is provided in the county by Amtrak, Los Angeles Metro Rail and Metrolink.

Amtrak has the following intercity Amtrak service at Union Station in the city of Los Angeles:

- The *Pacific Surfliner* to Santa Barbara, San Luis Obispo, and San Diego.
- The *Coast Starlight* to San Francisco Bay Area, Portland and Seattle.
- The *Southwest Chief* to Albuquerque, Kansas City and Chicago.
- The *Sunset Limited* to Tucson, Houston and New Orleans.

Union Station is also the primary hub for Metrolink commuter rail, which serves much of the Greater Los Angeles Area.

Light rail, subway (heavy rail), and long-distance bus service are all provided by the Los Angeles County Metropolitan Transportation Authority (Metro). Other smaller regional transit agencies that provide public transit to specific regions of Los Angeles County include LADOT, Long Beach Transit, Montebello Bus Lines, Norwalk Transit, Santa Monica's Big Blue Bus serving the western LA region, Santa Clarita Transit, Torrance Transit, Glendale Beeline, Foothill Transit serving the San Gabriel Valley region, and the Antelope Valley Transit Authority serving the Lancaster and Palmdale area in the Antelope Valley region.

### Sea [ edit ]

The county's two main seaports are the Port of Los Angeles and the Port of Long Beach. Together they handle over a quarter of all container traffic entering the United States, making the complex the largest and most important port in the country, and the third-largest port in the world by shipping volume.

The Port of Los Angeles is the largest cruise ship center on the West Coast, handling more than 1 million passengers annually.

The Port of Long Beach is home to the Sea Launch program, which uses a floating launch platform to insert payloads into orbits that would be difficult to attain from existing land-based launch sites.

Catalina Express ferries link the Catalina Island city of Avalon to the mainland at San Pedro and Long Beach, as well as Dana Point in

Orange County.


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- **Transportation**
- Water
- Communities
- See also
- Notes
- References
- External links


## Water [ edit ]

Water is provided by at least 200 independent water districts or agencies.[85] Statewide droughts in California have placed a strain on the county's water security.[86][87]



Watersheds of Los Angeles County


Width
Standard
Wide
Color
Automatic
Light
Dark


## Communities [ edit ]

*For the racial / ethnic profile of individual communities in Los Angeles County, see Demographics of Los Angeles County § Racial / Ethnic profile of places in Los Angeles County, California*

### Cities [ edit ]

*Main article: List of cities in Los Angeles County, California*

There are 88 incorporated cities in Los Angeles County. According to the 2024 Estimate, the most populous are:[88]

**Largest cities, 2024 Estimate**

| City | Population |
|---|---|
| Los Angeles | 3,878,704 |
| Long Beach | 450,901 |
| Santa Clarita | 229,159 |
| Glendale | 187,823 |
| Lancaster | 167,426 |
| Palmdale | 162,536 |
| Pomona | 147,966 |
| Torrance | 139,576 |
| Pasadena | 137,195 |
| Downey | 109,368 |
| West Covina | 106,920 |
| El Monte | 104,639 |
| Burbank | 103,533 |
| Inglewood | 102,774 |


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water


### Unincorporated areas [ edit ]

**Census-designated places** [ edit ]

- Acton
- Agua Dulce
- Alondra Park
- Altadena
- Avocado Heights
- Castaic
- Hacienda Heights
- Hasley Canyon
- La Crescenta-Montrose
- Ladera Heights
- Lake Hughes
- Lake Los Angeles
- South San Gabriel
- South San Jose Hills
- South Whittier
- Stevenson Ranch
- Sun Village
- Topanga


Width
Standard
Wide
Color
Automatic
Light
Dark

Communities
See also
Notes
References
External links

- Charter Oak
- Citrus
- Del Aire
- Desert View Highlands
- East Los Angeles
- East Pasadena
- East Rancho Dominguez
- East San Gabriel
- East Whittier
- Elizabeth Lake
- Florence-Graham
- Green Valley
- Lennox
- Leona Valley
- Littlerock
- Marina del Rey
- Mayflower Village
- North El Monte
- Pepperdine University
- Quartz Hill
- Rose Hills
- Rowland Heights
- San Pasqual
- South Monrovia Island
- Val Verde
- Valinda
- View Park-Windsor Hills
- Vincent
- Walnut Park
- West Athens
- West Carson
- West Rancho Dominguez
- West Puente Valley
- West Whittier-Los Nietos
- Westmont
- Willowbrook

**Other unincorporated communities** [ edit ]

- Agoura
- Alla
- Alpine
- Andrade Corner
- Antelope Acres
- Antelope Center
- Athens
- Bassett
- Big Pines
- Castaic Junction
- City Terrace
- Cornell
- Del Sur
- Del Valle
- Firestone Park
- Florence
- Gorman
- Hillgrove
- Hi Vista
- Juniper Hills
- Kagel Canyon
- Kinneloa Mesa
- Largo Vista
- Llano
- Los Nietos
- Malibu Vista
- Monte Nido
- Neenach
- Ninetynine Oaks
- Pearblossom
- Rancho Dominguez
- Sandberg
- Sand Canyon
- Seminole Hot Springs
- Three Points
- Two Harbors
- Universal City
- Valyermo
- West Whitter

Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

Width
Standard
Wide
Color
Automatic
Light
Dark

**Proposed communities** [ edit ]

- Centennial (planned for 70,000).[69]

*See: Los Angeles Almanac MAP: Unincorporated Areas and Communities of Los Angeles County*

*See also: List of districts and neighborhoods of Los Angeles*

## See also [ edit ]

- List of museums in Los Angeles
- List of museums in Los Angeles County, California
- List of school districts in Los Angeles County, California
- List of schools in the Roman Catholic Archdiocese of Los Angeles
- National Register of Historic Places listings in Los Angeles County, California

Greater Los Angeles portal

## Notes [ edit ]

1. ^ Percentage of registered voters with respect to total population. Percentages of party members with respect to registered voters follow.
2. ^ Only larceny-theft cases involving property over $400 in value are reported as property crimes.
3. ^ Mayor Council In 2022

3. Mayor-Council in 2032


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- **References**
- External links


## References [edit]


1. ^ "Chronology". California State Association of Counties. Archived from the original on January 29, 2016. Retrieved February 6, 2015.
2. ^ Mount San Antonio in the San Gabriel Mountains, on border with San Bernardino County
3. ^ Sea level at the Pacific Ocean
4. ^ "Gross Domestic Product: All Industries in Los Angeles County, CA". *fred.stlouisfed.org*.
5. ^ "County of Los Angeles ZIP Code List" (PDF). Archived from the original (PDF) on October 20, 2019. Retrieved September 12, 2019.
6. ^ "Newsroom: Population: Census Bureau Releases State and County Data Depicting Nation's Population Ahead of 2010 Census". Census.gov. Archived from the original on August 24, 2012. Retrieved August 23, 2012.
7. ^ Coy, Owen C. (1923). *California County Boundaries*. Berkeley: California Historical Commission. p. 140. ASIN B000GRBCXG.
8. ^ "State and County Maps of California". September 20, 2013. Archived from the original on July 2, 2018. Retrieved July 2, 2018.
9. ^ A partial listed can be found for the San Fernando Valley, the Los Angeles basin, the San Gabriel valley, and high desert.
10. ^ Spitzzeri, Paul R. (Fall 2007). "What a Difference a Decade Makes: Ethnic and Racial Demographic Change in Los Angeles County during the 1860s" (PDF). *Branding Iron*. Archived (PDF) from the original on February 4, 2019. Retrieved February 3, 2019.
11. ^ U.S. Census Bureau. "Population of the United States in 1860: California" (PDF). Archived (PDF) from the original on April 12, 2023. Retrieved July 2, 2020.
12. ^ Spitzzeri, Paul R. (Fall 2007). "What a Difference a Decade Makes: Ethnic and Racial Demographic Change in Los Angeles County during the 1860s" (PDF). *Branding Iron*. Archived (PDF) from the original on February 4, 2019. Retrieved February 3, 2019.
13. ^ "2010 Census Gazetteer Files". United States Census Bureau. August 22, 2012. Archived from the original on September 25, 2015. Retrieved September 26, 2015.
14. ^ "CityNews". *toronto.citynews.ca*. February 26, 2023. Archived from the original on February 26, 2023. Retrieved February 26, 2023.
15. ^ "QuickFacts: Los Angeles County, California". United States Census Bureau. Retrieved March 26, 2026.
16. ^ "Census of Population and Housing from 1790-2000". US Census Bureau. Archived from the original on July 19, 2018. Retrieved January 24, 2022.
17. ^ "Historical Census Browser". University of Virginia Library.

47. ^ "Los Angeles Has Numerous High Profile Churches for Addiction Recovery". *Muse Treatment*. December 6, 2021. Archived from the original on December 25, 2021. Retrieved December 25, 2021.
48. ^ Selected Non-Christian Religious Traditions in Los Angeles County: 2000 Prolades.com Archived August 26, 2010, at the Wayback Machine
49. ^ "Social Capital Variables Spreadsheet for 2014". *PennState College of Agricultural Sciences, Northeast Regional Center for Rural Development*. December 8, 2017. Archived from the original on December 31, 2019. Retrieved December 30, 2019.
50. ^ California Government Code § 23004
51. ^ Sachi A. Hamai, Transmittal Letter, Fiscal 2020–21 Recommended County Budget Archived May 22, 2020, at the Wayback Machine, April 28, 2020, 2.
52. ^ McKibben, Dave (February 9, 2005). "L.A. County to Absorb La Habra's Fire Unit". *Los Angeles Times*. Archived from the original on December 22, 2015. Retrieved August 7, 2015.
53. ^ Leip, David. "Dave Leip's Atlas of U.S. Presidential Elections". Uselectionatlas.org. Retrieved November 16, 2025.
54. ^ Thompson and West. "Los Angeles County Election Results, 1849-1879: L.A. County Rejects Lincoln (Twice) & Chinese Immigration". SCVHistory.com. Archived from the original on September 30, 2020. Retrieved January 16, 2021.
55. ^ Padilla, Alex (December 11, 2020). "President by County" (PDF). *Secretary of State of California*. Archived (PDF) from the original on June 14, 2025. Retrieved October 3, 2025.
56. ^ Weber, Shirley (December 13, 2024). "President by County" (PDF). *Secretary of State of California*. Archived (PDF) from the original on December 17, 2024. Retrieved October 1, 2025.
57. ^ a b c d e f g h i j k California Secretary of State. September 5, 2025 – Report of Registration. Retrieved October 3, 2025.
58. ^ "2021 California Citizens Redistricting Commission (CRC) Congressional Districts" (PDF). *California Senate Office of Demographics*. Archived (PDF) from the original on April 3, 2024. Retrieved April 3, 2024.
59. ^ "2021 California Citizens Redistricting Commission (CRC) Senate Districts" (PDF). *California Senate Office of Demographics*. Archived (PDF) from the original on May 27, 2024. Retrieved April 3, 2024.
60. ^ "2021 California Citizens Redistricting Commission (CRC) Assembly Districts" (PDF). *California Senate Office of Demographics*. Retrieved April 3, 2024.
61. ^ ""Statement of Vote: 2008 General Election"" (PDF). Archived from the original (PDF) on October 18, 2012.
62. ^ *A look at your Superior Court*, Public Information Office, Los Angeles Superior Court



Width
Standard
Wide
Color
Automatic
Light
Dark



- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education

Width
Standard
Wide
Color

> Sites of interest
> Transportation
Water
> Communities
See also
Notes
**References**
External links

Archived from the original on May 30, 2019. Retrieved September 26, 2015.

18. ^ Forstall, Richard L., ed. (March 27, 1995). "Population of Counties by Decennial Census: 1900 to 1990". United States Census Bureau. Archived from the original on September 24, 2015. Retrieved September 26, 2015.
19. ^ "Census 2000 PHC-T-4. Ranking Tables for Counties: 1990 and 2000" (PDF). United States Census Bureau. April 2, 2001. Archived (PDF) from the original on December 18, 2014. Retrieved September 26, 2015.
20. ^ "P2: Hispanic or Latino, and Not Hispanic or Latino by Race – 2010: DEC Redistricting Data (PL 94-171) – Los Angeles County, California". *United States Census Bureau*.
21. ^ "P2: Hispanic or Latino, and Not Hispanic or Latino by Race – 2020: DEC Redistricting Data (PL 94-171) – Los Angeles County, California". *United States Census Bureau*.
22. ^ a b c d "The Racial Resegregation of Los Angeles County, 1940-2000".
23. ^ "Race and Ethnicity in the United States: 2010 Census and 2020 Census". *Census.gov*. Archived from the original on August 15, 2021. Retrieved December 25, 2021.
24. ^ a b Lopez-Garza Marta; Diaz, David R. (eds.) Asian and Latino Immigrants in a Restructuring Economy SUP, 2002, p. 339
25. ^ a b Waldinger, Roger; Bozorgmehr, Mehdi (eds.) Ethnic Los Angeles Russell Sage Foundation, 1996, p. 87. "Within Los Angeles County itself, the process of ethnic change took place at an even more rapid pace. Between 1960 and 1990, the Hispanic percentage jumped from 11 to 36 and the Asian percentage from 2 to 11."
26. ^ a b From 1944 through 2023, the U.S. Census Bureau categorized people from the Middle East or North Africa as White.
27. ^ Mid-decade Census U.S. Government Printing Office, 1962, p. 209. (Out of a total of 6,038,771 people, 5,453,866 or 90.31% were White. Note that in the 1960 census, Hispanics were counted as Whites.)
28. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (The 93,747 Chinese, 116,543 Japanese, 99,043 Filipinos, 60,618 Koreans, 18,562 Asian Indians and 28,696 Vietnamese amount to 417,209 Asians, which is 5.58% of the total population of 7,477,503.)
29. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (The 40,798 Chinese, 24,509 Indians, 104,078 Japanese and 33,459 Filipinos amount to 202,844 Asians, which is 2.88% of the total population of 7,032,075.)
30. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (The 19,286 Chinese, 8,109 Indians, 77,314 Japanese and 12,122 Filipinos amount to 116,831 Asians, which is 1.93% of

63. ^ "LA Court". *lasuperiorcourt.org*. Archived from the original on February 19, 2009.
64. ^ U.S. Census Bureau. American Community Survey, 2011 American Community Survey 5-Year Estimates, Table B02001. U.S. Census website Archived December 27, 1996, at the Wayback Machine. Retrieved October 26, 2013.
65. ^ a b c d e f g h i j Office of the Attorney General, Department of Justice, State of California. Table 11: Crimes – 2009. Retrieved November 14, 2013. Archived December 2, 2013, at the Wayback Machine
66. ^ a b c United States Department of Justice, Federal Bureau of Investigation. Crime in the United States, 2012, Table 8 (California) Archived June 28, 2016, at the Wayback Machine. Retrieved November 14, 2013.
67. ^ Kator, Zabi. "Is Security in Los Angeles getting better or worse". *guardNOW Security Services*. Archived from the original on April 23, 2014. Retrieved August 28, 2013.
68. ^ a b c d Kator, Zabi. "Los Angeles Security & Crime Statistics". *guardNOW Security Services*. Archived from the original on April 23, 2014. Retrieved August 28, 2013.
69. ^ a b Higgins, Lila; Pauly, Gregory B. M (2019). *Wild L.A.: Explore the Amazing Nature in and Around Los Angeles*. Timber Press. ISBN 978-1604697100.
70. ^ Arellano, Gustavo (June 4, 2021). "Column: In diverse Southern California, loquats are the real fruit MVPs". *Los Angeles Times*. Retrieved April 1, 2026.
71. ^ Horton, Sue (May 24, 2005). "Stop, look, listen, count; Nothing matters to speed birders except tallying as many species as possible in 24 hours". *Los Angeles Times*. pp. F1.
72. ^ Wood, Eric M.; Esaian, Sevan (2020). "The importance of street trees to urban avifauna". *Ecological Applications*. **30** (7): e02149. Bibcode:2020EcoAp..30E2149W. doi:10.1002/eap.2149. ISSN 1051-0761. JSTOR 27029104. PMC 7583466. PMID 32340072.
73. ^ Chima, Shaan; Dajadiac, Ankeen; Kinzel, Ryan; Perez, Pedro A.; Pingatore, Adam. Biodiversity Indicator Species: A Guide to the City of Los Angeles' Charismatic Umbrella Species (Report). LA Sanitation & Environment. Archived from the original on August 4, 2024. Retrieved August 4, 2024.
74. ^ "New List Of Species A Gauge Of LA's Biodiversity, Environmental Health - CBS Los Angeles". *www.cbsnews.com*. June 25, 2021. Archived from the original on August 4, 2024. Retrieved August 4, 2024.
75. ^ "Indicator Species | Los Angeles Public Library". *lapl.org*. Archived from the original on August 4, 2024. Retrieved August 4, 2024.
76. ^ T, Stephen (January 1, 2018). "What Drives the Economy of Los Angeles?". *Muse Treatment*. Archived from the original on February 6, 2021. Retrieved January 28, 2021.
77. ^ Lawren (October 6, 2014). "LA Tech Report examines the

Automatic
Light
Dark

> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
**References**
External links

Width
Standard
Wide
Color
Automatic
Light
Dark

- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- **References**
- External links



the total population of 6,039,777.)

31. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (Out of a total of 7,032,075 people, 762,844 or 10.85% were Black or African Americans.)
32. ^ Mid-decade Census U.S. Government Printing Office, 1962, p. 209. (Out of a total of 6,038,771 people, 461,546 or 7.64% were Black or African Americans.)
33. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (Out of a total of 7,477,503 people, 48,120 or 0.64% were Native Americans.)
34. ^ Race of the Population by County: 1970 U.S. Government Printing Office, 1975, p. 7. (Out of a total of 7,032,075 people, 24,509 or 0.35% were Native Americans.)
35. ^ Mid-decade Census U.S. Government Printing Office, 1962, p. 209. (Out of a total of 6,038,771 people, 8,109 or 0.13% were Native Americans.)
36. ^ "2023 American Community Survey 1-Year Estimates : Los Angeles County, California". U.S. Census Bureau. July 1, 2023. Retrieved November 17, 2024.
37. ^ Trinidad, Elson (September 27, 2013). "L.A. County is the Capital of Asian America". *KCET*. Archived from the original on April 7, 2014. Retrieved September 27, 2013.
38. ^ "Language Map Data Center". Mla.org. July 17, 2007. Archived from the original on February 20, 2013. Retrieved August 23, 2012.
39. ^ Stuart, Gwynned (October 29, 2019). "The U.S. Will Finally Recognize the Armenian Genocide". *Los Angeles Magazine*. Archived from the original on July 24, 2021. Retrieved July 7, 2021.
40. ^ Lai, Tianjian (July 15, 2021). "Immigrants from Iran in the United States". *Migration Policy*. Retrieved July 30, 2021.
41. ^ Sharp, Steven. Here are California's affordable housing income limits for 2025 *Urbanize (Los Angeles)*, 2025 04 30
42. ^ Homeownership Rate (5-year estimate) for Los Angeles County, CA Federal Reserve Bank of St. Louis
43. ^ The average Los Angeles County, CA home value Zillow.com
44. ^ LAHSA Releases Finalized 2025 Homeless Count Results After HUD Review Los Angeles Homeless Services Authority, 2025 10 20
45. ^ Which US cities have the largest homeless populations? USAFacts, 2025 02 07
46. ^ "Los Angeles County". *croc usc edu*. September 16, 2009. Archived from the original on September 21, 2020. Retrieved October 9, 2020.

regional high tech ecosystem". *Los Angeles County Economic Development Corporation*. Archived from the original on November 10, 2016. Retrieved November 9, 2016.

78. ^ Lawren (July 15, 2014). "Manufacturing employment & competitiveness in CA – New LAEDC report". *Los Angeles County Economic Development Corporation*. Archived from the original on November 10, 2016. Retrieved November 9, 2016.
79. ^ ROOSEVELT, MARGOT (July 19, 2014). "Despite losses, California leads nation in factory jobs". *Orange County Register*. Retrieved January 28, 2021.
80. ^ Vincent, Roger (April 12, 2024). "Downtown L.A. is hurting. Frank Gehry thinks arts can lead a revival". *Los Angeles Times*. Archived from the original on April 14, 2024. Retrieved April 14, 2024.
81. ^ Encyclopedia.com Archived January 18, 2012, at the Wayback Machine, "Dole gets ready to turn first shovel of headquarters dirt: plans are set to go to Westlake Village City Council". (Dole Food Co. Inc. *Los Angeles Business Journal*, January 31, 1994. Retrieved on September 27, 2009.
82. ^ Lindsey, Corrie T. (March 23, 2012). "Abraham Lincoln University". Archived from the original on September 21, 2020. Retrieved September 19, 2020.
83. ^ Pettas, Mary (March 14, 2016). "8 Classic TV Shows That Were Filmed In LA". *Culture Trip*. Archived from the original on June 24, 2021. Retrieved June 24, 2021.
84. ^ "Home, LOS ANGELES FIRE DEPARTMENT MUSEUM". *LOS ANGELES FIRE DEPARTMENT MUSEUM*. Archived from the original on January 7, 2017. Retrieved January 11, 2017.
85. ^ Cosgrove, Jaclyn (December 6, 2023). "L.A. County aims to collect billions more gallons of local water by 2045". *Los Angeles Times*. Archived from the original on December 11, 2023. Retrieved December 11, 2023.
86. ^ Smith, Hayley (October 13, 2022). "Los Angeles is running out of water, and time. Are leaders willing to act?". *Los Angeles Times*. Archived from the original on October 13, 2022. Retrieved October 15, 2022.
87. ^ Smith, Hayley (March 1, 2022). "California drought continues after state has its driest January and February on record". *Los Angeles Times*. Archived from the original on March 9, 2022. Retrieved December 11, 2023.
88. ^ "Annual Estimates of the Resident Population for Incorporated Places of 20,000 or More, Ranked by July 1, 2024 Population: April 1, 2020 to July 1, 2024". United States Census Bureau. May 2025. Retrieved November 4, 2025.
89. ^ Gertner, Jon (March 18, 2007). "Playing Sim City for Real". *The New York Times*. Archived from the original on June 21, 2018. Retrieved January 21, 2018.


Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark


- Demographics
- Law, government, and politics


## External links [edit]

- County government website

Wikimedia Commons has


Width
- Standard

- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- **References**
- External links


- Los Angeles Tourism & Convention Board

media related to *Los Angeles County, California.*

Wikisource has the text of an 1879 *American Cyclopædia* article about *Los Angeles County, California.*

Wide

Color

Automatic

Light

Dark

| | | |
|---|---|---|
| | **Places adjacent to Los Angeles County, California** | [show] |
| V·T·E | **County of Los Angeles** | [show] |
| V·T·E | **Municipalities and communities of Los Angeles County, California, United States** | [show] |
| V·T·E | **Greater Los Angeles Area** | [show] |
| V·T·E | **State of California** | [show] |
| V·T·E | **History of California** | [show] |
| | **Authority control databases** | [show] |

Categories: Los Angeles County, California | California counties | Los Angeles metropolitan area | Greater Los Angeles | Counties in Southern California | 1850 establishments in California | Majority-minority counties in California | Populated places in the United States established in 1850

This page was last edited on 2 May 2026, at 13:02 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike 4.0 License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy About Wikipedia Disclaimers Contact Wikipedia Legal & safety contacts Code of Conduct Developers Statistics Cookie statement Mobile view

Quordle
Can you solve 4 words at once?
Play

Blossom
Pick the best words!
Play

The Missing Letter
A daily crossword with a twist
Play

Name That Tree!
A quiz that's all bark, no bite.
Take the quiz

Learn a new word every day. Delivered to your inbox!
Your email address SUBSCRIBE

Help About Us Advertising Info Contact Us Privacy Policy Terms of Use

Dictionary Thesaurus dept Games Word of the Day Grammar Word Finder Slang Newsletters Wordplay Rhymes More



# dept abbreviation

department

ADVERTISEMENT
20% OFF The Mother's Day Event JCPenney Shop All

ADVERTISEMENT
MAY IS GOLD MONTH Shop Now J.C.Penney Co.

Top Lookups
1 existential

## Browse Nearby Words

depsidone **dept** Deptford

See All Nearby Words >

## Browse Nearby Words

depsidone **dept** Deptford

See All Nearby Words >

## Cite this Entry

Style MLA

"Dept." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/dept. Accessed 4 May. 2026.

Copy Citation

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

2 happy
3 enigma
4 culture
5 didactic
6 pedantic
7 love

ADVERTISEMENT




5 didactic
6 pedantic
7 love

ADVERTISEMENT

WORD OF THE DAY

scrupulous

See Definitions and Examples »

Get Word of the Day daily email!

Your email add SUBSCRIBE

MERRIAM-WEBSTER UNABRIDGED

ADVERTISEMENT

## Popular in Grammar & Usage

See More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

## Popular in Wordplay

See More



The Longest Long Words List



9 Other Words for Beautiful



The Words of the Week - May 1



Was 'nervous Nellie' a Real Person?



12 Lovely and Unusual Words for the Natural World

Games & Quizzes

See All >




**Quordle**

Can you solve 4 words at once?

Play




**Blossom**

Pick the best words!

Play



**The Missing Letter**

A daily crossword with a twist

Play



**Name That Tree!**

A quiz that's all bark, no bite.

Take the quiz

# EXHIBIT 30

| | |
|---|---|
| **To:** | Jonathan Pearce(uspto@socalip.com) |
| **Subject:** | U.S. Trademark Application Serial No. 99558505 - L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE - - L288.T25D53 |
| **Sent:** | May 04, 2026 01:58:43 PM EDT |
| **Sent As:** | tmng.notices@uspto.gov |

**Attachments**

screencapture-www-merriam-webster-com-dictionary-brigade-17779126950321
screencapture-www-merriam-webster-com-dictionary-community-17779128075311
screencapture-www-merriam-webster-com-dictionary-fire-20department-17779132254151
screencapture-en-wikipedia-org-wiki-Los_Angeles_County-_California-17779133506941
screencapture-www-merriam-webster-com-dictionary-dept-17779145731341

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application Serial No.** 99558505

**Mark:** L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE

**Correspondence Address:**
Jonathan Pearce
SoCal IP Law Group LLP
310 N Westlake Blvd.
Suite 120
Westlake Village CA 91362
United States

**Applicant:** Los Angeles Emergency Preparedness Foundation

**Reference/Docket No.** L288.T25D53

**Correspondence Email Address:** uspto@socalip.com

## NONFINAL OFFICE ACTION

**Response deadline.** File a response to this nonfinal Office action within three months of the "Issue date" below to avoid abandonment of the application. Review the Office action and respond using one of the links to the appropriate electronic forms in the "How to respond" section below.

**Request an extension.** For a fee, applicant may request one three-month extension of the response deadline prior to filing a response. The request must be filed within three months of the "Issue date" below. If the extension request is granted, the USPTO must receive applicant's response to this letter within six months of the "Issue date" to avoid abandonment of the application.

**Issue date:** May 4, 2026

**Introduction**

The referenced application has been reviewed by the assigned trademark examining attorney. Applicant must respond timely and completely to the issue(s) below. 15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

**Summary of Issues**

- Search Results - No Conflicting Marks Found
- Disclaimer of Descriptive Term and Geographically Descriptive Wording Required

**Search Results - No Conflicting Marks Found**

The trademark examining attorney has searched the USPTO database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d). 15 U.S.C. §1052(d); TMEP §704.02.

**Disclaimer of Descriptive Term and Geographically Descriptive Wording Required**

Applicant must disclaim the wording “L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE” because it is merely descriptive and primarily geographically descriptive of applicant’s goods and/or services. *See* 15 U.S.C. §1056(a).

Terms that describe the provider of a product or service may also be merely descriptive of the product and/or service. *See In re Chamber of Com. of the U.S.*, 675 F.3d 1297, 1301, 102 USPQ2d 1217, 1220 (Fed. Cir. 2012) (affirming Board’s holding that NATIONAL CHAMBER was merely descriptive of online service providing directory information for local and state chambers of commerce and business and regulatory data analysis services to promote the interest of businessmen and businesswomen); *In re Major League Umpires*, 60 USPQ2d 1059, 1060 (TTAB 2001) (holding MAJOR LEAGUE UMPIRE merely descriptive of clothing, face masks, chest protectors and shin guards provided, designed, and used by major league umpires); TMEP §1209.03(q).

The wording “FIRE DEPT. COMMUNITY BRIGADE” merely describes an ingredient, quality, characteristic, function, feature, purpose, or use of applicant’s goods and/or services. *See* 15 U.S.C. §1052(e)(1); *DuoProSS Meditech Corp. v. Inviro Med. Devices, Ltd.*, 695 F.3d 1247, 1251, 103 USPQ2d 1753, 1755 (Fed. Cir. 2012). FIRE DEPT. is an abbreviation of "fire department," which is an organization intended to prevent or extinguish fires. *See attached evidence from Merriam-Webster Dictionary*. This wording merely describes a feature of applicant's entity. COMMUNITY is defined as a body of people with common interests or geographic area, while BRIGADE is defined as a group of people organized for a particular purpose. *See attached evidence from Merriam-Webster Dictionary*. The combination of terms merely describes a feature or purpose of applicant's services, as indicated by the specimen, which is to create a group of people in local communities to provide volunteer fire fighting services.

In addition, the wording “L.A. COUNTY” is primarily geographically descriptive of the origin of applicant’s goods and/or services. *See* 15 U.S.C. §1052(e)(2); *In re Societe Generale des Eaux Minerales de Vittel S.A.*, 824 F.2d 957, 959, 3 USPQ2d 1450, 1451-52 (Fed. Cir. 1987); TMEP

§§1210.01(a), 1210.06(a), 1213.03(a). LA COUNTY identifies the geographic county in southern California that encompasses numerous cities, including the city of Los Angeles, which is applicant's location. *See attached evidence from Wikipedia*.

Applicant may respond to this issue by submitting a disclaimer in the following format:

> **No claim is made to the exclusive right to use "L.A. COUNTY FIRE DEPT. COMMUNITY BRIGADE" apart from the mark as shown.**

For an overview of disclaimers and instructions on how to provide one using the electronic response form, see the Disclaimer webpage.

**Response Guidelines**

For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action. For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above. For a requirement, applicant should set forth the changes or statements. Please see the Responding to Office Actions webpage for more information and tips on responding.

Please call or email the assigned trademark examining attorney with questions about this Office action. Although an examining attorney cannot provide legal advice, the examining attorney can provide additional explanation about the refusal(s) and/or requirement(s) in this Office action. *See* TMEP §§705.02, 709.06.

The USPTO does not accept emails as responses to Office actions; however, emails can be used for informal communications and are included in the application record. *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.** File a **response form to this nonfinal Office action** or file a **request form for an extension of time to file a response**.

/Brendan Smith/
Brendan Smith
Trademark Examining Attorney
Law Office 108
(571) 272-1766
Brendan.Smith@uspto.gov

RESPONSE GUIDANCE

- **Missing the deadline for responding to this letter will cause the application to abandon.** A response or extension request must be received by the USPTO before 11:59 p.m. **Eastern Time** of the last day of the response deadline. Trademark Electronic Application System (TEAS)

system availability could affect an applicant's ability to timely respond. For help resolving technical issues with TEAS, email TEAS@uspto.gov.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.** If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant. If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

https://www.merriam-webster.com/dictionary/brigade at 12:38:27, 05/04/2026

Merriam-Webster Dictionary Thesaurus brigade Games Word of the Day Grammar Word Finder Slang NEW Newsletters Wordplay Rhymes More


More Commonly Mispronounced Words


5 Verbal Slip Ups and Language Mistakes


Is that lie 'bald-faced' or 'bold-faced'?



The Difference Between 'i.e.' and 'e.g.'


Why is '-ed' sometimes pronounced at the end of a word?

Merriam-Webster Est. 1828 Dictionary Thesaurus brigade Games Word of the Day Grammar Word Finder Slang NEW Newsletters Wordplay Rhymes More

Dictionary
Definition
noun
verb
Synonyms
Example Sentences
Word History
Phrases Containing
Rhymes
Entries Near
Related Articles
Cite this Entry
Kids Definition
More from M-W
Show Less

# brigade 1 of 2 noun

bri·gade bri-ˈgād

Synonyms of *brigade* ›

NEW Simple Definition

1 a : a large body of troops

b : a tactical and administrative unit composed of a headquarters, one or more units of infantry or armor, and supporting units

2 : a group of people organized for special activity

# brigade 2 of 2 verb

**brigaded; brigading**

*transitive verb*

: to form or unite into a brigade

ADVERTISEMENT

Top Lookups

Save Word

ADVERTISEMENT

ADVERTISEMENT

Entries Near
Related Articles
Cite this Entry
Kids Definition
More from M-W
Show Less

Save Word

# brigade 2 of 2 verb

**brigaded; brigading**

*transitive verb*

: to form or unite into a brigade

ADVERTISEMENT

ADVERTISEMENT

## Synonyms of *brigade*

**Noun**

Relevance

team army crew
platoon company

See All Synonyms & Antonyms in Thesaurus ›

WORD OF THE DAY

scrupulous

See Definitions and Examples »

Get Word of the Day daily email!

Your email add SUBSCRIBE

ADVERTISEMENT

## Examples of *brigade* in a Sentence

### Noun

The morality ***brigade*** insists that the book be censored.

a clean-up ***brigade*** put the parish hall back in good order

## Recent Examples on the Web

**Examples are automatically compiled from online sources to show current usage.** Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

**Noun**

The only permanent ***brigade*** combat team in Germany is the 2nd Cavalry Regiment, alongside an aviation brigade and other assets, which is considered to have an important role in America's — and NATO's — ability to deter threats.
– Kirsten Grieshaber, *Los Angeles Times*, 2 May 2026

Defense officials said the withdrawal will impact one ***brigade*** combat team in Germany, after the number of teams in Europe had increased following Russia's invasion of Ukraine.
– Jennifer Jacobs, *CBS News*, 1 May 2026

**Verb**

This can involve them being personally attacked and ***brigaded*** online or their actual faces being plastered on YouTube thumbnails.
– Paul Tassi, *Forbes*, 18 Mar. 2025

This is just one of the tactics in ***brigading***, where disinformation agents seek to silence dissenting viewpoints by casting them as the wrong choice.
– H. Colleen Sinclair, *The Conversation*, 7 Dec. 2023

See All Example Sentences for *brigade* >

ADVERTISEMENT

## Word History

### Etymology

**Noun**

French, from Italian *brigata*, from *brigare* to fight — more at BRIGAND

### First Known Use

**Noun**

1634, in the meaning defined at sense 1a

**Verb**

1781, in the meaning defined above

### Time Traveler

**The first known use of *brigade* was in 1634**

See more words from the same year

## Phrases Containing *brigade*

bucket brigade

fire brigade

## Rhymes for *brigade*

afraid

allayed

arcade

| | | |
|---|---|---|
| arrayed | assayed | barmaid |
| betrayed | blockade | bridesmaid |
| brocade | buffeted | cascade |

See All Rhymes for *brigade* ›

## Browse Nearby Words

| | | |
|---|---|---|
| brig | **brigade** | brigade major |

See All Nearby Words ›

## Articles Related to *brigade*



**Calling In a New 'Brigade'**

A dark tactic in internet democracy.

ADVERTISEMENT

## Cite this Entry

Style MLA

"Brigade." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/brigade. Accessed 4 May. 2026.

Copy Citation

## Kids Definition

# brigade noun

bri·gade brig-ˈād

1 : a body of soldiers consisting of two or more regiments

2 : a group of people organized for acting together
  a fire *brigade*

ADVERTISEMENT
Order roofing products to your jobsite.
PRO

[redacted]

## More from Merriam-Webster on *brigade*

Nglish: Translation of *brigade* for Spanish Speakers
Britannica.com: Encyclopedia article about *brigade*

Last Updated: 3 May 2026 - Updated example sentences

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

## Popular in Grammar & Usage

See More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

## Popular in Wordplay

See More

## Games & Quizzes

See All











Quordle
Can you solve 4 words at once?
Play
Blossom
Pick the best words!
Play
The Missing Letter
A daily crossword with a twist
Play
Name That Tree!
A quiz that's all bark, no bite.
Take the quiz

https://www.merriam-webster.com/dictionary/community at 12:40:23, 05/04/2026



Love Words? Need even more definitions?

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED

## Popular in Grammar & Usage

See More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

Merriam-Webster Dictionary Thesaurus community Games Word of the Day Grammar Word Finder Slang Newsletters NEW Wordplay Rhymes More

Est. 1828

Dictionary

- **Definition**
- Synonyms
- Example Sentences
- Word History
- Phrases Containing
- Rhymes

# community noun

com·mu·ni·ty kə-ˈmyü-nə-tē

plural communities

Synonyms of *community* ›

NEW Simple Definition

often attributive

1 : a unified body of individuals: such as

ADVERTISEMENT

Entries Near
Related Articles
Cite this Entry
Kids Definition
Medical Definition
Legal Definition
More from M-W
Show Less ^

Save Word

**a** : the people with common interests living in a particular area

> ... there was to be a school party on Saturday night for the entire *community*.
> – Richard Peck

*broadly* : the area itself

> ... Linfield, a farming *community* about seven miles away.
> – James McBride

**b** : a group of people with a common characteristic or interest living together within a larger society

> a *community* of retired persons

> a monastic *community*

**c** : a body of persons of common and especially professional interests scattered through a larger society

> the academic *community*

> the scientific *community*

> That kind of success has a ripple effect in the creative *community*.
> – Vivian Song

through a larger society

> the academic *community*

> the scientific *community*

> That kind of success has a ripple effect in the creative *community*.
> – Vivian Song

**d** : a body of persons or nations having a common history or common social, economic, and political interests

> the international *community*

> ethnic *communities*

> The series won acclaim ... for its affectionate portrayal of the LGBTQ+ *community* ...
> – Lisa Respers France

**e** : a group linked by a common policy

**f** : an interacting population of various kinds of individuals (such as species) in a common location

> a diverse *community* of microorganisms

> ... an impressive plant *community* of marshes, cattail stands, bulrush beds and mesquite bosques ...
> – Jake Frederico

**g** : a political unit (such as a nation or state) : COMMONWEALTH

Top Lookups
1 existential
2 happy
3 enigma
4 culture
5 didactic
6 pedantic
7 love

ADVERTISEMENT

ADVERTISEMENT

WORD OF THE DAY
scrupulous
See Definitions and Examples »
Get Word of the Day daily email!
Your email add SUBSCRIBE

ADVERTISEMENT

2 a : a state or feeling of caring about and wanting to interact with others in a group

The school encourages a sense of *community* in its students.

This joy and *community* is what brings people back year after year to our city.
— Meredith Perkins

b : joint ownership or participation

*community* of goods

c : common character : **LIKENESS**

*community* of ideas

d : social activity : **FELLOWSHIP**

3 : society at large

the interests of the *community*

Film is about the *community* that gathers around that screen in times of great crisis and in moments of immense joy.
— Jessica Gelt

ADVERTISEMENT

## Synonyms of *community*

Relevance

town | neighborhood | city
village | commune

See All Synonyms & Antonyms in Thesaurus >

## Examples of *community* in a Sentence

a respectable member of the ***community***

The festival was a great way for the local ***community*** to get together.

Many ***communities*** are facing budget problems.

People in the ***community*** wanted better police protection.

## Recent Examples on the Web

**Examples are automatically compiled from online sources to show current usage.** Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

Barry said that the app facilitates the town getting its messages to the ***community*** faster.
– Jim Woods, *Chicago Tribune*, 30 Apr. 2026

For over six decades, the venue has been a welcoming ***community*** destination.
– Pamela Brown, *Hartford Courant*, 30 Apr. 2026

Venter also led an effort to explore the world's oceans and trace the genetics of marine microbial ***communities***.
– Claire Cameron, *Scientific American*, 30 Apr. 2026

The money is administered by the Executive Council of Australian Jewry, the ***community***'s peak organization.
– *ABC News*, 30 Apr. 2026

See All Example Sentences for *community* ›

ADVERTISEMENT

## Word History

### Etymology

Middle English *comunete*, from Anglo-French *communité*, from Latin *communitat-*, *communitas*, from *communis* — see COMMON entry 1

### First Known Use

14th century, in the meaning defined at sense 1

### Time Traveler

**The first known use of *community* was in the 14th century**

See more words from the same century

## Phrases Containing *community*

| | | |
|---|---|---|
| bedroom community | business community | community-acquired |
| community antenna television | community-associated | community center |
| community chest | community college | community immunity |
| community property | community service | community spread |
| community-supported agriculture | community theater | community transmission |
| gated community | inter-community | speech community |

## Rhymes for *community*

disunity
immunity
impunity
autoimmunity
importunity
opportunity
munity
unity

See All Rhymes for *community* ›

## Browse Nearby Words

communitarianism
**community**
community-acquired

See All Nearby Words ›

## Articles Related to *community*



**The Words in Your Neighborhood**

A beautiful day for a vocab list

ADVERTISEMENT

## Cite this Entry

Style MLA

"Community." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/community. Accessed 4 May. 2026.

Copy Citation

## Kids Definition

# community noun

com·mu·ni·ty ka-ˈmyü-nat-ē

plural **communities**

**1 a :** the people living in an area

*also* **:** the area itself

**b :** a group of living things that belong to one or more species, interact ecologically, and are located in one place (as a bog or pond)

**c :** a group of people with common interests especially when living together

*a community* of monks

**2 a :** shared ownership or participation

*community* of goods

**b :** **SIMILARITY sense 1**, **LIKENESS**

*a community* of ideas

**c :** shared activity **: FELLOWSHIP**

ADVERTISEMENT

Medical Definition

# community noun

com·mu·ni·ty kə-ˈmyü-nət-ē

plural **communities**

**:** a unified body of individuals: as

**a :** the people with common interests living in a particular area

*broadly* **:** the area itself

the problems of a large *community*

**b :** an interacting population of various kinds of individuals (as species) in a common location

**c :** a group of people with a common characteristic or interest living together within a larger society

a *community* of retired persons

Legal Definition

# community noun

com·mu·ni·ty

plural **communities**

**1** : the people who live in a particular place or region and usually are linked by some

common interests

2 **a** : the mass of community property owned by a husband and wife

> a spouse may not...lease to a third person his undivided interest in the *community* or in particular things of the *community*
> — *Louisiana Civil Code*

**b** : the entity created upon the marriage of a husband and wife for the purposes of ownership of property in community property states

→ see also COMMUNITY PROPERTY at PROPERTY, REGIME

## More from Merriam-Webster on *community*

Nglish: Translation of *community* for Spanish Speakers
Britannica.com: Encyclopedia article about *community*

Last Updated: 1 May 2026 - Updated example sentences


**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

MERRIAM-WEBSTER UNABRIDGED


## Popular in Grammar & Usage

See More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

## Popular in Wordplay

See More >

- The Longest Long Words List
- 9 Other Words for Beautiful
- The Words of the Week - May 1
- Was 'Nervous Nellie' a Real Person?
- 12 Lovely and Unusual Words for the Natural World

## Games & Quizzes

See All >




**Quordle**
Can you solve 4 words at once?
Play




**Blossom**
Pick the best words!
Play



**The Missing Letter**
A daily crossword with a twist
Play



**Name That Tree!**
A quiz that's all bark, no bite.
Take the quiz

https://www.merriam-webster.com/dictionary/fire%20department at 12:47:19, 05/04/2026

Dictionary Thesaurus fire department Games Word of the Day Grammar Word Finder Slang Newsletters Wordplay Rhymes More

Dictionary

Definition

Example Sentences

Word History

Rhymes

Entries Near

Cite this Entry

– Maya Wilkins, *Chicago Tribune*, 29 Apr. 2026

Colleyville firefighters responded to a two-alarm fire at a home in the 4700 block of Bill Simons Drive on Saturday night, the ***fire department*** said in a news release on Tuesday.
– Shambhavi Rimal, *Fort Worth Star-Telegram*, 29 Apr. 2026

See All Example Sentences for *fire department* ›

WORD OF THE DAY

scrupulous

See Definitions and Examples »

Get Word of the Day daily email!

Your email add SUBSCRIBE

ADVERTISEMENT

ADVERTISEMENT

Dictionary Thesaurus fire department Games Word of the Day Grammar Word Finder Slang Newsletters Wordplay Rhymes More

Est. 1828


ADVERTISEMENT
Try AutoQuote Explorer®
Read More

Dictionary

# fire department noun

1 : an organization for preventing or extinguishing fires
*especially* : a government division (as in a municipality) having these duties

2 : the members of a fire department

ADVERTISEMENT



ADVERTISEMENT




Definition

Example Sentences

Word History

Rhymes

Entries Near

Cite this Entry

Save Word

Top Lookups

1 existential
2 happy
3 enigma
4 culture

5 didactic
6 pedantic
7 love

## Examples of *fire department* in a Sentence

### Recent Examples on the Web

Examples are automatically compiled from online sources to show current usage. Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

The company has also pledged to pay for any training or certifications required to

ADVERTISEMENT

- Example Sentences
- Word History
- Rhymes
- Entries Near
- Cite this Entry

Save Word

1 existential
2 happy
3 enigma
4 culture
5 didactic
6 pedantic
7 love

## Examples of *fire department* in a Sentence

### Recent Examples on the Web

Examples are automatically compiled from online sources to show current usage. Opinions expressed in the examples do not represent those of Merriam-Webster or its editors. Send us feedback.

The company has also pledged to pay for any training or certifications required to train the local ***fire department*** on how to address fires at its facility.
– Sofi Zeman may 2, *Kansas City Star*, 2 May 2026

Agreements have meant interagency cooperation and calling upon of resources belonging to state and federal agencies by local ***fire departments***.
– Alan Gionet, *CBS News*, 30 Apr. 2026

The ***fire department*** also did 199 building inspections, and the city has seen eight adult deaths from fires.
– Maya Wilkins, *Chicago Tribune*, 29 Apr. 2026

Colleyville firefighters responded to a two-alarm fire at a home in the 4700 block of Bill Simons Drive on Saturday night, the ***fire department*** said in a news release on Tuesday.
– Shambhavi Rimal, *Fort Worth Star-Telegram*, 29 Apr. 2026

ADVERTISEMENT

WORD OF THE DAY
**scrupulous**
See Definitions and Examples »

Play | Play | Play | Take the quiz



https://en.wikipedia.org/wiki/Los_Angeles_County,_California at 12:49:44, 05/04/2026

Wikipedia
Search Wikipedia | Search
Donate Create account Log in

# Los Angeles County, California

90 languages
Article Talk Read Edit View history Tools

Contents hide

(Top)
History
Location
Geography
Climate
Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

From Wikipedia, the free encyclopedia

Coordinates: 34°3′N 118°15′W

*"LA County" redirects here. For the equivalent of counties in Louisiana, see List of parishes in Louisiana.*

**Los Angeles County**

County



Los Angeles, Venice, San Gabriel Mountains, Santa Catalina Island, Palos Verdes, Pasadena, Antelope Valley



Flag



Seal

County of Los Angeles

Logo

Nicknames: "LA County", "Metro-LA", "Greater LA"



**Los Angeles County**, sometimes abbreviated as **LA County**, is the most populous county in the United States, with 9,694,934 residents estimated in 2025. Its population is greater than that of 40 individual U.S. states. Comprising 88 incorporated cities and 101 unincorporated areas within a total area of 4,083 square miles (10,570 km$^2$), it accommodates more than a quarter of Californians and is one of the most ethnically diverse U.S. counties.[6] The county's seat, Los Angeles, is the second-most populous city in the United States, with 3,878,704 residents estimated in 2024. The county is globally known as the home of the U.S. motion picture industry since its inception in the early 20th century.

## History [ edit ]

*Main articles: History of Los Angeles County, California and Ranchos of Los Angeles County*

*See also: Tovaangar; History of Los Angeles; Timeline of Los Angeles; History of Pasadena, California; History of the San Fernando Valley; Timeline of Long Beach, California; History of Santa Monica, California; and History of Santa Catalina Island*



Brochure for Los Angeles, c. 1930

Los Angeles County is one of the original counties of California, created at the time of statehood in 1850.[7] The county originally included parts of what are now Kern, San Bernardino, Riverside, Inyo, Tulare, Ventura, and Orange counties. In 1851 and 1852, Los Angeles County stretched from the coast to the state line of Nevada.[8] As the population increased, sections were split off to organize San Bernardino County in 1853, Kern County in 1866, and Orange County in 1889.

Before the 1870s, Los Angeles County was divided into townships (many of which were amalgamations of one or more old ranchos):[9]

- Azusa – encompassed the foothill communities east of the San Gabriel River, including present-day Covina and Duarte

Appearance hide

Text: Small / Standard (selected) / Large

Width: Standard (selected) / Wide

Color: Automatic / Light (selected) / Dark

- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


- El Monte – encompassed communities in the Whittier Narrows area, including present-day El Monte, La Puente, as well as Monterey Park
  - Azusa and El Monte Townships – merged for the 1870 census
- City of Los Angeles – then consisting solely of its four-league Spanish land grant
- Los Angeles Township – consisted of areas surrounding the City of Los Angeles, including the San Fernando Valley and present-day West Los Angeles and East Los Angeles. Most of this area has now been annexed to the city of Los Angeles.
- Los Nietos – consisted of areas south of the Whittier Narrows and Puente Hills south to present-day Long Beach, centered on the early settlement at Los Nietos. Some of this area is now in Orange County
- San Jose – consisted of the eastern portions of the county drained by San Jose Creek, including what is now the cities of Pomona, Claremont and Walnut
- San Gabriel – consisted of the western San Gabriel Valley and foothill communities, including present-day Alhambra and Pasadena. Centered on the Mission San Gabriel
- Santa Ana – consisted of what is now northern and central Orange County, including what is now Fullerton, Huntington Beach and the City of Orange (Centered on Santa Ana).
  - For the 1870 census, Anaheim district was enumerated separately[10][11]
- San Juan – consisted of what is now southern Orange County. Centered on Mission San Juan Capistrano
- San Pedro – consisted of the present-day South Bay communities, Compton and western Long Beach. Centered on the wharf of San Pedro. (Renamed Wilmington Township by 1870)
- Tejon – consisted of all of northern Los Angeles County and what is now southern Kern County. Centered on Fort Tejon
  - When Kern County was formed, the portion of the township remaining in Los Angeles County became Soledad Township.[12]

## Location [edit]

As shown by the map below, Los Angeles County is bordered on the north by Kern County, on the east by San Bernardino County, on the southeast by Orange County, on the south by the Pacific Ocean, and on the west by Ventura County.

## Geography [edit]

According to the U.S. Census Bureau, the county has an area of 4,751 square miles (12,310 $km^2$), of which 4,058 square miles (10,510 $km^2$) (85%) is land and 693 square miles (1,790 $km^2$) (15%) is water.[13] Los Angeles County borders 70 miles (110 km) of coast on the Pacific Ocean and encompasses mountain ranges, valleys, forests, islands, lakes, rivers, and desert. The Los Angeles River, Rio Hondo, Ballona Creek, the San Gabriel River and the Santa Clara River flow in Los Angeles County, while the primary mountain ranges are the Santa Monica Mountains and the San Gabriel Mountains. The western extent of the Mojave Desert begins in the Antelope Valley, in the northeastern part of the county.



Interactive map of Los Angeles County

Coordinates: 34°3′N 118°15′W

| | |
|---|---|
| Country | United States |
| State | California |
| Region | Greater Los Angeles |
| Formed | February 18, 1850[1] |
| Named after | Our Lady, Queen of the Angels |
| County seat | Los Angeles |
| Largest city | Los Angeles |
| Incorporated cities | 88 |
| **Government** | |
| • Type | Council–CEO[1] |
| • Body | Board of Supervisors |
| • Chair | Hilda Solis (D) |
| • Chair Pro Tem | Holly Mitchell (D) |
| • Board of Supervisors | Supervisors [show] |
| • Chief Executive Officer | Fesia Davenport |
| **Area** | |
| • Total | 4,751 sq mi (12,310 $km^2$) |
| • Land | 4,058 sq mi (10,510 $km^2$) |
| • Water | 693 sq mi (1,790 $km^2$) |
| Highest elevation[2] | 10,064 ft (3,068 m) |
| Lowest elevation[3] | 0 ft (0 m) |
| **Population** (2020) | |
| • Total | 10,014,009 |
| • Estimate (2025) | 9,694,934 ▼ |
| • Density | 2,468/sq mi (952.8/$km^2$) |
| **GDP**[4] | |
| • Total | $1.003 trillion · 2nd by U.S. county (2024) |
| • Per capita | $102,899 (2024) |
| Time zone | UTC−8 (Pacific Time Zone) |
| • Summer (DST) | UTC−7 (Pacific Daylight Time) |
| ZIP Codes | 90xxx–918xx, 92397, 92821, 92823, 93243, 935xx[5] |
| Area codes | 213/323, 310/424, 442/760, 562, 626, 657/714, 661, 747/818, 840/909 |
| FIPS code | 06-037 |
| GNIS feature ID | 277283 |
| Congressional districts | 23rd, 26th, 27th, 28th, |

Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water

Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

> Communities
See also
Notes
References
External links


| | |
|---|---|
| **districts** | 29th, 30th, 31st, 32nd, 34th, 35th, 36th, 37th, 38th, 42nd, 43rd, 44th, 45th |
| **Website** | lacounty.gov |

Most of the population of Los Angeles County resides in the south and southwest, with major population centers in the Los Angeles Basin, San Fernando Valley, and San Gabriel Valley. Other population centers are found in the Santa Clarita Valley, Pomona Valley, Crescenta Valley and Antelope Valley.

The county is divided west-to-east by the San Gabriel Mountains, which are part of the Transverse Ranges of southern California, and are contained mostly within the Angeles National Forest. Most of the county's highest peaks are in the San Gabriel Mountains, including Mount San Antonio 10,068 feet (3,069 m) at the Los Angeles–San Bernardino county lines, Mount Baden-Powell 9,399 feet (2,865 m), Mount Burnham 8,997 feet (2,742 m) and Mount Wilson 5,710 feet (1,740 m). Several lower mountains are in the northern, western, and southwestern parts of the county, including the San Emigdio Mountains, the southernmost part of Tehachapi Mountains and the Sierra Pelona Mountains.



The historical boundaries of Los Angeles County since its establishment in 1850 as defined by the California State Legislature. The solid blue line represents the original boundaries of the county, the dashed blue lines represent the changes made to the boundaries, and the red line represents the final major boundary changes of the county made by the Legislature in 1889. This map does not include minor changes to the boundary after 1922, such as the transfer of a small amount land east of Interstate 5 to Kern County, among others. Portions or the entirety of modern-day Inyo, Kern, Orange, Riverside, San Bernardino, San Diego, and Ventura counties were formerly in Los Angeles County.

Los Angeles County includes San Clemente Island and Santa Catalina Island, which are part of the Channel Islands archipelago off the Pacific Coast.

### Lakes and reservoirs [ edit ]

- Bouquet Reservoir
- Castaic Lake
- Crystal Lake
- Elizabeth Lake
- Holiday Lake
- Hollywood Reservoir
- Hughes Lake
- Jackson Lake
- Las Virgenes Reservoir
- Malibou Lake
- Morris Reservoir
- Munz Lakes
- Lake Palmdale
- Puddingstone Reservoir
- Pyramid Lake
- Quail Lake
- Silver Lake Reservoir
- Stone Canyon Reservoir
- Tweedy Lake
- Westlake in City of Westlake Village
- Lake Lindero


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links


Width
Standard
Wide
Color
Automatic
Light
Dark

### Major divisions of the county [ edit ]

- **East:** Eastside, San Gabriel Valley, portions of the Pomona Valley
- **West:** Westside, Beach Cities
- **South:** South Bay, South Los Angeles, Palos Verdes Peninsula, Gateway Cities, Los Angeles Harbor Region
- **North:** San Fernando Valley, Crescenta Valley, portions of the Conejo Valley, portions of the Antelope Valley and Santa Clarita

Valley
- **Central:** Downtown Los Angeles, Mid-Wilshire, Northeast Los Angeles

### National protected areas [ edit ]

- Angeles National Forest (part)
- Los Padres National Forest (part)
- Santa Monica Mountains National Recreation Area (part)


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
References
External links


## Climate [ edit ]

The Northern part of the county has a Desert climate, while the rest of the county generally is a mix of semi-arid and a hot-summer Mediterranean climate. There is rainfall mostly in the wintertime, but the mountains in the north-central part of the county have snow during winter.[14]


Width
Standard
Wide
Color
Automatic
Light
Dark


## Demographics [ edit ]

*Main article: Demographics of Los Angeles County*

In Los Angeles County, Whites reached their peak population amount in 1960 before declining from then on; Blacks reached their peak in 1990.[22] Most of the growth has come from Hispanic and Asian minority groups.[22]

**Historical population**

| Census | Pop. | %± |
|---|---|---|
| 1850 | 3,530 | — |
| 1860 | 11,333 | 221.0% |
| 1870 | 15,309 | 35.1% |
| 1880 | 33,381 | 118.0% |
| 1890 | 101,454 | 203.9% |
| 1900 | 170,298 | 67.9% |
| 1910 | 504,131 | 196.0% |
| 1920 | 936,455 | 85.8% |
| 1930 | 2,208,492 | 135.8% |
| 1940 | 2,785,643 | 26.1% |
| 1950 | 4,151,687 | 49.0% |
| 1960 | 6,038,771 | 45.5% |
| 1970 | 7,041,980 | 16.6% |
| 1980 | 7,477,503 | 6.2% |
| 1990 | 8,863,164 | 18.5% |
| 2000 | 9,519,338 | 7.4% |
| 2010 | 9,818,605 | 3.1% |
| 2020 | 10,014,009 | 2.0% |
| 2025 (est.) | 9,694,934[15] | −3.2% |

U.S. Decennial Census[16]
1790–1960[17] 1900–1990[18]
1990–2000[19] 2010[20] 2020[21]


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy



Width
Standard
Wide
Color


| Racial composition[23] [hide] | 2020 | 2010 | 2000 | 1990 | 1980 | 1970 | 1960 | 1950[22] | 1940[22] |
|---|---|---|---|---|---|---|---|---|---|
| Hispanics | 48.0% | 47.7% | 44.5% | 37.8% | 27.6% | 14.9%[24] | 11%[25] | 5.8% | 2.2% |
| Non-Hispanic Whites[26] | 25.6% | 27.8% | 31.1% | 40.8% | 52.8% | 70.9%[24] | 79.3%[27] | 87.9% | 93.3% |

Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links


| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Asians | 14.7% | 13.5% | 11.9% | 11%[25] | 5.6%[28] | 2.9%[29] | 1.9%[30] | 1.3% | 1.9% |
| Blacks | 7.6% | 8.3% | 9.7% | 11.1% | 12.6% | 10.8%[31] | 7.6%[32] | 5% | 2.7% |
| Native Americans | 0.2% | 0.2% | 0.8% | 0.5% | 0.64%[33] | 0.35%[34] | 0.13%[35] | - | - |
| Pacific Islanders | 0.2% | 0.2% | - | - | - | - | - | - | - |
| Multiracial Americans | 3.0% | 2.0% | - | - | - | - | - | - | - |

Automatic
Light
Dark

| Racial composition as of 2023 07 01[36] | | |
|---|---|---|
| **Total population** | 9,663,345 | |
| **Hispanics** | 4,695,902 | 48.59% |
| **Non-Hispanic Whites**[26] | 2,369,899 | 24.52% |
| **Asians** | 1,454,666 | 15.05% |
| **Blacks** | 709,583 | 7.34% |
| **Native Americans** | 16,890 | 0.17% |
| **Pacific Islanders** | 19,128 | 0.20% |
| **Multiracial Americans** | 336,840 | 3.49% |

*For the racial / ethnic profile of individual communities in Los Angeles County, see Demographics of Los Angeles County § Racial / Ethnic profile of places in Los Angeles County, California.*



Ethnic origins in Los Angeles County

The county has a large population of Asian Americans, being home to the largest numbers of Burmese, Cambodian, Chinese, Filipino, Indonesian, Korean, Sri Lankan, Taiwanese, and Thai outside their respective countries.[37] The largest Asian groups in Los Angeles County are 4.0% Chinese, 3.3% Filipino, 2.2% Korean, 1.0% Japanese, 0.9% Vietnamese, 0.8% Indian, and 0.3% Cambodian.


Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links


45.9% of the population reported speaking only English at home; 37.9% spoke Spanish, 2.22% Tagalog, 2.0% Chinese, 1.9% Korean, 1.87% Armenian, 0.5% Arabic, and 0.2% Hindi.[38]

Los Angeles County is home to the largest Armenian population outside of Armenia.[39] It also accommodates the largest Iranian population outside of Iran of any other county or county equivalent globally.[40]

Width
Standard
Wide
Color
Automatic
Light
Dark

## Income [edit]


Percent of households with incomes above $150k across LA County census tracts

In 2024, the Area Median Income (AMI) for a one-person household in Los Angeles County was $74,600 ($6,217 per month); for a four-person household, $106,600 ($8,883 per month).[41]

As of 2024 12 12, the homeownership rate was 49.81%.[42] As of 2025 12 23, the median home value was $859,958.[43] Multi-unit structures comprised approximately 54.2% of the total housing inventory as of late 2025.

In October 2025, the number of homeless people in the county was 72,195, of which 47,450 were unsheltered.[44] LA County holds the undisputed title for the largest unsheltered homeless population in the nation—in 2024, only 30% of LA's homeless population was

sheltered either in an emergency shelter, transitional housing, or a safe haven program, compared to 97% of New York's unhoused.[45]

### Religion [edit]

In 2015, there were over two thousand Christian churches, the majority of which are Catholic.[46][47] Roman Catholic adherents number close to 40% of the population. There were 202 Jewish synagogues, 145 Buddhist temples, 38 Muslim mosques, 44 Bahá'í Faith worship centers, 37 Hindu temples, 28 Tenrikyo churches and fellowships, 16 Shinto worship centers, and 14 Sikh gurdwaras in the county.[48] The Roman Catholic Archdiocese of Los Angeles has approximately 5 million members and is the largest diocese in the United States. In 2014, the county had 3,275 religious organizations, the most out of all US counties.[49]

## Law, government, and politics [edit]


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


### Government [edit]

*Main article: Government of Los Angeles County*

The Government of Los Angeles County is defined and authorized under the California Constitution, California law and the Charter of the County of Los Angeles.[50] Much of the Government of California is in practice the responsibility of local governments such as the Government of Los Angeles County.



The Kenneth Hahn Hall of Administration is the seat of the government of Los Angeles County.

The county's voters elect a governing five-member Los Angeles County Board of Supervisors. The small size of the board means each supervisor represents over 2 million people. The board operates in a legislative, executive, and quasi-judicial capacity. As a legislative authority, it can pass ordinances for the unincorporated areas (ordinances that affect the whole county, like posting of restaurant ratings, must be ratified by the individual city). As an executive body, it can tell the county departments what to do, and how to do it. As a quasi-judicial body, the Board is the final venue of appeal in the local planning process, and holds public hearings on various agenda items.

As of 2020, the Board of Supervisors oversees a $35.5 billion annual budget and over 112,000 employees.[51] The county government is managed on a day-to-day basis by a chief executive officer and is organized into many departments, each of which is enormous in comparison to equivalent county-level (and even many state-level) departments anywhere else in the United States. Some of the larger or better-known departments include:



The Grand Avenue entrance of the Stanley Mosk Courthouse

- Los Angeles County Department of Consumer and Business Affairs – offers consumers in the county a variety of services including: consumer and real estate counseling, mediation, and small claims counseling investigates consumer complaints, real estate fraud and identity theft issues. The department also provides small business certifications and helps entrepreneurs navigate the process of opening a business.
- Los Angeles County Superior Court - The primary trial court for Los Angeles County, handling civil, criminal, family, and probate cases.
- Los Angeles County Department of Children and Family Services – administers foster care
- Los Angeles County Fire Department – provides firefighting and emergency medical services for the unincorporated parts and 58 cities of Los Angeles County, as well as for the city of La Habra[52] in Orange County.

Width
Standard
Wide
Color
Automatic
Light
Dark

Demographics

Width

Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links


- Los Angeles County Department of Health Services – operates several county hospitals and a network of primary care clinics.
- Los Angeles County Department of Public Health – administers public health programs including STD programs, smoking cessation, and restaurant inspection. The cities of Long Beach and Pasadena have their own autonomous Public Health departments assuming county functions, and county public health orders are not applicable in those cities.
- Los Angeles County Department of Public Social Services – administers many federal and state welfare programs
- Los Angeles County Department of Public Works – operates countywide flood control system, constructs and maintains roads in unincorporated areas.
- Los Angeles County District Attorney – prosecutes criminal suspects
- Los Angeles County Office of the Public Defender – defends indigent people accused of criminal offenses.
- Los Angeles County Probation Department
- Los Angeles County Sheriff's Department – provides law enforcement services for the unincorporated parts of Los Angeles County, as well as 42 cities.

The Los Angeles County Metropolitan Transportation Authority, despite its name, is *not* a County department. Technically it is a state-mandated county transportation commission that also operates a large bus and rail system in the county.

## Politics [ edit ]

*Main article: Politics of Los Angeles County*

### Overview [ edit ]

#### Voter registration [ edit ]

| Population and registered voters (Sept. 2025) | | |
|---|---|---|
| **Total population** | 9,757,179 | |
| **Registered voters**[57][note 1] | 5,834,380 | 59.8% |
| **Democratic**[57] | 2,988,634 | 51.2% |
| **Republican**[57] | 1,098,884 | 18.8% |
| **Democratic–Republican spread**[57] | **+1,889,750** | **+32.4%** |
| **American Independent**[57] | 200,191 | 3.4% |
| **Libertarian**[57] | 48,197 | 0.8% |
| **Peace and Freedom**[57] | 43,165 | 0.7% |
| **Green**[57] | 28,444 | 0.5% |
| **Unknown**[57] | 32,209 | 0.5% |
| **Other**[57] | 45,961 | 0.8% |
| **No party preference**[57] | 1,348,695 | 23.1% |

In the United States House of Representatives, Los Angeles County is split between 17 congressional districts.[58] In the California State Senate, Los Angeles County is split between 13 legislative districts.[59] In the California State Assembly, Los Angeles County is split between 24 legislative districts.[60]

**United States presidential election results for Los Angeles County, California**[53][54][55][56] [hide]

| Year | Republican / Whig | | Democratic | | Third party(ies) | |
|---|---|---|---|---|---|---|
| | No. | % | No. | % | No. | % |
| 1852 | 496 | 46.36% | 574 | **53.64%** | 0 | 0.00% |
| 1856 | 521 | 37.84% | 721 | **52.36%** | 135 | 9.80% |
| 1860 | 352 | 20.44% | 475 | 27.58% | 895 | **51.97%** |
| 1864 | 555 | 42.73% | 744 | **57.27%** | 0 | 0.00% |
| 1868 | 748 | 37.70% | 1,236 | **62.30%** | 0 | 0.00% |
| 1872 | 1,311 | **47.24%** | 1,228 | 44.25% | 236 | 8.50% |
| 1876 | 3,041 | 45.59% | 3,615 | **54.20%** | 14 | 0.21% |
| 1880 | 2,914 | **47.90%** | 2,853 | 46.90% | 316 | 5.19% |
| 1884 | 5,595 | **51.67%** | 4,683 | 43.24% | 551 | 5.09% |
| 1888 | 13,805 | **54.64%** | 10,110 | 40.02% | 1,349 | 5.34% |
| 1892 | 10,226 | **44.89%** | 8,119 | 35.64% | 4,434 | 19.47% |
| 1896 | 16,891 | **49.62%** | 16,043 | 47.13% | 1,108 | 3.25% |
| 1900 | 19,200 | **55.10%** | 13,158 | 37.76% | 2,490 | 7.15% |
| 1904 | 32,507 | **66.50%** | 10,030 | 20.52% | 6,346 | 12.98% |
| 1908 | 41,483 | **56.77%** | 22,076 | 30.21% | 9,518 | 13.02% |
| 1912 | 2,181 | 1.32% | 55,110 | 33.34% | 108,005 | **65.34%** |
| 1916 | 135,554 | **50.59%** | 114,070 | 42.58% | 18,297 | 6.83% |
| 1920 | 178,117 | **69.10%** | 55,661 | 21.59% | 23,992 | 9.31% |
| 1924 | 299,675 | **65.51%** | 33,554 | 7.33% | 124,228 | 27.16% |
| 1928 | 513,526 | **70.22%** | 209,945 | 28.71% | 7,830 | 1.07% |


Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links



Standard
Wide
Color
Automatic
Light
Dark
Width
Standard
Wide
Color
Automatic
Light
Dark

› Demographics
› **Law, government, and politics**
› Crime
Ecology
Economy
› Education
› Sites of interest
› Transportation
Water
› Communities
See also
Notes
References
External links


On November 4, 2008, Los Angeles County was almost evenly split over Proposition 8, which amended the California Constitution to ban same-sex marriages. The county voted for the amendment 50.04% with a margin of 2,385 votes.[61]

| | | | | | | |
|---|---|---|---|---|---|---|
| 1932 | 373,738 | 38.55% | 554,476 | **57.19%** | 41,380 | 4.27% |
| 1936 | 357,401 | 31.62% | 757,351 | **67.00%** | 15,663 | 1.39% |
| 1940 | 574,266 | 40.58% | 822,718 | **58.13%** | 18,285 | 1.29% |
| 1944 | 666,441 | 42.68% | 886,252 | **56.76%** | 8,871 | 0.57% |
| 1948 | 804,232 | 46.51% | 812,690 | **47.00%** | 112,160 | 6.49% |
| 1952 | 1,278,407 | **56.21%** | 971,408 | 42.71% | 24,725 | 1.09% |
| 1956 | 1,260,206 | **55.38%** | 1,007,887 | 44.29% | 7,331 | 0.32% |
| 1960 | 1,302,661 | 49.45% | 1,323,818 | **50.25%** | 8,020 | 0.30% |
| 1964 | 1,161,067 | 42.52% | 1,568,300 | **57.43%** | 1,551 | 0.06% |
| 1968 | 1,266,480 | **47.65%** | 1,223,251 | 46.02% | 168,251 | 6.33% |
| 1972 | 1,549,717 | **54.75%** | 1,189,977 | 42.04% | 90,676 | 3.20% |
| 1976 | 1,174,926 | 47.78% | 1,221,893 | **49.69%** | 62,258 | 2.53% |
| 1980 | 1,224,533 | **50.18%** | 979,830 | 40.15% | 235,822 | 9.66% |
| 1984 | 1,424,113 | **54.50%** | 1,158,912 | 44.35% | 29,889 | 1.14% |
| 1988 | 1,239,716 | 46.88% | 1,372,352 | **51.89%** | 32,603 | 1.23% |
| 1992 | 799,607 | 29.04% | 1,446,529 | **52.54%** | 507,267 | 18.42% |
| 1996 | 746,544 | 30.96% | 1,430,629 | **59.34%** | 233,841 | 9.70% |
| 2000 | 871,930 | 32.35% | 1,710,505 | **63.47%** | 112,719 | 4.18% |
| 2004 | 1,076,225 | 35.60% | 1,907,736 | **63.10%** | 39,319 | 1.30% |
| 2008 | 956,425 | 28.82% | 2,295,853 | **69.19%** | 65,970 | 1.99% |
| 2012 | 885,333 | 27.83% | 2,216,903 | **69.69%** | 78,831 | 2.48% |
| 2016 | 769,743 | 22.41% | 2,464,364 | **71.76%** | 200,201 | 5.83% |
| 2020 | 1,145,530 | 26.86% | 3,028,885 | **71.03%** | 89,950 | 2.11% |
| 2024 | 1,189,862 | 31.91% | 2,417,109 | **64.82%** | 122,118 | 3.27% |

### Legal system [edit]

*Further information: Los Angeles County Superior Court*

The Los Angeles County Superior Court is the county's court of general jurisdiction, while the U.S. District Court for the Central District of California may hear cases where federal jurisdiction is present. Both are headquartered in a large cluster of government buildings in the city's Civic Center.

Historically, the courthouses were county-owned buildings that were maintained at county expense, which created significant friction since the trial court judges, as officials of the state government, had to lobby the county Board of Supervisors for facility renovations and upgrades. In turn, the state judiciary successfully persuaded the state Legislature to authorize the transfer of all courthouses to the state government in 2008 and 2009 (so that judges would have direct control over their own courthouses). Courthouse security is still provided by the county government under a contract with the state.

Unlike the largest city in the United States, New York City, all of the city of Los Angeles and most of its important suburbs are located within a single county. As a result, both the county superior court and the federal district court are respectively the busiest courts of their type in the nation.[62][63]

Many celebrities have been seen in Los Angeles courts. In 2003, the television show *Extra* (based in nearby Glendale) found itself running so many reports on the legal problems of local celebrities that it spun them off into a separate show, *Celebrity Justice*.

State cases are appealed to the Court of Appeal for the Second Appellate District, which is also headquartered in the Civic Center, and then to the California Supreme Court, which is headquartered in San Francisco but also hears argument in Los Angeles (again, in the Civic Center). Federal cases are appealed to the Court of Appeals for the Ninth Circuit, which hears them at its branch building in Pasadena. The court of last resort for federal cases is the U.S. Supreme Court in Washington, D.C.

## Crime [edit]

The following table includes the number of incidents reported and the rate per 1,000 persons for each type of offense.

**Population and crime rates (2011)** [show]

### Cities by population and crime rates [edit]

**Cities by population and crime rates (2012)** [show]

Width
- Standard (selected)
- Wide

Color
- Automatic
- Light (selected)
- Dark

| City | Population[66] | Violent crimes[66] | Violent crime rate per 1,000 persons | Property crimes[66] | Property crime rate per 1,000 persons |
|---|---|---|---|---|---|


- Demographics
- Law, government, and politics
- **Crime**
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

#### Other statistics [edit]

Crime in 2013

- Homicides: 386[67]
- Thefts: 54,971 [68]
- Burglaries: 17,606
- Car Thefts: 15,866[68]
- Robberies: 10,202
- Violent Crimes: 20,318[68]
- Rapes: 843
- Assaults: 8,976[68]
- Murders: 297

## Ecology [edit]



Many introduced species, such as this Indian peafowl, adapt readily to urban living and Los Angeles County's mild climate

According to the authors of *Wild L.A.*, a book about urban biodiversity, "Los Angeles is the birdiest county in the country with over 500 recorded species." LA's amenable climate supports a large number of introduced, tropical and migratory species, such as tropical parrots that snack on the local ornamental and edible fruit trees, including dates, figs, and loquats.[69][70] Because of the county's wide range of biomes it is possible to see desert bighorn sheep and green sea turtles in the same day, without crossing the county line.[69] The range of habitats in the county is "greater than in many states, with mountains, wetlands, desert, ocean, meadows and chaparral, each with its own endemic species."[71] There are at least 100 species of trees, and 1000 species of non-native plants, in the urban areas of the county.[72] Charismatic biodiversity indicator species native to the area include three species of amphibian (Baja California chorus frog, black-bellied slender salamander, western toad), 14 species of bird (acorn woodpecker, California quail, canyon wren, cinnamon teal, great blue heron, great horned owl, greater roadrunner, hooded merganser, Northern harrier, red-tailed hawk, red-winged blackbird, spotted towhee, western bluebird, western meadowlark), nine kinds of invertebrates (Behr's metalmark, bramble green hairstreak, bumblebees, El Segundo blue butterfly, harvester ants, Lorquin's admiral, North American Jerusalem crickets, Sara orangetip, velvet ants), five mammals (bobcat, dusky footed woodrat, gray fox, mountain lion, mule deer), and six reptiles (California kingsnake, coachwhip snake, gopher snake, side-blotched lizard, western pond turtle, western rattlesnake).[73] Any observations of these species within the county are considered ecologically significant indicators of ecosystem health and may be documented using the iNaturalist app.[74][75]


- Demographics
- Law, government, and politics
- Crime


- **Ecology**
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also



Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark


## Economy [edit]

*See also: Los Angeles Chamber of Commerce*



Los Angeles County is commonly associated with the entertainment and digital media industry; all five major film studios—Paramount Pictures, Sony Pictures, Warner Bros., Universal Pictures, and Walt Disney Studios—are located within the county. Numerous other

Notes
References
External links


major industries also define the economy of Los Angeles County, including international trade supported by the Port of Los Angeles and the Port of Long Beach, music recording and production, aerospace and defense, fashion, and professional services such as law, medicine, engineering and design services, financial services.[76] High-tech sector employment within Los Angeles County is 368,500 workers,[77] and manufacturing employment within Los Angeles County is 365,000 workers.[78][79] Despite a business exodus from Downtown Los Angeles since the COVID-19 pandemic, the city's urban core is evolving as a cultural center with the world's largest showcase of architecture designed by Frank Gehry.[80]



Employment by industry in Los Angeles County (2015)

The following major companies have headquarters in Los Angeles County:

- Beverly Hills
  - Endeavor
  - Live Nation Entertainment, Inc
  - Metro-Goldwyn-Mayer
- Burbank
  - Walt Disney Co
  - Deluxe Entertainment Services Group
  - Warner Bros.
- Cerritos
  - CareMore
  - Isuzu Motors America
  - Memorex
  - RazorUSA
- El Segundo
  - Konami
  - Mattel, Inc
- Glendale
  - Avery Dennison Corp.
- City of Industry
  - Lee Kum Kee
- Irwindale
  - Huy Fong Foods
- La Mirada
  - Makita
- Los Angeles
  - AECOM
  - CBRE Group
  - Dollar Shave Club
  - Fandango, Inc.
  - Farmers Insurance Group
  - Herbalife
  - The Honest Company
  - ICANN
  - Paramount Skydance Corporation
  - Reliance Steel & Aluminum Co.
  - Universal Pictures
- Long Beach
  - Molina Healthcare
- Monrovia
  - Trader Joe's
- Palmdale
  - Delta Scientific
- Rosemead
  - Edison International
  - Panda Express
- Santa Clarita
  - Princess Cruise Lines
  - Honda Racing
- Santa Monica
  - Activision Blizzard
  - Hulu
  - Riot Games
  - Snap Inc.
  - TrueCar
  - Universal Music Group
- Torrance
  - American Honda Motor Co.
- Westlake Village
  - Dole Food Company[81]
- Woodland Hills
  - Farmers Insurance Exchange
  - Health Net Inc.
  - Panavision


› Demographics
› Law, government, and politics
› Crime
Ecology
**Economy**
› Education
› Sites of interest
› Transportation
Water
› Communities
See also
Notes
References
External links


Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

## Education [edit]

The Los Angeles County Office of Education provides a supporting role for school districts in the area. The county office also operates two magnet schools, the International Polytechnic High School and Los Angeles County High School for the Arts. There are a number of private schools in the county, most notably those operated by the Roman Catholic Archdiocese. The county's public education sector is run by numerous school districts with the Los Angeles Unified School District being the largest one running public schools primarily within the city of Los Angeles and its immediately neighboring cities.

### Colleges [edit]

Colleges [ edit ]

- Antelope Valley College, Lancaster
- Art Center College of Design, Pasadena
- The Art Institute of California – Los Angeles (AICALA), Santa Monica
- Azusa Pacific University, Azusa
- Biola University, La Mirada
- California Institute of the Arts, Santa Clarita
- Cerritos College, Norwalk
- Citrus College, Glendora
- Claremont Colleges, Claremont
  - Claremont McKenna College
  - Harvey Mudd College
  - Pitzer College
  - Pomona College
  - Scripps College
- Claremont School of Theology, Claremont
- College of the Canyons, Santa Clarita
- DeVry University, Long Beach and West Hills (Los Angeles)
- East Los Angeles College, Monterey Park
- El Camino College, Torrance
- Fuller Theological Seminary, Pasadena
- Glendale Community College, Glendale
- Hebrew Union College, Los Angeles
- ITT Technical Institute, Culver City, San Dimas, Sylmar (Los Angeles), Torrance, and West Covina
- Life Pacific College, San Dimas
- Long Beach City College, Long Beach
- Los Angeles City College (LACC), Los Angeles
- Los Angeles Harbor College, Los Angeles
- Los Angeles Mission College, Sylmar (Los Angeles)
- Los Angeles Music Academy College of Music, Pasadena
- Los Angeles Pierce College (Pierce), Woodland Hills (Los Angeles)
- Los Angeles Southwest College, Los Angeles
- Los Angeles Trade Technical College (LATTC), Los Angeles
- Los Angeles Valley College, Valley Glen (Los Angeles)
- The Master's University, Santa Clarita
- Mount St. Mary's College, Los Angeles
- Mt. San Antonio College, Walnut
- Mt. Sierra College, Monrovia
- Occidental College (Oxy), Eagle Rock (Los Angeles)
- Otis College of Art and Design, Westchester (Los Angeles)
- Pacific Oaks College, Pasadena
- Pasadena City College, Pasadena
- Pepperdine University, Malibu
- Rio Hondo College, Whittier


Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links


Width
Standard
Wide
Color
Automatic
Light
Dark


Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest

Width
Standard
Wide
Color
Automatic
Light

- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


- Santa Monica College (SMC), Santa Monica
- West Los Angeles College, Culver City
- Whittier College, Whittier
- Wyoming Technical Institute (WyoTech), Long Beach

### Universities [edit]

- Abraham Lincoln University (ALU), Los Angeles[82]
- Alliant International University (AIU), Alhambra
- American Jewish University (AJULA), Los Angeles
- Azusa Pacific University, Azusa
- Biola University, La Mirada
- California Institute of Technology (Caltech), Pasadena
- California State Polytechnic University, Pomona (Cal Poly Pomona), Pomona
- California State University, Dominguez Hills (CSUDH), Carson
- California State University, Long Beach (CSULB), Long Beach
- California State University, Los Angeles (CSULA), Los Angeles
- California State University, Northridge (CSUN), Northridge (Los Angeles)
- Charles R. Drew University of Medicine and Science (Los Angeles)
- Claremont Graduate University (CGU), Claremont
- Loyola Marymount University (LMU), Westchester (Los Angeles)
- National University, Los Angeles and Woodland Hills
- Pepperdine University, Malibu
- Southern California University of Health Sciences, Whittier
- Southern California Institute of Architecture (SCI-Arc), Los Angeles
- Southwestern University School of Law, Los Angeles
- University of Antelope Valley (UAV), Lancaster
- University of California, Los Angeles (UCLA), Westwood (Los Angeles)
- University of La Verne, La Verne
- University of Southern California (USC), Los Angeles
- University of the West (UWest), Rosemead
- Western University of Health Sciences (WesternU), Pomona
- Woodbury University, Burbank


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- **Education**
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


Dark

Width
Standard
Wide
Color
Automatic
Light
Dark

### K–12 schools [edit]

*Main article: List of school districts in Los Angeles County, California*

*See also: List of schools in the Roman Catholic Archdiocese of Los Angeles*

## Sites of interest [edit]



The county's most visited park is Griffith Park, owned by the city of Los Angeles. The county is also known for the annual Rose Parade in Pasadena, the annual Los Angeles County Fair in Pomona, the Los Angeles County Museum of Art, the Los Angeles Zoo, the Natural History Museum of Los Angeles County, the La Brea Tar Pits, the Arboretum of Los Angeles, and two horse racetracks and two car racetracks (Pomona Raceway and Irwindale Speedway), also the RMS *Queen Mary* located in Long Beach, and the Long Beach Grand Prix, and miles of

- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- **Sites of interest**
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


beaches—from Zuma to Cabrillo.

Venice Beach is a popular attraction whose Muscle Beach used to attract throngs of tourists admiring "hardbodies". Today, it is more arts-centered. Santa Monica's pier is a well known tourist spot, famous for its Ferris wheel and bumper car rides, which were featured in the introductory segment of the television sitcom *Three's Company*. Further north in Pacific Palisades one finds the beaches used in the television series *Baywatch*.[83] The fabled Malibu, home of many film and television stars, lies west of it.



LA County Fair at dusk, 2008

In the mountain, canyon, and desert areas one may find Vasquez Rocks Natural Area Park, where many old Westerns were filmed. Mount Wilson Observatory in the San Gabriel Mountains is open for the public to view astronomical stars from its telescope, now computer-assisted. Many county residents find relaxation in water skiing and swimming at Castaic Lake Recreation Area – the county's largest park by area – as well as enjoying natural surroundings and starry nights at Saddleback Butte State Park in the eastern Antelope Valley – California State Parks' largest in area within the county. The California Poppy Reserve is located in the western Antelope Valley and shows off the State's flower in great quantity on its rolling hills every spring.



Photo of the Los Angeles County Museum of Art during its 2005 Ancient Egypt exhibit

Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

### Museums [ edit ]

- Academy Museum of Motion Pictures
- Armory Center for the Arts, Pasadena, California
- Battleship USS *Iowa*, Los Angeles Waterfront in San Pedro
- SS *Lane Victory*, Los Angeles Waterfront in San Pedro, just south of the USS *Iowa*
- California African American Museum
- California Science Center, Los Angeles (formerly the Museum of Science and Industry)
- The Broad
- Hammer Museum
- Huntington Library, San Marino
- Long Beach Museum of Art in the historic Elizabeth Milbank Anderson residence
- Los Angeles Children's Museum
- Los Angeles County Fire Museum, in Bellflower[84]
- Los Angeles County Museum of Art, Mid-City, Los Angeles
- Lucas Museum of Narrative Art
- Museum of Contemporary Art, Downtown Los Angeles (founded in 1950); The Geffen Contemporary at MOCA, Downtown Los Angeles (founded in 1980)
- Museum of Jurassic Technology, Culver City
- Museum of Latin American Art in Long Beach
- Museum of Neon Art
- Museum of the American West (Gene Autry Museum), in Griffith Park
- Museum of Tolerance
- Natural History Museum of Los Angeles County
- Pasadena Museum of California Art, in Pasadena
- J. Paul Getty Center, Brentwood (Ancient Roman, Greek, and European Renaissance Art)
- J. Paul Getty Villa, Pacific Palisades, Getty's original house


- Demographics
- Law, government, and politics
- Crime

Width
- Standard
- Wide

Ecology
Economy
Education
**Sites of interest**
Transportation
Water
Communities
See also
Notes
References
External links

- George C. Page Museum at La Brea Tar Pits
- Santa Monica Museum of Art, Santa Monica (Contemporary art)
- Norton Simon Museum, Pasadena (19th- and early 20th-century art)
- Skirball Cultural Center, Los Angeles
- Southwest Museum

Color
Automatic
Light
Dark

### Entertainment [ edit ]

- Los Angeles Memorial Coliseum
- Descanso Gardens
- Dodger Stadium
- Exposition Park
- Farmers Market
- The Forum
- Griffith Park
- Griffith Observatory
- Huntington Botanical Gardens
- La Brea Tar Pits
- Music Center
- Olvera Street
- Crypto.com Arena
- SoFi Stadium
- South Coast Botanic Garden
- Third Street Promenade
- Venice Beach
- Los Angeles Zoo
- Santa Fe Dam Recreation Area

Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
**Sites of interest**
Transportation
Water
Communities
See also
Notes
References
External links

### Music venues [ edit ]

- California Plaza, comprising One California Plaza and Two California Plaza
- Cerritos Center for the Performing Arts
- Crypto.com Arena
- The Forum
- Walt Disney Concert Hall
- Greek Theatre
- House of Blues Sunset Strip
- Pantages Theatre
- Hollywood Bowl
- Hollywood Palladium
- John Anson Ford Amphitheatre
- The Orpheum Theatre
- The Roxy Theatre
- Royce Hall (UCLA)
- The Music Box
- El Rey Theatre


Walt Disney Concert Hall

Width
Standard
Wide
Color
Automatic
Light
Dark

- The Troubadour
- The Wiltern
- Whisky a Go Go

### Amusement parks [edit]

- Universal Studios Hollywood
- Raging Waters, San Dimas
- Six Flags Magic Mountain
- Six Flags Hurricane Harbor
- Pacific Park

### Other attractions [edit]

- U.S. Bank Tower
- Wilshire Grand Tower
- Central Los Angeles Library
- Watts Towers
- Wayfarers Chapel
- Fó Guang Shan Hsi Lai Temple
- Cathedral of Our Lady of the Angels
- *Queen Mary*


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- **Sites of interest**
- Transportation
- Water
- Communities
- See also
- Notes
- References
- External links


Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

### Other areas [edit]

- Ridge Route
- Angeles National Forest
- Mount Wilson Observatory
- Malibu Creek State Park
- Vasquez Rocks Natural Area Park
- Plant 42's Blackbird Airpark and Heritage Airpark
- Antelope Valley California Poppy Reserve
- Cortes Bank
- Santa Catalina Island
- Mojave Desert
- Saddleback Butte State Park
- Antelope Valley Indian Museum State Historic Park
- Arthur B. Ripley Desert Woodland State Park


Angeles National Forest

## Transportation [edit]

*Main article: Transportation in Los Angeles*

### Major highways [edit]

- I-5
  - I-5 BL (San Fernando Road)
- I-10
- I-105
- I-110 / SR 110 (Harbor Freeway / Arroyo Seco Parkway)
- I-210 / SR 210 (Foothill Freeway)

- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- **Transportation**
- Water
- Communities
- See also
- Notes
- References
- External links


- I-405
- I-605
- I-710 / SR 710 – SR 710 is unsigned
- US 101
- SR 1 (Pacific Coast Highway)
- SR 2
- SR 14 – former US 6
- SR 18
- SR 19 / SR 164
- SR 22
- SR 23
- SR 27
- SR 39
- SR 47
- SR 57
- SR 60 – former US 60
- SR 66 (Foothill Boulevard) – former US 66
- SR 71
- SR 72
- SR 90
- SR 91 – former US 91
- SR 103
- SR 107
- SR 118
- SR 126
- SR 134
- SR 138
- SR 170
- SR 213

Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

### Air [edit]


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- **Transportation**
- Water
- Communities
- See also
- Notes
- References


Los Angeles International Airport (LAX), located in the Westchester district, is the primary commercial airport for commercial airlines in the county and the Greater Los Angeles Area. LAX is operated by Los Angeles World Airports (LAWA), an agency of the City of Los Angeles.



Los Angeles International Airport

Other important commercial airports in Los Angeles County include:

- Long Beach Municipal Airport operated by the City of Long Beach.
- Hollywood Burbank Airport in Burbank, operated by the Burbank-Glendale-Pasadena Airport Authority.

The following general aviation airports also are located in Los Angeles County:

- County-operated airports (Department of Public Works, Aviation Division)
  - Compton/Woodley Airport in Compton.


Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

External links

- San Gabriel Valley Airport in El Monte.
- Brackett Field in La Verne.
- Whiteman Airport in Pacoima.
- General William J. Fox Airfield in Lancaster.

- City-operated airports
  - Van Nuys Airport in Van Nuys, also operated by LAWA. Van Nuys Airport sees significant executive jet air traffic.
  - LA/Palmdale Regional Airport in Palmdale. The airport is a separate facility on the grounds of Air Force Plant 42.
  - Santa Monica Airport in Santa Monica, which has major executive jet traffic.
  - Hawthorne Municipal Airport, also known as Jack Northrop Field, in Hawthorne.
  - Zamperini Field in Torrance.

The U.S. Air Force operates three airports in Los Angeles County:

- Portions of Edwards Air Force Base, located at the northern edge of the county.
- Air Force Plant 42 in Palmdale, sharing runways with LA/Palmdale Regional.
- The non-flying Los Angeles Air Force Base in El Segundo.

### Rail [ edit ]

Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
**Transportation**
Water
Communities
See also
Notes
References
External links

Width
Standard
Wide
Color
Automatic
Light
Dark

Los Angeles is a major freight-railroad transportation center, in great part due to the large volumes of freight moving in and out of the county's seaport facilities. The ports are connected to the downtown rail yards and to the main lines of Union Pacific and Burlington Northern Santa Fe headed east via a grade-separated freight rail corridor known as the Alameda Corridor.

Passenger rail service is provided in the county by Amtrak, Los Angeles Metro Rail and Metrolink.

Amtrak has the following intercity Amtrak service at Union Station in the city of Los Angeles:

- The *Pacific Surfliner* to Santa Barbara, San Luis Obispo, and San Diego.
- The *Coast Starlight* to San Francisco Bay Area, Portland and Seattle.
- The *Southwest Chief* to Albuquerque, Kansas City and Chicago.
- The *Sunset Limited* to Tucson, Houston and New Orleans.

Union Station is also the primary hub for Metrolink commuter rail, which serves much of the Greater Los Angeles Area.

Light rail, subway (heavy rail), and long-distance bus service are all provided by the Los Angeles County Metropolitan Transportation Authority (Metro). Other smaller regional transit agencies that provide public transit to specific regions of Los Angeles County include LADOT, Long Beach Transit, Montebello Bus Lines, Norwalk Transit, Santa Monica's Big Blue Bus serving the western LA region, Santa Clarita Transit, Torrance Transit, Glendale Beeline, Foothill Transit serving the San Gabriel Valley region, and the Antelope Valley Transit Authority serving the Lancaster and Palmdale area in the Antelope Valley region.

### Sea [ edit ]

The county's two main seaports are the Port of Los Angeles and the Port of Long Beach. Together they handle over a quarter of all container traffic entering the United States, making the complex the largest and most important port in the country, and the third-largest port in the world by shipping volume.

The Port of Los Angeles is the largest cruise ship center on the West Coast, handling more than 1 million passengers annually.

The Port of Long Beach is home to the Sea Launch program, which uses a floating launch platform to insert payloads into orbits that would be difficult to attain from existing land-based launch sites.

Catalina Express ferries link the Catalina Island city of Avalon to the mainland at San Pedro and Long Beach, as well as Dana Point in

Orange County.


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- **Transportation**
- Water
- Communities
- See also
- Notes
- References
- External links


## Water [edit]

Water is provided by at least 200 independent water districts or agencies.[85] Statewide droughts in California have placed a strain on the county's water security.[86][87]



Watersheds of Los Angeles County


Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark


## Communities [edit]

*For the racial / ethnic profile of individual communities in Los Angeles County, see Demographics of Los Angeles County § Racial / Ethnic profile of places in Los Angeles County, California*

### Cities [edit]

*Main article: List of cities in Los Angeles County, California*

There are 88 incorporated cities in Los Angeles County. According to the 2024 Estimate, the most populous are:[88]

**Largest cities, 2024 Estimate**

| City | Population |
|---|---|
| Los Angeles | 3,878,704 |
| Long Beach | 450,901 |
| Santa Clarita | 229,159 |
| Glendale | 187,823 |
| Lancaster | 167,426 |
| Palmdale | 162,536 |
| Pomona | 147,966 |
| Torrance | 139,576 |
| Pasadena | 137,195 |
| Downey | 109,368 |
| West Covina | 106,920 |
| El Monte | 104,639 |
| Burbank | 103,533 |
| Inglewood | 102,774 |


- Demographics
- Law, government, and politics
- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water


### Unincorporated areas [edit]

#### Census-designated places [edit]

- Acton
- Agua Dulce
- Alondra Park
- Altadena
- Avocado Heights
- Castaic
- Hacienda Heights
- Hasley Canyon
- La Crescenta-Montrose
- Ladera Heights
- Lake Hughes
- Lake Los Angeles
- South San Gabriel
- South San Jose Hills
- South Whittier
- Stevenson Ranch
- Sun Village
- Topanga


Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

Communities
See also
Notes
References
External links

- Charter Oak
- Citrus
- Del Aire
- Desert View Highlands
- East Los Angeles
- East Pasadena
- East Rancho Dominguez
- East San Gabriel
- East Whittier
- Elizabeth Lake
- Florence-Graham
- Green Valley
- Lennox
- Leona Valley
- Littlerock
- Marina del Rey
- Mayflower Village
- North El Monte
- Pepperdine University
- Quartz Hill
- Rose Hills
- Rowland Heights
- San Pasqual
- South Monrovia Island
- Val Verde
- Valinda
- View Park-Windsor Hills
- Vincent
- Walnut Park
- West Athens
- West Carson
- West Rancho Dominguez
- West Puente Valley
- West Whittier-Los Nietos
- Westmont
- Willowbrook

**Other unincorporated communities** [ edit ]

- Agoura
- Alla
- Alpine
- Andrade Corner
- Antelope Acres
- Antelope Center
- Athens
- Bassett
- Big Pines
- Castaic Junction
- City Terrace
- Cornell
- Del Sur
- Del Valle
- Firestone Park
- Florence
- Gorman
- Hillgrove
- Hi Vista
- Juniper Hills
- Kagel Canyon
- Kinneloa Mesa
- Largo Vista
- Llano
- Los Nietos
- Malibu Vista
- Monte Nido
- Neenach
- Ninetynine Oaks
- Pearblossom
- Rancho Dominguez
- Sandberg
- Sand Canyon
- Seminole Hot Springs
- Three Points
- Two Harbors
- Universal City
- Valyermo
- West Whitter

Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
References
External links

Width
Standard
Wide
Color
Automatic
Light
Dark

**Proposed communities** [ edit ]

- Centennial (planned for 70,000).[69]

*See: Los Angeles Almanac MAP: Unincorporated Areas and Communities of Los Angeles County*

*See also: List of districts and neighborhoods of Los Angeles*

## See also [ edit ]

- List of museums in Los Angeles
- List of museums in Los Angeles County, California
- List of school districts in Los Angeles County, California
- List of schools in the Roman Catholic Archdiocese of Los Angeles
- National Register of Historic Places listings in Los Angeles County, California

*Greater Los Angeles portal*

## Notes [ edit ]

1. ^ Percentage of registered voters with respect to total population. Percentages of party members with respect to registered voters follow.
2. ^ Only larceny-theft cases involving property over $400 in value are reported as property crimes.

3. Mayor-Council in 2032


Demographics
Law, government, and politics
Crime
Ecology
Economy
Education
Sites of interest
Transportation
Water
Communities
See also
Notes
**References**
External links


## References [ edit ]


1. ^ "Chronology". California State Association of Counties. Archived from the original on January 29, 2016. Retrieved February 6, 2015.
2. ^ Mount San Antonio in the San Gabriel Mountains, on border with San Bernardino County
3. ^ Sea level at the Pacific Ocean
4. ^ "Gross Domestic Product: All Industries in Los Angeles County, CA". *fred.stlouisfed.org*.
5. ^ "County of Los Angeles ZIP Code List" (PDF). Archived from the original (PDF) on October 20, 2019. Retrieved September 12, 2019.
6. ^ "Newsroom: Population: Census Bureau Releases State and County Data Depicting Nation's Population Ahead of 2010 Census". Census.gov. Archived from the original on August 24, 2012. Retrieved August 23, 2012.
7. ^ Coy, Owen C. (1923). *California County Boundaries*. Berkeley: California Historical Commission. p. 140. ASIN B000GRBCXG.
8. ^ "State and County Maps of California". September 20, 2013. Archived from the original on July 2, 2018. Retrieved July 2, 2018.
9. ^ A partial listed can be found for the San Fernando Valley, the Los Angeles basin, the San Gabriel valley, and high desert
10. ^ Spitzzeri, Paul R. (Fall 2007). "What a Difference a Decade Makes: Ethnic and Racial Demographic Change in Los Angeles County during the 1860s" (PDF). *Branding Iron*. Archived (PDF) from the original on February 4, 2019. Retrieved February 3, 2019.
11. ^ U.S. Census Bureau. "Population of the United States in 1860: California" (PDF). Archived (PDF) from the original on April 12, 2023. Retrieved July 2, 2020.
12. ^ Spitzzeri, Paul R. (Fall 2007). "What a Difference a Decade Makes: Ethnic and Racial Demographic Change in Los Angeles County during the 1860s" (PDF). *Branding Iron*. Archived (PDF) from the original on February 4, 2019. Retrieved February 3, 2019.
13. ^ "2010 Census Gazetteer Files". United States Census Bureau. August 22, 2012. Archived from the original on September 25, 2015. Retrieved September 26, 2015.
14. ^ "CityNews". *toronto.citynews.ca*. February 26, 2023. Archived from the original on February 26, 2023. Retrieved February 26, 2023.
15. ^ "QuickFacts: Los Angeles County, California". United States Census Bureau. Retrieved March 26, 2026.
16. ^ "Census of Population and Housing from 1790-2000". US Census Bureau. Archived from the original on July 19, 2018. Retrieved January 24, 2022.
17. ^ "Historical Census Browser". University of Virginia Library.

47. ^ "Los Angeles Has Numerous High Profile Churches for Addiction Recovery". *Muse Treatment*. December 6, 2021. Archived from the original on December 25, 2021. Retrieved December 25, 2021.
48. ^ Selected Non-Christian Religious Traditions in Los Angeles County: 2000 Prolades.com Archived August 26, 2010, at the Wayback Machine
49. ^ "Social Capital Variables Spreadsheet for 2014". *PennState College of Agricultural Sciences, Northeast Regional Center for Rural Development*. December 8, 2017. Archived from the original on December 31, 2019. Retrieved December 30, 2019.
50. ^ California Government Code § 23004
51. ^ Sachi A. Hamai, Transmittal Letter, Fiscal 2020–21 Recommended County Budget Archived May 22, 2020, at the Wayback Machine, April 28, 2020, 2.
52. ^ McKibben, Dave (February 9, 2005). "L.A. County to Absorb La Habra's Fire Unit". *Los Angeles Times*. Archived from the original on December 22, 2015. Retrieved August 7, 2015.
53. ^ Leip, David. "Dave Leip's Atlas of U.S. Presidential Elections". Uselectionatlas.org. Retrieved November 16, 2025.
54. ^ Thompson and West. "Los Angeles County Election Results, 1849-1879: L.A. County Rejects Lincoln (Twice) & Chinese Immigration". SCVHistory.com. Archived from the original on September 30, 2020. Retrieved January 16, 2021.
55. ^ Padilla, Alex (December 11, 2020). "President by County" (PDF). *Secretary of State of California*. Archived (PDF) from the original on June 14, 2025. Retrieved October 3, 2025.
56. ^ Weber, Shirley (December 13, 2024). "President by County" (PDF). *Secretary of State of California*. Archived (PDF) from the original on December 17, 2024. Retrieved October 1, 2025.
57. ^ a b c d e f g h i j k California Secretary of State. September 5, 2025 – Report of Registration. Retrieved October 3, 2025.
58. ^ "2021 California Citizens Redistricting Commission (CRC) Congressional Districts" (PDF). *California Senate Office of Demographics*. Archived (PDF) from the original on April 3, 2024. Retrieved April 3, 2024.
59. ^ "2021 California Citizens Redistricting Commission (CRC) Senate Districts" (PDF). *California Senate Office of Demographics*. Archived (PDF) from the original on May 27, 2024. Retrieved April 3, 2024.
60. ^ "2021 California Citizens Redistricting Commission (CRC) Assembly Districts" (PDF). *California Senate Office of Demographics*. Retrieved April 3, 2024.
61. ^ ""Statement of Vote: 2008 General Election"" (PDF). Archived from the original (PDF) on October 18, 2012.
62. ^ *A look at your Superior Court*, Public Information Office, Los Angeles Superior Court



Width
Standard
Wide
Color
Automatic
Light
Dark



Demographics
Law, government, and politics
Crime
Ecology
Economy
Education



Width
Standard
Wide
Color

> Sites of interest
> Transportation
Water
> Communities
See also
Notes
**References**
External links



Archived from the original on May 30, 2019. Retrieved September 26, 2015.

18. ^ Forstall, Richard L., ed. (March 27, 1995). "Population of Counties by Decennial Census: 1900 to 1990". United States Census Bureau. Archived from the original on September 24, 2015. Retrieved September 26, 2015.
19. ^ "Census 2000 PHC-T-4. Ranking Tables for Counties: 1990 and 2000" (PDF). United States Census Bureau. April 2, 2001. Archived (PDF) from the original on December 18, 2014. Retrieved September 26, 2015.
20. ^ "P2: Hispanic or Latino, and Not Hispanic or Latino by Race – 2010: DEC Redistricting Data (PL 94-171) – Los Angeles County, California". *United States Census Bureau*.
21. ^ "P2: Hispanic or Latino, and Not Hispanic or Latino by Race – 2020: DEC Redistricting Data (PL 94-171) – Los Angeles County, California". *United States Census Bureau*.
22. ^ [a] [b] [c] [d] "The Racial Resegregation of Los Angeles County, 1940-2000".
23. ^ "Race and Ethnicity in the United States: 2010 Census and 2020 Census". *Census.gov*. Archived from the original on August 15, 2021. Retrieved December 25, 2021.
24. ^ [a] [b] Lopez-Garza Marta; Diaz, David R. (eds.) Asian and Latino Immigrants in a Restructuring Economy SUP, 2002, p. 339
25. ^ [a] [b] Waldinger, Roger; Bozorgmehr, Mehdi (eds.) Ethnic Los Angeles Russell Sage Foundation, 1996, p. 87. "Within Los Angeles County itself, the process of ethnic change took place at an even more rapid pace. Between 1960 and 1990, the Hispanic percentage jumped from 11 to 36 and the Asian percentage from 2 to 11."
26. ^ [a] [b] From 1944 through 2023, the U.S. Census Bureau categorized people from the Middle East or North Africa as White.
27. ^ Mid-decade Census U.S. Government Printing Office, 1962, p. 209. (Out of a total of 6,038,771 people, 5,453,866 or 90.31% were White. Note that in the 1960 census, Hispanics were counted as Whites.)
28. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (The 93,747 Chinese, 116,543 Japanese, 99,043 Filipinos, 60,618 Koreans, 18,562 Asian Indians and 28,696 Vietnamese amount to 417,209 Asians, which is 5.58% of the total population of 7,477,503.)
29. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (The 40,798 Chinese, 24,509 Indians, 104,078 Japanese and 33,459 Filipinos amount to 202,844 Asians, which is 2.88% of the total population of 7,032,075.)
30. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (The 19,286 Chinese, 8,109 Indians, 77,314 Japanese and 12,122 Filipinos amount to 116,831 Asians, which is 1.93% of

63. ^ "LA Court". *lasuperiorcourt.org*. Archived from the original on February 19, 2009.
64. ^ U.S. Census Bureau. American Community Survey, 2011 American Community Survey 5-Year Estimates, Table B02001. U.S. Census website Archived December 27, 1996, at the Wayback Machine. Retrieved October 26, 2013.
65. ^ [a] [b] [c] [d] [e] [f] [g] [h] [i] [j] Office of the Attorney General, Department of Justice, State of California. Table 11: Crimes – 2009. Retrieved November 14, 2013. Archived December 2, 2013, at the Wayback Machine
66. ^ [a] [b] [c] United States Department of Justice, Federal Bureau of Investigation. Crime in the United States, 2012, Table 8 (California) Archived June 28, 2016, at the Wayback Machine. Retrieved November 14, 2013.
67. ^ Kator, Zabi. "Is Security in Los Angeles getting better or worse". *guardNOW Security Services*. Archived from the original on April 23, 2014. Retrieved August 28, 2013.
68. ^ [a] [b] [c] [d] Kator, Zabi. "Los Angeles Security & Crime Statistics". *guardNOW Security Services*. Archived from the original on April 23, 2014. Retrieved August 28, 2013.
69. ^ [a] [b] Higgins, Lila; Pauly, Gregory B. M (2019). *Wild L.A.: Explore the Amazing Nature in and Around Los Angeles*. Timber Press. ISBN 978-1604697100.
70. ^ Arellano, Gustavo (June 4, 2021). "Column: In diverse Southern California, loquats are the real fruit MVPs". *Los Angeles Times*. Retrieved April 1, 2026.
71. ^ Horton, Sue (May 24, 2005). "Stop, look, listen, count; Nothing matters to speed birders except tallying as many species as possible in 24 hours". *Los Angeles Times*. pp. F1.
72. ^ Wood, Eric M.; Esaian, Sevan (2020). "The importance of street trees to urban avifauna". *Ecological Applications*. **30** (7): e02149. Bibcode:2020EcoAp..30E2149W. doi:10.1002/eap.2149. ISSN 1051-0761. JSTOR 27029104. PMC 7583466. PMID 32340072.
73. ^ Chima, Shaan; Dajadiac, Ankeen; Kinzel, Ryan; Perez, Pedro A.; Pingatore, Adam. Biodiversity Indicator Species: A Guide to the City of Los Angeles' Charismatic Umbrella Species (Report). LA Sanitation & Environment. Archived from the original on August 4, 2024. Retrieved August 4, 2024.
74. ^ "New List Of Species A Gauge Of LA's Biodiversity, Environmental Health - CBS Los Angeles". *www.cbsnews.com*. June 25, 2021. Archived from the original on August 4, 2024. Retrieved August 4, 2024.
75. ^ "Indicator Species | Los Angeles Public Library". *lapl.org*. Archived from the original on August 4, 2024. Retrieved August 4, 2024.
76. ^ T, Stephen (January 1, 2018). "What Drives the Economy of Los Angeles?". *Muse Treatment*. Archived from the original on February 6, 2021. Retrieved January 28, 2021.
77. ^ Lawren (October 6, 2014). "LA Tech Report examines the


Automatic
Light
Dark


> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
**References**
External links


Width
Standard
Wide
Color
Automatic
Light
Dark

the total population of 6,039,771.)

31. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (Out of a total of 7,032,075 people, 762,844 or 10.85% were Black or African Americans.)
32. ^ Mid-decade Census U.S. Government Printing Office, 1962, p. 209. (Out of a total of 6,038,771 people, 461,546 or 7.64% were Black or African Americans.)
33. ^ Historical Census Records of Racial/Ethnic Groups, Los Angeles County, California, 1850 to 1980 Los Angeles Almanac. (Out of a total of 7,477,503 people, 48,120 or 0.64% were Native Americans.)
34. ^ Race of the Population by County: 1970 U.S. Government Printing Office, 1975, p. 7. (Out of a total of 7,032,075 people, 24,509 or 0.35% were Native Americans.)
35. ^ Mid-decade Census U.S. Government Printing Office, 1962, p. 209. (Out of a total of 6,038,771 people, 8,109 or 0.13% were Native Americans.)
36. ^ "2023 American Community Survey 1-Year Estimates: Los Angeles County, California". U.S. Census Bureau. July 1, 2023. Retrieved November 17, 2024.
37. ^ Trinidad, Elson (September 27, 2013). "L.A. County is the Capital of Asian America". *KCET*. Archived from the original on April 7, 2014. Retrieved September 27, 2013.
38. ^ "Language Map Data Center". Mla.org. July 17, 2007. Archived from the original on February 20, 2013. Retrieved August 23, 2012.
39. ^ Stuart, Gwynned (October 29, 2019). "The U.S. Will Finally Recognize the Armenian Genocide". *Los Angeles Magazine*. Archived from the original on July 24, 2021. Retrieved July 7, 2021.
40. ^ Lai, Tianjian (July 15, 2021). "Immigrants from Iran in the United States". *Migration Policy*. Retrieved July 30, 2021.
41. ^ Sharp, Steven. Here are California's affordable housing income limits for 2025 *Urbanize (Los Angeles)*, 2025 04 30
42. ^ Homeownership Rate (5-year estimate) for Los Angeles County, CA Federal Reserve Bank of St. Louis
43. ^ The average Los Angeles County, CA home value Zillow.com
44. ^ LAHSA Releases Finalized 2025 Homeless Count Results After HUD Review Los Angeles Homeless Services Authority, 2025 10 20
45. ^ Which US cities have the largest homeless populations? USAFacts, 2025 02 07
46. ^ "Los Angeles County". *croc usc edu*. September 16, 2009. Archived from the original on September 21, 2020. Retrieved October 9, 2020.

regional high tech ecosystem". *Los Angeles County Economic Development Corporation*. Archived from the original on November 10, 2016. Retrieved November 9, 2016.

78. ^ Lawren (July 15, 2014). "Manufacturing employment & competitiveness in CA – New LAEDC report". *Los Angeles County Economic Development Corporation*. Archived from the original on November 10, 2016. Retrieved November 9, 2016.
79. ^ ROOSEVELT, MARGOT (July 19, 2014). "Despite losses, California leads nation in factory jobs". *Orange County Register*. Retrieved January 28, 2021.
80. ^ Vincent, Roger (April 12, 2024). "Downtown L.A. is hurting. Frank Gehry thinks arts can lead a revival". *Los Angeles Times*. Archived from the original on April 14, 2024. Retrieved April 14, 2024.
81. ^ Encyclopedia.com Archived January 18, 2012, at the Wayback Machine, "Dole gets ready to turn first shovel of headquarters dirt: plans are set to go to Westlake Village City Council". (Dole Food Co. Inc. *Los Angeles Business Journal*, January 31, 1994. Retrieved on September 27, 2009.
82. ^ Lindsey, Corrie T. (March 23, 2012). "Abraham Lincoln University". Archived from the original on September 21, 2020. Retrieved September 19, 2020.
83. ^ Pettas, Mary (March 14, 2016). "8 Classic TV Shows That Were Filmed In LA". *Culture Trip*. Archived from the original on June 24, 2021. Retrieved June 24, 2021.
84. ^ "Home. LOS ANGELES FIRE DEPARTMENT MUSEUM". *LOS ANGELES FIRE DEPARTMENT MUSEUM*. Archived from the original on January 7, 2017. Retrieved January 11, 2017.
85. ^ Cosgrove, Jaclyn (December 6, 2023). "L.A. County aims to collect billions more gallons of local water by 2045". *Los Angeles Times*. Archived from the original on December 11, 2023. Retrieved December 11, 2023.
86. ^ Smith, Hayley (October 13, 2022). "Los Angeles is running out of water, and time. Are leaders willing to act?". *Los Angeles Times*. Archived from the original on October 13, 2022. Retrieved October 15, 2022.
87. ^ Smith, Hayley (March 1, 2022). "California drought continues after state has its driest January and February on record". *Los Angeles Times*. Archived from the original on March 9, 2022. Retrieved December 11, 2023.
88. ^ "Annual Estimates of the Resident Population for Incorporated Places of 20,000 or More, Ranked by July 1, 2024 Population: April 1, 2020 to July 1, 2024". United States Census Bureau. May 2025. Retrieved November 4, 2025.
89. ^ Gertner, Jon (March 18, 2007). "Playing Sim City for Real". *The New York Times*. Archived from the original on June 21, 2018. Retrieved January 21, 2018.

> Demographics
> Law, government, and politics
> Crime
Ecology
Economy
> Education
> Sites of interest
> Transportation
Water
> Communities
See also
Notes
**References**
External links

Width
- Standard
- Wide

Color
- Automatic
- Light
- Dark

## External links [edit]

- County government website

Wikimedia Commons has

> Demographics
> Law, government, and politics

Width
Standard

- Crime
- Ecology
- Economy
- Education
- Sites of interest
- Transportation
- Water
- Communities
- See also
- Notes
- **References**
- External links

- Los Angeles Tourism & Convention Board

media related to *Los Angeles County, California*.

Wikisource has the text of an 1879 *American Cyclopædia* article about *Los Angeles County, California*.

Wide

Color

Automatic

Light

Dark

| Places adjacent to Los Angeles County, California | [show] |
|---|---|
| V·T·E County of Los Angeles | [show] |
| V·T·E Municipalities and communities of Los Angeles County, California, United States | [show] |
| V·T·E Greater Los Angeles Area | [show] |
| V·T·E State of California | [show] |
| V·T·E History of California | [show] |
| Authority control databases | [show] |

Categories: Los Angeles County, California | California counties | Los Angeles metropolitan area | Greater Los Angeles | Counties in Southern California | 1850 establishments in California | Majority-minority counties in California | Populated places in the United States established in 1850

This page was last edited on 2 May 2026, at 13:02 (UTC).

Text is available under the Creative Commons Attribution-ShareAlike 4.0 License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Privacy policy About Wikipedia Disclaimers Contact Wikipedia Legal & safety contacts Code of Conduct Developers Statistics Cookie statement Mobile view

https://www.merriam-webster.com/dictionary/dept at 01:09:40, 05/04/2026

Dictionary Thesaurus dept Games Word of the Day Grammar Word Finder Slang Newsletters NEW Wordplay Rhymes More

Quordle
Can you solve 4 words at once?
Play

Blossom
Pick the best words!
Play

The Missing Letter
A daily crossword with a twist
Play

Name That Tree!
A quiz that's all bark, no bite.
Take the quiz

Learn a new word every day. Delivered to your inbox!
Your email address SUBSCRIBE

Help About Us Advertising Info Contact Us Privacy Policy Terms of Use

Dictionary Thesaurus dept Games Word of the Day Grammar Word Finder Slang Newsletters NEW Wordplay Rhymes More

Est. 1828

Dictionary
Definition
Entries Near
Cite this Entry
Save Word

# dept abbreviation

department

ADVERTISEMENT
20% OFF The Mother's Day Event JCPenney Shop All

ADVERTISEMENT
MAY IS GOLD MONTH Shop Now J.C.Penney Co.

Top Lookups

1 existential

## Browse Nearby Words

depsidone **dept** Deptford

See All Nearby Words ›

## Browse Nearby Words

depsidone **dept** Deptford

See All Nearby Words ›

## Cite this Entry

Style MLA

"Dept." *Merriam-Webster.com Dictionary*, Merriam-Webster, https://www.merriam-webster.com/dictionary/dept. Accessed 4 May. 2026.

Copy Citation

**Love words? Need even more definitions?**

Subscribe to America's largest dictionary and get thousands more definitions and advanced search—ad free!

2 happy
3 enigma
4 culture
5 didactic
6 pedantic
7 love

ADVERTISEMENT




5 didactic
6 pedantic
7 love

ADVERTISEMENT

WORD OF THE DAY

**scrupulous**

See Definitions and Examples »

Get Word of the Day daily email!

Your email add SUBSCRIBE

MERRIAM-WEBSTER UNABRIDGED

ADVERTISEMENT

## Popular in Grammar & Usage

See More



More Commonly Mispronounced Words



5 Verbal Slip Ups and Language Mistakes



Is that lie 'bald-faced' or 'bold-faced'?




The Difference Between 'i.e.' and 'e.g.'



Why is '-ed' sometimes pronounced at the end of a word?

## Popular in Wordplay

See More



The Longest Long Words List



9 Other Words for Beautiful



The Words of the Week - May 1



Was 'nervous Nellie' a Real Person?



12 Lovely and Unusual Words for the Natural World

Games & Quizzes

See All >




**Quordle**

Can you solve 4 words at once?

Play




**Blossom**

Pick the best words!

Play



**The Missing Letter**

A daily crossword with a twist

Play



**Name That Tree!**

A quiz that's all bark, no bite.

Take the quiz

# CERTIFICATE OF SERVICE

*Los Angeles Emergency Preparedness Foundation v. Mikke Pierson, et al.*
USDC Case No. 2:26-cv-02463

I am employed in the State of California, County of Los Angeles, over the age of eighteen years, and not a party to the within action. My business address is 11400 West Olympic Boulevard, Suite 700, Los Angeles, California 90064.

On May 21, 2026, I served the within documents:

**DEFENDANT COMMUNITY BRIGADE'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT**

[ ] by placing **[ ] the original [ ] a true and correct copy** of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

[ ] by causing messenger delivery by First Legal attorney service of **[ ] the original [ ] a true and correct copy** of the document(s) listed above to the person(s) at the address(es) set forth below.

[X] BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

[SEE ATTACHED SERVICE LIST]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 21, 2026, at Los Angeles, California.

Nicole Carlson
Nicole Carlson

**SERVICE LIST**

*Los Angeles Emergency Preparedness Foundation v. Mikke Pierson, et al.*
USDC Case No. 2:26-cv-02463

| | |
|---|---|
| Ali Parvaneh<br>Susanna F. Wiseman<br>Jacob A. Pace<br>MADISON LAW, APC<br>17702 Mitchell North<br>Irvine, California 92614 | *Attorneys for Plaintiff Los Angeles Emergency Preparedness Foundation dba Community Brigade*<br><br>Telephone: 949-756-9050<br>Facsimile: 949-756-9060<br><br>Email:<br>aparvaneh@madisonlawapc.com<br>swiseman@madisonlawapc.com<br>jpace@madisonlawapc.com |