UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-2463-GW-DFMx | Date | June 25, 2026 |
| Title | *Los Angeles Emergency Preparedness Foundation v. Mikke Pierson, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | ECRO / Court Smart | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Brett K. Wiseman | Evan Grant |

**PROCEEDINGS: DEFENDANT COMMUNITY BRIGADE'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6) [18]**

The Court's Tentative Ruling on Defendant's Motion [18] was issued on June 23, 2026 [24]. Following oral argument, the Court adopts the Tentative Ruling as its Final Ruling. The Court GRANTS IN PART and DENIES IN PART Community Brigade’s Motion to Dismiss. The Motion is granted only as to Count 5 to the extent the conversion claim is based on goodwill and diverted donations, with leave to amend, and is otherwise denied. Community Brigade’s request for judicial notice is GRANTED IN PART and DENIED IN PART. Plaintiff will file a First Amended Complaint within 14 days of the date of this Order.

A scheduling conference is set for July 9, 2026 at 8:30 a.m. The parties are to file a joint Rule 26(f) report by noon on July 6, 2026.

: 20

Initials of Preparer JG