UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-2463-GW-DFMx | Date | July 13, 2026 |
| Title | *Los Angeles Emergency Preparedness Foundation v. Mikke Pierson, et al.* | | |

| | |
|---|---|
| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Javier Gonzalez | None Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**PROCEEDINGS: IN CHAMBERS - SCHEDULING ORDER**

The Court has reviewed the parties' Joint Rule 26(f) Report (Docket No. 27) and finds it can set the schedule in this matter without hearing further statements from the parties. As per C.D. Cal. L.R. 7-15, the July 13, 2026 scheduling conference date is taken off calendar. This lawsuit arises out of Plaintiff non-profit organization's claims that defendants (who were previously associated with it) have attempted to commandeer its operations including incorporating a rival entity, removing Plaintiff's computer access, keeping certain donated property and funds, and soliciting donations under a confusingly similar name. Plaintiff raises several causes of action including: trademark infringement, false advertising. Conversion, breach of contract, unfair competition, etc. This action was filed on March 6, 2026.

The Court sets the following dates:

1. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to August 7, 2026. Thereafter, any further amendments must be made by motion under Rule 16 or otherwise by order of the Court.

2. A post-mediation status conference is set for March 29, 2027 at 8:30 a.m., with mediation to be completed by March 23. The parties have indicated a preference to mediate either with the Court's mediation panel or through a private mediation operation. The parties will make arrangements so that the mediation can be completed by March 23 and a joint report filed with the Court by March 25.

3. All regular discovery will be completed by March 16, 2027. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be completed by April 16, 2027. The parties are to meet and agree in writing

: 

Initials of Preparer JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-2463-GW-DFMx | Date | July 13, 2026 |
| Title | *Los Angeles Emergency Preparedness Foundation v. Mikke Pierson, et al.* | | |

as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at the pre-trial conference) is May 13, 2027.

6. The pre-trial conference will be held on June 10, 2027 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (ECF No. 10).

7. Jury trial will begin on June 22, 2027 at 9:00 a.m.

:

Initials of Preparer JG