ELLEN KAUFMAN WOLF (Cal. Bar No. 110686)
ewolf@wolfwallenstein.com
EVAN W. GRANT (Cal. Bar No. 234039)
egrant@wolfwallenstein.com
**WOLF WALLENSTEIN, PC**
11400 West Olympic Boulevard, Suite 700
Los Angeles, California 90064
Telephone: (310) 622-1000
Facsimile: (310) 457-9087

Attorneys for Defendant Community Brigade

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION dba COMMUNITY BRIGADE, a California nonprofit corporation,<br><br>Plaintiff,<br><br>v.<br><br>MIKKE PIERSON, an individual; JASON DAX MILLER aka DAX MILLER, an individual; DANA WOLF PHILLIPS, an individual; KEEGAN GIBBS, an individual; TYLER HAUPTMAN, an individual; COMMUNITY BRIGADE, a California nonprofit corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02463-GW (DFMx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT COMMUNITY BRIGADE'S MOTION TO DISMISS PORTIONS OF THE SECOND AMENDED COMPLAINT**<br><br>Hon. George H. Wu<br><br>Date: August 20, 2026<br>Time: 8:30 a.m.<br>Courtroom: 9D |

The Court having considered Defendant Community Brigade's Motion to Dismiss Portions of the Second Amended Complaint, Plaintiff's opposition papers, the arguments of counsel, and finding good cause therefor:

**IT IS HEREBY ORDERED** that:

1. Defendant Community Brigade's Motion to Dismiss Portions of the Second Amended Complaint is GRANTED. The following portions of the Second Amended Complaint are DISMISSED WITHOUT LEAVE TO AMEND as to Defendant Community Brigade:

a. The Sixth Cause of Action (Civil Theft, California Penal Code § 496), insofar as it is predicated on (i) the alleged misappropriation of Plaintiff's goodwill, reputation, credibility, government associations, and services; (ii) the alleged diversion of third-party donations; and (iii) the alleged theft of unspecified assets, operating funds, and other tangible property not identified with particularity (SAC ¶¶ 105–107);

b. The Fifth Cause of Action (Conversion), insofar as it is predicated on unspecified physical equipment, assets, and property identified only by open-ended example (SAC ¶ 103);

c. The Eighth Cause of Action (California Business and Professions Code § 17200), "unlawful" prong, insofar as it borrows as predicate violations the dismissed goodwill-conversion and diverted-donation theories (SAC ¶¶ 118–120); and

d. The Ninth Cause of Action (Declaratory Relief), insofar as it seeks a declaration that Plaintiff owns any and all monies donated to the Community Brigade program (SAC ¶¶ 126–127).

///

///

///

2. This Order does not affect the portions of the Fifth, Sixth, and Eighth Causes of Action on which the Court has already ruled, or any other cause of action or portion of the Second Amended Complaint not addressed by the Motion.

**IT IS SO ORDERED.**

DATED: ____________________

____________________
HON. GEORGE H. WU
United States District Judge

**CERTIFICATE OF SERVICE**

*Los Angeles Emergency Preparedness Foundation v. Mikke Pierson, et al.*
USDC Case No. 2:26-cv-02463

I am employed in the State of California, County of Los Angeles, over the age of eighteen years, and not a party to the within action. My business address is 11400 West Olympic Boulevard, Suite 700, Los Angeles, California 90064.

On July 22, 2026, I served the within documents:

**[PROPOSED] ORDER GRANTING DEFENDANT COMMUNITY BRIGADE'S MOTION TO DISMISS PORTIONS OF THE SECOND AMENDED COMPLAINT**

[ ] by placing **[ ] the original [ ] a true and correct copy** of the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below.

[ ] by causing messenger delivery by First Legal attorney service of **[ ] the original [ ] a true and correct copy** of the document(s) listed above to the person(s) at the address(es) set forth below.

[X] BY CM/ECF NOTICE OF ELECTRONIC FILING: I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

[SEE ATTACHED SERVICE LIST]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 22, 2026, at Los Angeles, California.

Nicole Carlson

Nicole Carlson

**SERVICE LIST**

*Los Angeles Emergency Preparedness Foundation v. Mikke Pierson, et al.*
USDC Case No. 2:26-cv-02463

| | |
|---|---|
| Ali Parvaneh<br>Susanna F. Wiseman<br>Jacob A. Pace<br>MADISON LAW, APC<br>17702 Mitchell North<br>Irvine, California 92614 | *Attorneys for Plaintiff Los Angeles Emergency Preparedness Foundation dba Community Brigade*<br><br>Telephone: 949-756-9050<br>Facsimile: 949-756-9060<br><br>Email:<br>aparvaneh@madisonlawapc.com<br>swiseman@madisonlawapc.com<br>jpace@madisonlawapc.com |