Ali Parvaneh, SBN 218320
aparvaneh@madisonlawapc.com
Jacob A. Pace, SBN 351963
jpace@madisonlawapc.com
**MADISON LAW, APC**
17702 Mitchell North
Irvine, California 92614
Tel: 949-756-9050
Fax: 949-756-9060

Attorneys for Plaintiff
Los Angeles Emergency Preparedness
Foundation dba Community Brigade



**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION dba COMMUNITY BRIGADE, a California nonprofit corporation,

Plaintiff,

v.

MIKKE PIERSON, an individual; JASON DAX MILLER aka DAX MILLER, an individual; DANA WOLF PHILLIPS, an individual; KEEGAN GIBBS, an individual; TYLER HAUPTMAN, an individual; COMMUNITY BRIGADE, a California nonprofit corporation; and DOES 1 through 50, inclusive,

Defendants.

Case No.: 2:26-cv-02463 GW (DFMx)
Assigned to: Honorable George H. Wu

**DECLARATION OF ALI PARVANEH IN SUPPORT OF PLAINTIFF LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION dba COMMUNITY BRIGADE'S OPPOSITION TO DEFENDANT COMMUNITY BRIGADE'S MOTION TO DISMISS PORTIONS OF SECOND AMENDED COMPLAINT**

Hearing: August 20, 2026
Time: 8:30 a.m.
Courtroom: 9D

Complaint Filed: March 6, 2026
SAC Filed: July 8, 2026

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

**DECLARATION OF ALI PARVANEH**

I, Ali Parvaneh, hereby declare and state as follows:

1. I am an attorney duly licensed to practice law before this Court and the Courts of the State of California. I, along with the firm Madison Law, APC, represent Plaintiff Los Angeles Emergency Preparedness Foundation dba Community Brigade ("Plaintiff") in this Action. I have personal knowledge as to the matters declared herein and can competently testify thereto, if called upon to do so, except as to matters stated on information and belief which I believe to be true.

2. Except with respect to certain duplicative arguments that Defendant CB already raised in its Motion to Dismiss Plaintiff's First Amended Complaint (and which this Court already ruled on), Defendant CB's counsel did not meet and confer pursuant to L.R. 7-3 with me, or any attorney at Madison Law, APC, regarding Defendant CB's issues with Counts 5, 6, 8, and 9 of Plaintiff's Second Amended Complaint as raised in its Motion.

3. I believe and based thereon allege that had my office and Defendant CB's counsel engaged in an earnest L.R. 7-3 conference, some of the issues raised in the Motion may have been resolved without this Court's intervention.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 30th day of July, 2026, at Irvine, California.

/s/ Ali Parvaneh
Ali Parvaneh, Esq.

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

**CERTIFICATE OF SERVICE**

*Los Angeles Emergency Preparedness Foundation v. Mikke Pierson, et al.*
USDC Case No.: 2:26-cv-02463 GW (DFMx)

I, Crystal Amaro, declare:

I am employed in the State of California, County of Orange, over the age of eighteen years, and not a party to the within action. My business address is 17702 Mitchell North, Irvine, California 92614.

On July 30, 2026, I served the foregoing document described as:

**DECLARATION OF ALI PARVANEH IN SUPPORT OF PLAINTIFF LOS ANGELES EMERGENCY PREPAREDNESS FOUNDATION dba COMMUNITY BRIGADE'S OPPOSITION TO DEFENDANT COMMUNITY BRIGADE'S MOTION TO DISMISS PORTIONS OF SECOND AMENDED COMPLAINT**

on the interested parties in this action by placing a true and correct copy thereof as follows:

**[SEE ATTACHED SERVICE LIST]**

[X] **BY CM/ECF SYSTEM:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

[ ] **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above and placed the envelope for collection and mailing following ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing with the United States Postal Service.

[ ] **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 30, 2026, at Irvine, California.

CAmaro

Crystal Amaro

MADISON LAW, APC
17702 Mitchell North, Irvine, CA 92614
Tel (949) 756-9050 . . . Fax (949) 756-9060

**SERVICE LIST**

*Los Angeles Emergency Preparedness Foundation v. Mikke Pierson, et al.*
USDC Case No.: 2:26-cv-02463 GW (DFMx)

Ellen Kaufman Wolf, Esq.
ewolf@wolfwallenstein.com
Evan W. Grant, Esq.
egrant@wolfwallenstein.com
**WOLF WALLENSTEIN, PC**
11400 West Olympic Boulevard, Suite 700
Los Angeles, CA 90064
*(Attorneys for Defendant Community Brigade)*